```
1¾```«````````4¨``•` `
`!`"`"`NORMAL.STY``````````````````````````````````````````````````````````IBMGR
APH"`````````````````````U.S. Department of Justice
```

Civil Rights Division

DJ# 205-16-0                           Disability Rights Section - NYA
950 Pennsylvania Avenue, N. W.
Washington, DC 20530

July 7, 2005


CERTIFIED MAIL

RETURN RECEIPT REQUESTED

Ms. Murielene E. Gordon
1022 Bryant Street, N.E.
Washington, DC 20018

Re:   EEOC Charge Against: District of Columbia Public
Schools
EEOC Nos.: 170-2004-01104 and 100-2003-00339
DJ#: 205-16-0

Dear Ms. Gordon:

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

You are hereby notified that conciliation on your case was unsuccessful by the EEOC.  You are further notified that 'you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. •• 12111, et secT., aqainst the above-named res-pondent.  If you choose to commence a civil action, such suit must be filed in the
appropriate court within 90 davs of your receipt of this Notice.

Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. • 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. 5 12117(a).

- 2 -

We are returning the files in this matter to EEOC's District Office.  If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Marie M. Tomasso
District Director
Equal Employment Opportunity Commission
Philadelphia District office
The Bourse
21 South Fifth Street, Suite 400
Philadelphia, Pennsylvania 19106-2515

        Sincerely,

        Eugenia Esch
        Attorney
        Disability Rights Section