UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MURIELENE GORDON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | CV-05-1907 (EGS) |
| **DISTRICT OF COLUMBIA, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |
| _____: | | |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO ANSWER OR FILE RESPONSIVE PLEADING**

Defendant District of Columbia, (the "Defendant")[1], by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, with consent of Plaintiff, hereby moves this Court to grant an extension to answer or file responsive pleading to the Complaint herein. As reasons therefore the Defendants represent as follows:

1. Plaintiff filed suit on or about September 28, 2005. The Summons was then served on the Mayor of the District of Columbia, Anthony Williams on or about September 29, 2005 and upon information and belief, Clifford Janey may have been served on or about September 29, 2005. An answer or responsive pleading to the Complaint is due on October 19, 2005.

2. The undersigned counsel was assigned this matter on October 4, 2005.

3. The undersigned counsel was in trial in the matter of Parrish v. DC, before Superior Court Justice Herbert B. Dixon, Jr., from October 3, 2005 to October 12, 2005 and was unable to address Plaintiff's Complaint.

---

[1] Clifford Janey has also been named as a defendant in this action. Plaintiff's counsel has represented that Mr. Janey has been served. However, undersigned counsel has not been able to confirm whether or not Mr. Janey has properly been served. Additionally, Mr. Janey has not requested representation by this office. Therefore, the undersigned counsel is unable to make this request on his behalf. If and when Mr. Janey requests representation he will join in to this motion.

4. To respond to this complaint, Defendant requires additional time to investigate Plaintiff's claim and prepare an appropriate answer or other response to Plaintiff's complaint and to obtain and review records kept at the District of Columbia Public Schools.

5. In light of the aforementioned, the undersigned counsel will not have an opportunity to prepare a response to the Complaint consistent with F.R.C.P. Rule 11, prior to October 19, 2005.

6. Counsel is requesting to answer or file responsive pleading by November 19, 2005.

7. This motion is Defendant's first request for an extension of time.

8. The Plaintiff is not prejudiced by the granting of this Motion.

9. Counsel has contacted, Plaintiff's counsel and he has consented to this request and had no objection to the Court granting this Motion.

WHEREFORE, for the reasons stated herein, Defendant requests additional time to answer or file responsive pleading.

Dated: October 17, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

        /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MURIELENE GORDON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CV-05-1907 (EGS) |
| **DISTRICT OF COLUMBIA, et. al.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION
TO EXTEND TIME TO ANSWER OR FILE RESPONSIVE PLEADING**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the Defendants' Consent Motion for an Extension of Time

to Answer or File Responsive Pleading to the Complaint.

>
> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
> _____/s/_____
> HOLLY M. JOHNSON [476331]
> Chief, General Litigation Section III
> _____/s/_____
> NICOLA N. GREY [492150]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6626
> (202) 727-3625 (fax)
> E-mail: nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MURIELENE GORDON,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : **CV-05-1907 (EGS)** <br> **DISTRICT OF COLUMBIA, et. al.,** : <br> : <br> **Defendants.** : <br> _____: | |

### **ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer or File Responsive Pleading, the Memorandum in Support thereof, and the facts and law considered, it is hereby ORDERED;

The Consent Motion to Extend Time to Answer or File Responsive Pleading is GRANTED.

Any responsive pleading filed in this case shall be accepted on or before November 19, 2005.

So ORDERED this \_\_\_\_\_ day of _____, 2005.

_____
The Honorable Judge Emmet G. Sullivan
United States District Court
for the District of Columbia