AO W (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Gordon v. District of Columbia et al. Civil No.1:05CV01907EGS

Service of the Summons and complaint was made by me      DATE 9/29/05

NAME OF SERVER (PRINT) Deanna J. Okrent      Title Consultant

*Check one box below to indicate appropriate method of service*

     __X__ Served personally upon the defendant. Place where served:
Clifford Janey, Superintendent
District of Columbia Public Schools, 825 North Capitol Street, 9th fl. Washington, DC 20002
                                                   Latisha Canady

     _____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     _____ Name of person with whom the summons and complaint were left:

     _____ Returned unexecuted:

     _____ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL      SERVICES $20.00      TOTAL $20.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/8/05__      ____Deanna J. Okrent____
               Date                           *Signature of server*

1828 L Street N.W.,#801, Washington, DC 20036

*Address of Server*

AO W (Rev. 8/01) Summons in a Civil Action

RETURN OF SERVICE

Gordon v. District of Columbia et al. Civil No.1:05CV01907EGS

Service of the Summons and complaint was made by me           DATE 9/29/05

NAME OF SERVER (PRINT) Deanna J. Okrent           *Title* Consultant

*Check one box below to indicate appropriate method of service*

    __X__ Served personally upon the defendant. Place where served:
District of Columbia Anthony Williams 1350 Pennsylvania Avenue, NW. Sherryl Hobbs Newman
                                               Tabatha Braxton

    ____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    ____ Name of person with whom the summons and complaint were left:

    ____ Returned unexecuted:

    ____ Other (specify):

STATEMENT OF SERVICE FEES

TRAVEL           SERVICES   $20.00                                    TOTAL $20.00

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/8/05__           __Deanna J. Okrent__
                Date                        *Signature of server*

                1828 L Street N.W..#801, Washington, DC 20036
                      *Address of Server*

AO W (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Gordon v. District of Columbia et al. Civil No.1:05CV01907EGS

Service of the Summons and complaint was made by me        DATE 9/29/05

NAME OF SERVER (PRINT) Deanna J. Okrent        Title Consultant

*Check one box below to indicate appropriate method of service*

    __X__ Served personally upon the defendant. Place where served:
District of Columbia Public Schools, 825 North Capitol Street, 9th fl. Washington, DC 20002
                                                                                             Latisha Canady

    ____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    ____ Name of person with whom the summons and complaint were left:

    ____ Returned unexecuted:

    ____ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL        SERVICES $20.00        TOTAL $20.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/8/05__        ____Deanna J. Okrent____
              *Date*                              *Signature of server*

                          1828 L Street N.W.,#801, Washington, DC 20036
                                      *Address of Server*

AO W (Rev. 8/01) Summons in a Civil Action

RETURN OF SERVICE

Gordon v. District of Columbia et al. Civil No.1:05CV01907EGS

Service of the Summons and complaint was made by me      DATE 9/29/05

NAME OF SERVER (PRINT) Deanna J. Okrent      Title Consultant

*Check one box below to indicate appropriate method of service*

     _X_ Served personally upon the defendant. Place where served:
District of Columbia Office of the Attorney General, 441-4th Street, NW.#600 South, Washington, DC 20001
Gale Rivers

     ____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     ____ Name of person with whom the summons and complaint were left:

     ____ Returned unexecuted:

     ____ Other (specify):

STATEMENT OF SERVICE FEES

TRAVEL      SERVICES $20.00      TOTAL $20.00

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/8/05__      __Deanna J. Okrent__
     *Date*      *Signature of server*

1828 L Street N.W..#801, Washington, DC 20036

*Address of Server*

AO W (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Gordon v. District of Columbia et al. Civil No.1:05CV01907EGS

Service of the Summons and complaint was made by me      DATE 9/29/05

NAME OF SERVER *(PRINT)* Deanna J. Okrent      *Title Consultant*

*Check one box below to indicate appropriate method of service*

    __X__ Served personally upon the defendant. Place where served:
District of Columbia Anthony Williams 1350 Pennsylvania Avenue, NW. Sherryl Hobbs Newman
                                            Tabatha Braxton

    ____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    ____ Name of person with whom the summons and complaint were left:

    ____ Returned unexecuted:

    ____ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL           SERVICES    $20.00                          TOTAL $20.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/8/05__           __Deanna J. Okrent__
               *Date*                       *Signature of server*

                        1828 L Street N.W..#801, Washington, DC 20036
                                     *Address of Server*