UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et. al.,* )<br>)<br>Defendants. )<br>_____ ) | CA No.: 05-1907 (EGS) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim on behalf of the Defendants District of Columbia and District of Columbia Public Schools, and **withdraw** the appearance of Nicola Grey.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on this 26th day of October, 2005, I have sent a true copy of this Notice of Entry of Appearance by electronic filing to:

Charles Goldman
1155 15th Street, NW
Suite 1004
Washington, DC 20005

                                                ____\s_____
                                                Michael P. Bruckheim
                                                Assistant Attorney General