UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON,              ) | |
| )                              | CA No.: 05-1907 (EGS) |
| Plaintiff,           ) | |
| ) | |
| v.                             ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et. al.,* ) | |
| ) | |
| Defendants.          ) | |
| _____ ) | |

## PRAECIPE OF DISMISSAL FOR DEFENDANT CLIFFORD JANEY

By consent of the parties, the Clerk of said Court will please **dismiss defendant Clifford Janey**. The District of Columbia remains as the lone defendant in this matter

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        __\s_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        ___\s_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4TH Street, NW, 6th Floor-South
        Washington, D.C.  20001
        202-724-6649; 202-727-6295