UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, | ) |
| | )    CA No.: 05-1907 (EGS) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## PRAECIPE OF DISMISSAL FOR DEFENDANT DISTRICT OF COLUMBIA PUBLIC SCHOOLS

By consent of the parties, the Clerk of said Court will please **dismiss defendant District of Columbia Public Schools**. The District of Columbia remains as the lone defendant in this matter

                                                Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General, Civil Litigation Division

                                                __\s_____
                                                PATRICIA A. JONES [428132]
                                                Chief, General Litigation Sec. IV

                                                ___\s_____
                                                MICHAEL P. BRUCKHEIM [455192]
                                                Assistant Attorney General
                                                441 4TH Street, NW, 6th Floor-South
                                                Washington, D.C. 20001
                                                202-724-6649; 202-727-6295