UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MURIELENE GORDON,                  :
                                   :
         Plaintiff,                :
                                   :   CA No. 05-1907 (EGS)
     v.                            :
                                   :
DISTRICT OF COLUMBIA,              :
                                   :
         Defendant.                :
_____:

**JOINT REPORT REGARDING DISCOVERY
PURSUANT TO L.Cv.R 16.3**

Pursuant to Local Civil Rule l6.3, the parties conferred by telephone on December 16, 2005, and discussed the following issues:

l. Case Track: The standard litigation track is appropriate for this case.

2. Stipulations: None as of this time.

3. Assignment to a Magistrate Judge: The parties are unwilling to have the case assigned to a magistrate for any purposes, including resolving discovery disputes.

4. Settlement Possibility: The parties have not discussed settlement, but believe that the prospects for settlement of this case are possible after discovery has taken place.

5. Alternative Dispute Procedures: The parties agree to participate in the court-sponsored mediation process once discovery has ended.

6. Motions: The parties agree that any post-discovery dispositive motions shall be filed within 30 days of the close of all discovery, that any opposition to summary judgment motions shall be filed within 30 days of the filing of the dispositive motion, and that any reply briefs shall be filed within l5 days of the filing of any opposition to the dispositive motion.

7. Initial Disclosures: The parties agree to waive initial disclosures.

8. Discovery: The parties agree that six months should be sufficient time in which to complete discovery, and that discovery shall close on July 7, 2006. There is a minimal administrative record below. The parties agree to a limit of eight depositions per party and 25 interrogatories per party. The parties agree that a protective order may be appropriate as plaintiff anticipates review of agency records regarding other District employees.

9. Experts: The parties agree that plaintiff shall make her Rule 26(a)(2) disclosures to the defendant on or before March 7, 2006. Defendant shall make its Rule 26(a)(2) disclosures to the plaintiff on or before May 22, 2006. All depositions of experts must take place prior to the close of discovery.

10. Class Action Procedures: Not applicable.

11. Bifurcation of Discovery or Trial: The parties agree that bifurcation is not necessary in this case.

12. Proposed Date for the Pretrial Conference: The parties request that this date be set at a status conference scheduled at the Court's convenience, following the resolution of any filed dispositive motion.

l3.  <u>Trial Date</u>: The parties agree that a trial date should not be set until the Court rules on any dispositive motions, and/or should be set at the Pretrial Conference.

        Respectfully submitted,

        _____\s_____
        CHARLES GOLDMAN, ESQ. [201509]
        1155 15th Street, NW, Suite 1004
        Washington, DC 20005
        (202)-466-7550
        Counsel for Plaintiff

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____\s_____
        PATRICIA JONES [428132]
        Chief, Civil Litigation, Section IV


        _____\s_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4th Street, N.W., 6th Floor North
        Washington, D.C. 20001
        (202)724-6649; (202)727-6295
        Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MURIELENE GORDON,                  :
                                   :
        Plaintiff,                 :
                                   :   CA No. 05-1907 (EGS)
    v.                             :
                                   :
DISTRICT OF COLUMBIA,              :
                                   :
        Defendant.                 :
_____:

**SCHEDULING ORDER**

Upon consideration of the Parties' Joint Rule 16.3 Report, and the entire record herein, it is this ____ day of _____, 200__, hereby ORDERED that:

1. Plaintiff shall make her Rule 26(a)(2) disclosures to the defendant on or before March 7, 2006.  Defendant shall make its Rule 26(a)(2) disclosures to the plaintiff on or before April 22, 2006.  All depositions of experts must take place prior to the close of discovery.

2. Factual and expert discovery shall be completed by July 7, 2006.

3. Dispositive motions shall be filed by August 7, 2006; oppositions shall be filed by September 7, 2006, and Replies shall be filed by September 22, 2006.

4. Each party shall be allowed to serve 25 interrogatories and take 5 depositions of fact witnesses; and

5. A Pretrial Conference shall be scheduled at the Court's convenience, following the resolution of any filed dispositive motion.

_____
The Honorable Emmet G. Sullivan
United States District Court Judge