UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Murielene Gordon            :
Plaintiff                   :
v.                          :Civil No. 05-1907
District of Columbia    .   :Judge Emmett G. Sullivan
Defendant                   :Magistrate Judge John M. Fasciola

**Plaintiff's Rule 26a(2) Statement**

Comes Plaintiff, through her undersigned counsel, in accordance with FRCP Civil - 26a(2) and states as follows

a. Dr. James Tozzi 106 Irving Street, N.W., Washington, DC 20010, is an expert physician and Assistant Clinical Professor of Orthopaedics at Georgetown University Hospital (since 1985) who has treated Plaintiff for her physical conditions, including arthritis. He will offer testimonyy as to his treatment of the Plaintiff as well as expert testimony on the short term and permanent impact of Plaintiff's working conditions in suit on Plaintiff's physical condition, particularly on her arthritis. He is Board certified in Orthopaedic Surgery and licensed in the District of Columbia (since 1985) and Maryland (since 1986). He has neither testified as an expert nor published in the past ten years. His fee is $595/hour for all court related services.

b. Dr. Robert Collins, 106 Irving Street N.W., Washington, DC 20010 is an expert physician and Chair, Division of Surgery and Surgical Subspecialities, National Rehabilitation Hospital (since 1999) who has treated Plaintiff for her physical conditions, including arthritis. He will offer testimony as to his treatment of the Plaintiff as well as expert testimony on the short term and permanent impact of Plaintiff's working conditions in suit on Plaintiff's physical

condition, particularly on her arthritis. He has neither testified as an expert in the past four years nor published in the past ten years. His fee is $595/hour for all court related services.

  c. John R. Maloney, M.D. 2141 K Street, N.W., Washington, D.C. 20037, is an expert psychiatrist who has practiced in the Washington, DC metropolitan area since 1977. He has treated Plaintiff and will offer testimony as to his treatment of the Plaintiff as well as expert testimony on the impact of the events in suit on Plaintiff's mental health, including need for future care as a result of those events. His hourly rate is $250 for all work related to this matter. He has neither published any articles in the past ten years nor testified as an expert in the past four years.

  d. Harold Snider, Ph.D. 4921 Bel Pre Road, Rockville, MD 20853, will offer expert testimony as to making reasonable accommodations for person with disabilities, including Plaintiff, under the Americans with Disabilities Act, Rehabilitation Act, and District of Columbia Human Rights Act. Dr. Snider is Executive Director of Services for the Visually Impaired, Silver Spring, MD and has been a consultant to the United States Department of Justice on the Americans with Disabilities Act. His fee for all services is $300. He has not testified in the past four years as an expert. His publications over the past ten years are. "Braille and Brotherhood", Scottish Rite Journal of Freemasonry, Southern Jurisdiction, Washington, DC (August, 2005), "Understanding the Holocaust", the Braille Monitor, National Federation of the Blind, Baltimore, MD (May, 2004), "From Salon to Saloons-19th Century American Popular and Patriot Music as Played on the World's Finest Music Boxes" (Compact Disc Produced by International Braille Research Center, Baltimore, MD (June, 1997), and "The Twenty Percent Challenge–The Remaining Barriers Are Attitudinal", ASTA Agency Management, Washington, DC (May, 1996).

e. John Salmen, AIA, 6 Grant Avenue, Takoma Park, MD 20912 will testify as an expert about the violations of the accessibility standards applicable under laws, including but not limited to the laws cited in the complaint at Ballou High School at the time of the events in suit. His rate is $350/hour for all court related work. Over the past ten years he has published Universal Design Newsletter, quarterly and ongoing, Images of Universal Design Excellence, National Endowment of the Arts 1996, Everyone's Welcome: The Americans with Disabilities Act and Museums, American Association of Museums, Washington, DC, 1998. In the past four years he has testified in U.S Department of Justice v. National Theaters and Hoyt Theaters, CA No. 00-13568-WGY.

Respectfully submitted,

March 6, 2006

Charles D. Goldman, Esq.#201509
Attorney for Plaintiff
1155 -15th Street NW #1004
Washington, DC 20005
202 466 -7550 202 467 5085 fax
cdg.gsquared@att.net

Certificate of Service

I hereby certify that a copy of the foregoing was mailed, first class mail postage prepaid, to Michael Bruckheim, Esq., Assistant Attorney General, 441 - 4th Street, N.W., Suite 600 South, Washington, DC 20001 this 6th day of March, 2006.

Charles Goldman                    .