UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | :   05-CV-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| | : |
| Defendant. | : |
| _____ | : |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES

Defendant District of Columbia, by and through counsel, and pursuant to FRCP 7(b), respectfully moves this Court to strike plaintiff's designated experts on the grounds that plaintiff failed to file written reports prepared and signed by the proposed witnesses as required by Rule 26(a)(2)(B). In support thereof, this defendant refers this Court to the attached memorandum of points and authorities.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____\\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV
_____\\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
E-mail: Michael.bruckheim@dc.gov

1

2

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that on April 7, 2006, the undersigned sought the consent of plaintiff's counsel for the herein-requested relief. Consent could not be obtained.

\_\_\_\_\_\\s\\_____
Michael Bruckheim
Assistant Attorney General

Case 1:05-cv-01907-EGS   Document 13   Filed 04/12/2006   Page 2 of 5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURIELENE GORDON, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | :    05-CV-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|     Defendant. | : |
| _____ | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES**

In support of its motion to strike plaintiff's expert witnesses, Defendant District of Columbia submits the following argument.

**I.    PRELMINARY STATEMENT**

This case involves plaintiff's allegations that Defendant, *inter alia,* failed to reasonably accommodate plaintiff's alleged disability. *See* Plaintiff's Complaint. On March 6, 2006, plaintiff filed her Rule 26(a)(2) statement. In her statement, plaintiff discloses the names of several witnesses who she intends to use as experts in this litigation. Plaintiff's statement is not accompanied by any report written by the designated experts. *See* Court Docket, #12. As set forth below, plaintiff's experts should be stricken in accordance with Rule 26(a)(2).

**II.    ARGUMENT**

FRCP 26(a)(2)(B) provides that disclosure of expert testimony "shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness." Plaintiff's Rule

3

26(a)(2) statement named five individuals who are expected to provide expert testimony.

Plaintiff did not submit a written report prepared and signed by any of these witnesses, as

required by FRCP 26(a)(2).  Accordingly, Defendant moves that plaintiff's experts be

stricken.

<div style="margin-left:40%">

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____\s_____
PATRICIA A. JONES #428132
Chief, General Litigation, Sec. IV


_____\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
E-mail:  Michael.bruckheim@dc.gov

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, | : |
| Plaintiff, | : |
| v. | : |
| | :   05-CV-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**ORDER**

Upon consideration of the Defendant's Motion to Strike Plaintiff's Experts, any opposition thereto, and the record herein, it is this _____ day of _____, 2006,

ORDERED: that Defendant's motion is hereby GRANTED, and it is;

FURTHER ORDERED: that plaintiff's experts are stricken because the experts failed to provide signed, written reports as required by FRCP 26(a)(2).

_____
Judge Emmet G. Sullivan