Affidavit

I am Murielene Gordon, Plaintiff in Gordon v. District of Columbia, Civil No.05-1907.

I make this statement under penalty of perjury pursuant to Title 28 United States Code and the laws of the District of Columbia.

I retired from the District of Columbia Public Schools in January, 2006.

Due to administrative reasons beyond my control, because I retired in January, 2006, the District of Columbia Public Schools were unable to provide me my retirement until April 1, 2006. I did not learn until after I submitted my retirement papers that I would be without my retirement benefit, my pension from the District of Columbia, until April, 2006.

I was without income from District of Columbia Public Schools or anyone else until in 2006 until April 1, 2006. I had no money to pay for experts fees during this time.

I did not commence seeing Keith Miller at Pastoral Counseling until after the deadline for filing of expert reports. I believe I first saw him on or about March 8, 2006.

Respectfully submitted,

Murielene Gordon
April 20, 2006

Attestation

I, Murielene Gordon, have made the foregoing Affidavit under penalty of perjury pursuant to Title 28 United States Code and the laws of the District of Columbia.

Murielene Gordon
April 20, 2006