Report of Dr. John R. Maloney

Opinion: It is my professional opinion to a reasonable medical certainty that Murielene Gordon required additional psychological counseling of at least six months of weekly therapy sessions, perhaps longer, as a result of the emotional difficulties encountered in connection with events at Ballou Senior High School.

This opinion is based on my prior treatment for her in 2003 when she was seen several times in connection with her return to work at Ballou. It is my experience with other patients that traumatic work events, such as encountered by Ms. Gordon at Ballou, normally require at least six months of regular counseling. .

Qualifications I have been actively engaged in the private practice of psychiatry in the District of Columbia since 1977 and in Arlington, Virginia since 1998. I am licensed in each of those states (as well as in Maryland, though I am inactive in Maryland). Also, I have been on the faculty of George Washington University Medical School since 1979, achieving the rank, which I now hold,, of Associate Clinical Professor of Psychiatry in 2001. I have been a member of both the American Psychiatric Society as well as the Washington Psychiatric Society since 1976 as well as other professional associations.

At present I do not plan to use any exhibits when I testify. . It is my understanding that the file has been provided to the Defendant in discovery and that an authorization executed to enable the Defendant to obtain a copy independently.

I have not published any articles in the past ten (10) years.

My testimony and report are billed at $250/hour.

Respectfully submitted,

JOHN R. MALONEY