April 21, 2006

Report of Keith Miller, MSW, LGSW

Re: Murielene Gordon

Opinions: It is my opinion to a reasonable professional certainty that Murielene Gordon suffered emotional harm as a result of the events that she reports happened to her at Ballou High School.

It is my opinion to a reasonable professional certainty that Murielene Gordon is clinically depressed as a result of said events. Her diagnosis is Major Depressive Episode, Recurrent, Moderate: 296.32.

It is my opinion to a reasonable professional certainty that Murielene Gordon will require significant additional individual therapy for at least one year as a result of the events that happened to her at Ballou High School.

Basis of Opinions: My opinions are based on my sessions with Murielene Gordon since March, 2006, my clinical training, and the Diagnostic Statistic Manual. I am a Licensed Graduate Social Worker, licensed in the District of Columbia since July 2004, and employed at the Pastoral Counseling and Consultation Centers of Greater Washington (PC&CC) since April 2005. My educational background is B.A. in Biblical Studies and Masters in Clinical Social Work. I am a clinical member of the American Association of Pastoral Counselors. My opinions regarding Murielene Gordon are also based on clinical consultation with Carl Segal, Ph.D., also of PC&CC.

No exhibits will be used in my testimony in this matter.

My qualifications are noted above in connection with the basis of my opinion. As noted above I am in practice as a social worker at PC&CC, and have been so employed since April 2005. My educational background is also noted above.

Publications: Within the past ten years I have published *Ecological Assessment of Substance-abuse Experiences (EASE): Findings from a New Instrument Development Pilot Study*, published in *Addictive Behaviors,* 2005

Prior testimony: I have not testified as an expert at trial or at deposition within the past four years.

My compensation for court work, including this is at the rate of $210/hour.

Respectfully submitted,

KEITH MILLER, MSW, LGSW
7003 Piney Branch Road, NW
Washington, DC 20012