UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURIELENE GORDON, | ) | |
| | ) | CA No.: 05-1907 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Emmett G. Sullivan |
| | ) | |
| | ) | Magistrate John Facciola |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STATUS REPORT

In accordance with the Scheduling Order of January 6, 2006, the parties, by and through counsel, submit this joint status report:

1. The parties had one appearance before the Court on January 5, 2006, and a meeting with the Magistrate on June 22, 2006.

2. The case remains unresolved, and the parties continue to dispute liability and damages.

3. There are two pending motions, both of which were filed by Defendant District of Columbia and opposed by Plaintiff. The first Motion seeks to strike Plaintiff's Rule 26 (a)(2) statement. The second Motion seeks to quash Plaintiff's requests in her Notice of Deposition that deponents bring with them their official personnel file to the deposition. Each party reserves the right to file any other motions they deem appropriate during the course of this litigation, which include dispositive motions, as well as motions to amend the complaint and to compel discovery of documents. The District would oppose any motion to amend the complaint. Plaintiff will oppose summary judgment.

4. As the parties agree on how next to proceed, there is nothing for the Court to decide at the upcoming Status Conference.

5. Plaintiff wishes to enter into an evaluative mediation with each side receiving feedback on their views on this matter. The District takes no position on this request. A conference call, previously scheduled with Magistrate Facciola, is to be held at 10 a.m. on July 20, 2006. At that time, the parties will discuss with Magistrate Facciola the viability of scheduling another mediation. Defendant's position is that Plaintiff, plaintiff's counsel, and counsel for the District would be required to attend. Plaintiff's position is that a representative of the client agency, District of Columbia Public Schools, with full authority to resolve the matter should also be required to attend the mediation. The parties are open to the directions and suggestions of the Court and the Magistrate with regard to this mediation.

6. Defendant is contemplating filing for summary judgment while Plaintiff is contemplating filing a motion seeking leave of the Court to amend the complaint to include causes of action related to commingling of medical and non-medical records and retaliation. Plaintiff is also contemplating filing a motion related to Defendant not providing records related to various events and conditions at Ballou Senior High School, including making the bathrooms accessible to persons with disabilities (such as Plaintiff), re-keying of doors at Ballou, the District of Columbia Public School standard for temperature in classrooms of schools, as well as the temperature setting deponents have acknowledged was recorded at Ballou. Also, Plaintiff may file the appropriate motion to continue the deposition of Dr. Art Bridges, Plaintiff's former supervisor, whose deposition was adjourned. Plaintiff requested the District to continue Dr. Bridges' deposition. It is also

anticipated that such potential motions as well as the pending motions and discovery would be discussed in the mediation to facilitate a resolution. The parties make their proposal in the hope of avoiding unnecessary costs for both parties and reaching accord. Participation in the mediation is not to prejudice either party's right to file or oppose any motion such as those noted herein.

If the mediation fails to resolve this litigation, the parties would then submit a proposed scheduling order for the Court's approval.

                                                        Respectfully submitted,

_____\s\_____
CHARLES GOLDMAN, ESQ No.201509
1155 –15th Street N.W. #1004
Washington, DC 20005
202 4667550/202 fax2024675085


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


_____\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
E-mail:  Michael.bruckheim@dc.gov