UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON | : Civil No. 05-1907 |
| PLAINTIFF | : |
| v. | : Judge Emmett G. Sullivan |
| DISTRICT OF COLUMBIA | : Magistrate John M. Facciola |
| DEFENDANT | : |

## ORDER

Upon consideration of the pleadings, arguments of the parties, and the Record herein, it is hereby ORDERED that Plaintiff's Motion to Extend Discovery is Granted and that discovery shall close in this matter sixty days from the date of this Order.

Dated                                                                         _____
                                                                                        JUDGE EMMETT G. SULLIVAN