## Page 1

(1) UNITED STATES DISTRICT COURT
(2) FOR THE DISTRICT OF COLUMBIA
(3) + + + + +
(4)
(5) IN THE MATTER OF:
(6) MURIELENE GORDON,
(7) Plaintiff,   Civil No. 05-1907-EG
                Judge Emmett G. Sullivan
(8)     v.      Magistrate John M. Facciola
(9) DISTRICT OF COLUMBIA
(10)    Defendant.
(11)
(12)         Friday,
             June 16, 2006
(13)
             Washington, D.C.
(14)
DEPOSITION OF:
(15)
             DR. ART BRIDGES
(16)
(17) called for examination by counsel for the Plaintiff,
(18) Murielene Gordon, pursuant to notice and agreement of
(19) counsel, in the Office of the Attorney General,
(20) located at 441 4th Street, N.W., 6th Floor, South,
(21) Conference Room 2, Washington, D.C., when were present
(22) on behalf of the respective parties:

## Page 2

(1) APPEARANCES:
(2)
    On Behalf of Plaintiff, Murielene Gordon:
(3)
        CHARLES GOLDMAN, ESQ.
(4)     1155 15th Street, N.W.
        Suite 1004
(5)     Washington, D.C. 20005
        (202) 466-7550
(6)     (202) 467-5085 fax
(7)
(8) On Behalf of Defendant, the District of Columbia:
(9)
        MICHAEL BRUCKHEIM, ESQ.
(10)    Assistant Attorney General
     of: Office of the Attorney General
(11)    One Judiciary Square
        441 4th Street, N.W.
(12)    6th Floor - South
        Washington, D.C. 20001
(13)    (202) 724-6649
        (202) 727-3625 fax
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)

## Page 3

(1)            I N D E X
(2) WITNESS         DIRECT  CROSS  REDIRECT  RECROSS
(3) Dr. Art Bridges   4      225    256
(4)
(5)            E X H I B I T S
    Exh.
(6) No.    Description                    Page
(7)    (None)
(8)
...

## Page 4

(1) P R O C E E D I N G S
(2) (10:17 a.m.)
(3) Whereupon,
(4) DR. ART BRIDGES (5) was called as a witness by counsel for the Plaintiff (6) and, having been first duly sworn, was examined and (7) testified as follows:
(8) DIRECT EXAMINATION
(9) BY MR. GOLDMAN:
(10) Q Good morning, Dr. Bridges. My name is (11) Charles Goldman.
(12) **A May I have a sheet of paper?**
(13) Q Sure. I'll give you a card if you want.
(14) **A I already have it. That's fine.**
(15) Q If there's – I'm sorry?
(16) **A So I don't forget who I'm talking to.**
(17) Q Okay. Just make sure that the court (18) reporter can hear you.
(19) Dr. Bridges if I say something that you (20) don't understand, would you please indicate that you (21) don't understand, and please understand that when I (22) use words, I'm not using them with hidden meanings.

Page 81

(1) A Yes.
(2) Q And when did you make this – in what (3) school year did you make this accommodation for her?
(4) A What accommodation is that?
(5) Q I'm sorry. Do you consider this – let me (6) ask you this. Back up.
(7) In what school year did she use this (8) bathroom?
(9) A She had –
(10) Q Did she use –
(11) A To my knowledge, to my knowledge, she (12) always used that bathroom.
(13) Q Throughout your tenure.
(14) A Right. It came to my – it came to my (15) presence when I rekeyed, okay, because I was going to (16) put a separate lock on that bathroom, okay, because it (17) was more like a guest bathroom, and I said no. You (18) know, we'll let the teachers use it on that end, and (19) that was primarily for Ms. Gordon because she's always (20) been not able to get around.
(21) Q Do you recall this guest bathroom?
(22) A Un-huh.

Page 82

(1) Q You said this guest bathroom was otherwise (2) closed.
(3) A Yes.
(4) Q Okay. Was it a male or boy's bathroom or (5) –
(6) A It was male and female. There were two (7) bathrooms.
(8) Q Well, I'm not clear what you're saying. (9) So help me out here.
(10) A Okay.
(11) Q Let me just see if I can get past this.
(12) A Okay.
(13) Q You say there was a bathroom or was it two (14) bathrooms?
(15) A What I meant, a bathroom, I meant a female (16) bathroom. There are two bathrooms, one for males and (17) one for females, and when I said "a bathroom," I meant (18) a bathroom for females to accommodate Ms. Gordon.
(19) Q Okay, but in theory you're saying her key (20) would have also opened up the male's bathroom as well?
(21) A Yes.
(22) Q Okay. But what you're saying is this

Page 83

(1) female bathroom was otherwise a student bathroom?
(2) A No. The bathroom –
(3) Q Was it a – it would have been a student (4) bathroom, but you had closed it?
(5) A No.
(6) Q Okay. Then help me out here.
(7) A There are a number of bathrooms on that (8) floor. The students' bathrooms we locked.
(9) Q Okay.
(10) A Okay? All right. There were two other (11) bathrooms. There was a male's bathroom and a female's (12) bathroom.
(13) Q Right.
(14) A Okay? Those bathrooms were only used when (15) we had guests in the building. Okay? Ms. Gordon had (16) a key.
(17) Q Okay.
(18) A For the female bathroom.
(19) Q She had a key to that, too.
(20) A But, however, her key would also fit the (21) male bathroom. Whether male or female, had the same (22) key for male or female classroom would fit the male or

Page 84

(1) female teacher's bathroom.
(2) Q Okay. Was the key that fit these (3) bathrooms different than the key that fit her (4) classroom door?
(5) A No, they were one and the same.
(6) Q So the same key that you got that would (7) open her classroom and give her access to the (8) teacher's bathroom, which is at the north end –
(9) A Yes.
(10) Q – would also fit this bathroom.
(11) A Yes.
(12) Q Okay. I just wanted to make sure I (13) understood you.
(14) And this was used in what school years? (15) I just want to make sure I understand.
(16) A I rekeyed, I think –
(17) Q I know you rekeyed in 2001.
(18) A Right. So immediately after that.
(19) Q So –
(20) A We had to give the teachers the keys. If (21) she was there, she received it or as soon as she came (22) in she received it. We knew that she had the key

Page 85

(1) because she could get in her classroom.
(2) Q Okay. So prior to 2001 when you rekeyed (3) or whenever you rekeyed –
(4) **A Right. Some time after '98, immediately (5) after '98. '99 or 2000 we rekeyed.**
(6) Q Well, sir, there's four years there.
(7) **A Okay. Well, I can't give you the exact (8) year.**
(9) Q Can you get a document which said when you (10) rekeyed?
(11) **A You'll have to go back to the school, and (12) it should be in Grounds. Grounds should have the (13) actual documentation. We had to go through them to (14) get the people to come out and rekey.**
(15) Q Grounds is Mr. Atkinson?
(16) **A Mr. Atkinson can give you that (17) documentation.**
(18) Q He has that document? Can he bring it (19) with him?
(20) **A If he doesn't have it, if Mr. Atkinson (21) doesn't have it because – if Mr. Atkinson doesn't (22) have it, his supervisor will have it.**

Page 86

(1) Q Who is his supervisor?
(2) **A I don't know. I don't know who is that.**
(3) Q When you say "his supervisor" –
(4) **A His supervisor, the area supervisor.**
(5) Q At DCPS?
(6) **A Yes.**
(7) MR. BRUCKHEIM: If I can –
(8) MR. GOLDMAN: I'm not saying – I want to (9) make clear that I'm not say you.
(10) MR. BRUCKHEIM: If he has it. I mean, I (11) know you're asking for these documents. I think (12) perhaps some of the questions you may have regarding (13) them may be answered in person by the witnesses you're (14) deposition. So –
(15) MR. GOLDMAN: I will, particularly if he (16) can bring it.
(17) MR. BRUCKHEIM: You can always discuss (18) afterwards –
(19) MR. GOLDMAN: Absolutely.
(20) MR. BRUCKHEIM: – and you just supplement (21) the documentation.
(22) MR. GOLDMAN: Sure.

Page 87

(1) MR. BRUCKHEIM: But I don't know if I'll (2) be able to –
(3) MR. GOLDMAN: I don't know if you will. (4) I'm not suggesting that you can. Okay.
(5) BY MR. GOLDMAN:
(6) Q During your tenure there, did Ms. Gordon (7) have access to any other bathroom?
(8) **A Yes, she had access to the bathroom, the (9) bathroom that served the assembly halls, what I call (10) the guest bathroom.**
(11) Q The guest bathroom. Other than the guest (12) bathroom and the teacher bathroom.
(13) **A That key fit every teacher's bathroom (14) regardless of what floor and what location in the (15) building.**
(16) Q Okay. Did it fit any other bathroom in (17) the building?
(18) **A I just –**
(19) Q No, other than the teacher's bathroom, (20) regardless of floor –
(21) **A No, there were no other bathrooms locked. (22) Well, the student bathrooms, but we locked those.**

Page 88

(1) Q I'm not asking about the student (2) bathrooms.
(3) **A Okay.**
(4) Q I'm asking about for her, adults.
(5) **A No, no.**
(6) Q So the key didn't fit any other bathroom.
(7) **A No, it did fit every bathroom that was a (8) teacher's bathroom.**
(9) Q Every teacher's bathroom and as well the (10) guest bathroom.
(11) **A Right.**
(12) Q Okay. What about the health suit? Was (13) that kept locked at times?
(14) **A Yes.**
(15) Q Okay. Did the key to Ms. Gordon's (16) classroom fit the health suite?
(17) **A No. When you say the "health suite," (18) that's the nurse's suite where we keep bandages, (19) medications. That room would always be open as long (20) as there was personnel in there. We have a full-time (21) nurse. If that nurse wasn't in there, yes, but that (22) room would be locked.**

Page 89

(1) Q Okay. So it's open when the nurse is (2) there.
(3) A Right, right.
(4) Q Okay,. Do you know if there's a bathroom (5) in the nurse's office?
(6) A I believe there is.
(7) Q Is it kept unlocked?
(8) A Yes, to my knowledge, it is.
(9) Q Okay, and what do you base that knowledge (10) on, sir?
(11) A On having come in there and passed it and (12) seen the door open. I think it's only one bathroom (13) and it's used by male or female, depending on what the (14) emergency is.
(15) Q Okay. It's only used in emergencies?
(16) A Well, no. I mean, the personnel that are (17) back there use it. Okay?
(18) Q Okay. Besides –
(19) A If somebody comes in and they're sick and (20) they have to go to the bathroom, they use it. I mean, (21) it wasn't – the purpose of it wasn't for it to be an (22) open ended bathroom for students to come in and use,

Page 90

(1) for teachers to come in and use, unless there was a (2) situation.
(3) Q Situation where they were ill?
(4) A Yeah.
(5) Q And that was intended for teachers.
(6) A Right, right, and it was – I don't know (7) why Ms. Gordon would use it because it was a further (8) distance than the bathroom that was available to her.
(9) Q Okay. The bathroom that was available to (10) her, have you been inside it?
(11) A Yes.
(12) Q Were you inside it at the time Ms. Gordon (13) was at Ballou?
(14) A Yes.
(15) Q Okay. Did it have grab bars in it, sir, (16) as best you recall?
(17) A I can't say specifically, but I would say (18) yes, and the reason that I would say yes is because (19) that was the bathroom that was used for people that (20) came in, and we had a number of people with (21) disabilities. Yes, I think by regulations that (22) bathroom had to have bars in it, and I think it did.

Page 91

(1) Q Okay. Were the grab bars there throughout (2) your tenure at Ballou or did they get installed on (3) your watch?
(4) A I don't know, but all of the bathrooms (5) were re-outfitted. That's another thing I did when I (6) put the doors on. So I can't specifically say whether (7) it had grab bars prior to that. I know it had to meet (8) code once the bathrooms were refitted. Every bathroom (9) in the building was refitted.
(10) Q And when was that done?
(11) A About 2000, '90 – about a year after I (12) was there, about 2000.
(13) Q When you say 2000 –
(14) A School year 2000.
(15) Q – school year 2000. Is that when you (16) initiated the project to reallocate the bathroom, (17) sir;?
(18) A Yes.
(19) Q Okay.
(20) A I initiated it prior to that, but it takes (21) at least five to six months for it to actually take (22) place.

Page 92

(1) Q But it was done in the school year?
(2) A It was during the school year.
(3) Q In the school year 2000?
(4) A Right. It was done partially over the (5) summer, and they finished it during the school year. (6) We try to start the work and finish it during the (7) summer months when the students are not there, but (8) they didn't complete the job.
(9) Q And that building that – when you say (10) "code," what code are you referring to?
(11) A The standard housing code for bathrooms (12) that applies not only to this building, but every (13) building in D.C.
(14) MR. GOLDMAN: Okay.
(15) MR. BRUCKHEIM: Charles, if you're about (16) to enter into another subject area, I'm thinking maybe (17) now might be a good time if you want to take a break.
(18) MR. GOLDMAN: Sure.
(19) MR. BRUCKHEIM: Like five or ten minutes.
(20) MR. GOLDMAN: That's fine.
(21) MR. BRUCKHEIM: If you're done, I mean.
(22) MR. GOLDMAN: No, we can take a break.l

## Page 105

(1) Q As a matter of fact, yes, the bathroom was (2) part of the list. Yes, it was.
(3) Q Okay. Did you get any other document (4) about bathrooms and Ms. Gordon while you were (5) principal and, of course, assistant principal?
(6) **A No. The bathrooms were never an issue.**
(7) Q Okay.
(8) **A It was part of the list, but it was never (9) an issue because there was the one key that fit the (10) bathroom, and then there was the question about the (11) distance from the bathroom, and that's when we made (12) the guest bathroom, but she had already had a key and (13) she had already been using it.**
(14) Q Okay. So you made the guess bathroom (15) accessible when did you say? 2001-2002?
(16) **A Yeah. That bathroom was always (17) accessible.**
(18) Q That was always accessible.
(19) **A Right.**
(20) Q Okay. Because after you had redone –
(21) **A I rekeyed it. After I rekeyed.**
(22) Q After you rekeyed the bathroom –

## Page 106

(1) **A Right.**
(2) Q – the bathroom was accessible, and then (3) you said you outfitted the bathrooms again.
(4) **A Yeah, we outfitted the bathrooms before we (5) rekeyed them.**
(6) Q Oh, okay.
(7) **A Okay?**
(8) Q That wasn't clear to me. Okay. So did (9) Ms. Gordon as part of her job need to use a copier to (10) have materials copied for students or faculty?
(11) **A No. If she had any Xeroxing to do, it was (12) minimum. Her subject matter didn't call for copying. (13) It was art. Okay? She had books, and it didn't call (14) for copying the machine.**
(15) Q So that wasn't an important part of her (16) job?
(17) **A No. Copying, using a copying machine, it (18) –**
(19) Q Or having materials copied for students?
(20) **A No. I mean there may have been occasions, (21) but in the normal flow for an art teacher, copy is not (22) necessary.**

## Page 107

(1) Q Okay. I appreciate the general –
(2) **A Yeah, specifically for the art that she (3) was teaching.**
(4) Q Well, let's talk specifically about her.
(5) **A Okay. No. The copying machine was not a (6) requirement nor a necessity.**
(7) Q Okay. With regard – where was the copier (8) that was nearest for her room? Let's just spend a (9) copy of minutes on that.
(10) **A The main office, which is in terms of her (11) paces, 50, 50 paces. She would have it – she (12) wouldn't come down there anyway. Whenever she had (13) anything to – and not to copy because I never recall (14) her having to copy, but whenever she had to submit (15) documents that had to be turned in personally by the (16) teacher or anything like that, because of her (17) inability to walk, we would always allow her to send (18) a student or we would send somebody around to pick it (19) up.**
(20) **So even if she was to use a copier, she (21) wouldn't have walked it around. She would have sent (22) it around or somebody would have picked it up.**

## Page 108

(1) Q Would there be a record of you doing this, (2) sir?
(3) **A No.**
(4) MR. GOLDMAN: Excuse me. Let's go off the (5) record.
(6) (Whereupon, the foregoing matter went off (7) the record at 12:07 p.m. and went back on (8) the record at 12:08 p.m.)
(9) MR. GOLDMAN: Back on the record.
(10) BY MR. GOLDMAN:
(11) Q I think I was asking you would there be a (12) record of you allowing someone.
(13) **A No.**
(14) Q Okay. Thank you, sir.
(15) Do you know – let me ask this question (16) first. Did you ever take a picture of her room or the (17) bathrooms at Ballou after this case came down or at (18) any time? Did you ever take any picture of her (19) classroom? Did you personally?
(20) **A No. I never personally took any pictures (21) of it.**
(22) Q Do you know of anyone employed by DCPS

Page 261

(1) A No.
(2) Q Did she ever ask you about disability (3) retirement?
(4) A No.
(5) Q Okay. You've said that she, quote, misled (6) you, correct? Is that correct, sir?
(7) A Yes.
(8) Q When did she mislead you?
(9) A When she indicated to me that she was (10) going to come up all during the summer and then in (11) September she didn't show up, and we followed up and (12) she never came back.
(13) Q This is September of '02?
(14) A '03.
(15) Q Oh, September of '03. Okay.
(16) A I think it's '03, yeah.
(17) MR. BRUCKHEIM: You mean September of '03 (18) when she didn't come back.
(19) THE WITNESS: When she didn't come back.
(20) MR. BRUCKHEIM: Okay. I'm not trying to (21) testify.
(22) MR. GOLDMAN: No, that's what you were

Page 262

(1) saying. Okay.
(2) MR. BRUCKHEIM: Sorry.
(3) MR. GOLDMAN: Okay. Dr. Bridges, we're (4) going to adjourn this. If we wish to recall you, we (5) will, and if we do, we will give you another witness (6) fee.
(7) Thank you very much for coming.
(8) THE WITNESS: Okay. Thank you.
(9) (Discussion was held off the record.)
(10) MR. GOLDMAN: Dr. Bridges, you're not (11) allowed to talk about this with other witnesses.
(12) THE WITNESS: Absolutely.
(13) (Whereupon, at 2:39 p.m., the deposition (14) of Dr. Art Bridges was concluded, signature being (15) waived.)