Page 17

(1) Q Bridges. Okay. And the engineer was?
(2) **A Mr. Earnest Hamlin.**
(3) Q Mr. Hamlin. Okay. And this was in (4) connection with the room in the spring?
(5) **A Yes.**
(6) Q Being too hot or too cold?
(7) **A Too hot.**
(8) Q Too hot. Okay. And Mr. Hamlin took the (9) temperature?
(10) **A Yes.**
(11) Q Do you know what he found?
(12) **A No. I don't know anything else. He (13) reported directly back to the principal.**
(14) Q Okay. And, after that, was it a one (15) time situation, as best your recall? Or was there (16) more than one occasion?
(17) **A On that situation, there was only a one (18) time thing. But we would take temperature readings of (19) all rooms on a daily basis. The engineer did. He was (20) instructed to take temperature readings from his (21) supervisor.**
(22) Q Okay. That would be Mr. Hamlin?

Page 18

(1) **A Mr. Hamlin.**
(2) Q And he was instructed, by his (3) supervisor, to take temperature readings on a daily (4) basis?
(5) **A Yes.**
(6) Q In 1998, '99, every day?
(7) **A That's every day. That's an ongoing (8) thing. That's part of his job description.**
(9) Q Okay. Who is his supervisor?
(10) **A Mr. Ronald Chritchlow.**
(11) Q Chritchlow. Now, when he took these (12) temperature readings, what time of day was it, sir, as (13) far as you know? Or would he take them all across the (14) day, depending on –
(15) **A He would take them about twice a day. (16) He would take them around, about 7:00 in the morning. (17) And then he would take the temperature reading again (18) before he left, around – between 11:00 and 12:00.**
(19) Q So, he would take them twice in the (20) morning, basically.
(21) **A Yes.**
(22) Q When he first came to work. And then

Page 19

(1) Mr. Hamlin left work...
(2) **A He got off at 1:00 p.m.**
(3) Q He would take a second reading before he (4) left?
(5) **A Yes.**
(6) Q Would he record these readings?
(7) **A Yes, he did.**
(8) Q And where would they be recorded?
(9) **A They would be recorded in his office.**
(10) Q Was there a form that they're on?
(11) **A Yes, there is.**
(12) Q What was the title of that form?
(13) **A I have no idea.**
(14) Q Okay. And do you know how long he kept (15) these readings?
(16) **A I think he still has them as of today.**
(17) MR. GOLDMAN: Do we have them, Counsel?
(18) WITNESS: But you'd have to check with (19) Mr. Hamlin.
(20) MR. BRUCKHEIM: I'll check with Mr. (21) Hamlin.
(22) MR. GOLDMAN: Yes. Well, you know, he

Page 20

(1) says he still got them.
(2) WITNESS: He may still have them. I'm (3) not sure. But Mr. Hamlin's one, he usually keeps (4) those documents.
(5) MR. GOLDMAN: To the best of your (6) knowledge, he still has them.
(7) WITNESS: Yes.
(8) MR. GOLDMAN: Okay. I'm not saying you (9) know about it.
(10) MR. BRUCKHEIM: Okay.
(11) MR. GOLDMAN: And if he's got the (12) temperature readings –
(13) BY MR. GOLDMAN:
(14) Q To cut through this a little bit, Mr. (15) Atkinson, did he do this every year, as far as you (16) know?
(17) **A Yes.**
(18) Q '98, '99?
(19) **A That's a part of his job description.**
(20) Q Oh, he does?
(21) **A On a daily basis.**
(22) Q Daily basis?

Page 21

(1) **A Daily basis.**
(2) Q And as far as you know, he still has (3) those records?
(4) **A Correct.**
(5) MR. GOLDMAN: Without asking the (6) question each year, six times, all his temperature (7) records. I mean, let's find out if the room was too (8) hot or too cold.
(9) MR. BRUCKHEIM: What – what – I mean, (10) what scope are you looking for?
(11) MR. GOLDMAN: From '98 to January 6, (12) 2000. '98 – September 1, 1998, which is (13) approximately the beginning of the school year – '98.
(14) MR. BRUCKHEIM: I mean, I can see it if (15) we're talking about maybe the year preceding the year (16) in which he was absent –
(17) MR. GOLDMAN: Well –
(18) MR. BRUCKHEIM: – for a year or two (19) beyond that. I mean, I don't understand the purpose (20) of bringing in, you know, the entire file.
(21) MR. GOLDMAN: '98, '99.
(22) MR. BRUCKHEIM: We're talking about

Page 22

(1) years, again, that are the subject of the complaint, (2) you know?
(3) MR. GOLDMAN: That is one that's in (4) there, and she's alleged that that's part of it.
(5) MR. BRUCKHEIM: It's not under EEOC (6) complaint.
(7) MR. GOLDMAN: It's in the lawsuit. We (8) can debate this later, but –
(9) MR. BRUCKHEIM: I know. But if it's not (10) in the EEOC complaint, you understand?
(11) MR. GOLDMAN: Yes.
(12) MR. BRUCKHEIM: It's not – it's not – (13) she's not going to be able to amend. I mean, I look (14) at what's in the EEOC complaint, and then – I (15) mean, I – I – I bring this up not to debate the (16) issue –
(17) MR. GOLDMAN: Right. I'm not trying to (18) take –
(19) MR. BRUCKHEIM: not meaning to (20) interrupt. I don't mean to interrupt –
(21) MR. GOLDMAN: That's fine.
(22) MR. BRUCKHEIM: – your position. I'm

Page 23

(1) sorry about that. I only say it because, depending on (2) how voluminous these documents may be –
(3) MR. GOLDMAN: Let's see what it looks (4) like. Again, we can go through it. I mean, I'm not (5) trying to make you copy tens of thousands of paper.
(6) MR. BRUCKHEIM: Okay.
(7) MR. GOLDMAN: I mean, it could be as (8) simple as 50 pages, you know.
(9) MR. BRUCKHEIM: If it's – if it's – if (10) it's that simple, then it shouldn't be a problem.
(11) MR. GOLDMAN: All right. Let's see what (12) it looks like.
(13) MR. BRUCKHEIM: I wanted to put that on (14) the record in case –
(15) MR. GOLDMAN: That's fine. In case. (16) Then I'll try to and work it out with you.
(17) MR. BRUCKHEIM: Okay.
(18) MR. GOLDMAN: You'll have our (19) cooperation.
(20) MR. BRUCKHEIM: Sounds good.
(21) MR. GOLDMAN: Okay. Lawyers (22) occasionally do that. I apologize for the delay, Mr.

Page 24

(1) Atkinson.
(2) WITNESS: No problem.
(3) MR. GOLDMAN: Okay.
(4) BY MR. GOLDMAN:
(5) Q In '98, '99, did you have any occasion, (6) yourself, to go into Ms. Gordon's building? Room. (7) Excuse me. Room 111?
(8) **A Yes. Daily.**
(9) Q You would go in daily?
(10) **A That's a part of my – that's my daily (11) routine, to check all rooms daily.**
(12) Q Okay. What time did you go in?
(13) **A Between 6:15 and 6:30.**
(14) Q Okay.
(15) **A A.M.**
(16) Q I got that. Okay. Did you go in more - (17) - okay. Well, you must have had – tell me what your (18) standard day was, so I don't embarrass you –
(19) **A Okay.**
(20) Q – or embarrass myself.
(21) **A Once I enter the building, I notify (22) security. And from that point on, I would proceed to**