Page 153

(1) you have with you that show the temperature in Ms. (2) Gordon's room.
(3) **A I have more but they are at the building** (4) **somewhere.**
(5) Q Okay.
(6) **A I have to locate them.**
(7) MR. GOLDMAN: Okay. We are on record as (8) having requested those if they haven't been provided (9) I believe. Are we not, Counsel? You are nodding so - (10) -
(11) MR. BRUCKHEIM: Requesting what?
(12) MR. GOLDMAN: The climate control (13) documents that show the temperature.
(14) MR. BRUCKHEIM: They did daily climate (15) control requests.
(16) MR. GOLDMAN: Yes.
(17) MR. BRUCKHEIM: So you want the climate (18) control requests for her room for every day done since (19) years and years?
(20) MR. GOLDMAN: No, I'd like –
(21) MR. BRUCKHEIM: You'd like all those (22) documents?

Page 154

(1) MR. GOLDMAN: No. Pardon me? No, excuse (2) me, Mr. Hamlin would like to say something.
(3) MR. BRUCKHEIM: Just a second, Mr. Hamlin.
(4) I want to know what you are requesting.
(5) MR. GOLDMAN: No, I just would like them (6) from – well, I'm going to give you some dates – from (7) as far back as January 15th, 2000 through the end of (8) school year 2004.
(9) MR. BRUCKHEIM: You are still talking (10) about a thousand documents.
(11) MR. GOLDMAN: Well, if there is a summary (12) of it, you know, if there is something that –
(13) MR. BRUCKHEIM: We will take a look.
(14) MR. GOLDMAN: See what you have and I'm (15) going to explain why. I'll get to it in a minute.
(16) Mr. Hamlin has something to say, Counsel.
(17) THE WITNESS: I'd like to address you.
(18) MR. GOLDMAN: You mean privately?
(19) THE WITNESS: Yes.
(20) MR. BRUCKHEIM: Stop. We will go off the (21) record for a second.
(22) (Whereupon, the foregoing

Page 155

(1) matter went off the record at (2) 1:23 p.m. and went back on the (3) record at 1:24 p.m.)
(4) MR. GOLDMAN: Back on the record.
(5) BY MR. GOLDMAN:
(6) Q Are the climate control surveys done every (7) day, sir?
(8) **A No, only when there is trouble spots.** (9) **When they have troubled classrooms throughout, that is** (10) **when they will put a wintertime one on your and if** (11) **there is trouble in the cooling season, they will put** (12) **it on you. Those rooms were pretty hot.**
(13) Q Well, I notice on here –
(14) MR. GOLDMAN: Directing your attention to (15) the one dated 6/21/05, Counsel
(16) THE WITNESS: That was in June.
(17) BY MR. GOLDMAN:
(18) Q That was in June.
(19) **A Those were hot rooms. See the** (20) **temperatures? Those are trouble spots. One was 104** (21) **degrees probably up there.**
(22) Q Well, one of them says 69 degrees. The

Page 156

(1) auditorium was 88. The auditorium was the trouble (2) spot, right?
(3) **A Well, it's hot.**
(4) Q Right.
(5) **A Yes.**
(6) Q But 69 is okay.
(7) **A In the wintertime, we really don't really** (8) **need those because most of the time it is fine.**
(9) Q So you would have reports when there is a (10) problem?
(11) **A It was mostly when you have a problem –** (12) **when it is hot.**
(13) Q So it is not going to be a thousand pages. (14) It is going to be much less than that.
(15) **A No, and that goes downtown. Most of the** (16) **time, it is in the summertime.**
(17) Q Most, okay.
(18) **A In the wintertime, we don't really get** (19) **complaints over at Ballou about cold classrooms.**
(20) Q I'm going to ask you about that in a (21) minute. I appreciate that.
(22) MR. GOLDMAN: Counsel, it seems like there

## Page 157

(1) would be far less papers than you and I originally (2) thought.
(3) MR. BRUCKHEIM: Did your client work on (4) June 21st, 2005?
(5) MR. GOLDMAN: I didn't ask for that period (6) of time.
(7) MR. BRUCKHEIM: I see.
(8) MR. GOLDMAN: I said just do it through (9) the end of '04. The end of the school year '04.
(10) MR. BRUCKHEIM: If there is something to (11) be had, we'll –
(12) MR. GOLDMAN: If there is something to be (13) had. Okay.
(14) BY MR. GOLDMAN:
(15) Q Is there any other – when you – is (16) there another place that you would write down the (17) temperature if you didn't do one of these reports? So (18) that was 9/1/00 to the end of the school year '03/'04 (19) just so we have the same understanding on the (20) timeline.
(21) Is there another place you would write (22) down – Mr. Hamlin, I'm sorry, I'm trying to wrap this

## Page 158

(1) up – you would write down climate reports on Ms. (2) Gordon's room? Other than –
(3) **A If that room was trouble, we would have a** (4) **climate report on it.**
(5) Q Okay. Any other place – to paraphrase – (6) I'm trying to move this along –
(7) **A When I go –**
(8) Q You go around the rooms and take (9) temperatures.
(10) **A – around and check, it is fine.**
(11) Q Then you don't write it down?
(12) **A My crew normally checks, it's fine.**
(13) Q Then you don't write it down.
(14) **A Don't write it down.**
(15) Q So you only write it down if there is a (16) problem.
(17) **A If there is a problem –**
(18) Q Okay.
(19) **A – that goes downtown.**
(20) Q And that's the only thing –
(21) **A That's right.**
(22) Q Okay, that's fine. Okay. I'm trying to

## Page 159

(1) get –
(2) **A Yes, sure.**
(3) Q Okay. Counsel has given us a couple of (4) documents. I'm going to show you a document dated (5) January 15th, 2000. It is titled Room and Climate (6) Issues. Would you tell me if you have ever seen this (7) document? In 2000, did you ever see that document. (8) It is not addressed to you, sir, I realize that.
(9) **A Yes.**
(10) Q You did see that?
(11) **A No, no. I'm just thinking. I'm sorry.**
(12) Q Okay, I didn't mean –
(13) **A I haven't seen this.**
(14) MR. BRUCKHEIM: Who gave you this?
(15) MR. GOLDMAN: I don't know. If he hasn't (16) see it, then it is not.
(17) THE WITNESS: I haven't seen this before.
(18) MR. GOLDMAN: Okay.
(19) THE WITNESS: No, this is the first time (20) I have seen this. I didn't see this.
(21) BY MR. GOLDMAN:
(22) Q Okay. Thank you very much. And we don't

## Page 160

(1) have to put that – you have no knowledge of that?
(2) **A This is very interesting. Could I finish** (3) **reading it?**
(4) Q Sure, please make sure to take your time, (5) read it all.
(6) MR. BRUCKHEIM: Have you seen the (7) document?
(8) THE WITNESS: I have never seen this.
(9) BY MR. GOLDMAN:
(10) Q Are you familiar with the events described (11) there? Sir, the record can't record your shaking your (12) head. You are shaking your head.
(13) **A No, I have never seen this document** (14) **before.**
(15) Q Are you familiar with the events described (16) there at that time?
(17) **A Okay, the date on here, I'm looking for** (18) **the date.**
(19) Q The date is at the top to help you out, (20) sir.
(21) **A January 2000 – that is 15, okay, I'll** (22) **look in my logbook. I'll look in my logbook. Okay.**