# MEMORANDUM

DATE  1/29/04

TO: Dr. Art Bridges,
    Principal, Ballou SHS

FROM: Murielene E. Gordon
    Art Teacher

RE: Reasonable Accommodations

This letter is to request a _heater_ for room 112. The temperature in this classroom has reached _62_°  according to my digital thermometer.

August 29, 2003

To: Dr. Art Bridges, Principal
    Ballou Senior High School

From: Murielene E. Gordon,
      Art Teacher

Re: Reasonable Accommodations 2003-04 for Murielene E. Gordon

Front Door Locks:  There is still a problem with the front door not locking. At 3:45 p.m. today I notified a maintenance staff member that the door does not lock and the exit doors are unlocked. (security problem)

Sink Area: I am unable to use the sink area for clean-up in the classroom because there is no mat on the floor.  (slip and fall accidents)

Windows: My digital thermometer registers 85 degrees in this room with the "cooling" fan on. Windows in the front of the room that are closed will to need to be opened. (heat exhaustion)

I will need a key to the teacher's rest room on the first floor near the security office. I was in the library until time to break for room preparation. It would have been easier if I had a key.

Attached is an emergency art supply list for my classes.

Thank you for your time and consideration.

                                    Murielene E. Gordon