## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURIELENE GORDON, | ) | |
| | ) | CA No.: 05-1907 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Emmett G. Sullivan |
| | ) | |
| | ) | Magistrate John Facciola |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STATUS REPORT

In accordance with the Order of July 17, 2006, the parties submit the following joint status report:

The parties had a conference call with Magistrate Facciola on July 20, 2006. Magistrate Facciola has requested that the parties submit an evaluative two (2) page ex parte position statements within the next ten days. He seeks to determine whether mediation of this matter would be worthwhile. Both parties are willing to participate. Magistrate Facciola will contact the parties after reviewing their statements.

The only other development since the last Report was filed with the Court is that Plaintiff has filed a Motion to Extend Discovery. In accordance with LCvR 7(b), Defendant's Reply is not due until August 3, 2006. In that Motion, Plaintiff made reference to various documents that had been requested at depositions. Undersigned counsel for Defendant states he has made an effort to locate the requested documents. Counsel for Defendant also states Plaintiff must make and has not made a formal request for them under Fed.R.Civil P.34. Plaintiff has advised counsel for Defendant that the documents are within previously submitted requests and that pursuant to Fed. R. Civ. P.26(e) Defendant had a duty to supplement its

previous responses to such requests by providing the documents. Plaintiff has also advised Defendant the documents related to the temperature in Plaintiff's room and the Defendant's temperature policy guidance/standard are, as deponents (current and former employees of Defendant, sic. DCPS) testified, in a folder at Ballou Senior High School (where Plaintiff was employed). Plaintiff believes that the provision of those documents will facilitate a resolution of this matter.

Respectfully submitted,

_____\s\_____
CHARLES GOLDMAN, ESQ. [201509]
1155 15th Street, NW, Suite 1004
Washington, DC 20005
(202)-466-7550
Counsel for Plaintiff

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____\s\_____
PATRICIA JONES [428132]
Chief, Civil Litigation, Section IV

_____\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, D.C. 20001
(202)724-6649; (202)727-6295
Attorney for Defendant