# Exhibit 1

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MURIELENE GORDON,

       Plaintiff,

                CA No.
v.               05-1907 (EGS)

DISTRICT OF COLUMBIA,

       Defendant.


June 29, 2006

DEPOSITION OF:

MURIELENE GORDON

called for examination by counsel for the
Defendant, pursuant to notice, at the law
offices of Charles D. Goldman, Suite 1004,
1155 15th Street, Northwest, Washington, D.C.,
at 10:13 a.m., when were present on behalf of
the respective parties:

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433      WASHINGTON, D.C. 20005-3701      www.nealrgross.com

1          A     No.

2          Q     Who do you live with?

3          A     My grandson.

4          Q     Okay.  And how old is your

5     grandson?

6          A     Fifteen.

7          Q     Okay.  Anybody else who lives

8     there with you?

9          A     No.

10         Q     Okay.  What type of house is it?

11         A     Single-family.

12         Q     Okay.  Is it a single level or a

13    colonial, split-level?

14         A     No, they have a basement, first

15    level and second level, second floor.

16         Q     Okay.  Are there stairs --

17         A     And a attic.

18         Q     Oh, I'm sorry.  And an attic too,

19    you say?

20         A     Correct.

21         Q     Okay.  Are their stairs in the

22    house>

1        A    Yes.

2        Q    Okay.   Where is your bedroom

3    located in that house?

4        A    My bedroom?

5        Q    Yes.

6        A    On the second floor.

7        Q    On the second floor?

8        A    Correct.

9        Q    And in order to enter the house,

10   where is the main door located to get in and

11   out of the house?

12       A    I don't understand your question.

13       Q    Is the door to enter the house on

14   the main level of the house, like the first

15   level?

16       A    Yes.

17       Q    You don't have to walk up any

18   steps in order to get into your house?

19       A    Yes, I do.

20       Q    You do?

21       A    Yes.

22       Q    These are steps that are outside?

1          A    Yes.

2          Q    Okay.  Do you know how many steps

3     there are outside?

4          A    About 13.

5          Q    About 13?  Okay.  When you walk

6     into your house, would it be fair to say that

7     that would just be the main floor where you

8     walk in?

9          A    Yes.

10         Q    Okay.  Is the kitchen located on

11    that floor?

12         A    Yes.

13         Q    Okay.  Living room?

14         A    Yes.

15         Q    Okay.  Is there a dining room?

16         A    Yes.

17         Q    Okay.  Any other rooms on that

18    floor?

19         A    I have a back porch.

20         Q    A back porch?

21         A    Yes.

22         Q    Okay.  A bathroom located on that

1  floor?

2       A    No.

3       Q    Okay.  To get down to the

4  basement, do you have to go down steps to the

5  basement?

6       A    Yes.

7       Q    Okay.  About how many steps?

8       A    I never counted them.  I don't

9  know.

10      Q    Can you hazard a guess?

11      A    No.

12      Q    Would it be more or less steps

13  than the number of steps you have to go up to

14  get into your house?  To the best that you can

15  estimate.

16      A    Probably less.  I'm not sure.

17      Q    Probably less?

18      A    I'm not sure.

19      Q    Okay.  Maybe 10 steps?

20           MR. GOLDMAN:  She says she's not

21  sure.

22           THE WITNESS:  I'm not sure.  I'm

1    going up the steps.  Okay?

2        Q    Okay.

3        A    All right.  I have -- in the back

4    room I have a toilet, one of those portable

5    toilets so I won't have to go up the steps to

6    the rest room.

7        Q    Okay.

8        A    Okay?  I don't go down to the

9    basement.  My grandson -- I -- I hardly ever

10   go to the basement.

11       Q    Okay.

12       A    Because there's nothing down there

13   for me to go down there other than the laundry

14   room.  And usually when I go down to the

15   laundry room, you know, it's not on a daily

16   basis.  Okay?

17       Q    Okay.

18       A    All right.

19       Q    So once you come downstairs in the

20   morning after you get up, you're essentially

21   on that main floor, unless you have to leave

22   the house for whatever reason?

1     your employment history --

2          A     Okay.

3          Q     -- it says you were appointed; and

4     correct me if I'm wrong, as a full-time

5     teacher at Spingard High School for 1986 to

6     '89?  Do you see that notation?

7          A     No, I wasn't a full-time teacher.

8     As -- I was probationary, I think.

9          Q     Okay.

10          A     Yes.  I wasn't given full-time

11     status or tenure until what ' 90?  1990, I

12     believe.

13          Q     Until 1990?

14          A     Yes.

15          Q     Okay.  And at that time when you

16     received the full-time status, were you still

17     teaching at Spingard?

18               MR. GOLDMAN:  As best you recall.

19               THE WITNESS:  Best I recall, I

20     think, I was, yes, in '90.

21               BY MR. BRUCKHEIM:

22          Q     Okay.  And on the third page you

1          A      2000?  No, I did not have an

2    opportunity to go around to each table to do

3    this.  They would come to me.

4          Q      Okay.  So you could say then that

5    your job did not require a lot of walking

6    during that time period?

7                 MR. GOLDMAN:  Could you define a

8    lot?

9                 BY MR. BRUCKHEIM:

10         Q      Did it require walking while you

11   were teaching your class?

12         A      To a certain extent, but no.

13   Well, that's kind of a -- no, because I -- no.

14   No.

15         Q      Because they would come to you?

16         A      I -- what I would do, I set up a

17   table among them and I would demonstrate or

18   whatever needed to be done with the students

19   around me.  Okay?  Because they had little

20   groups.

21         Q      Okay.

22         A      And then I would demonstrate and

1          THE WITNESS:  Okay.

2          BY MR. BRUCKHEIM:

3      Q    So that would be it did not

4  require you to do a lot of walking?

5      A    When you say require, I -- I get

6  confused.  Require and was not able to is two

7  different things.

8      Q    Okay.

9      A    I was not able to do it.

10     Q    Okay.  Did the fact that you were

11 not able to do it prevent you from teaching

12 the class?

13     A    From teaching the class?

14     Q    Yes.

15     A    No.

16     Q    Okay.

17     A    I can't say that.

18     Q    Okay.

19     A    I taught the class.

20     Q    Okay.

21     A    No.

22     Q    Great.  Well, that was my

1    question.

2         A    Okay.  I taught the class.

3         Q    Okay.  During this time period

4    that I referenced before, from the 2000-2001

5    school year up to the point of your

6    retirement, were you able to stand for long

7    stretches at a time, or short stretches?

8              MR. GOLDMAN:  Can you clarify that

9    please so we can understand what long and

10   short mean, please?

11             BY MR. BRUCKHEIM:

12        Q    I'll rephrase it.  How long were

13   you physically able to stand during that time

14   period?

15        A    I could not stand.  I could not

16   stand and I cannot stand longer than five

17   minutes.

18        Q    Okay.

19        A    At intervals.

20        Q    Did the fact that you were not

21   able to stand for longer than five-minute

22   intervals prevent you from teaching the class?

1          A     You keep saying was not able to

2     teach the class.  I taught my class.

3          Q     I understand that.

4          A     Well then why are you saying it?

5          Q     Because I'm asking the questions.

6          A     No.  I taught my class.

7          Q     That's all you have to say.

8          A     You don't need to stand to teach a

9     class.

10         Q     Okay.  How would you rate yourself

11    as a teacher?

12         A     I'm an excellent teacher.

13         Q     Were you always an excellent

14    teacher?

15         A     Always an excellent teacher.

16         Q     From 1990 to the point when you

17    retired?

18         A     I repeat, I'm an excellent

19    teacher.

20         Q     Okay.  I'm going to show you

21    what's been marked as Exhibit 4.

22                         (Whereupon, the document

1    specifically recall whether you feel that you

2    merited an exceeds expectations, do you feel

3    that based on your abilities that you could

4    have received an exceeds expectations?

5         A    I can't say until I check my

6    documentation.

7         Q    Okay.  Do you feel that you had

8    the potential to get an exceeds expectations?

9         A    I always have potential.

10         Q    Okay.  To get an exceeds

11    expectations?

12         A    Always.  I told you, I'm an

13    excellent teacher.

14         Q    Okay.  I'm going to show you

15    what's been marked as Exhibit 7.

16                        (Whereupon, the document

17                        was marked as Gordon

18                        Exhibit 7 for

19                        identification.)

20              BY MR. BRUCKHEIM:

21         Q    Do you recognize this document?

22         A    Yes, and I'm laughing because I --

1    competence.  No, I don't disagree.

2         Q    Okay.  During this time period,

3    Ms. Gordon, the 2000/2001 school year, did you

4    have to use a cane or a walker to assist you

5    with walking?

6         A    I had not a walker at that time, I

7    had a cane.

8         Q    You used a cane?

9         A    Yes.

10        Q    Okay.  So you walked slower than

11   most people?

12        A    When you say most people, you're

13   generalizing.

14        Q    Yes.  So you walked slower because

15   you used a cane, is that correct?

16        A    Yes, I guess so.  Yes.

17        Q    Okay.

18        A    I -- yes.  Yes.

19        Q    And then that's due to your

20   medical condition?

21        A    Correct.

22        Q    Okay.  And that would be

1    arthritis?

2          A     Correct.

3          Q     Okay.  So despite having that

4    medical condition and using the cane to walk,

5    you were still able to perform at a very high

6    level that year, right?

7          A     That's -- that's true.

8          Q     Okay.  Okay.  Ms. Gordon, can you

9    tell me, how often would you have to use the

10   copy machine?

11               MR. GOLDMAN:  What period of time?

12               BY MR. BRUCKHEIM:

13         Q     From 2000/2001 school year to the

14   point you retired.

15         A     Okay.  As I said, each student

16   receives a packet --

17         Q     Right.

18         A     -- with this in it, right?  That's

19   when they first come in my -- come into my

20   classroom.  So all the documentation and stuff

21   that you see here --

22         Q     Had to be copied.

1             BY MR. BRUCKHEIM:

2        Q    Again, it's a simple question.   Do

3   you recall during any emergency procedure at

4   the school, be it a fire drill or any actual

5   emergency, were you ever unable to exit the

6   classroom with the rest of the students?

7        A    No.

8        Q    So there was a way out?

9        A    Fortunately, I was out and retired

10  at the time that the fire happened in the

11  auditorium, which was across from my

12  classroom.

13       Q    Okay.

14       A    And I was -- I was -- that would

15  have been a problem there.

16       Q    I understand.

17       A    Okay.

18       Q    But again, you know -- -- that's

19  not responsive to my question.

20       A    But fortunately --

21       Q    -- that's not responsive to my

22  question.

299

1                    MR. BRUCKHEIM:    Yes.    I'm  sorry  about

2       that.   When I made my questions, I basically put down

3       everything.   I'm trying to siphon out things make it a

4       little more economical, as I know you like to do, too.

5                    MR. GOLDMAN:    That's fine.

6                    BY MR. BRUCKHEIM:

7          Q     Ms. Gordon, back in 2002-2003 school year,

8       during that time period, were you able to drive a

9       vehicle?

10         A     I don't drive.

11         Q     Okay. You don't drive at all?

12         A     No.

13         Q     Did you ever have a license to drive?

14         A     No.

15         Q     No kidding, you've never driven before?

16         A     No.

17         Q     Oh, okay.

18                   MR. GOLDMAN:    She's the one.

19                   MR. BRUCKHEIM:    Well, how about that.

20                   BY MR. BRUCKHEIM:

21         Q     How would you commute to work every day?

22         A     What year was this?

300

1        Q      We'll say 2001-2002 school year.

2        A      Okay.  You said 2001?

3        Q      Yes.

4               MR. GOLDMAN:  2001-2002 is what he said.

5               MR. BRUCKHEIM:  2001-2002 school year.

6               THE WITNESS:  Okay.  I'm checking to see

7        when I applied for the Metro Access.  That's what I'm

8        looking for.  I think it was □-

9               BY MR. BRUCKHEIM:

10       Q      Let me ask you this.  After you got the

11       Metro Access, would you use Metro Access to commute to

12       work every day?

13       A      Yes.

14       Q      Okay.  How did you commute to work before

15       you applied for Metro Access?

16       A      I caught the regular bus.

17       Q      You took the regular bus?

18       A      Yes.

19       Q      Okay.  Would you have to walk to the bus

20       stop that was closest to your home?

21       A      Yes.

22       Q      Okay.

1        A    But it wasn't far.

2        Q    It wasn't far?

3        A    No.

4        Q    About how far was it, would you say?

5        A    About half a block.

6        Q    Oh, that's not far.  How close is the bus

7    stop to Ballou, the one you got off at to go to work?

8        A    That's about a city block.

9        Q    About a city block.  Okay.  And I saw you

10   looking through your notes before.  Are you able to

11   recall when you applied for Metro Access?

12       A    I need this document once again.

13       Q    Okay.  I'll let you get back to that.

14       A    Oh, here it is.  November the 4th.

15            MR. GOLDMAN:  What year?

16            THE WITNESS:  2003.

17            MR. BRUCKHEIM:  Okay.

18            BY MR. BRUCKHEIM:

19       Q    Well, is November 4th, 2003 when you

20   applied for Metro Access?

21       A    Yes.

22       Q    Okay.  And do you know when you were

1    granted the use of Metro Access?

2         A    Shortly afterwards.

3         Q    Okay.  By "shortly" would you say within

4    the same month?

5         A    Let's see.

6              MR. GOLDMAN:  If you know.

7              THE WITNESS:  You want me to check?

8              MR. BRUCKHEIM:  Yes, if you can check, if

9    you know.

10             THE WITNESS:  It was January 7th.

11             BY MR. BRUCKHEIM:

12        Q    Okay.  So that would be January 7th of

13   2004?

14        A    Correct.

15        Q    Okay.  So prior to January 7th, 2004, you

16   would commute to work using the normal City Metro bus.

17        A    Yes, sir.

18        Q    Okay.  There's one question that I should

19   have asked you before when I was asking you questions

20   about Dr. Maloney, so I'm going to jump to that really

21   quick, and then get back to the other things we were

22   talking about.  I wanted to ask you whether prior to

1    when you began your sessions with Dr. Maloney had you

2    ever sought any kind of psychiatric or counseling

3    treatment prior to that for whatever may have been

4    going on with you at the time?

5            A    Not that I recall.

6            Q    Okay.   The next batch of questions I'm

7    going to ask you, I'm trying to get an idea of things

8    that you are able to do, and things that you are not

9    able to do.  Some of these questions may be sort of

10   simple, and perhaps even almost ridiculous on their

11   face, but they're questions that I need to ask to get

12   an idea kind of legally where you stand, so I

13   apologize in advance.  I'm just going to kind of go

14   through them just to ask about things that you're able

15   to do, not to do.

16                 I'll tell you, actually what I'm most

17   interested in right now are just things that you're

18   able to do and not do around your house, and with

19   respect to your house.

20                 In the morning, do you require any

21   assistance to get dressed or to bathe yourself in any

22   way?

304

1        A    No.

2        Q    Okay.   With respect to household chores,

3    are you able to pick things up around the house; in

4    other words, if there's a mess on the floor for

5    whatever reason, are you able to clean that up, or is

6    that something your grandson would be recruited to do?

7             MR.  GOLDMAN:   The word "recruited" in

8    quotes.

9             THE WITNESS:  Do you have any children at

10    home?

11             MR. BRUCKHEIM:  Yes.  I totally sympathize

12    with the cleaning up issues.   I'm asking if it's

13    something that you would be able to do yourself.

14             THE WITNESS:  Pick up things, you said?

15             MR. BRUCKHEIM:  Yes, like from the floor.

16      Let's say you're in □-

17             THE  WITNESS:   I  have  something  that  I

18    received from National Rehab.   It's one of those

19    extension things, apparatus where you don't have to

20    bend down to pick up stuff.

21             MR. BRUCKHEIM:  Okay.

22             THE WITNESS:  It picks it up for you.

1          Q      Okay.    In answer to this interrogatory,

2    you stated you could perform the essential duties of

3    your job with reasonable accommodations you requested

4    but were denied.   And then you go on to say that you

5    couldn't carry materials, or reach supplies, or climb

6    stairs to meetings.   Is that correct?

7          A      That's correct.

8          Q      Okay.    Back  in  2002-2003, that  was  the

9    time period you were commuting by Metro bus.   Is that

10   correct?

11         A      Yes.

12         Q      And to get to work each day, you would

13   have to go down the steps contained in your house, and

14   then go down the steps that were outside your house in

15   order to get to the sidewalk.   Is that right?

16         A      That's correct.

17         Q      And then you would walk □-

18         A      With the help of a cane.

19         Q      With the help of a cane.

20         A      Yes.

21         Q      Okay.    In  this  interrogatory you  also

22   stated that your room was too cold, which adversely