# Exhibit 2

Form No. DC-TR-50

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of General Administration
Office of the Accounting Officer

D.C. PUBLIC SCHOOLS
RECEIVED
OCT -7 AM 11:17
PERSONNEL

**APPLICATION FOR SERVICE OR DISABILITY ANNUITY. UNDER AUTHORITY OF THE TEACHERS' RETIREMENT ACT APPROVED AUGUST 7, 1946, AS AMENDED**

Check One:  ☑ SERVICE RETIREMENT     ☐ DISABILITY RETIREMENT

To avoid delay in processing claim — 1. Read information carefully  2. Complete application in full
3. Typewrite or print in ink

| 1. NAME (LAST) (FIRST) (MIDDLE) MR. MRS. MISS | 2. LIST ALL OTHER NAMES YOU HAVE USED | 3. DATE OF BIRTH (Month) (Day) (Year) |
|---|---|---|
| Gordon, Murielene E | Maiden Name is Long | 7/10/43 |

| 4. ADDRESS (Number and Street) | (City and State) | (Zip) |
|---|---|---|
| 1022 Bryant St. NE | Wash. DC | 20018 |

| 5. DATE OF FINAL SEPARATION (Month) (Day) (Year) | 6. DO YOU HAVE FEDERAL EMPLOYEES' GROUP LIFE INSURANCE? ☐ YES ☑ NO | 7. APPROXIMATE NUMBER OF YEARS OF SERVICE |
|---|---|---|
| 1  6  06 | | 16 |

| 8. (A) ARE YOU MARRIED? ☐ YES ☑ NO | 8. (B) IF THE ANSWER IS "YES," GIVE THE FOLLOWING INFORMATION: ||||
|---|---|---|---|---|
| | Wife or Husband's Name (First) (Middle) | His/Her Birthdate (Mon) (Day) (Yr) | Date of Marriage (Mon) (Day) (Yr) | Place of Marriage (City and State) | Marriage Performed By ☐ Clergyman or Justice of the Peace ☐ Other Specify: |

9. (A) If you have rendered ACTIVE service in the Army, Navy, Marine Corps, Air Force or Coast Guard of the United States, and your service was terminated under honorable conditions, complete the following schedule. Attach a copy of your discharge certificate if available.

| Branch of Service | Serial No. | Date of Entrance On ACTIVE Duty | Date of Separation From ACTIVE Duty | Last Grade or Rank | Organization at Discharge (Div., Regt., Co., etc.) |
|---|---|---|---|---|---|
| N/A | | | | | |

| 9. (B) Are you in receipt of or have you applied for military retired pay? (Retired pay does not include pension or compensation) ☐ YES ☑ NO | 9. (C) If your answer is "YES" were you retired from a reserve component under TITLE III, PUBLIC LAW 810, 80th CONGRESS? ☐ YES ☐ NO |
|---|---|

| 10. Are you entitled to receive an annuity from any Federal, State or Municipal retirement system for service rendered for which credit of such service has been allowed under the District of Columbia Retirement System? | Yes ☐   No ☑ |
|---|---|

11. If answer to 10 is yes, indicate NAME and ADDRESS of Retiring Board from which you will receive annuity and your name during such period of service. Name and address of Retiring Board _____
Your name under which service was rendered _____

You may obtain any additional information you may need to assist you in completing this application by contacting the Retirement Section of the Accounting Office, Room 206, 410 "E" Street, N.W., Washington, D.C. 20001.

Before completing this section, please read the attached "Facts About Your Survivor Annuity Election" for detailed information about the survivor annuity options. Then from the options below carefully make your election. **Place your initials in the appropriate box and sign below.** Your election will be effective from the date of your retirement and may only be changed if your marital status changes (i.e. marriage after retirement, divorce or annulment.) **SELECT ONLY ONE OF THE FOLLOWING 5 OPTIONS.**

1. **Unreduced Annuity**

   [X] *ME_/_*

   - This election is available to all retiring employees. It will provide annuity payments to you for your lifetime only.

   - **NO** survivor annuity will be payable to your surviving spouse and he/she will not be eligible to continue health benefits coverage after your death.

2. Reduced Annuity with **Maximum** Survivor Annuity for my Spouse (equal to 55% of my unreduced annuity)

   [ ]

   - This election is available only to teachers who are **married** at the time of retirement. It provides a reduced annuity to you and the maximum survivor annuity to your spouse. The survivor annuity will begin the day after your death and end with the death of your spouse or end if he/she remarries before age 60. If your spouse predeceases you, your annuity will be increased to the unreduced rate beginning the day after your spouse's death.

3. Reduced Annuity with **Partial** Survivor Annuity for my Spouse (equal to less than 55% of my unreduced annuity)

   [ ]

   - This election is available only to teachers who are **married** at the time of retirement. It provides a reduced annuity to you and a **partial** survivor annuity to your spouse. The survivor annuity will begin the day after your death and end with death of your spouse or if he/she remarries before age 60. If your spouse predeceases you, your annuity will be increased to the unreduced rate beginning the day after your spouse's death.

   I elect the following dollar amount or percentage of survivor annuity for my spouse.

   | $ |  | Enter the **exact dollar amount** you want to designate as a survivor annuity your spouse will receive, that is less than the maximum survivor annuity (i.e., less than 55% of your unreduced annuity). |

   Or

   |  | % | Enter a percentage of your unreduced annuity **that is less than 55%** of your unreduced annuity. Your spouse will receive the percentage of the unreduced annuity that you select. |

   *See other options next page*

e 2                                                                                                     Revised 070101

| | | |
|---|---|---|
| 4. ☐ | **Reduced Annuity with a Survivor Annuity to a Person with an Insurable Interest** (equal to 55% of the reduced annuity you receive) | |
| | ♦ This election is available to teachers who <u>are not married</u> at the time of retirement and <u>in good health</u>. It will provide a reduced annuity to you and a survivor annuity to the person you named as having an insurable interest. If you elect this option, you will have to undergo a physical examination, which will be arranged by the Board of Education at your expense. The survivor annuity will begin the day after your death and end when the person named below dies. If your survivor annuitant predeceases you, your annuity will be increased to the unreduced rate beginning the day after the survivor annuitant's death. | |
| Name: | | |
| | (First, Middle, Last) | |
| Relationship | | |
| Date of Birth | | |
| Social Security # | | |

| | | |
|---|---|---|
| 5. ☐ | **Reduced Annuity Providing for Life Insurance Benefit Payable in a Lump Sum** | |
| | ♦ This election is available to all retiring employees who have not elected any of the other options above. It will provide a reduced annuity to you and a specified lump sum to the person you designate. The amount designated may not exceed the amount to your credit in the Retirement Fund. The insurance benefit will be paid in a lump sum payment to the person you named below after your death. | |
| Name: | | |
| | (First, Middle, Last) | |
| Relationship | | |
| Date of Birth | | |
| Social Security # | | |
| Amount Designated | | |

I hereby certify that all statements made in this application are true to the best of my knowledge and belief. I have read and understand all the information provided in the instructions to this application. I am aware my election is irrevocable except as permitted by law.

| *Murielene E. Gordon* | 9/26/05 |
|---|---|
| **Full Signature** | **Date** |