UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MURIELENE GORDON           : Civil No. 05-1907-EGS
PLAINTIFF                  :  Judge Emmett G.Sullivan
v.                         :  Magistrate John  M.Facciola
District of Columbia       :
Defendant                  :
_____ :

CONSENT MOTION TO EXTEND PLAINTIFF"S TIME TO FILE IN OPPOSITION
    TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Introduction

Comes Plaintiff through her undersigned attorney and respectfully requests the

Court  extend her time to file in opposition to Defendant's Motion for Summary

Judgment for an additional thirty five (35) days until September 18,2006.   Defendant

consents to this Motion. A proposed Order is attached.


Statement of Facts

1.  Defendant filed a Motion for Summary Judgment on August 1, 2006.

2.  On August 1, 2006, Defendant also filed its Opposition to Plaintiff's pending

Motion to Extend Discovery.

3.  On information and belief, resources and individuals who will be needed to

provide affidavits necessary to oppose the Defendant's Motion for Summary

Judgment are out of the area for significant parts of the month of August.

4.  Counsel for Plaintiff will be out of his office during parts of August and

September.

5. Defendant was contacted and consented to this Motion on August 2,2006.

Memorandum of Points and Authorities

Under LCvR 7(b) Plaintiff would have to file her Opposing Points and Authorities on or before August 14,2006, the first business day after Saturday and Sunday. Fed.R.Civ.P. 6(a). Thirty five days thereafter is September 18, 2006.

Plaintiff submits there is good cause for this enlargement of time. Persons, such as Plaintiff's children and grandchildren and other witnesses (all of whom have been previously disclosed in discovery to Defendant) who may offer affidavits as part of the Plaintiff's Opposition to Summary Judgment are out of the area for significant parts of August, 2006. Counsel for Plaintiff will be unavailable for parts of August and September. Plaintiff must also address Defendant's Opposition to Plaintiff's Motion to Extend Discovery filed virtually simultaneously with Defendant's Motion for Summary Judgment. There is good cause for the requested enlargement. Fed.R.Civ.P.6(b).

Counsel for Defendant was contacted and gave consent to this Motion on August 2, 2006. There will be no prejudice to Defendant. LCv. R7(m).

Conclusion

Plaintiff submits there is good cause for the requested enlargement of

time in which to file her Opposition to Summary Judgment.

Respectfully submitted,
Charles D. Goldman(201509)
Attorney for Plaintiff
1155 –15th Street N.W.#1004
Washington, DC 20005
202/4667550/2024675085 fax

Certificate of Service
I hereby certify that a copy of the foregoing was emailed to Michael Bruckheim, Esq.,
Assistant Attorney General at michael.bruckheim@dc.gov this 3rd day of August, 2006.

Charles Goldman

Case 1:05-cv-01907-EGS    Document 22    Filed 08/03/2006    Page 4 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MURIELENE GORDON            : Civil No. 05-1907
PLAINTIFF                  :
v.                         : Judge Emmett G. Sullivan
DISTRICT OF COLUMBIA       : Magistrate John M.Facciola
DEFENDANT                  :

ORDER

Upon consideration of the pleadings, arguments of the parties, and the

Record herein, it is  hereby ORDERED that Plaintiff's Motion for Enlargement of Time

to file in Opposition to Defendant's Motion for Summary Judgment is GRANTED ; and

Further Ordered Plaintiff shall submit her Opposition to Summary Judgment on or

before September 18,2006.


Dated                                    _____
                                         JUDGE EMMETT G. SULLIVAN