UNITED STATED DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON | : Civil No. 05-1907 |
| PLAINTIFF | : |
| v. | : Judge Emmett G. Sullivan |
| DISTRICT OF COLUMBIA | : Magistrate John M.Facciola |
| DEFENDANT | : |

ORDER

Upon consideration of the pleadings, arguments of the parties, and the Record herein, it is hereby ORDERED that Plaintiff's Motion for Enlargement of Time to file in Opposition to Defendant's Motion for Summary Judgment is GRANTED ; and

Further Ordered Plaintiff shall submit her Opposition to Summary Judgment on or before September 18,2006.

Dated  _____
JUDGE EMMETT G. SULLIVAN