Page 109
(1) informed to go and survey the room, and I had the (2) engineer to go along with me, take room temperatures.
(3) Q You had to take a room temperature?
(4) A Yes.
(5) Q Would this be above and beyond the (6) temperature you took every day?
(7) A Yes.
(8) Q Okay. When you took the room (9) temperature, what happened to the temperature –
(10) A Well when we went in there, he took a (11) reading of the room temperature, and that was due to (12) the fact that she had magazines covering the vents of (13) the univent.
(14) Q Okay. Was it warm or cold at this time?
(15) A It was kind of cool in there.
(16) Q Okay. Was the air coming out of the (17) heat – did you take the magazines off the heater (18) then?
(19) A Yes. We removed the magazines from the (20) univent so that the air could circulate – so the heat (21) could circulate through the room.
(22) Q Okay.

Page 110
(1) A Because the heat was being pushed back (2) down into the univent.
(3) Q I think we've gone over this one. Have (4) you seen the one dated February – it's part of (5) Exhibit 6, February 14th. Do you remember that one, (6) or have we gone over that one? We are going to come (7) back to one other item that we reviewed before.
(8) MR. BRUCKHEIM: Counsel, is this the (9) same document –
(10) MR. GOLDMAN: I asked him –
(11) WITNESS: Yes. It's the same document.
(12) MR. GOLDMAN: Okay. Then we'll go on. (13) I just want to make sure. I'm going through a stack (14) that we provided you, and there's an overlap, and I'm (15) trying not to ask…
(16) BY MR. GOLDMAN:
(17) Q I'm showing you a note, also part of (18) Exhibit 6. Let's do the next two in a row. Okay. (19) One's dated 8/28/03 and one's dated 10/02/03. Can you (20) tell me if you took any action based on that – either (21) of those two documents?
(22) A Yes.

Page 111
(1) Q Yes with regards to the one of 8/28/03. (2) What did you do, sir?
(3) A 8/28 we furnished her with a large fan.
(4) Q Okay. When did you put the new fan in?
(5) A The same date that I got this memo.
(6) Q Okay. And what about the 28th?
(7) A Same thing about the heat. If she (8) received –
(9) Q Same thing?
(10) A Yes.
(11) Q Okay. And that date is what day?
(12) A 10/02/03.
(13) Q Okay. Let me just have that back. (14) We're almost done, sir. I'm sorry. I missed one of (15) 9/04. Same day? Same day service again?
(16) A Yes.
(17) Q Okay. Thank you. I'm showing you some (18) additional memos that Ms. Gordon wrote to Dr. Bridges (19) in August of 2003.
(20) A Any memo that addressed to Dr. Bridges, (21) I would not see.
(22) Q Okay. Did you take any action based –

Page 112
(1) A Based on what he would tell me, yes, I (2) would respond to it.
(3) Q Okay.
(4) A Whatever concerns, he addressed to me (5) with Ms. Gordon, but it if the memo was addressed to (6) him, he would not show it to me.
(7) Q He never showed it to you?
(8) A No. It was addressed to him, not to me.
(9) Q So if he decided not to do something, (10) that was his call. You would never know?
(11) A I have no idea.
(12) Q Looking at these memos, just (13) collectively, to try and move us through this, sir, (14) can you tell us what specific actions you might have (15) taken after that? Even if you didn't see them. I (16) realize you may not have seen them, sir.
(17) A No. I may not have seen them, but –
(18) Q I'm not –
(19) A But like I said, certain things they (20) would tell me about, like the supply room.
(21) Q "They" is?
(22) A We did – we did what was asked, moved

Page 113

(1) all the items down to arms reach, so that –
(2) Q Because they were too high?
(3) A Yes. They were too high. And she said (4) she could not reach them, so we moved down so they (5) were accessible.
(6) Q Okay. What other actions did you take?
(7) A About trash, what was identified, we (8) removed from the building, from the room. Exit doors (9) and the art room, we also took the locks off and the (10) chain – there were slide bolts and padlocks on it, (11) they'll be moved daily so access in case of an (12) emergency.
(13) Q So you took them off after she wrote (14) this memo?
(15) A Yes. Before that, there was no mention (16) of that.
(17) Q Okay. Even though you saw them every (18) day when you walked in?
(19) A Saw them every day.
(20) Q And then you would put them on at night?
(21) A Yes. Once school closed, at 3:30, once (22) the teachers left, then they would go around and

Page 114

(1) proceed to lock those areas back up.
(2) Q And put the slide bolts and chains back (3) on?
(4) A Yes.
(5) Q So they were there during the day?
(6) A Yes.
(7) Q if you don't recall – is there any (8) other acts you recall taking, sir?
(9) A Okay. WE did not open – like I said, (10) and he had opened the windows up in the room, she (11) wouldn't have been able to play with them. So they (12) were bolted tight because the handles were broken on (13) them, and you looked in that window, the frame is not (14) aluminum, it is iron. So it is –
(15) Q Which windows had the handles broke?
(16) A There was one by her desk, and there was (17) two in the rear of the room.
(18) Q So they couldn't be fixed? You couldn't (19) open them, you couldn't close – were they open?
(20) A Oh, you could open them if you back the (21) bolts out of them.
(22) Q But you kept them closed.

Page 115

(1) A Yes. She requested that they remain (2) closed. She didn't need that because she had other (3) windows right there by her that she could open.
(4) Q Anything else you took – any other (5) actions?
(6) A Front door of her room that was (7) vandalized, that was repaired.
(8) Q Okay.
(9) A The sink in her room, that was a (10) plumbing problem. That was repaired.
(11) Q Okay. Anything else?
(12) A That's it. We supplied her with a fan, (13) in lieu of an AC unit.
(14) Q And what do you mean, you supplied the (15) fan in lieu of AC?
(16) A When I received the –
(17) Q In September –
(18) A When Dr. Bridges informed me of that. (19) Yes. We supplied her with a large fan.
(20) Q Were the kids back in school at this (21) point, by the time you supplied her with the fan?
(22) A I think so. Yes.

Page 116

(1) Q Okay.
(2) A Yes. School was back in session.
(3) Q Okay. I just want to go back to this (4) map for a second. Do you recall a couple of other (5) teachers – if I give you their names, the Spanish (6) teacher by the name of Larry Owen? Do you remember (7) Mr. Owen?
(8) A That may be before my time.
(9) Q Okay. Where was Spanish generally (10) taught? Is there a Spanish wing in the school, as far (11) as you know? A language wing?
(12) A This is the first floor. It's not on (13) this floor at all.
(14) Q It wasn't on the first – this is only (15) the first floor?
(16) A Yes. That's only the first floor. (17) Spanish was taught on the second floor of the annex (18) part, the A wing.
(19) Q The A-wing.
(20) A All foreign language.
(21) Q Okay.
(22) A And on the third floor in the old