Page 69

(1) that is by the parking lot, if they open those windows (2) and leave them open all night, I have to go in there (3) and close them.
(4) Q Okay.
(5) A And sometimes it gets frigid, you know (6) that wind blowing in there. But thank God that I come (7) in on the weekends to close those windows, which is (8) not my job.
(9) Q Did you ever see Ms. Gordon leave the (10) windows open in the winter?
(11) A Yes.
(12) Q When specifically?
(13) A I've got dates in this logbook.
(14) Q Show me when. Please look at your logbook (15) and tell she left the windows –
(16) A I have times when she put plexiglass on (17) top of the unit to block the ventilation from coming (18) up.
(19) Q Is that in your logbook?
(20) A Yes.
(21) Q Could you direct me and tell me where? (22) Let's go off the record to give you time to identify

Page 70

(1) it. And then show me where in your logbook. We will (2) go off the record so he can spell out the date. I'm (3) not aware of that.
(4) (Whereupon, the foregoing (5) matter went off the record at (6) 11:47 a.m. and went back on the (7) record at 10:49 a.m.)
(8) BY MR. GOLDMAN:
(9) Q Could you read the entry in your logbook?
(10) A Caulked her windows.
(11) Q In February of 2000?
(12) A We caulked her windows, yes, we caulked (13) her windows.
(14) Q Okay.
(15) A It was 28 degrees outside.
(16) Q Okay.
(17) A So I had to definitely keep the heat on.
(18) Q Did you have any other entries from 2000 (19) from her?
(20) A Okay, I think I had some more notes. (21) Okay, 2/8, you can see the date, I had just (22) highlighted caulked windows again –

Page 71

(1) Q So you had to redo it?
(2) A – 2/7/00, okay, caulked her windows.
(3) Q You had to do it twice?
(4) A Yes, we came back there.
(5) MR. BRUCKHEIM: Do you mind if I look at (6) them?
(7) THE WITNESS: Yes, sure, go ahead. You (8) can look at them. Yes, because I am trying to –
(9) BY MR. GOLDMAN:
(10) Q Anything else? Why don't you just stay on (11) this one book –
(12) A Okay.
(13) Q – so we can get through this one book at (14) a time, Mr. Hamlin.
(15) A Okay. Rechecked same complaint, 111 art (16) room. Room is okay and heated. I got a complaint (17) from her 2/8/00, okay? Same thing. This was a (18) complaint that – she was complaining again after we (19) caulked her windows.
(20) Q Right. So what did you do after she (21) complained?
(22) A We rechecked. See, I put rechecked same

Page 72

(1) complaint. It says recheck same complaint.
(2) Q Right.
(3) A See, same complaint –
(4) Q Okay.
(5) A – Room 111, art room, room is okay and (6) heated.
(7) Q The room was heated?
(8) A Yes.
(9) Q To what temperature?
(10) A It was 25 degrees that day. I don't have (11) –
(12) MR. BRUCKHEIM: Outside you mean?
(13) THE WITNESS: Yes, outside temperature. (14) Yes, that was the outside temperature because so many (15) – we take our outside temperatures see?
(16) MR. GOLDMAN: Right.
(17) THE WITNESS: We are always taking our (18) outside temperatures. We have to when we first come (19) in. I'm still looking, okay? This is a memo I made (20) to the principal about her room, 2/14.
(21) BY MR. GOLDMAN:
(22) Q Can I see that?

Page 73

(1) A Yes, 2/14.
(2) Q On 2/14?
(3) A Yes, when she left 2/14 I made a memo (4) about –
(5) Q Which one is that, sir? I'm not trying –
(6) A I understand. I don't have my glasses.
(7) Q Oh, okay.
(8) A 2/14.
(9) Q Oh, I see it there.
(10) A 2/14 I made a memo.
(11) Q Contacted Facilities Office.
(12) A Right.
(13) Q Checked with No. 2 boiler.
(14) A I have a memo. See Room 111, teacher in (15) room 111 unit –
(16) Q Teacher in room 111 –
(17) A – memo.
(18) Q – wrote memo to principal about her cold (19) room.
(20) A Right, right. Stating the same thing over (21) and over.
(22) Q Has been checked on a day-to-day basis?

Page 74

(1) And okay –
(2) A No, no, no.
(3) Q – that means the room was okay?
(4) A Yes, yes.
(5) Q So that was a memo you sent to Dr. (6) Bridges?
(7) A Yes. And then –
(8) Q Did he talk to you about the memo?
(9) A Yes, I told him it was the same old thing (10) – Dr. Bridges, it is the same thing. We check it (11) every day.
(12) Q You check her room every day?
(13) A Every single day.
(14) Q So who has your file on her?
(15) A I mean –
(16) Q You had a separate file on the each room (17) and you don't have them.
(18) A Something is – believe me, I have a lot (19) of paperwork at my office, believe me, a lot of (20) equipment, a lot of –
(21) Q Did you have problems giving Dr. Bridges (22) that personally?

Page 75

(1) A I dug through this because I didn't know (2) what you were going to ask me.
(3) Q That's fine. Mr. Hamlin, I'm not beating (4) up on you.
(5) A Yes, it has been kind of hard.
(6) Q You know you are telling me – some of the (7) things you say I may know something, I may not know. (8) But I'm just saying if you have got a file in your (9) office on Ms. Gordon's room –
(10) A Believe me, I have to look around some (11) more to find some more stuff around there because I'm (12) –
(13) Q Do you feel that would give you a better (14) recollection of what the events are with regards to (15) her?
(16) A Oh, I already know.
(17) MR. BRUCKHEIM: He has testified to this.
(18) MR. GOLDMAN: I'm asking him what he (19) feels, not what he has testified to.
(20) THE WITNESS: To be honest with you, I'll (21) be straight up with you.
(22) MR. BRUCKHEIM: He hasn't indicated that

Page 76

(1) he doesn't recall.
(2) THE WITNESS: You know to be straight up (3) with you, we did everything to satisfy that woman with (4) the heating every cotton picking thing and I'm up to (5) here with it, to be honest with you. Right now, I (6) could take this and just walk out that door – that's (7) how, you know, Ms. Gordon.
(8) Really honestly, I am to the hilt with her (9) because I'm satisfying the whole building of Ballou, (10) the entire building of Ballou, the entire building, (11) all the shops, you learn them. (12) And one teacher, one teacher – and then (13) I've had to dig back to my other stuff in my building (14) because of one teacher? And I've got heat problems. (15) I have a lot of stuff in that place.
(16) And you mean one teacher – and the (17) teacher is going to block the unit from heating? Open (18) windows, put art displays on the unit, take a (19) blackboard and push it by the heating unit, it is an (20) intake. You know when heat goes in and comes out? (21) They are going to block it and then it had windows (22) open.