# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, ) | |
| ) | CA No.: 05-1907 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Emmett G. Sullivan |
| ) | |
| ) | Magistrate John Facciola |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## THE PARTIES' JOINT STATUS REPORT

In accordance with the Order of July 24, 2006, the parties submit the following joint status report, state as follows:

1. There has been no progress on settlement negotiations. The parties participated in a conference call with Magistrate Facciola on July 20, 2006. The Court instructed the parties to submit an evaluative two (2) page ex parte position statement for settlement purposes. In accordance with the Magistrate's request at the conference call, the parties submitted their position statements on July 28, 2006. There has been no further settlement discussions or contact with Magistrate Facciola, who has advised that he will be back in touch with the parties at such time as he feels it appropriate.

2. Defendant filed for summary judgment on August 1, 2006. The District argued that the plaintiff does not qualify as a disabled individual under the Americans with Disabilities Act (ADA) because she is not substantially limited in the major life activity of working. The District also argued that plaintiff has failed to show that the District did not reasonably

accommodate her alleged disability. In accordance with this Court's Order of August 3, 2006, plaintiff's opposition is due on or before September 18, 2006.

3. On July 18, 2006, plaintiff filed a Motion to Extend Discovery, which was opposed by the District on August 1, 2006. The District submits that it should not be subjected to additional discovery demands because plaintiff's requests do not relate to the threshold question of whether she is disabled as defined by the American With Disabilities Act. Plaintiff filed a Reply to Defendant's Opposition, arguing that Defendant's pending motion for summary judgment does not obviate the need for the discovery extension. Plaintiff further submits that Defendant's motion for summary judgment has not been ruled upon and remains pending.

        Respectfully submitted,

        _____\s_____
        CHARLES GOLDMAN, ESQ. [201509]
        1155 15th Street, NW, Suite 1004
        Washington, DC 20005
        (202)-466-7550
        Counsel for Plaintiff

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____\s_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        _____\s_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4th Street, N.W., 6th Floor North
        Washington, D.C. 20001
        (202)724-6649; (202)727-6295
        Attorneys for Defendant District of Columbia