# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____) | CA No.: 05-1907 (EGS)<br><br>Judge Emmett G. Sullivan<br><br>Magistrate John Facciola |

## ORDER

Upon consideration of the arguments, submissions, representations of the parties, it is hereby ORDERED that the Defendant's Motion for Summary Judgment is hereby DENIED;

FURTHER ORDERED that a status conference will be held in this matter on the \_\_day of_____, 2006 at _____.

Dated:                                                       _____

                                                             HONORABLE EMMETT G. SULLIVAN

                                                             United States District Court

                                                             for the District of Columbia