United States District Court
For the District of Columbia

Murielene Gordon : Civil No. 05-1907 (EGS)
Plaintiff :
v. : Judge Emmett G. Sullivan
District of Columbia :Magistrate John M. Facciola
Defendant :

Index of Exhibits

1. Affidavit of Plaintiff, with deposition excerpt attached
2. Affidavit of Michelle Rennie
3. Affidavit of Keon Gordon
4. Affidavit of Derrick Glenn
5. Affidavit of Larry Owens
6. Memos from Plaintiff to Ballou Principal re reasonable accommodation, temperature
7. Plaintiff's EEOC Charge
8. Fitness for Duty Examination 2003(Dr. Scott) materials (2 items)
9. June 19, 2003 DCPS letter re accommodations
10. July 2, 2003 DCPS Donna Ellis email re ADA complaint
11. DCPS ADA Site Visit July14,2003
12. DCPS Donna Ellis Email Sept. 05, 2003
13. Defendant's Response to Plaintiff's Request for Production (Excerpt)
13a. Service Order Browse Report (re mat for Plaintiff's classroom)
14. Defendant's Revised Responses to Plaintiff's Interrogatories (Excerpt)
15. Deposition of Ms. Wiseman, pp. 69-70
16. Job Accommodation Network (JAN) publication on accommodations for persons with arthritis (including control of temperature)
17. Job Accommodation Network (JAN) publication on accommodations for persons with arthritis (including control of temperature)
18. Ballou Group Assignments SY 2003-2004 assigning Plaintiff to Reading Cluster in Room 209
19. Memo November 7, 2005 directing Plaintiff to training in room 205