AFFIDAVIT

Keon Gordon, under penalty of perjury pursuant to Title 28 United States Code and the applicable laws of the District of Columbia, deposes and says:

I make this Affidavit voluntarily, without compensation or the promise or expectation thereof.

I am Muriclene Gordon's grandson and reside with her at 1022 Bryant Street, N.E., Washington, DC. And have lived with her for approximately ten years. My date of birth is September 29, 1990.. I am able-bodied, approximately 6'3" tall. 6'4" kg    30 kg

I am in the 10th grade at McKinley Technology Senior High School in the District Columbia.

My grandmother is unable to do many things around the house. This means I help out a lot.

For example, for the past three years at least I have done my laundry as well as that of my grandmother. At times my aunt Michelle Rennie or my cousin Kenya Rennie may help and do some too.

My grandmother never takes out the trash. That has been my responsibility for the past five years, at least. The trash is in the back and you have to go up and down stairs to get it out there. She cannot do the basic tasks, including gathering the trash from all areas of the house (upstairs, downstairs, kitchen) and taking the bags out to the trash can, lifting the top of the trash can, inserting the trash and recovering the trash can.

There is a bathroom in our house on the second floor where the bedrooms are. If I am on the main level and have to use the toilet I walk up the stairs to the bathroom. My grandmother has a portable toilet she got from the hospital which she uses as without being in real pain, she cannot go up and down the same stairs I easily climb to the bathroom upstairs.

I also help out by doing basic household chores, such as helping to change the sheets on beds. My grandmother cannot do that. She is in pain if she does that. Since she cannot bend without being in pain, I also pick up things from the floor when she asks or if I remember. Sometimes I do vacuuming.

My grandmother cannot stand in the kitchen to prepare meals. Also, it hurts her hands if tries to do that for more than a few minutes. She can only stand for a few minutes and does not cook hot meals. My aunt Michelle will bring over foods which I can reheat. . Sometimes when my aunt comes, she brings extra food so I reheat the leftovers. My grandmother is teaching me by verbal instruction how to cook some basic things, such as spaghetti and chicken. It makes me more self reliant and helps her.

Respectfully submitted,

KEON GORDON    *Keon Gordon*
September 6, 2006

Attestation

I have made the foregoing Affidavit under penalty of perjury pursuant to Title 28, United States Code and the laws of the District of Columbia, without compensation or the promise or expectation thereof.

KEON GORDON    *Keon Gordon*
September 6 2006