# AFFIDAVIT

Derrick Glenn under penalty of perjury pursuant to Title 28, United States Code and the applicable laws of the District of Columbia deposes and says:

I make this Affidavit voluntarily, without compensation or the promise or expectation thereof.

I reside at 4669 A Street SE, Washington, DC 20019.

I am a former student of Murielene Gordon at Ballou Senior High School where I am still a student. . I helped Ms. Gordon in the 2004-2005 school year and 2005-06 school year until she retired. She was in Room 112.

Ms. Gordon's room was so cold in the winter you could see your breath INDOORS. It was so cold students had to wear their jackets or sweaters. When I came into her class I never noticed anything on the heating vents. The heating system was just old and did not work. The windows were broken and were not repaired. I do not know why the windows were not fixed and never asked since it was not my job to ask.

I did various things to help Ms. Gordon, including helping her leave in an emergency. No teacher or staff member ever came to help her. Ms. Gordon uses a walker and needs help to get out  Ms. Gordon walks very slowly  because she uses the walker, much slower than adults who do not use walkers.

I also put supplies on shelves for Ms. Gordon because the shelves were too high for her to reach them. I also did some copying for Ms. Gordon. There was no copier nearby her room and often the copier in the main office  was broken or out of order. I would have to go to a copier in a different corridor to find one that worked. Ms. Gordon was copying papers related to her art classes.

Respectfully submitted,

DERRICK GLENN  *Derrick Glenn*

August 29, 2006

Attestation

I certify that on this 29 August, 2006, I have made the foregoing AFFIDAVIT under penalty of perjury pursuant to Title 28, United States Code and the applicable laws of the District of Columbia and that the foregoing is true to the best of my knowledge and belief.

DERRICK GLENN  *Derrick Glenn*