AFFIDAVIT

I, LARRY OWENS, make this Affidavit, under penalty of perjury pursuant to Title 28, United States Code, and the applicable laws of the District of Columbia and the Commonwealth of Virginia, voluntarily, without compensation or the promise or expectation thereof. I reside at 12799 Hunterbrook Drive, Woodbridge, VA 22192.

I am a former teacher at Ballou Senior High School where I got to know Mrs. Murielene Gordon. I first came to Ballou as a substitute teacher. Subsequently, I worked at Ballou teaching Spanish. When I first came to Ballou, Mr. Richard Washington was the Principal.

At the end of my tenure at Ballou, Dr. Art Bridges was Principal. I left Ballou due to a Reduction-In-Force (RIF). I am currently employed by Pepsi Bottling Group, Capitol Heights, MD.

When I taught Spanish, my class was located on the second floor in the old wing of Ballou. Mrs. Gordon's classroom was also in the old wing in the "horseshoe" area. My room was extremely hot in the warmer months and extremely cold in the winter months. I had air conditioning but it did not work. Nor did the heating system work. My students never put anything on the heating vents in the winter. Yet, it was still very cold. I recall that my room had no window shades. Periodically I complained about the conditions in my classroom but this was futile because the school administration was non-responsive and nothing changed. Finally, I gave up complaining to them.

On a regular basis, while teaching Spanish, I would go into Mrs. Gordon's classroom on the first floor and have lunch with her. This would happen at least once or twice a week. I do not recall papers or books on the window sills or heating vents when I had lunch with Mrs. Gordon in her classroom. Her room was similar to mine temperature-wise since we were each the old wing of Ballou, though we were on different floors.

At this time, Mrs. Gordon walked with a cane. We ate in her classroom because if we had gone to the cafeteria it would have taken most, if not all, of our lunch period to travel to and from the cafeteria. I am able bodied and it took me about three (3) or four (4) minutes to get to the cafeteria from my classroom. However, I noticed that it would take at least 15-20 minutes for Mrs. Gordon to cover the same distance from her classroom. (At this time her classroom had exit doors which opened on to the street. The doors were kept locked with chains on them at all times. I do not recall the chains NOT being there.)

I never saw Dr. Bridges come into Mrs. Gordon's classroom. Nor did he ever come into my classroom, including for teacher observation and evaluation. Rather, the Assistant Principal would come in to observe or interact with me.

I am about 6'3" tall and on my tiptoes I could barely reach art materials on the top shelves of the supply room in Mrs. Gordon's classroom. Sometimes I helped Mrs. Gordon by putting away or getting supplies for her.

After leaving Ballou because of the RIF, I would occasionally during 2003-2005, go back to Ballou to visit and have lunch with Mrs. Gordon. My best recollection is that this was during the warmer months. However, I may also have had lunch with her in the colder months, though I am not certain about being there in the colder months. I am clear as to the conditions in her classroom. It was unchanged from the time I was a teacher there. It was still very hot in her classroom, with no ventilation because the windows could not open. Mrs. Gordon's walk has gotten much slower now and she uses a walker in stead of a cane (which she had when I taught there).

There was no such thing as a guest bathroom in Ballou during the time I was there. It would have been useful to have a guest restroom for events such as "Back to School Night."

While I was at Ballou, I do not believe there was an emergency evacuation plan for the school as a whole. I do not recall ever having been given such a plan. I do know that there was no information given to me or posted in my classroom explaining what to do in an emergency.

Respectfully submitted,

LARRY OWENS
Dated: 9-13-06

Attestation

I, certify that on this ___ day of September, 2006, I have made the foregoing AFFIDAVIT under penalty of perjury pursuant to Title 28, United States Code and the applicable laws of the District of Columbia and the Commonwealth of Virginia and that the foregoing is true to the best of my knowledge and belief.

LARRY OWENS    9-06