This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

[X] EEOC  100A3003

__D.C. Office Of Human Rights__ and EEOC
*State or local Agency, if any*

NAME (Indicate Mr., Ms., Mrs.) — Ms. Murielene E. Gordon
HOME TELEPHONE (Include A1) — (202) 636-860[6]

STREET ADDRESS — 1022 Bryant St., N.E., Washington, DC 20018

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMM[ITTEE], STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

NAME — DC Public Schools
NUMBER OF EMPLOYEES, MEMBERS — Cat D (501 +)
TELEPHONE — (202) 442-7[...]

STREET ADDRESS — 825 N. Capitol St., N.E., 9th Floor, Washington, DC 20002-4232
COUNTY — 00

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK [PLACE]
EARLIEST — 
LATEST — 04/08/[...]
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   In 1979, I ~~commenced~~ working for Respondent as a Teacher. From 1990 until the present time, I have been employed as a Teacher at Respondent's Ballou Sr. High School. I have a disability under the Americans with Disabilities Act of 1990 which substantially limits major life activities. During the period extending from 1999 to 2002, I requested and was denied various reasonable accommodations (e.g., elimination of cold temperature problems in my classroom, denial of a key to an emergency exit classroom door and the relocation of staff development and other administrative meetings). Additionally, [in] 7/02, I made a request to Dr. Art Bridges, Principal, for a reasonable accommodation (i.e., approved sick leave from work from early 9/02 until late 10/02 to obtain extensive physical therapy coupled with the opportunity to return to work in late 10/02) with respect to my disability. Subsequently, in 8/02, Dr Art Bridges told me he felt that Ballou was not the place for me, that I was a "liability at Ballou" and that he was going to fill out paperwork for my transfer. Moroever, from late 10/02 to the present time, Respondent has continuously denied me a reasonable accommodation by refusing to permit me to return to work since late 10/02 even though I am fully qualified to perform my essential job functions. Also, on approximately 2/27/03, in connection with this denial of reasonable accommodation,

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Murielene E. Gordon*
Date 4/18/03  Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and beli[ef].

SIGNATURE OF COMPLAINANT
*/s/ Murielene E. Gordon*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

Apr 17 16:51 2003   CP Initials _____   Chg # 100A300339, Attachment

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

Respondent placed me on a "leave without pay/AWOL" status. Fr[om] 1999 until 10/02, I was harassed in various ways including bei[ng] subjected to verbal abuse (i.e., condescending and demeaning remarks) and being denied a replacement key to my classroom. [All] of this adverse treatment created a very hostile work environm[ent] for me. In 3/03, I filed an internal EEO complaint against Respondent alleging disability and age discrimination. On 4/2/03, written notification was mailed to Respondent indicati[ng] that I filed a charge of discrimination (#100A300339) against [it] under the ADA and the ADEA. Thereafter, in retaliation for filing the EEOC charge, Respondent never contacted me to discu[ss] or investigate the internal EEO complaint and dismissed it as unsubstantiated on 4/8/03.

II.   I was given no reason for the adverse treatment.

III.  I believe that I have been discriminated against in violation o[f] the Americans with Disabilities Act of 1990 (ADA). Furthermore[,] I believe that I have been discriminated against based upon my age, 59, in violation of the Age Discrimination in Employment A[ct] of 1967, as amended (ADEA). Finally, I was retaliated against [in] violation of the ADA and the ADEA.

RECEIVED APR 28 2003