**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of Human Resources*
*Office of Employee Services*
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002-4232
202/442-5424, fax: 202/442-5315
www.k12.dc.us

March 24, 2003

Murielene Gordon
1022 Bryant Street, NE
Washington, DC 20018

   Re: Fitness-for-Duty Examination (Physical)
      ArtTeacher
      Ballou SHS

Dear Ms. Gordon:

Art Bridges, Ballous SHS, has notified this office of your inability to perform your duties as an art teacher.

Therefore, you are directed to undergo a fitness-for-duty examination. You must contact the Washington Occupational Health Associates, Inc., which is located at 1120-19th Street, NW, Washington, DC 20036 within 15 days of the date of this letter. The telephone number is (202) 463-6698. Please be advised of the following:

- The District of Columbia Public Schools will pay for the fitness-for-duty examination.

- You are responsible for the cost, if you wish to have an additional examination by your own physician.

- The Office of Human Resources will receive and maintain all medical documentation and record(s) of examination.

- You are required to sign the enclosed medical release form, which is to be submitted to the physician at the time of examination.

- The Office of Human Resources will advise you and your supervisor of the medical determination(s) and the option(s) available.

- Failure to schedule and keep your appointment for a fitness-for-duty examination may result in adverse action, to include suspension not to exceed ten (10) days and/or termination.

If you have any questions or concerns regarding this directive, please contact Anthea Hazell, of the Office of Employee Services at (202) 442-5424.

Sincerely,

*Valarie G. Jones*

Valarie A. Jones
EEO Counsel

cc: Art Bridges, Principal, Ballou SHS

## WASHINGTON OCCUPATIONAL HEALTH ASSOCIATES, INC.
Suite 410
1120 19th Street, N.W.
Washington, D.C. 20036

*Consultants in Occupational and Environmental Health*

Telephone (202) 463-66
Telecopier (202) 223-65

April 7, 2003

Ms. Valerie Jones
DC Public Schools
825 N. Capital Street NE, 6th Floor
Washington, DC 20002

RE: Murielene Gordon
SSN: ▮
DOB: ▮

Dear Ms. Jones:

Ms. Gordon was seen at your request for a fitness for duty evaluation on 4/02/2003. As a part of the evaluation a history and physical examination were performed. Medical records were reviewed including a letter from Peter M. Berkman, MD and Emmanuel Mbualungu, MD dated 3/10/03; a letter from Dr. Mbualungu dated 3/07/03; a DCPS Labor Management and Employee Relations document titled Identifying Troubled Employees – A Checklist that is undated; a Request for Fitness for Duty Examination by Division Head for Supervisor dated 9/13/02; and a DC Public Schools memorandum from Eva Davenport dated 6/06/00. Ms. Gordon was accompanied during the examination by her daughter. My role as an independent fitness for duty examiner was explained to and understood by Ms. Gordon and her daughter at the beginning of the evaluation and they was informed that I would be providing a report of my findings.

Ms. Gordon is a 59 year old Art Teacher in the DC Public Schools. Her major problem is arthritis in her hips and knees. She had previous arthroscopic surgery on her right knee 6 years ago. Her arthritis has severely affected her mobility and due to her difficulty ambulating she has been off work since June 2002. From June to October 2002, she was in an intensive physical therapy program at the National Rehabilitation Hospital in Washington DC. Since her rehabilitation therapy she has been doing well and feels like she is able to return to work. She has been released to return duty with some limitations by her orthopedic surgeon. She has not returned to work as yet due to her waiting for reassignment to another school.

The rest of her medical history is non-contributory.

P:\CP\IME\Gordon DOC-09.doc

APR 9 2003

On physical examination she was a well developed, obese, black female in no acute distress. She had an antalgic gait and ambulated with a cane. Her blood pressure was 136/80, pulse 72, height 69 inches, and weight was 285 lbs. Examinations of the head, ears, eyes nose, and throat were unremarkable. The JVP was flat and the thyroid was not palpable. There was a surgical scar at the base of the neck. The lungs were clear to auscultation. The cardiovascular exam revealed no murmurs, rubs, or gallops. The abdominal exam revealed the abdomen to be protuberant and soft. There was no tenderness on palpation and no organomegaly was appreciated. Examination of the extremities revealed no heat, redness, or swelling of the knees or hips. She had osteoarthritic deformities of the knees bilaterally. There was limitation in range of motion of the knees; however, the ligaments were intact to examination. She had limitation of the range of motion of her hips in all planes. Neurological exam was grossly intact. She was oriented to time, place, and person.

In summary, Ms. Gordon has arthritis of her knees and hips which limits her physical mobility. She is fit for duty with accommodations. Accommodations include no standing for more than five minutes at a time, no walking up and down stairs, no walking more than 50 yards at a time, no bending or stooping, no reaching above shoulder level, and no lifting or carrying of 10 lbs. or greater. If she can be accommodated there is no medical contraindication to her returning to work as an Art Teacher.

If you have any questions please feel free to contact me.

Sincerely,

Samuel J. Scott Jr., MD, MPH, FACOEM
Senior Clinical Associate

P:\CP\IME\Gordon DOC-09.doc