T-469  P.002/007  F-305



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of Human Resources*
*Office of Employee Services*
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002-4232
202/442-5424, fax: 202/442-5315
www.k12.dc.us

June 19, 2003

Dr. Art Bridges
Principal, Ballou Senior High School
3401 4th Street., S.E.
Washington, DC 20032

Dear Dr. Bridges:

This correspondence is intended to memorialize the meeting today at Ballou regarding Ms. Murielene Gordon's request for accommodations. In attendance at the 10 am meeting were Ms. Gordon, Mr. Charles D. Goldman, attorney for Ms. Gordon, and Ms. Gordon's daughter. As the ADA Coordinator for the District of Columbia Schools (DCPS), I was there to represent DCPS.

The demeanor of Ms. Gordon's attorney was less than civil from the onset. In a most abrasive and caustic manner, Mr. Goldman exclaimed that DCPS was not accommodating Ms. Gordon because I objected to her use of a recording device to tape our meeting. Ms. Gordon has asserted and it has been documented by a medical report that she has arthritis in her hips and knees. Hence, I fail to discern a relationship between her impairment (arthritis of the hips and knees) and her attorney's request that I accommodate her by allowing her to use a recording device. My objection being firmly communicated, the meeting continued, to my knowledge, without the use of a recording device.

Our tour of Ballou included the art room, the supply area, the bathrooms, the cafeteria, the library and the auditorium.

> **Art room:** The doors leading to the outside were locked. The locks were located near the very top of the doors. There were panic bars on the doors. DCPS will have maintenance remove the locks in the morning and replace the locks at the end of the school day. The art room has a sink in the room and DCPS will provide her with a mat for use in the front of the sink.

> **Windows in art room:** Ms. Gordon complains about cold air entering the

windows. DCPS will ensure that windows are properly sealed. Moreover, Ms. Gordon is not to place any material on the radiators because objects and/or materials on the radiators will prevent the room from being properly heated.

**Supply room adjacent to art room:** The supply room contains shelving. Because of the height of the shelving, Ms. Gordon may not be able to access the shelving at the highest height. Thus, Ms. Gordon should only use shelving that she can access because of her height and range of arm mobility.

**Handicapped bathroom with grab bars:** There is a handicapped accessible bathroom within close proximity to Ms. Gordon's art room. It is located in the health suite. Because it is locked sometimes, it is recommended that she be given a key to that bathroom and suite area where the bathroom is located.

**Cafeteria:** This room is located on the first floor. Ms. Gordon does not have to navigate any steps to access this room.

**Library:** Staff meetings are held in the library. This room is located on the first floor. Ms. Gordon does not have to navigate any steps to access this room. Ms. Gordon is not to be reprimanded if she arrives ten minutes late to a staff meeting. It may take longer for her to get to the library because she cannot walk rapidly.

**Meetings on 2nd floor:** Ms. Gordon was concerned about having to go to the second floor for meetings. The principal has assured me that there are no meetings that Ms. Gordon would have to attend on the 2nd floor. If she is requested to attend a conference/meeting on the 2nd floor, the conference/meeting will be moved to the 1st floor.

**Auditorium:** The auditorium is located right across the hall from Ms. Gordon's art room. Ms. Gordon can access the auditorium without having to navigate any steps. She can either sit in the rear of the auditorium or in the front near the stage.

**Discrimination training:** DCPS is to conduct harassment/sexual training at all high schools, including Ballou on October 29 at 9am. The training is aimed at ensuring that DCPS is committed to a discrimination free environment, which supports the philosophy that all forms of discrimination/harassment (race, sex, national origin, disability, age, religion, etc.) are prohibited.

**Use of Copier:** In order to prepare for classroom tasks, Ms. Gordon is to use the copier located closest to the art room. The copier located closest to the art room is located _____. (To be completed by principal)

The meeting/tour to discuss Ms. Gordon's return to work ended at approximately 11:30 am. Mr. Goldman is to send us his list of requested accommodations.

If you have any questions regarding this letter, please contact me at 442.5425.

2

Sincerely,

Valarie A. Jones
EEO Counsel

cc: Dr. William Wilhoyte
    Gerrie McCottry