
**From:** Ellis, Donna (OFM)
**To:** Woodhead, Sarah (OFM); Anderson, David (OFM)
**Cc:** Bridges, Art (SHS); Jackson, James (OFM); Wilhoyte, William (OASUP); Eley, Ricardo (OFM); Jones, Valarie (HRM); Williams, Gregory (OFM); Coleman, Lucian (OFM)
**Subject:** RE: Ballou ADA Complaint
**Sent:** 7/2/2003 4:45 PM        **Importance:** Normal

I have assessed the entire school for ADA compliancy. Please see attachment. Dave Anderson and I will conduct a site visit Monday 7/7 at 9:00 with focus on these specific requests and provide a report.

Sarah...enjoy your time!

Donna

-----Original Message-----
**From:** Woodhead, Sarah (OFM)
**Sent:** Wednesday, July 02, 2003 1:00 PM
**To:** Ellis, Donna (OFM); Anderson, David (OFM)
**Cc:** Bridges, Art (SHS); Jackson, James (OFM); Wilhoyte, William (OASUP); Eley, Ricardo (OFM); Jones, Valarie (HRM); Williams, Gregory (OFM); Coleman, Lucian (OFM)
**Subject:** RE: Ballou ADA Complaint
**Importance:** High

Via this e-mail, I am assigning Donna Ellis and David Anderson to assess the situation. Donna and David: See comments below. This is a priority. Thanks. - Sarah

-----Original Message-----
**From:** Jones, Valarie (HRM)
**Sent:** Wednesday, July 02, 2003 3:04 PM
**To:** Woodhead, Sarah (OFM); Eley, Ricardo (OFM)
**Cc:** Bridges, Art (SHS); Wilhoyte, William (OASUP)
**Subject:** Ballou ADA Complaint
**Importance:** High

On July 15th I have to represent DCPS at a mediation regarding a claim under the Americans with Disabilities Act. The complainant is requesting a number of accommodations.

One deals with the **heat** in the room. She alleges that it is too cold in the winter months and the air that enters through the closed windows exacerbates her arthritis in the knees and hips. What can we do to minimize this complain? Can we say that the windows will be treated or sealed? Can we allow her to use a space heater provided by DCPS?
**David: Please recommend an approach to improving the temperature in the classroom.**
Another item is the **safety mat** which is to placed in front of the sink. Is there a particular type of safety mat that should be used? Is your department prepared to recommend the purchase of a particular make and/or model. What type of mat is recommended for use?
**Donna: Please research and find a recommendation for a product.**
**David: Figure out how to obtain it.**

She has also requested that we have a handicapped **water fountain** in the school. Does Ballou have a handicapped water fountain in the building? Are we required to have handicapped water fountains in schools? Is Ballou scheduled for such a water fountain?

.../read.asp?command=open&obj=000000009AA76560AF76D3119A9400062B00A2120700C1 7/3/2003

Donna: See if there is an accessible fountain; if not, we should install one or more.
Dr. Bridges: Please let Donna know where the teacher is assigned so we can prioriti: improvement for her convenience.

Also, she mentioned having the exit door to her room replaced with a panic bar. Can 1 panic bars be installed seperately or is it necessary to install new doors with modern panic bars?

ADA recommends a lever as easier to operate than a knob. Panic hardware is reserve for those areas where the occupancy is much higher than a classroom. Can we discuss a lever with the teacher and see if that will work? It is ADA compliant and typically works fine for those with arthritis. David: How quickly can we install a lever? It should be immediate unless the door has other issues.

Mediation is set for July 15th. I need your response before that session. Thank you for your assistance.

Donna: Please coordinate the OFM response. I am out next week, and will rely on Donna to respond for OFM.

SOW ADA 6 25 03.doc

.../read.asp?command=open&obj=000000009AA76560AF76D3119A9400062B00A2120700C1 7/3/2003