# District of Columbia Public Schools
# Office of Planning, Design and Construction

Penn Center
1709 3rd Street N.E., 3rd Floor
Washington D.C. 20002
(202) 576-7718, Fax: (202) 576-6662

## ADA Site Visit Ballou Senior High School
July 14, 2003

Overview:

A site visit was conducted on July 8, 2003 by David Anderson of Operations and Management and Donna Ellis of Planning, Design and Construction to address the accessibility needs of the Ballou Art instructor in Art room # 112. The primary concerns submitted to the Office of Facility Management include:

- Increase heating
- Reduce draft
- Provide a safety mat at the classroom sink
- Provide accessible water fountain
- Provide strike bars at exterior exit doors

Actions:

The following items are currently in process of being implemented:

- The existing floor mounted univentilator are fully operational. To supplement heating and cooling for increased comfort levels, a space heater will be provided for the winter months and a fan will be provided for the summer months.
    Note: The supply vent on the top of the univentilator must remain clear and free of all papers at all time's for proper heating operation.
- The first bay of 3'x7' windows is to be caulked, sealing all openings to reduce cross-classroom draft at the teachers station. The remaining two bays are to remain operational.
- An ADA compliant safety mat for placement below the in-classroom sink has been requisitioned.
- All water fountains with-in close proximity of the art room are ADA compliant.
- Flush mounted strike bars at the exterior exit door.
- Install (3) three lever knob sets. One (1) at the storage room and one at each of the two (2) corridor entry doors.
- Lower soap and paper towel dispensers to ADA compliant height (Control to be mounted a maximum of 40" from the finished floor) in the women's rest room located off of the main corridor past the gym.
- Install lever knob fixture at the women's restroom located off of the main corridor past the gym sink.