**Jones, Valarie (HRM)**

From: Ellis, Donna (OFM)
Sent: Friday, September 05, 2003 5:38 PM
To: Jones, Valarie (HRM)
Cc: Cosentino, Salvator (OFM); Rahimi, Saeed (OFM); Mitchell, M Glen (OFM); Anderson, David (OFM)
Subject: RE: Bronchial Asthma in DCPS

Hello Ms. Jones,

Woodson:

After speaking with our mechanical engineer, I was provided with these 49 pages (please see highlighted red text) of information regarding asthma.

1. Does the employee have a written action plan, prearranged with the physician, to help her manage the asthma exacerbations at home and work?

2. Are the symptoms or onset of the symptoms site specific. Does she have problems at home as well or are the problems only while in the school?.

3. If the employee does not have a written action plan that she has arranged with her physician she must produce one identifying her specific facility needs. If the employee does have an action plan and the asthma is site specific to the school the DCPS Office of Facilities Management recommends to move the employee to a school that does not have carpeting and possesses a fully functional HVAC (Heating Ventilation and Air Conditioning) system.

Ballou:

The Office of Facility Management conducted a site inspection of the recently installed ADA up-grades in regard to the art room and the teacher (Ms. Gordon) accommodations on 9/3/03.

1. Lever Lock Knobs: All are installed and functioning properly. Ms. Gordon expressed concern that the lock is not functioning properly. The lock was tested and demonstrated as fully operational to Ms. Gordon.

2. Windows: The first bay of windows were permanently closed to prevent cross draft. The teachers desk is to be located next to the sealed windows during the cold months and moved to the other side of the room where the windows are operational during the warm months.

3. Emergency Egress: The emergency strike bars are fully operational and in good maintenance. The doors do not close as easily as they open. It was demonstrated to Ms. Gordon that the doors close easily if they are pulled closed simultaneously, lining up the edges and snapping them into the closed position.

4. ADA Saftey Mat: The safety mat has been provided at the art sink.

5. Student Art Tables: The student art tables were provided by Ballou SHS two years ago. They are in good condition and do not require replacement. They do have graffiti on them and are small in size.

During the demonstrations, Ms. Gordon remained seated and did not participate, she observed. Ms. Gordon was asked if there is anything else that she may require in support of her physical teaching duties. Ms. Gordon stated that all of her requests had been met.

Thank you,

9/8/2003