# Service Order Browse Report
Sorted by Service Order #

**District of Columbia Public Schools**  Facilities Manage

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | |
|---|---|---|---|---|---|---|---|
| | | | following reflects list of the equipment to be removed and/or installed. | | | | |
| | | | 1) Install 7x7 Freezer, Convection Oven, Tilt Skillet, Combination Oven, 60" Oven/Stove, Slicer, three Warmers, 2-door Refrigerator and Ice Machine. | | | | |
| FM-200333382 | 07/16/2003 | 12/07/2005 | Lead & Asbestos Code A - Clear for repairs on 07/22/03. Horne Engineering - Bipin Nanavaty (RG 07/23/03) (Ballou) | 452-X | | 0.00 | 0 |
| | | | ART ROOM #112 ▫Provide an ADA compliant safety mat for placement below the in-classroom sink. | | | | |
| FM-200333383 | 07/16/2003 | 10/04/2005 | (Ballou)      ART ROOM #112 | 452-X | | 0.00 | 0. |
| | | | Asbestos Assessment Require ▫Caulk first bay of 3'x7' windows adjacent to the teachers desk in the front of the room· and paper towel dispensers to ADA compliant height (Control levers to be mounted at a maximum of 40" from the finished floor) in the women's rest room located off of the main corridor past the gym. | | | | |
| FM-200333404 | 07/18/2003 | 07/22/2003 | Ballou      Boiler Room Check A/C unit for refrigerant, low in refrigerant, need approximate. 100-Lbs. | 452-K141 | | 16.00 | 311.92 |
| FM-200333591 | 07/22/2003 | 12/01/2003 | (Ballou)      FIRE CODE VIOLATION: | 452-X | | 0.00 | 0.00 |
| | | | 1st Floor: No address on building. | | | | |
| FM-200333592 | 07/22/2003 | 08/22/2003 | (Ballou)      FIRE CODE VIOLATION: | 452-X | | 0.00 | 34.00 |
| | | | 1st Floor/Stairwell #2: Safety glass in Center stairwell #2. | | | | |
| FM-200333593 | 07/22/2003 | 03/22/2004 | (Ballou)      FIRE CODE VIOLATION: | 452-X | | 0.00 | 0.00 |
| | | | 2nd Floor: Safety glass in center stairwell #2. | | | | |

Date 03/22/2006