UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | CA No.: 05-1907 (EGS) |

**DEFENDANT DISTRICT OF COLUMBIA'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendant District of Columbia ("District of Columbia" or "Defendant") hereby submits the following objections and responses to Plaintiff's First Set of Interrogatories…..

**ANSWERS**

1. Identify each person with knowledge of any of the facts alleged in the Complaint herein.
**RESPONSE:  Objection as this interrogatory is premataure, seeks a legal conclusion, seeks information protected by the attorney-client, attorney work product, and/or deliberative process privileges, and information contained in the personnel file of a District of Columbia employee, the non-disclosure of such information and/or documentation is protected by statute.  See D.C. Official Code § 1-631.01 and §1-631.03.  Further answering, additional names may be provided after the entry of a protective order.  Notwithstanding the objections and without waiver thereto, upon information and belief, the following persons may have discoverable information:**

**David Atkinson, Foreman/Maintenance supervisor**
**Dr. Richard Gross, Assistant Principal**
**Dr. Art Bridges, Principal**
**Patrice Wiseman, Business Manager**
**Ernest Hamlin, Engineer**
**Virginia Ukaegbu, Nurse**

9. Describe each and every action taken by Defendant regarding the heating/cooling system in period June 1,1999-January 5,2006 to provide Plaintiff with reasonable accommodation in her employment.

**RESPONSE: Objection as this interrogatory is premataure, seeks a legal conclusion, seeks information protected by the attorney-client, attorney work product, and/or deliberative process privileges, and information contained in the personnel file of a District of Columbia employee, the non-disclosure of such information and/or documentation is protected by statute.** *See* **D.C. Official Code § 1-631.01 and §1-631.03. Further answering, additional names may be provided after the entry of a protective order. Notwithstanding the objections and without waiver thereto, upon information and belief, the following persons may have taken action:**

**See Responses to Interrogatory #1.**

12. For each person identified in response to the previous interrogatory,.describe specifically each action taken by each person during the period June 1, 1999, through January 5,2006 to provide Plaintiff reasonable accommodation to Plaintiff in her employment.

**RESPONSE: Objection as this interrogatory is premataure, seeks a legal conclusion, seeks information protected by the attorney-client, attorney work product, and/or deliberative process privileges, and information contained in the personnel file of a District of Columbia employee, the non-disclosure of such information and/or documentation is protected by statute.** *See* **D.C. Official Code § 1-631.01 and §1-631.03. Further answering, additional names may be provided after the entry of a protective order. Notwithstanding the objections and without waiver thereto, upon information and belief, the following persons may have taken action:**

**Patricia Wiseman: Requested A/C units.**

I have read the foregoing answers to interrogatories, and they are true to the best of my

knowledge, information and belief.

                                                                          _____
                                                                          Valarie Jones
                                                                          EEO Counselor

     SWORN AND SUBSCRIBED before a Notary Public, this _____ day of March, 2006.

                                                                          _____
                                                                          Notary Public, D.C.

My Commission Expires: _____

As to objections:                               Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
General Litigation Division

PATRICIA JONES [428132]
Chief, General Litigation, Section IV


_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
Email:  Michael.bruckheim@dc.gov