BSA    06/21/06: Gordon v D.C.: Depo: Patricia Wiseman    XMAX(18)

Page 69

(1) really hot.
(2) Q Right.
(3) A Everyone comes to me to ask for an air (4) conditioner.
(5) Q Okay.
(6) A Because I do most of the purchasing for (7) the building, everyone just assumes that I can (8) purchase that. But because of guidelines set forth by (9) D.C. Public Schools, we don't have the funds. We have (10) mostly federal funds. Local funds were not available (11) to accommodate air conditioners.
(12) Q Okay. So can you tell me, if in school (13) year 2002, you recall that you requested – you took (14) someone else's request for Ms. Gordon and processed it (15) to purchase one? Or, did you turn that one down like (16) you turned down all the others that you were (17) describing. Do you definitely remember approving one (18) for her?
(19) MR. BRUCKHEIM: Let her answer the (20) question.
(21) Q Okay.
(22) A I don't recall approving one for her.

Page 70

(1) Q Okay.
(2) A No, not at all.
(3) Q Okay, do – okay. Now did – what about (4) in 2003 or 2004? Did you – do you recall approving (5) one for her in either of those two years?
(6) A No.
(7) Q Okay. Or any other time?
(8) A No.
(9) Q Or a heating unit for her at any time?
(10) A No.
(11) Q Okay. We are nearing the end of this. (12) Let me see what else we have. We'll just take one (13) minute to check something.
(14) A Okay.
(15) Q I know what I wanted to ask you. In the (16) course of your duties related to time and attendance, (17) would you maintain personnel files of teachers? Would (18) that be part of your job?
(19) A It is a – I don't maintain. I can add.
(20) Q Okay. Who maintains the personnel files?
(21) A The front office staff.
(22) Q The front office staff?

Page 71

(1) A The secretaries, yes.
(2) Q The secretaries to the principals, and –
(3) A Yes.
(4) Q Okay. Do you know, in 2002, with regards (5) to personnel files; is there a separate file for each (6) employee's medical records, as opposed to their (7) general?
(8) A No, there are none.
(9) Q So –
(10) A It is one general folder system for all (11) teachers and for all staff; teachers and support (12) staff.
(13) Q So – okay, one folder system?
(14) A Yes.
(15) Q Within that system, is there one folder (16) for each person?
(17) A Yes.
(18) Q Okay. And that folder would contain what (19) to your knowledge in 2002?
(20) A Anything, any – we have information (21) sheets regarding to their personal contacts –
(22) Q Yes.

Page 72

(1) A – for emergencies.
(2) Q I'm sorry, I picked up the wrong pen.
(3) A Okay.
(4) Q You were saying?
(5) A Yes. Personal contact information, their (6) evaluations, anything that they want to add to their (7) folders such as their upgrades to their credentials, (8) any awards or things that they have received that they (9) want in their file.
(10) Q Okay.
(11) A So, it's –
(12) Q Medical information would be included?
(13) A Not if – medical information would be in (14) there, if it's given to us.
(15) Q If it's given to you, right?
(16) A Yes.
(17) Q And was that file system the same; that (18) you described in 2002? Has that been constant in 2003 (19) –
(20) A To present.
(21) Q – to present?
(22) A Yes.