**Frank W. Ballou High School**
**Reading and Mathematics Cluster**
**Group Assignments - SY 2003--2004**

| Reading Cluster | Mathematics Clusters |
|---|---|
| **Ms. G. Blakeney (Room 209)** | **Ms. S. Thompson (Room A205)** |
| Bean, S. | Ajuesyitsi, L. |
| Biederman, A. | Amini, M. |
| Bowman, E. | Baldwin, S. |
| Charles, P. | Barnes, D. |
| Goodine, J. | Brown, M. |
| ✗ Gordon, M. | Butler, D. |
| Leatherman, J. | Byrd, S. |
| Harris, V. | French, D. |
| Harvey, P. | LaFranque, A. |
| Holloway, L. | Moton, C. |
| Howard, B. | Thompson, M. |
| Saunders, C. | |
| Tyler, J. | **Ms. D. Carson (Room A117)** |
| Parker, V. | Charway, E. |
| | Corley, W. |
| **Ms. C. Robinson Room A114)** | Curtis, B. |
| Chen, E. | Cyrus, N. |
| Cole-Brown, L. | Dorosti, M. |
| Crumb, B. | Edmead, W. |
| DiMattio, J.D. | Shannon, S. |
| Henry, P. | Springfield, K. |
| Johnson, C. | Williams, B. |
| Lovett, P. | |
| Monroe, T. | **Ms. L. Allen-Simmons (Room 202)** |
| Rier, R. | Daniels, R. |
| Sheppard, C. | Grimm, C. |
| | Hill, C. |
| **Mr. L. Roberts (Room A202)** | Holland, M. |
| Carter, B. | Romer, J. |
| Catlin, E. | Tinner, V. |
| Dugbazah, A. | Weaver, V. |
| Dukes, D. | Wingfield, K. |
| Hardison, O. | Wyche, F. |
| Silvolella, N. | |
| Villacorta, A. | **Ms. I. Matthews (Room 308)** |
| Wald, T. | Bego, C. |
| Watson, D. | Eaton-Lynch |
| Wells, E. | Hill, D. |
| Whitley, A. | Nelson, J. |
| Young, F. | Ogunware, O. |
| Young, T. | Petersen, M. |
| | Rust, P. |
| **Ms. P. Clark (Room 309)** | Shittu, R. |
| Bookhard, P. | Smart, A. |
| Briscoe, D | Willis, R. |
| Cowser, B | |
| Ford, J. | |
| Hubbard, A | |
| Iverson, D. | |
| Jennings, L. | |
| Mayers, B. | |
| Weston, R. | |