UNITED STATES.DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Murielene Gordon | ) |
| Plaintiff | ) |
| | ) Civil No. 05-1907 |
| | ) Judge Emmett G. Sullivan |
| District of Columbia | ) Magistrate John M. Facciola |
| Defendant | ) |

PLAINTIFF"S OPPOSITION TO DEFENDANT'SMOTION FOR SUMMARY JUDGMENT

ERRATA

Comes Plaintiff with non-substantive corrections to show that the Opposition to Summary Judgment was filed on September 15, 2006 not September 18,2006, as previously stated. The last two pages (last page of Opposition and Certificate of Service) follow.

Respectfully submitted,

September 18, 2006                                    /s/

Charles Goldman
1155 –15th Street N.W.
Washington, DC 20005
202 4667550 202 4675085 (fax)

Certificate of Service

I hereby certify that a copy of the foregoing was emailed to Michael Bruckheim, Assistant Attorney General, 441-4th Street NW, Washington, DC 20001 at Michael.Bruckheim@dc .go this 18th day of September, 2006.

/s/

Charles Goldman

Motion for Summary Judgment is premature since the outstanding discovery could lead to additional information which could be the basis for the denial of the pending Motion. Moore's Federal Practice 3d, Sec. 56.10(8)(e). The outstanding discovery could, for example, confirm the temperatures Plaintiff noted, Exhibit 6, which are at the core of accommodating a person with arthritis as the Job Accommodation Network notes. Exhibits 16,17.

### IV. Conclusion

It is respectfully submitted that Plaintiff is an otherwise qualified individual with a disability. She is clearly a person who is substantially impaired in walking, manual tasks, and taking care of herself. In this case, when Plaintiff is compared to the average person in the general population, she is clearly disabled. Her record of being impaired has been well known for years to Defendant. The Supreme Court and lower court decisions make clear in interpreting and applying the EEOC regulation that the yardstick is not total or utter inability as Defendant argues. This Plaintiff is disabled, with a record of being impaired as this Defendant has been well aware for years. Also, clearly this Defendant, as the actions of its medical consultant and numerous employees show, regarded this Plaintiff as a person who was disabled. Defendant's protestations to the contrary defy credibility. Plaintiff was not effectively reasonably accommodated. There are genuine issues of material facts here. The Motion should be DENIED.

Respectfully submitted,

/s/
CHARLES D. GOLDMAN, ESQ.
Attorney for Appellant
1155 -15th Street, NW.#1004
September 15, 2005          Washington DC 20005
202-466-7550 202 4675085 (fax

Certificate of Service

I hereby certify that a copy of the foregoing was emailed to Michael Bruckheim, Assistant Attorney General, District of Columbia, Washington DC 20001, Michael.Bruckheim@dc.gov. this 15th day of September, 2006

/s/
Charles Goldman