UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON,               ) | |
|                             ) | CA No.: 05-1907 (EGS) |
|     Plaintiff,               ) | |
|                             ) | |
| v.                                       ) | Judge Emmett G. Sullivan |
|                             ) | |
|                             ) | Magistrate John M. Facciola |
| DISTRICT OF COLUMBIA,  ) | |
|                             ) | |
|     Defendant.           ) | |
| _____) | |

ORDER

Upon consideration of the arguments, submissions, representations of the parties, it is hereby ORDERED that the Defendant's Motion to Strike Defendant's Reply is hereby GRANTED.

FURTHER ORDERED Defendant's Reply to Plaintiff's Opposition to Summary Judgment is stricken from the record.

Dated: _____

                                                  HONORABLE EMMETT G. SULLIVAN

                                                  United States District Court

                                                  for the District of Columbia