# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURIELENE GORDON, | ) | |
| | ) | CA No.: 05-1907 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Emmett G. Sullivan |
| | ) | |
| | ) | Magistrate John M. Facciola |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the arguments, submissions, representations of the parties, it is hereby ORDERED that the Defendant's Motion to Strike Defendant's Reply is hereby GRANTED to the extent that Plaintiff's request for leave to file a Sur-Reply is hereby GRANTED and her Sur-Reply is accepted into the record.

Dated: _____

HONORABLE EMMETT G. SULLIVAN

United States District Court

for the District of Columbia