# APPEAL MANDATE