UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MURIELENE GORDON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-1907 (EGS) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **DENIED;** and it is

**FURTHER ORDERED** that plaintiff's motion to extend discovery is **GRANTED;** and it is

**FURTHER ORDERED** that the period for discovery shall be extended until June 15, 2007; and it is

**FURTHER ORDERED** that defendant's motion to strike plaintiff's expert witnesses is **DENIED;** and it is

**FURTHER ORDERED** that plaintiff shall file an amended Rule 26(a)(2) statement by no later than May 15, 2007; and it is

**FURTHER ORDERED** that defendant's motion to quash subpoenas is **DENIED;** and it is

**FURTHER ORDERED** that any contested depositions shall occur pursuant to a protective order or other arrangement agreed to by both parties; and it is

**FURTHER ORDERED** that any further objections to depositions or subpoenas shall be raised to the Court by no later than May 1, 2007; and it is

**FURTHER ORDERED** that a status hearing is scheduled for June 20, 2007, at 9:30 am.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**March 26, 2007**