Report of Dr. Harold Snider

Opinions: It is my professional opinion to a reasonable certainty that:

Murielene Gordon, who is mobility impaired and was a teacher for many years at Ballou Senior High School, was at all times relevant to her case, a qualified individual with a disability under applicable laws, including but not limited to the Americans with Disabilities Act, Section 504 of the Rehabilitation Act and District of Columbia Human Rights Act. She has arthritis and other conditions.

It is my opinion that commencing in 1999 and periodically thereafter Ms. Gordon requested reasonable accommodation from her employer, District of Columbia (District of Columbia Public Schools).

Ms. Gordon was a teacher on the first floor. Since she was and is mobility impaired she should have been accommodated by having all her programs and activities on the first floor. If required to attend a meeting on the second floor the function should have moved to the first floor or she should have been given a key to an elevator to get there. If required to attend a function/meeting in another room, such as in the library or cafeteria that was not located in her wing of the school, it would be a reasonable accommodation to allow her to arrive a few minutes late without penalizing Ms. Gordon for being late. There should be accessible seating in the rooms outside of her classroom, such as the auditorium.

As a qualified individual with a disability in an entity subject to the laws noted above, Ms. Gordon's workplace should have been program accessible to her. This means that she should have access to and use of an accessible bathroom that was proximate to her, an accessible classroom with supplies on shelves no higher than permitted under the standard applicable under the laws such as the Americans with Disabilities Act guidelines and Section 504 of the Rehabilitation Act. The shelving in her classroom did not comply with laws and Federal regulations. Ms. Gordon could not reach the top shelf. I believe she is 5'9" tall but due to her arthritis uses a walker and has used canes so that she does not have extension to her full height.

There should have been functional heating and cooling system that could have been modified as an accommodation to Ms. Gordon's arthritis, a condition known to her employer. Depending on the temperature in her room, fans or a portable heater should have been provided as a reasonable accommodation, when the temperature was extreme, such as the Plaintiff experienced, based on her materials which will be exhibits to my testimony that are exhibits to the Plaintiff's submission here.

At all times there should have been an emergency exit door accessible to Ms. Gordon.

The doors in her room that led outside were such an exit. Chaining and/or locking the exit doors were a denial of reasonable accommodation. It is also frightening and stressful to a person with a disability.

As part of her duties entailed copying papers she should have had an accessible copier nearby or been allowed to have someone else, even a student, as appropriate, copy papers for her, as a reasonable accommodation.

Reasonable accommodation can also involve reassigning an employee to another job or to the same job in another facility. Mrs. Gordon could have been reasonably accommodated by transferring her to a different more accessible school or to an administrative position in an accessible site. Reasonable accommodation is a two way process, a dialog between the employee and employer. Mrs. Gordon sought to reach her employer on a number of occasions but her Principal did not return her calls. The non-responsiveness is wrong and hurtful to a person seeking accommodation so they can work.

Finally it is my opinion that in addition to the physical and programmatic barriers experienced by Ms. Gordon, she also was the victim of attitudinal bias which a reasonable person would find intolerable. If, as she reports, she was told she was a "liability" by the Ballou Principal, this statement would be a clear indication of a workplace that was hostile to her because of her disability (as well as very harmful).

 Basis of My Opinion:  I rely on the Americans with Disabilities Act as well as the implementing regulations under Titles I (EEOC) and II (Department of Justice).  I rely on Americans with Disabilities Guidelines (ADAAG) issued by the U.S. Architectural and Transportation Barriers Compliance Board which have the force of law as Federal Regulations.  I also rely on various publications and information disseminated by the United States Department of Justice, the United States Equal Employment Opportunity Commission and the U.S. Architectural and Transportation Barrier's Compliance Board. These include, but are not limited to, technical assistance manuals and guidelines, including particularly the EEOC Guidance on Reasonable Accommodation. I also rely on materials from JAN, the Job Accommodation Network, which are attached hereto and which will be used as exhibits to my testimony. I also rely on photographs of her classroom which are also exhibits hereto.

I have general familiarity with the facts of this case. I considered all of this information in formulating my opinion.

I have not testified or been deposed in any case in the past four years.

My publications in the past ten years are "Braille and Brotherhood", Scottish Rite Journal of Freemasonry, Southern Jurisdiction, Washington, DC (August 2005), "Understanding the Holocaust", Braille Monitor, National Federation of the Blind, Baltimore, MD (May,2004),  "From Salon to Saloons-19th Century  American Popular

And Patriot Music as Played on the World's Finest Music Boxes" (Compact Disc Produced by the International Braille Research Center, Baltimore, MD,)(June,1997)

My fee for testimony and reports is $250/hour. Depending upon schedules and what Transpires I do not expect my total fee to exceed $2500. I have received $550 for my Reporting thus far.


Signed by:
/s/
Dr. Harold W. Snider

# HAROLD W. SNIDER
## D. PHIL. OXON

**4921 Bel Pre Road**         hlsnider@earthlink.net         **(301) 460-4142 Home**
**Rockville, MD 20853**                                       **(301) 460-4146 Fax**

**EMPLOYMENT HISTORY:**

Nov, 1978 -        **President, Access For the Handicapped, Inc.,**
Present            **Washington, D. C.**
This is a sole proprietorship company providing consultation on disability policy, accessibility studies, human resources, government contracts, (training and materials development) marketing, testing and evaluation of technology for people with disabilities, government grants and proposal writing, and public interest advocacy
for a number of clients.  I have designed, developed and administered innovative programs in human resources, governmental affairs and international relations. I have been employed by national television media as a consultant on disability issues.  For one client, I provided digital archiving for the extensive audio tape history of their organization.  As a consultant, I provided direction for a non-profit organization dealing with all aspects of research, fund raising and contract administration.  I was approached by      another organization to help direct a project involving the development, fabrication and installation of a prototype system as a safety feature for a public transportation company.  As a successful research grant writer, my client, a major public television broadcaster, was awarded substantial funds through which I develop a prototype non-print newspaper reading system.  I managed and directed large scale development projects for people with disabilities in Zambia, Ecuador and South Korea.

Oct. 2005 –        **Executive Director, Services for the Visually Impaired (SVI), Silver Spring,**
April 2007         **Maryland**
The Chief Executive Officer (CEO) supervises the work of the Agency, its staff of ten employees and implements the policies adopted by its Board of Directors.  The CEO develops the annual budget of $610,000.00, supervises financial management, supervises agency programs and is responsible for the day to day operations of the Agency and conducts fundraising.  SVI provides volunteers to assist blind and visually impaired consumers; markets and produces material in Braille; sells a wide variety of blindness related products; provides counseling on vision loss, offers training in assistive technology and orientation and mobility; and conducts other contractual activities.

Jan.1997           **Executive Director, International Braille Research Center,**
Jan. 1998          **Baltimore, Maryland.**
 The Center does research on and promotes the use of the Braille code.  The Executive    Director is the Chief Executive Officer of the organization and is  responsible for the direction of all research projects, human resources, fund-raising, the budget, accounting, purchasing, and contracts administration.  The Executive Director manages and supervises the staff and reports to the President and Board of Trustees.

Oct.1992           **Executive Director, Tennessee Protection and Advocacy, Inc.,**

Jan, 1993 **Nashville, Tennessee**
Chief Executive Officer supervising a staff of twenty (20) employees in three offices with an annual budget of $927,000.00. The agency provides legal protection and advocacy services for people with disabilities in Tennessee.

Jul, 1990 - **Deputy Executive Director, National Council on Disability,**
Sep, 1992 **Washington, D. C. (GM-14, Step 7)**
(Presidential Appointment) Responsible for general office management, including human resources and the preparation of reports and correspondence. Worked with Executive Director and Chairperson in developing the multi-million dollar budget and maintaining fiscal control. Planned quarterly meetings of Council and issue-oriented hearings as necessary. Served as liaison between the Council, Congress, White House and other Executive Branch agencies. Supervised all professional and clerical staff. Implemented policy recommendations of the Council, including the development of federal legislation. Responded to questions from the media about disability policy. Advised members of Council on disability policy issues. Wrote speeches for Council chairperson and other council members. Reviewed and signed travel vouchers and purchase orders.

Oct, 1989 - **Director of Outreach for Persons with Disabilities,**
Jun, 1990 **Republican National Committee, Washington, D. C.**
Developed coalition of disabled Republicans in key states. Advised chairman and other party officials on disability issues. Wrote portions of the draft of the Americans with Disabilities Act. Advised Republican Congressional leadership regarding disability questions, particularly The Americans with Disabilities Act. Prepared correspondence for the chairman on disability issues. Spoke at state party conventions, national committee meetings and meetings of disabled groups. Advised state parties on ways to reach disabled voters, including voter registration. Wrote disability related publications. Assisted with the development of disability related Political Action Committees. Advised on architectural accessibility of the Republican National Committee Building. Represented Republican Party on national radio and television programs where disability issues were discussed. Acted as liaison between Republican Party and the Office of Domestic Policy and the Office of Media Relations in the White House regarding disability issues, including presidential speeches and news conferences.

Jul, 1986 - **Executive Director, American Impact Foundation,**
Mar, 1989 **Washington, D. C.**
The American Impact Foundation is a part of the international initiative against avoidable disability (IMPACT). The Executive Director is the chief executive officer of the Foundation and is responsible for conducting

|  |  |
|---|---|
|  | the business of the Foundation, including administration, fund-raising and project implementation. The Executive Director reports to the Board of Directors of the Foundation. |
| Jan, 1985 - **Handicapped,** Oct, 1989 | **Executive Director, Society for the Advancement of Travel for the** <br> **Washington, D. C.** <br> SATH is a nonprofit, tax-exempt educational charitable organization within the travel and tourism industry exclusively dedicated to the improvement and promotion of travel and tourism opportunities for handicapped persons. Duties of the Executive Director include administration, conference planning, writing and supervision of publications, fund-raising, planning budgets, responding to inquiries from the public, cooperation with other travel industry organizations, and monitoring Federal and State legislation of concern to handicapped travelers. The Executive Director is responsible for actions taken on behalf of SATH and must ultimately report to the Chairman, the President, the Board of Directors and the membership. |
| Jan, 1980 - Jun, 1982 | **Assistant Professor, Department of Museum Studies,** <br> **George Washington University, Washington, D. C.** <br> Duties were to design and teach the first course in the world on Museum Accessibility for Handicapped Persons. This course was taught at the graduate level as part of the Master's Degree program in Museum Studies. |
| Sep, 1975 - Nov, 1978 | **Coordinator, Programs for the Handicapped, National Air and Space Museum,** <br> **Smithsonian Institution, Washington, D. C. (GS-9, Step 5)** <br> Duties were to develop and administer the model program for handicapped visitors to the Smithsonian Institution. These duties included program development, materials development, logistics, accessibility, public relations, fund-raising and grant proposal writing. Worked with the Smithsonian's Office of Equal Employment Opportunity in reviewing applications from potential employees who were handicapped, writing action plans, advising on job reclassification and troubleshooting on individual complaints. |
| Jan, 1975 - Jun, 1975 | **Adjunct Instructor, Department of History, University of North Florida,** <br> **Jacksonville, Florida** <br> Teaching Modern British and European History to junior and senior undergraduate students. Assisted with various university administrative functions as required. |
| Oct, 1974 - | **Local Television WJKS-TV, Jacksonville, Florida** |

| | |
|---|---|
| Aug, 1975 | Moderator of award-winning talk show. |
| Oct, 1973 - Sep, 1974 | **Central Office of Information (COI), London, England** News and public affairs, features and interviews. |
| Oct, 1973 - Jul, 1974 | **Part-time Instructor of Modern British and European History, Oxford University, Oxford, England** |
| Oct, 1970 - Jun, 1974 | **British Broadcasting Corporation, London, England** Extensive contributions to news and public affairs programs. |
| Sep, 1968 - Jun, 1969 | **French Broadcasting System (ORTF), Paris, France** Part-time Washington stringer. Wrote commentaries on news topics. |
| Sep, 1967 - Jun, 1969 | **Voice of America, Washington, D. C.** Free-lance contributions in French, interviews and commentaries (commissioned by purchase order). |
| Sep, 1965 - Jun, 1969 | **University Radio Station WGTB-FM, Washington D. C., (Station Manager, 1967 - 1968)** Duties were production, program planning and administration. Extensive experience in news and public affairs, music programming of all types and minority group programming. |
| Jun, 1968 - Sep, 1969 | **Congressional Liaison Officer for the Office of Economic Opportunity of the United States Government** This was a Civil Service position under a summer internship program. Duties were to promote legislation in the Congress concerning programs to eliminate poverty in the United States. |
| Jun, 1966 - Jul, 1968 | Various paid consulting positions in connection with the development and testing of electronic guiding devices for the blind |
| Jun, 1967 - Sep, 1967 | **Acting Director, Georgetown University Language Laboratory Facilities** Supervised the daily administration of the language laboratory facilities serving over one thousand people daily. |
| Jun, 1966 - Sep, 1966 | **Georgetown University European Tour Leader** Guided 19 students on a six-week tour of Europe, including Britain, France, Switzerland, Italy and Spain, in conjunction with the Georgetown |

University Summer School language programs at Dijon, France and Salzburg, Austria.

**EDUCATION:**

| | |
|---|---|
| 1970 - 1974 | **Doctor of Philosophy Degree, (D. Phil.)** New College, Oxford University, Oxford, England.  Thesis Topic:  Leo Maxse and The National Review. |
| 1969 - 1970 | **Master of Arts Degree, (MA) (Course) in British Imperial and Commonwealth History**, King's College, London University.  Major Fields of Study:  Transfer of Power from Empire to Commonwealth; Early 20th Century British Imperial History Policy. |
| 1965 - 1969 | **Bachelor of Science in Foreign Service (B.S.F.S.)**, The School of Foreign Service, Georgetown University, Washington, D. C.  Major Fields of Study:  History, Economics, Political Science and Foreign Languages (French and Spanish). |

**AWARDS AND HONORS:**

| | |
|---|---|
| 1986 - 1987 | **Nicole Grasset Fellowship**, Seva Foundation |
| 1985 | **Outstanding Service Award**, President's Committee on Employment of the Handicapped |
| 1981 | **Mary Switzer Memorial Fellow**, National Rehabilitation Association |
| 1978 | **Distinguished Service Award**, Society for the Advancement of Travel for the Handicapped |
| 1976 | **Outstanding Young Men of America Award**, U. S. Jaycees, |
| 1975 | **Outstanding Project of the Year**, Grand Prize, U. S. Jaycees |
| 1969 | **Phi Beta Kappa** |

**PUBLICATIONS:**

| | |
|---|---|
| July August, 2005 | **"Braille & Brotherhood"**, Scottish Rite Journal of Freemasonry, Southern Jurisdiction, Washington, D.C. |
| May, 2004 | **"Understanding the Holocaust"**, The Braille Monitor, National Federation of the Blind, Baltimore, Maryland |
| Jun, 1997 | "**From Salon to Saloons-19th Century American Popular and Patriot Music as played on the World's Finest Music Boxes".** (A compact disc) Producer, International Braille Research Center, Baltimore, Maryland |
| May, 1996 | **"The Twenty Percent Challenge - the Remaining Barriers are Attitudinal",** ASTA Agency Management, Washington, D.C. |
| Jun, 1990 | **"The Open Door, Republican Disability Report".** (Editor)  Republican National Committee, Washington, D. C. |

| | |
|---|---|
| May, 1986 | "**Open Skies for Handicapped Travelers**", Regional Airline Association Times, Washington, D. C. |
| Aug, 1984 | **The United States Welcomes Handicapped Visitors**, (a brochure) published by the Society for the Advancement of Travel for the Handicapped, New York, New York. |
| Aug, 1981 | "**Viewpoint**", Travel Industry Association of America Newsletter, Washington, D. C. |
| Feb, 1978 | "**Arts for the Blind and Visually Impaired: A View from the Jungle**", Braille Monitor, National Federation of the Blind, Baltimore, Maryland |
| Dec, 1977 | **Museums and Handicapped Students:** Guidelines for Educators, (a book), published by the Smithsonian Institution under a grant by the Bureau of Education for the Handicapped |
| Feb, 1977 | **"Programs for the Handicapped at the National Air and Space Museum",** New Beacon, Journal of Blind Welfare, Royal National Institute for the Blind, London, England |
| Jan, 1977 | **"The Inviting Air of an Accessible Space",** Museum News, American Association of Museums, Washington, D. C. |
| Jan, 1977 | **"Arts for the Blind and Visually Impaired",** (a pamphlet), National Endowment of the Arts, Washington, D. C. |
| Sep, 1976 | **"Museums and the Blind: A Look Ahead",** Braille Monitor, National Federation of the Blind, Baltimore, Maryland |
| Aug, 1974 | **"Crossing the Atlantic Does Make a Difference",** New Beacon, Journal of Blind Welfare, Royal National Institute for the Blind, London, England |

**MEMBERSHIPS:**

| | |
|---|---|
| Member | **Montgomery County Commission on People with Disabilities,** 2001 – present<br>Chairman- 2005-06 |
| Member | **American Association of People with Disabilities,** 2001 - present |
| Chairman | **International Braille Research Center,** 1999 – present |
| Member | **Board of Directors, The Lighthouse,** (Columbia Lighthouse for the Blind), Washington, D. C. 1992 - present |
| Member | **Services for the Visually Impaired,** Bethesda, Maryland, 1983 - present |
| Charter Mber | **National Association to Promote the Use of Braille,** Louisville, Kentucky, 1985 – |
| Member | **Association for Education and Rehabilitation of the Blind and Visually Impaired,** Alexandria, Virginia, 1984 - present |
| Member | **National Advisory Board, Descriptive Video Service,** WGBH Educational Foundation, Boston Massachusetts 1991 – 1995 |
| President | **Society for the Advancement of Travel for the Handicapped,** Brooklyn, New York, 1981 - 1985 |

| | |
|---|---|
| Member | **American Society of Travel Agents,** Washington, D. C., Delegate, 1981 - 1984 |
| Member | **Africa Travel Association,** New York, New York, 1981 - present |
| Member | **North American Travel Association,** New York, New York, 1980 – present |
| Member | **Executive Committee, International Federation of the Blind,** Antwerp, Belgium, 1979 - 1984 |
| Member | **International Council for the Education of the Visually Impaired,** Bensheim, Germany, 1982 - present |
| Member | **American Association of Museums,** Washington, D. C., 1975 - 1978 |
| Member | **Board of Directors, National Committee, Arts for the Handicapped,** Washington, D. C., 1977 - 1981 |
| Member | **Master Mason,** Silver Spring Lodge #215 |
| Past Master | **General George C. Marshall Lodge #55,** 2003 |
| Affiliated PM | **Samuel-Gompers-Benjamin Franklin Lodge** #45 |
| Member | **Ancient and Accepted Scottish Rite of Freemasonry, 32° K.C.C.H.** Valley of Washington, Orient of the District of Columbia, Washington, DC |
| Member | **Ancient and Accept Scottish Rite of Freemasonry, 33° (SGIG Honorary)** |
| Venerable Master | **Mithras Lodge of Perfection,** Scottish Rite |
| Master | **Pythagoras Lodge of Research** 2004 |
| Member | **Mt. Pleasant Chapter Royal Arch Mason (York Rite)** #13 and **Adonirum Zabud Council, York Rite -**current |
| Member | **Almas Shrine Temple,** Washington, D.C.-current |
| Member | **Republican National Committee,** Washington, D.C., 1988 - present |
| Member | **Music Box Society International,** Chairman Audio-Visual Committee, Marietta, Ohio, 1997 |
| Member | **Capitol Hill Club,** Washington, D. C., 1989 - present |
| Fellow | **Royal Commonwealth Society,** London, England, 1970 - present |
| Life Member | **Oxford Union Society,** Oxford, England, 1970 - present |
| Charter Mber | **Lion's Club of Oxford,** England, 1973 - 1974 |
| Member | **United States Jaycees,** 1974 - 1977 |
| Member | **Smithsonian Institution Associates,** Washington, D. C., 1975 – present |

**SPECIAL SKILLS:**

**Foreign Languages -** Fluency in French and Spanish.

**TECHNICAL SKILLS:**

- Touch typing (40 words per minute), ability to read Braille at 400 words per minute, certification to teach the Kurzweil Reading Machine - a direct print-to-speech translation device.

- Proficient in use of personal computers, including the various word-processing programs and Braille translation software. Expertise in Windows operating systems including screen readers such as JAWS for Windows. Proficient in the operation of the Internet including use of e-mail. Proficient in making and editing digital master recordings of speech and music, and extensive knowledge of recording equipment.
- Expertise in electronic guiding devices for the blind, development and testing.

**COMMUNICATION SKILLS:**

- Federal Communications Commission Third Class Radio Broadcasting License with Commercial Endorsement. (1966 - present.)
- Knowledge of Sign Language (finger-spelling). Ability to communicate with and receive communication from deaf and deaf/blind persons. Proficiency in the use of Teletouch, Telebraille and Telecommunication Devices for the Deaf (TDD).

**FUND-RAISING SKILLS:**

- Raised $80,000 to establish "Newsline for the Blind", a service which delivers daily newspapers to blind persons nationwide over telephone lines using synthetic speech. (1993 - 1995)
- Raised $15,000 to make the television coverage of the Clinton Inauguration ceremony accessible to blind persons using the Descriptive Video Service (DVS). (1992- 1993)
- Raised $480,000 to prevent disabilities overseas. (1986 - 1989)
- Raised $100,000 to produce and publish 250,000 copies of the brochure, The United States Welcomes Handicapped Visitors. (1984 - 1986)
- Raised $150,000 for "Blind Independence Project" in Zambia. (1982 - 1983)
- Raised $600,000 for "Project RAPID" to make educational reading materials available quickly for handicapped students using innovative computerized, non-print formats. (1978 - 1981)
- Raised $90,000 in gifts and grants for the Smithsonian Institution, Program for the Handicapped. (1975 - 1978)
- Raised $10,000 for the construction of blind students reading room in the Bodleian Library at the University of Oxford, the first reading room for blind students. (1973)

Letters of Reference and a list of consulting positions are available upon request.