Report of Dr. R. Samuel Mayer

Opinions: It is my professional opinion to a reasonable certainty that:

Murielene Gordon, who is mobility impaired and was a teacher for many years at Ballou Senior High School, (since approximately 1990) was at all times relevant to her case, a qualified individual with a disability under applicable laws, including but not limited to the Americans with Disabilities Act, Section 504 of the Rehabilitation Act and District of Columbia Human Rights Act. She has arthritis and other conditions which were elaborated on at length in the Court's opinion of March 26, 2007. Of particular note, she suffers from severe generalized osteoarthritis, which has greatly affected her mobility and activities of daily living.

It is my opinion that commencing in 1999 and periodically thereafter Ms. Gordon requested reasonable accommodation from her employer, District of Columbia (District of Columbia Public Schools), according to documents provided to me by the plaintiff.

Ms. Gordon was a teacher with her art classroom on the first floor. Since she was and is mobility impaired she should have been accommodated by having all her programs and activities on the first floor. If required to attend a meeting on the second floor, as she was on occasion, either the meeting should have been moved to the first floor or she should have been given a key to an elevator to get there. If required to attend a function/meeting in another room, such as in the library or cafeteria that was not located in her wing of the school, it would be a reasonable accommodation to allow her to arrive a few minutes late without penalizing Ms. Gordon for being late. There should be accessible seating in the rooms outside of her classroom, such as the auditorium.

As a qualified individual with a disability in an entity subject to the laws noted above, Ms. Gordon's workplace should have been program accessible to her. This means that she should have had access to and use of an accessible bathroom that was proximate to her, an accessible classroom with supplies on shelves no higher than permitted under the standard applicable under the laws such as the Americans with Disabilities Act guidelines and Section 504 of the Rehabilitation Act. The shelving in her classroom did not comply with laws and Federal regulations. Ms. Gordon is approximately 5'9'' tall and materials were stored above her reach. (I understand from information provided me by Plaintiff that she walks with a walker now and previously used canes so that she really did not have extension to her full height.)

Since Mrs. Gordon has arthritis, as was known to her employer, it was important to her workplace that there should have been functional heating and cooling system that could have been modified as an accommodation to Ms. Gordon's arthritis. Arthritis patients suffer from increased pain and stiffness in extremes of temperature. Depending on the temperature in her room, fans or a portable heater should have been provided as a reasonable accommodation, when the temperature was extremely hot or cold, such as the Plaintiff experienced, based on her notations in the materials attached to Plaintiff's submission here which will be exhibits to my testimony.

At all times there should have been an emergency exit door accessible to Ms. Gordon. The doors in her room that led outside were such an exit. Chaining and/or locking the exit doors were a denial of reasonable accommodation. It is very frightening to a person with arthritis to have locked doors. It is a cause of consternation and stress to them, even if the emergency for which exiting would be needed, never occurs.

As part of her duties entailed copying papers she should have had an accessible copier nearby or been allowed to have someone else, even a student, as appropriate, copy papers for her, as a reasonable accommodation.

Another form of accommodation for persons with arthritis is reassignment to a new or different position or in a position in a different location, which in this case might have been a different school or in an administrative office that were accessible. I am told that Mrs. Gordon sought to reach her principal on a number of occasions but that he did not return her calls. Reasonable accommodation involves a dialog, not, as here, the employee trying to reach the Principal and his being non-responsive. The non-responsiveness is wrong and hurtful to a person with arthritis who wants to work.

Finally it is my opinion that in addition to the physical and programmatic barriers experienced by Ms. Gordon, she also was the victim of attitudinal bias which a reasonable person would find intolerable. If, as she reports, she was told she was a "liability" by the Ballou Principal, this statement would be a clear indication of a workplace that was hostile to her because of her disability (as well as very harmful).

 Basis of My Opinion:  I rely on the Americans with Disabilities Act as well as the implementing regulations under Titles I (EEOC) and II (Department of Justice).  I rely on Americans with Disabilities Guidelines (ADAAG) issued by the U.S. Architectural and Transportation Barriers Compliance Board which have the force of law as Federal Regulations.  I also rely on various publications and information disseminated by the United States Department of Justice, the United States Equal Employment Opportunity Commission and the U.S. Architectural and Transportation Barrier's Compliance Board. These include, but are not limited to, technical assistance manuals and guidelines, including particularly the EEOC Guidance on Reasonable Accommodation. I also rely on materials from JAN, the Job Accommodation Network, which are attached hereto and which will be used as exhibits to my testimony. I also rely on photographs of her classroom which are also exhibits hereto as well as my extensive experience working with and treating persons with arthritis.

I have general familiarity with the facts of this case. I reviewed the plaintiff's medical records.  I have seen photographs of her workplace provided to me by the plaintiff.  I considered all of this information in formulating my opinion. .

I have testified or been deposed in any case in the past four years in the following cases:
Baycol MDI, Deposition, April, 2005, Federal Court, Minneapolis, MN
Sabieri vs. Cooper Foster Medical Center, et al, September, 2005, Deposition, District Court, Lorraine OH
Sabieri vs. Cooper Foster Medical Center, et al, December, 2005, Trial, District Court, Lorraine OH
Bauman vs. Bayer, et al October, 2006, Deposition, Federal Court, Minneapolis, MN
Flesner vs. Bayer, et al October, 2006, Deposition, Federal Court, Minneapolis, MN

I work with patients with arthritis in the normal course of my duties at Johns Hopkins University where my official position is Clinical Associate, Department of Physical Medicine and Rehabilitation. I have been involved with patients disabled by arthritis on an ongoing basis since I entered practice in 1990.

My publications and lectures in the past ten years are noted on my resume which is attached hereto. Of note I have lectured several times on a regional and national basis on ergonomics, disability evaluation and disability law.

My fee for testimony and reports is $500/hour. Depending upon schedules and what transpires I do not expect my total fee including trial to exceed $5000. I have received $1000 for my report.

Signed by:


R. Samuel Mayer, M.D./s/
Dated: May 10, 2007

# Curriculum Vitae for Academic Promotion

**Robert Samuel Mayer, M.D**

| | |
|---|---|
| **Date** | **October, 2006** |
| **CURRENT APPOINTMENTS:** | **University:** Clinical Associate, Department of Physical Medicine and Rehabilitation, Johns Hopkins University School of Medicine, Director Undergraduate Medical Education, Department of Physical Medicine and Rehabilitation, Johns Hopkins University School of Medicine<br>**Hospital:** Medical Director Inpatient Rehabilitation, Johns Hopkins Hospital, Physician Advisor, Department of Physical Medicine and Rehabilitation, Johns Hopkins Medicine |
| **PERSONAL DATA:** | 600 North Wolfe Street<br>Meyer 1-164<br>Baltimore, MD  21287<br>Phone # 410-614-4030<br>Fax # 410-614-4033<br>E-Mail   rmayer2@JHMI.edu |
| **EDUCATION:** | Bachelor of Science in Medicine<br>1984<br>Northwestern University Medical School<br><br>Doctor of Medicine<br>1986<br>Northwestern University Medical School |
| **TRAINING:** | Internship, Medicine<br>Rush-Presbyterian-St. Luke's Medical Center (RPSLMC)<br>Chicago, IL<br>1986 - 1987<br><br>Residency, Physical Medicine & Rehabilitation<br>Rush-Marianjoy-Oak Forest Residency Program<br>Chicago, IL<br>1987 – 1990 |
| **PROFESSIONAL EXPERIENCE:** | Instructor<br>Loyola University Stritch School of Medicine<br>Department of Orthopedics & Rehabilitation<br>Maywood, IL<br>1990 – 1991<br><br>Assistant Professor<br>Rush Medical College<br>Department of Physical Medicine and Rehabilitation<br>Chicago, IL<br>1991 – 2001<br><br>Associate Residency Program Director<br>Rush-Marianjoy Residency in PM&R<br>Rush Medical College<br>Chicago, IL |

1994 – 1996

Residency Program Director
Rush-Marianjoy Residence in PM&R
Rush Medical College
Chicago, IL
1996 – 2001

Acting Chairman
Department of PM&R
Rush Medical College
Chicago, IL
1998 – 2001


**RESEARCH:**

**PEER REVIEWED ARTICLES:**

Lavender, S, Trafimow, J, Andersson, GB, <u>Mayer, RS</u>, Chen, IH, - Trunk muscle activation.  The effects of torso flexion, moment direction, and moment magnitude. Spine 19:771-8, 1994.
<u>Mayer, RS</u>, Chen, I.H., Lavender, S.A., Trafimow, J.H., Andersson, G.B. – Variance in the measurement of sagittal lumbar spine range of motion among examiners, subjects, and instruments. Spine 20:1489-93, 1995.

```
Park WL, Mayer RS, Moghimi C, Park JM, Deremeik JT. Rehabilitation of
hospital inpatients with visual impairments and disabilities
from systemic illness. Arch Phys Med Rehabil. 2005 Jan;86(1):79-81.

Golden S, Hill-Briggs F, Mayer RS. Management of diabetes during acute
stroke and inpatient stroke rehabilitation. Arch Phys Med Rehabil. 2005
Dec;86(12):2377-84.
```

Silver JK, <u>Mayer RS,</u> Barriers to pain management in the rehabilitation of the surgical oncology patient, Surg Onc Clin of North Amer, in press.


**PEER REVIEWED ABSTRACTS:**

<u>Mayer, RS</u>, Steiner, ML – Intrauterine cocaine exposure; developmental assessments of two infants. Arch PM&R 70:A-85, 1989. (abs)

<u>Mayer, RS</u>, Steiner, ML – Axonal polyneuropathy complication traumatic spinal cord injury.  Arch PM&R 70:A-68, 1989. (abs)

<u>Mayer, RS</u>, Stambolis, V – Hyperreflexic neurogenic bladder in a patient with Guillain-Barre Syndrome.  Arch PM&R 71:823, 1990. (abs)

Pang, TY, <u>Mayer, RS,</u> Nicholas, JJ– Exposing medical students to physical medicine and rehabilitation; the functional assessment course.  Arch PM&R 74:1237, 1933. (abs)

Logan, RE, Stone, SC, <u>Mayer, RS</u>, Nicholas, JJ – Epidural lipomatosis; an unusual case of leg weakness. Arch PM&R 74:1273, 1933. (abs)

<u>Mayer, RS</u>., Chen, IH, Lavender, SA, Andersson, GB, Trafinow, J – Analysis of variance in the measurement of lumbar spine range of motion among examiners, subjects and instruments.  Arch PM&R 74:1254, 1993. (abs)

**Mayer, RS**, Oleske, DM – Prevalence of work disability among municipal employees. Arch PM&R 74:1254, 1993. (abs)

**Mayer, RS** – Spinal cord hemorrhage secondary to tissue plasminogen activator therapy for acute myocardial infarction. Arch PM&R 75:1060, 1994. (abs)

**Mayer, RS** – A preoperative and postoperative study of the accuracy and value of electrodiagnosis in patients with lumbosacral disc hemiation (letter). Spine 19:108-9, 1994.

**Mayer, RS**, Nicholas, JJ – Spinal infections: Diagnosis and rehabilitation. Arch PM&R 76:1079, 1995. (abs.)

Shekhani, NA, **Mayer, RS** – Hereditary corporhyria and rehabilitation – A case review. Arch PM&R 77:947. 1996. (abs)

Thompson, C, **Mayer, RS**, Goldberg, E– Heterotopic ossification of gluteal muscles in a patient with lumbar spinal stenosis. Arch PM&R 10:81-88, 1998.

**Mayer, RS**, Pacheco, M, Villarica, V – Toxic myopathy in concomitant use of simvastatin and cyclosporine: a report of 3 cases. Arch PM&R Vol. 81:1305. (abs) 2000.

Shah A, **Mayer RS,** DeLateur BJ—Inadequate training in chronic disease and disability: results of a Johns Hopkins alumni survey. Education Research Seminar, JHU SOM, 2006

**CHAPTERS:**

**Mayer, RS**-- Spasticity and Other Disorders of Muscle Tone. In Wallace J, Staats P. **Just the Facts: Pain Medicine and Management.** New York, McGraw Hill, 2005.


**OTHER MEDIA:**

**Mayer, RS**-- Worker's Compensation In.emedicine.com, 2001

**EXTRAMURAL SPONSORHIP:**

Principal Investigator, Innovation Grant, National Institute of Disability and Rehabilitation Research. Total Direct Cost: $50,000. 1992 – 1993

**EDUCATIONAL ACTIVITIES:**

**TEACHING:**

**MEDICAL STUDENTS:**

Course Director, Elective Clerkship, Physical Medicine and Rehabilitation, 2002-present
Instructor, Introduction to Clinical Medicine, 2003-present
Instructor, Elective Clerkship, Musculoskeletal Medicine, 2002-present
Lecturer, Physician and Society, "Overcoming Disability", 2005

**RESIDENT PHYSICIANS:**

Residency Program Director, Department of Physical Medicine and Rehabilitation, Rush Medical College, Chicago, IL 1996-2001

Clinical Instruction, 12 months/year. Inpatient and outpatient rotations.

**Lectures:**   "Rehabilitation of Patients with Vascular Disorder", Resident Lectures
Rush-Marianjoy/Loyola-Marianjoy Residency Programs
1991-8

"Burn Rehabilitation:, Resident Lecture Series
Rush-Marianjoy/Loyola-Marianjoy Residency Programs, 1991-4

"Orthotics, Shoes and Assistive Devices", Resident Lecture Series
Rush-Marianjoy/Loyola-Marianjoy Resident Programs
1992-4

"Physiatric Examination and Prescription Writing", Resident Lecture
Rush-Marianjoy/Loyola/RFI Residency Programs, 1995 – 2000

"Cancer Rehabilitation", Resident Lecture Series
Rush-Marianjoy/Loyola/RFI Residency Programs, 1995 – 2000

"Ergonomics", Resident Lecture Series
Rush-Marianjoy/Loyola/RFI Residency Programs
1996 – 2000

"Physiatric Evaluation", Johns Hopkins University Dept. of PM&R
Resident lectures, 2002-6

"Stroke Complications", Johns Hopkins University Dept. of PM&R
Resident lectures, 2002-6

"Cancer Rehabilitation", Johns Hopkins University Dept. of PM&R
Resident lectures, 2002-6

"Pulmonary Rehabilitation", Johns Hopkins University Dept. of PM&R
Resident lectures, 2003-6

**CME:**

"The Role of PM&R in Acute Care", Instructor, Annual Meeting,
American Academy of Physical Medicine & Rehabilitation (AAPM&R),
1991

"Pathomechanics of Stress Fractures: Instructor, Annual Meeting,
AAPM&R, 1993

"Third Party Payor Review of Benefits for Medical Rehabilitation,
Worker's Compensation and Disability Insurance", Course Director,
Annual Meeting, AAPM&R, 1993

"Functional Assessment and Outcomes Measurement" Scientific Platform
Session, Moderator, Annual Meeting, AAPM&R, 1993

"Rehabilitation Administration" Scientific Platform Session, Moderator,
Annual Meeting AAPM&R, 1994

"Problem-Oriented Journal Clubs", Assistant Moderator, Annual
Meeting, AAPM&R, 1994

7

"The Aging Spine: Backache in Older Individuals", Course Director, Annual Meeting, AAPM&R, 1994 – 1995

"Spinal Cord Injury" Scientific Platform Session, Moderator, Annual Meeting AAPM&R, Orlando, 1995

"New Frontiers in Spine Research", Course Director and Moderator, Annual Meeting AAPM&R Chicago, 1996

"Worker's Compensation: The Employer's Perspective", Annual Meeting, AAPM&R Chicago, 1996

"Therapeutic Intensity: How Much is Necessary", Moderator, AAPM&R Annual Meeting, Seattle, Washington, 1998

"Controversies in Repetitive Motion Disorders", Course Director, AAPM&R Annual Meeting, San Francisco, CA
2000

"Subacute Rehabilitation", Moderator, AAPM&R Annual Meeting, San Francisco, CA, 2000

"Quality Indicator Checklists", Course Director, AAPM&R Annual Meeting, Phoenix, AZ, 2004

"Management of Opioid Side Effects in Cancer Rehabilitation", Instructor, AAPM&R Annual Meeting, Phoenix, AZ, 2004

"Rehabilitation of Patients with Hydrocephalus" Hydrocephalus Symposium, JHU SOM, 2004

"Setting Functional Goals for Chronic Pain Patients" Pain Symposium, JHU SOM, 2005

"Developing a PM&R Medical Student Clerkship", Association of Academic Physiatrists, 2006

"Spasticity Management" Rare Neuro-immunologic Disorders Symposium, JHU SOM, 2006

**GRAND ROUNDS:** "Acute Inflammatory Polyradiculoneuropathy", Grand Rounds Marianjoy Rehabilitation Center, 1989

"Low Back Pain: The Aggressive Conservative Approach: Grand Rounds, Department of Orthopedics and Rehabilitation Loyola University Stritch School of Medicine, 1990

"Function: The True Bottom Line in Health Care", Grand Rounds, Department of Medicine, Loyola University Stritch School of Medicine, 1990

"Low Back Pain: The Aggressive-Conservative Approach'"" Grand Rounds, Department of Physical Medicine & Rehabilitation Rush Medical College, 1991

8

"Disability Evaluation: Grand Rounds, Department of Physical Medicine & Rehabilitation, Rush Medical College, 1992

"Functional Assessment: Grand Rounds, Department of Internal Medicine
Rush Medical College, 1992

"Disability Evaluation", Department of Family Medicine
Rush Medical College, 1994

"Function: The True Bottom Line in Health Care", Grand Rounds Illinois Masonic Medical Center, Chicago, IL, 1994

"The Aging Spine: Backache in Older Individuals"
Westlake Community Hospital, Melrose Park, IL, 1995

"Epidemiology and Pathophysiology of Back Pain"
Ingalls Hospital, Harvey, IL, 1995

"Back Pain and Disability", Grand Rounds
Oak Forest Hospital, Oak Forest, IL , 1996

"Cancer Rehabilitation", JHU Dept. of PM&R
2001

"Intrathecal Baclofen for Spasticity", JHU Dept. of PM&R, 2003

"Stroke Rehabilitation", JHH Neuro-Critical Care Unit
2004

**INVITED LECTURES:**

"Physiatric Considerations in the Care of the Elderly", American College of General Practitioners in Osteopathic Medicine and Surgery, 1991

"Cancer Rehabilitation", Health Care Compare Corporation, 1991

"The Physician's Role in Worker Compensation", National Ergonomics Conference, Rosemont, IL, 1997

"Disability Evaluation", JHU Pain Center, 2002

"Abnormal Muscle Tone Disorders", Maryland Society of PM&R, 2002

"Repetitive Motion Disorders", Association of Osteopathic PM&R, 2002

"Teaching About Disability", American Medical Student Association, 2005

**MENTORING:** As a residency program director and faculty member over the last 15 years, I have mentored approximately 75 resident physicians as well as numerous medical students. Some examples of former residents:

Randy Shelerud, M.D. (1990-1993)
Director, Multidisciplinary Spine Center,
Mayo Clinic, Rochester, MN

Kirk Pappas, M.D. (1991-1994)
Chief, Physical Medicine and Rehabilitation
Kaiser Permanente, Northern California

Neslon Escabar, M.D. (1991-1994)
Chief, Brain Injury Rehabilitation, Marianjoy Rehabilitation Hospital, Wheaton, IL
Assistant Professor, Physical Medicine and Rehabilitation,
Rush Medical College, Chicago, IL

Nelson McLemore, III, M.D. (1992-1994)
Chief, Subacute Rehabilitation, Marianjoy Rehabilitation Hospital, Wheaton, IL
Assistant Professor, Physical Medicine and Rehabilitation,
Rush Medical College, Chicago, IL

Dennis Keane, M.D. (1993-1995)
Residency Program Director, Marianjoy Rehabilitation Hospital, Wheaton, IL
Assistant Professor, Physical Medicine and Rehabilitation,
Rush Medical College, Chicago, IL

Brian Kelly, D.O. (1997-1999(
Clinical Assistant Professor, Physical Medicine and Rehabilitation,
University of Michigan School of Medicine, Ann Arbor, MI

Hani Nosir, M.D. (2001-2004)
Former fellow, JHU Blaustein Pain Center
Private Practice, Milwaukee, WI

Terance Navin, M.D. (2002-2005)
Private Practice, St. Petersburg, FL

Robert S.B. Lee, M.D. (2002-2005)
Fellow, Internal Center for Spinal Cord Injury, Kennedy-Krieger Institute,
Baltimore, MD

**EDITORIAL ACTIVITIES:**

Editorial Advisory Board, <u>Spine</u>
1996 – 2001

Peer Reviewer, <u>Spine</u>
1996-present

Peer Reviewer, <u>Archives of Physical Medicine and Rehabilitation</u>
1998-present

**CLINICAL:**

**BOARD CERTIFICATIONS & LICENSURE:**   Drug Enforcement Administration Registration
BM1917105

                **State of Maryland**
                **D0057380**

                **American Board of Physical Medicine & Rehabilitation**
                **1991 Certificate # 3595**

                **American Board of Electrodiagnostic Medicine**
                **1992**

**SERVICE**
**RESPONSIBILITIES:**    **Attending Physician, Physical Medicine and Rehabilitation, 53% time commitment.**

                **Initiated Comprehensive Unit-based Safety Program on Halsted 3.**

                **Initiated VTE prophylaxis protocol on Halsted 3 with highest compliance rate in JHM.**

                **Admitted 500 patients FY06 with approximately 4400 patient days.**

                **Outpatient clinics 1 half day/week. Highest per clinic productivity in dept.**

                **Developed spasticity clinic. Specialty skills of intrathecal baclofen management, botulinum toxin and phenol injections. Coordinated with departments of neurology, neurosurgery and anesthesiology.**

**ADMINISTRATIVE**
**APPOINTMENTS:**     **Consulting Medical Director**
                **Physical Medicine & Rehabilitation**
                **Health Care Compare Corporation**
                **Downers Grove, IL**
                **1990 – 1994**

                **Medical Director**
                **Rehabilitation Services**
                **Vencor Hospital of Chicago**
                **Northlake, IL**
                **1991 – 1993**

                **Medical Director**
                **Illinois Municipal Retirement Fund**
                **Oak Brook, IL**
                **1992 – 2001**

                **Medical Director**
                **Employee Health Services**
                **Rush Medical College**
                **Chicago, IL**
                **1994 – 2001**

                **Medical Director**
                **Inpatient Rehabilitation**
                **Department of PM&R**
                **Johns Hopkins Hospital**
                **2001-present**

                        **Physician Advisor**
                        **Department of PM&R**
                        **Johns Hopkins Medicine**
                        **2002-present**

                        **Director,**
                        **Medical Student Programs**
                        **Department of PM&R**
                        **Johns Hopkins University School of Medicine**
                        **2002-present**

**COMMITTEE APPOINTMENTS:**    **Chairperson, Standing Committee on Medical Education**
                        **American Medical Students Association**
                        **1985 – 1986**

**Center for Functional Outcomes Research, Marianjoy Rehabilitation Center, Committee to Revise PECS Rehabilitation Scale**
**1992 – 1996**

**Committee on Educational Appraisal**
**Rush Medical College**
**1992 – 1995**

**Medical Records Committee**
**Rush-Presbyterian-St. Luke's Medical Center**
**1993-1999**

**Chairperson, Subcommittee on Musculoskeletal Disorder, Prevention Task Force, Rush Medical College**
**1993 - 1994**

**Research Committee, Physiatric Association for Sports, Spine and Occupational Rehabilitation**
**1994 - 1998**

**Health and Fitness Advisory Committee, RPSLMC**
**1994 – 2001**

**Medical Affairs Management Committee**
**Rush Medical College**
**1998 – 2001**

**Rehabilitation Coordination Committee**
**Rush Presbyterian-St. Luke's Medical Center**
**1998 – 2001**

**Graduate Medical Education Review Committee**
**Rush Medical College**
**1998 – 2001**

**Medical Care Evaluation Committee**
**Rush-Presbyterian-St. Luke's Medical Center**
**1998 – 2001**

**Operations Committee, Department of Physical Medicine and Rehabilitation**
**Johns Hopkins Hospital**
**2001-present**

**Committee on Clinical Performance Improvement**
**Johns Hopkins Hospital**
**2001-present**
**Education Committee, Department of PM&R, Johns Hopkins University School of Medicine,**
**2002-present**

**Compliance Committee**
**Johns Hopkins Medicine**
**2002-2005**

**Pain Assessment Task Force**
**Johns Hopkins Hospital**
**2002-present**

**Clinical Curriculum Subcommittee**
**Curriculum Committee, Johns Hopkins University School of Medicine**
**2003-5**

**Advanced Clerkship Subcommittee, Curriculum Committee,**
**Johns Hopkins University School of Medicine**
**2006-present**

**Executive Committee, Department of PM&R,**
**Johns University School of Medicine,**
**2004-present**

**MEMBERSHIPS:**  **American Academy of Physical Medicine & Rehabilitation**
   **Cancer Rehabilitation Special Interest Group**
   **Industrial Rehabilitation Special Interest Group**

**Association of Academic Physiatrists**
   **Council of Medical Student Clerkship Directors (Secretary)**

**RECOGNITIONS:**  **Honors Program in Medical Education**
**Northwestern University**
**1980-1986**

**Earl Elkins Award for highest exam score on**
**American Board of Physical Medicine and Rehabilitation**
**1990**

**Best Doctors of America**
**1998-present**

**Invited Participant, Renaissance Weekend**
**1999-present**

**Top Doctors in America**
**2000-present**

**Marquis Who's Who in American Medicine**
**Inaugural Issue**
**2000-present**

**Oral Examiner, American Board of Physical Medicine and Rehabilitation**
**2001, 2004, 2005**

**Invited Participant, Johns Hopkins Medicine,**
**Annual Strategic Planning Retreat**
**2003-6**

**America's Top Physicians**
**Consumer Research Council of America**
**2004-present**