April 13, 2007

Revised Report of Keith Miller, MSW, LICSW
Re: Murielene Gordon

Opinions: It is my opinion to a reasonable professional certainty that Murielene Gordon suffered emotional harm as a result of the events that she reports happened to her at Ballou High School.

It is my opinion to a reasonable professional certainty that Murielene Gordon remains clinically depressed as a result of said events, despite significant progress in her treatment. Her diagnosis is Major Depressive Episode, Recurrent, Moderate: 296.32.

It is my opinion to a reasonable professional certainty that Murielene Gordon should continue individual psychotherapy until symptoms of her depression do not interfere substantially with her activities of daily living. Depending on the rate of Ms Gordon's progress in treatment, her continued treatment could remain indicated for a period of six to twelve months or more. The events at Ballou High School during her time there continue to have a strong relationship to her present and continued state of depression.

Basis of Opinions: My opinions are based on my sessions with Murielene Gordon since March, 2006, my clinical training, and the Diagnostic Statistic Manual. I am a Licensed Independent Clinical Social Worker, licensed in the District of Columbia since July 2004, and employed at the Pastoral Counseling and Consultation Centers of Greater Washington (PC&CC) since April 2005. My educational background is B.A. in Biblical Studies and Masters in Clinical Social Work.

No exhibits will be used except the record of her appointments which is also being submitted

My qualifications are noted above in connection with the basis of my opinion. As noted above I am in practice as a social worker at PC&CC, and have been so employed since April 2005. My educational background is also noted above.

Publications: Within the past ten years I have published *Ecological Assessment of Substance-abuse Experiences (EASE): Findings from a New Instrument Development Pilot Study*, published in *Addictive Behaviors,* 2005

Prior testimony: I have not testified as an expert at trial or at deposition within the past four years.

Depending on what is involved, I estimate my total fees for court related work will not exceed $3000.

Respectfully submitted,
/s/
KEITH MILLER, MSW, LICSW
7003 Piney Branch Road, NW
Washington, DC 20012

**PASTORAL COUNSELING AND CONSULTATION CENTER***

**Transactions for Gordon, Murielene**

Session Dates

**2007**

April 2

March 7,14,21, 28

February 21, 28

January 31

**2006**

December 6

November 1,8

October 25

September 6,13, 27

August 16,23 30

July 5,10,19,26

June 7, 14,28

May 3,10, 17,24

April 5,19, 26 Plus Expert Witness

March 8,15,29

**Invoices:** All Paid Except for April 2007 No invoice for April 2007 Appointment

| | |
|---|---|
| April 1, 2007 | $360.00 |
| March 1, 2007 | $135.00 |
| February 1, 2007 | $ 45.00 |

| | |
|---|---|
| January 1, 2007 | $ 90.00 |
| December 1, 2006 | $ 180.00 |
| November 1, 2006 | $ 90.00 |
| October 1, 2006 | $ 180.00 |
| September 1, 2006 | $ 270.00 |
| August 1, 2006 | $ 360.00 |
| July 1, 2006 | $ 270.00 |
| June 1, 2006 | $ 270.00 |
| May 1, 2006 | $ 440.70 |
| April 1, 2006 | $ 270.00 |

*Reconstructed 5/07 for purposes of filing in Gordon v. DC Civil No. 05-1907, EMS