Report of John Salmen, AIA

I, John Salmen, am the founder and president of Universal Designers & Consultants, Inc., Takoma Park, MD 20912.  My resume is attached.

I agree to serve as a potential rebuttal witness in the matter of Gordon v. District of Columbia, now pending in the United States District Court for the District of Columbia. Since I will be a rebuttal witness it has not yet determined precisely what opinions I will offer and what exhibits on which I will rely.

I understand that Murielene Gordon is a qualified individual with a disability, and was an art teacher at Ballou Senior High School in Washington, DC before she retired in January, 2006.  According to documentation I have reviewed, her mobility is impaired due to arthritis and other conditions of which her employer was made aware. I have reviewed the Court's opinion of March 26, 2007 regarding Mrs. Gordon's condition as well as affidavits submitted on her behalf.

Appropriate accommodations for persons with arthritis vary from individual to individual but may include such things as adjusting work site temperature so as to avoid extreme hot and cold. This can be achieved with the use of portable heaters, fans or air conditioning units, as the case may be, depending on the season and temperature.

I have testified in the following matters in the past four years:

Colorado Cross-Disability Coalition, et al. v. Colorado Rockies Baseball Club
US District Court - District of Wyoming - 03-WY-0034-AJ (MJW)

US Dept of Justice v. Edward Rose & Sons, et. al.
US District Court for the Eastern District of Michigan Southern Division – 02-73518

Margo Gathright-Dietrich and Bonnie Bonham v. Atlanta Landmarks, Inc., a/k/a The Fox Theater
US District Court for the Northern District of Georgia-Atlanta Division – 1:02-cv-01988WSD

Christopher Bacon, et al, and Citizens For Full Access In Richmond, v. City Of Richmond, et al, and the School Board of the City Of Richmond, Virginia
United States District Court for the Eastern District of Virginia, Richmond Division  -  3:05-CV-00425-HEH

Giorlando vs. Washington Township Board of Education
US District Court for New Jersey – L-504-05.

Over the past ten years I have published the following:

Universal Design Newsletter, quarterly and ongoing,
Everyone's Welcome: The Americans with Disabilities Act and Museums, American Association of Museums, Washington, DC (1998), and Images of Universal Design Excellence, National Endowment of the Arts, Washington, DC (1996).

My fees are $290/hour for general consultation. My fee for deposition or court time is $350/hour.  To date, I have received $500 for my services.

*[signature: John Salmen]*

John Salmen, AIA
May 10, 2007