**JOHN P.S. SALMEN, AIA, CAE**
*President of UD&C*

*PERSONAL INFORMATION:*
   Born:  May 14, 1952
   Marked Hearing Impairment, Right Ear

*EMPLOYMENT HISTORY:*
| | |
|---|---|
| 1991 to Now | **Universal Designers & Consultants, Inc.** |
| | **6 Grant Avenue, Takoma Park, MD 20912** |
| | **301.270.2470 (v/tt) 301.270.8199 (fax)** |
| 1985 to 1991 | American Hotel and Motel Association, Wash., DC |
| 1980 to 1984 | Nat. Cntr. for a Barrier Free Env., Wash., DC |
| 1978 to 1980 | Johnson - Forberg Associates, Minneapolis, MN |
| 1976 to 1978 | Department of Building Codes, Minneapolis, MN |
| 1976 to 1976 | Dayton Hudson Properties, Minneapolis, MN |
| 1976 to 1985 | J.P.S. Salmen Associates, St Paul MN & Wash., DC |
| 1972 to 1976 | Dayton's Contract Division, Minneapolis, MN |

*EDUCATION:*
   Bachelor of Architecture Degree awarded August 1976
   University of Minnesota School of Architecture, Minneapolis, MN

*PROFESSIONAL STATUS:*
   NCARB Certification
   Maryland Architectural Registration
   American Institute of Architects (AIA)
   Washington DC Chapter, AIA
   American Society of Association Executives
   Certified Association Executive (CAE)
   American Hotel & Motel Association - ADA Consultant
   American National Standards Institute (ANSI)
   American Society of Testing Materials (ASTM)
   Americans with Disabilities Act Accessibility Guidelines (ADAAG) Review Committee
   Underwriters Laboratory - Consumer Advisory Council

*BRIEF BIOGRAPHICAL SKETCH of JOHN P.S. SALMEN, AIA, CAE:*

John P.S. Salmen, AIA is a licensed architect who has specialized in barrier free and universal design for over 20 years. He is the president of **Universal Designers & Consultants, Inc.** in Takoma Park, MD and is the publisher of *Universal Design Newsletter*.

John is a nationally prominent expert in the technical aspects of the Americans with Disabilities Act and its Standards for Accessible Design (ADASAD, a.k.a. ADAAG). He was involved with the development of the ADA and has been on the **ANSI A117.1 Committee** for over 10 years. He is the representative of the American Institute of Architects on the **ADAAG Review Federal Advisory Committee**.

John is a recognized leader in the emerging field of Universal Design. He is a member of the National Advisory Committee for the **Center for Universal Design**. For over 5 years he has served as an advisor to the **Univeral Design Education Project**, and is on the Advisory Board for the **Association of Safe and Accessible Products**. He was also a co-sponsor of the **Designing for the 21st Century: An International Conference on Universal Design** held at Hofstra University in New York during June of 1998.

John wrote the **Do-Able Renewable Home**, a "best seller" for the American Association of Retired Persons, and has been involved in the design of accessible homes and residential complexes for over 20 years. He is a expert in the technical criteria of the Fair Housing Act Accessiblity Guidelines and presents seminars to designers around the country on making housing useable by all.

Under technical assistance grants from the US Department of Justice John wrote **Accommodating All Guests** and **Everyone's Welcome**, and presented over 100 ADA seminars in every state of the union. These seminars outlined the legal requirements of the law and presented the technical provisions in easy-to-understand layman's language. In the last 10 years, he has taught hundreds of continuing education courses for the American Society of Interior Designers, the American Institute of Architects, and the American Society of Landscape Architects on the concepts of how to design environments so that they are useable by all people.

John managed the **Search for Excellence in Universal Design** sponsored by the National Endowment for the Arts. This juried competition documented images and text of exemplary projects in Landscape Architecture, Interior Design, Architecture, Industrial (Product) Design, and Graphic Design from around the world.

John has also developed and presented technical seminars for a wide variety of corporate clients. These seminars have ranged from highly technical presentations on such detailed issues as package design for people with arthritis for **3M Corporation** to urban streetscape and amusement park discussions with the 'imagineers' at the **Walt Disney Corporation**.

In private practice after receiving his bachelor of architecture degree from the University of Minnesota in 1976 and in his capacity as Technical Director of the **National Center for a Barrier Free Environment** in Washington, DC from 1980 -1984, and as the Director of Technology & Information for the American Hotel & Motel Association from 1985-1991, John has been involved in all aspects of design for disabled and elderly people. John is an appointed commissioner of the Montgomery County Maryland Commion on People with Disabilties. In 1991, John became President of Universal Designers & Consultants, Inc. where he is involved with code development, facility evaluation, design, construction, accessibility litigation, writing, research and teaching.

*MAJOR PRESENTATIONS:*
Mr. Salmen has developed the following technical seminars and reports on the impact of Design For All People on the environment.  The educational presentations have been aimed at providing technical information through case examples and concept illustration.  Most of these presentations have been supplemented by custom 35 mm slide visuals prepared by or under the direction of Mr. Salmen.

**Corporations/Agencies**
* IBM, Raleigh - Durham, NC (1984)
* AT&T, Princeton, NJ  (1983 - 1993)
* US National Park Service, (1984 - 1994)
* National Center on Accessibility ( 1992-1994)
* US Dept. of Housing and Urban Development, Wash, DC (1984)
* ARA Services, Philadelphia, PA (1983)
* New York State Building Codes Officials (1985)
* 3D/International, Houston, Tx  (1983)
* Tennessee Valley Authority, Nashville, TN  (1982)

**Associations**
* American Hotel & Motel Association ( 1992 - 1997)
* American Society of Interior Designers  (1982 - 1991)
* National Restaurant Association (1991, 1992 & 1994)
* American Institute of Architects (1993 & 1997)
* American Bus Association (1992)
* American Society of Aging  (1987)
* National Council of Independent Living Centers  (1987)
* American Society of Landscape Architects (1984)
* Interior Design Educators Council (1983)
* Building Owners and Managers Association (1981)
* National League of Cities (1980)
* Association of Collegiate Schools of Architecture  (1981)
* National Kitchen & Bath Assocation (1996)
* International Conference of Building Officials

**Universities**
* University of Minnesota School of Architecture (1979)
* Catholic University of America School of Architecture (1983)
* University of Maryland Environmental Design Studios (1984)
* Howard University School of Interior Design (1984)
* Mary Mount College Interior Design Department (1983)
* University of Maryland School of Architecture (1994)
* Montgomery Community College (1995)
* University of Iowa (1995)
* State University of New York at Buffalo (1996)

**Conferences**
* Designed Environments for All People Conference, UN Hdqtrs.,
New York City, New York, 1982.
* National Endowment for the Arts; National Symposium on Access to Cultural    Programs;
Bloomington, Indiana, 1983.
* Boulder City Pedestrian Conference, Boulder, Colorado, 1981.
* 5th Annual Adaptive Environments Conference, Boston, Massachusetts, March 1983.
* Beyond Accessibility to Universal Design - Boston, MA, November 1994

## MAJOR PUBLICATIONS AND PAPERS:

ACCESSIBLE ARCHITECTURE: An Illustrated Handbook Based on Minnesota Building Code Chapter 55, State of Minnesota, 1979.

ACCESS INFORMATION BULLETINS (Technical Editing and Production) National Center for a Barrier Free Environment, 1980 and 1981:

> Swimming Pools * Doors and Entrances * Multi-family Housing * Locating Accessible Facilities * Fixed Route vs Paratransit Transportation * Recreation * Transportation Regulatory Requirements * Choosing an Accessibility Consultant * Ramps, Stairs, and Floor Treatments * Kitchens * Adaptable Housing * Rest Rooms * Elevators and Lifts * Legislative Background on Transportation Access * Environments for All Children * Mental Retardation * Work Place Accommodations * Furnishings * Fire Safety * Parking * Cost Estimates for Renovation * Retail Facil. * Design for the Visually Impaired * Single Family Home Retrofit

ACCESSIBILITY RETROFIT COSTING - Bldg. Operating Mgmt Mag, Feb., 1982.

ACCOMMODATING ALL GUESTS: The Americans with Disabilities Act and the Lodging Industry, American Hotel & Motel Association, Washington, DC 1992

PROTOTYPICAL ACCESSIBILITY CURRICULUM FOR ARCHITECTURAL STUDENTS - Minnesota State Council for the Handicapped, 1978.

EVERYONE'S WELCOME: The Americans with Disabilities Act and Museums
American Association of Museums, Washington, DC 1998

RETAIL FACILITIES: ACCESS INFORMATION BULLETIN - National Center for a Barrier Free Environment, 1981.

COMPARISON OF TECHNICAL PROVISION DIFFERENCES BETWEEN THE A&TBCB MINIMUM GUIDELINES AND REQUIREMENTS AND ANSI A117.1 (1980) - National Center for a Barrier Free Environment, 1981.

BUILDING IN ACCESSIBILITY: DESIGN AND PRODUCT SPECIFICATION
Construction Specifier Magazine, February 1983.

FIVE TECHNICAL PAPERS FOR THE U.S. ARCH. AND TRANS. BARRIERS COMPLIANCE BOARD (Production, Management and Technical Editing): ATBCB, 1983.

> Orientation and Wayfinding * Multiple Disabilities Through The Life Span * Windows * Hand Anthropometry * Ground and Floor Surfaces.

THE DO-ABLE RENEWABLE HOME - American Association of Retired Persons, 1986, 1994

"HOME FOR LIFE" - Practical Homeowner Magazine, Rodale Press, August 1987

UNIVERSAL DESIGN NEWSLETTER - Published quarterly by UD&C, Rockville, MD

THE 1995 ACCESSIBLE BUILDING PRODUCTS GUIDE - Published by John Wiley & Sons, 1995

IMAGES OF UNIVERSAL DESIGN EXCELLENCE - National Endowment for the Arts, 1996