September 10, 1999

## MEMORANDUM

TO: Dr. Art Bridges
Dr. Wima Durham
Co:Principals, Ballou SHS

FROM: Murielene E. Gordon,
Art Teacher

RE: Hazardous and Health
Threatening Conditions in
Classroom 111

I am writing this memorandum in reference to the situation in my classroom. I have orally made Dr. Bridges, Dr. Gross, and Mr. Atkinson of the situation, however nothing has been done about it.

April of last year, students trying to climb through my front classroom window, broke the window. A substitute was covering my class at the time and she reported the window broken. The window was boarded up from the inside but the broken glass was never taken out of the window. A short time later, during that same month, a student attending gym classses, who happened to be going to the football field with his class, threw a basketball at

my storage window and broke the window.  The window was reported to Mr. Atkinson immediately.  The window has not been boarded up or repaired.  Both situations concerning the windows are dangerous because, students can possibly injure themselves or others with these broken jagged pieces of glass that is still in the window.   The window that is not boarded (the storage room window), is an accident waiting to happen.  Strong winds and rain can possibly blow the remaining glass into the storage room on me or outwards on someon passing by.  I inform this information to Mr. Atkinson, Dr. Gross and Dr. Bridges.  I don't want to take chances with my health and well being.

The other situation that is imperative for your immediate attention is related also to the windows.  Every year the condition steadily gets worse.  The windows are drafty and energy deficient.  It is extremely cold in my room when the weather turns cold.   My students and I have to wear coats and heavy outerwear in order to teach and learn in this classroom.  I have brought this to the attention of the administration many times but nothing has been done.  The radiator blows out moderate heat but because of the cracks and leaks in the windows, very little heat is going into the class-room.  Last year was so unbearable, I went to Hechningers' Hardware Store and purchased plastic and duct tape and paid three students to cover the windows to stop some of the air from

coming into the room. (I took pictures if you want proof that this was done). Class time was altered or missed because we had to seek shelter in the library or in room 124.

This year will be worse if the windows aren't repaired. I suffer from arthritis in my legs and hands due to an accident several years ago, thus, this situation concerning the windows, seriously jeopardizes my health, and the health and welfare of my students, every year the situation is not taken care of. I have had student who suffered from asthma and other respiratory illnesses who missed time out of class because of the condition of these windows.

I am confident that something will be done before the frost comes. On behalf of my students and myself, I thank you in advance on your immediate attention to this matter.

January 15, 2000

MEMORANDUM

TO: Dr. Art Bridges, Co-Principal
    Dr. Wilma Durham, Co-Principal
FROM: Murielene E. Gordon, Art Teacher
RE: Room Climate and Health Issues

This letter is to notify you that my art room (room 111) is extremely cold when the outside temperature is below 40 degrees. Last Friday, January 14th, it was extremely cold in my classroom whereby my students and I had to wear our coats to keep warm. Cold air was coming out of the radiators and cold air was pouring into the room through the cracks and openings in the windows. The doors that open to the outside also have openings and cracks that add to the extremely cold and sometimes damp classroom. I tried to contact the school electrician or someone from the maintenance office four times (I called the main office and sent a student) to at least come to my room to check out the radiator but no one came.

This is not a new situation nor is this the first memo or letter I have written concerning this problem. I talked with Mr. Hamill, chief engineer about the situation. He and a building inspector assigned to Ballou checked out the windows and he told me that a glazier was to come and glaze the windows in my classroom. He stressed that the windows were in bad conditon and needed immediate repair. This conversation was back in November and nothing has been done.

This is a health matter for me because I suffer from arthritis. I have been in this room for four years now under these extreme conditions. The extreme cold in this room causes me extreme arthritic pain. I have students with asthma and other respiratory problems that can not tolerate the cold room so they seek out other classrooms where it is warmer thus, losing valuable learning time. The others, including myself, wear coats and try to deal with the situation.

Thank you for your time and consideration and I am sure you will seek out a speedy solution to this problem.

February 14, 2000

MEMORANDUM

TO: Mr. David Atkinson,
      Foreman, Maintenance Department
      Ballou Senior High School

FROM: Ms. Murielene E. Gordon.
      Art Teacher

RE: Information On Radiators Being Repaired In
     Room 111

Mr. Atkinson, I would like to know if Mr. Hamlin has given you the final clearance on repairing the radiators in my room (111)? As you must know, the radiators were discharging cool air when they were suppose to give out heat. I would like to know if Mr. Hamlin fixed the radiators in my room.

Also, Mr. Hamlin stated that glazers were scheduled to come and glaze the windows in my room. When was the order placed and how long does it take before someone will come out to do the work. (I talked to Mr. Hamlin in November, 1999.)

Thank you.

cc:

February 14, 2000


# MEMORANDUM


**TO:  Ms. Patricia Wiseman**
          **Ballou Senior High School**
          **Business Manager**
**From:  Ms. Murielene E. Gordon**
            **Art Teacher**
      **Re:   Electrical Heaters for Room 111**


   **Ms. Wiseman, Dr. Bridges has informed me that he requested two heaters for my room.  Can you tell me when these heaters were ordered and when I will receive them to heat my room?**

   **Thank you.**

March 3, 20003

Dr. Art Bridges,
Principal
Ballou Senior High School
3401 4th Street, S.E.
Washington, D. C. 20032

Dear Sir:

My records indicate that I have not been properly notified, in writing, prior to February 3, 20003, that my absence from Ballou Senior High School will be designated as Absent Without Leave (AWOL).

As stated in my complaint (dated 2/4/003), all documentation that you requested from me was sent, as well as a follow-up telephone call to confirm receiving the requested materials. You did not periodically report (in writing or—orally) on my teacher status, reassignment, or ask about my present medical condition.

Since you have labeled me a "liability" during our August telephone conversation, I have since come to the conclusion that Ballou is a "liability" to me. I feel that a place of employment should be free of any recognized hazards or potential conditions that are most likely to cause serious physical harm or death. I am totally and permanently disabled which meets the requirements of the ADA. You have known about my disabilities for a long time. This medical condition has been aggravated and exacerbated from unhealthy and unsafe workplace conditions for some time now. In addition to the hardships of lack of heat, drafty windows and doors, there was no fan or air conditioning for me or my students when the weather turned hot. I suffered every winter from colds or influenza-like infections. These respiratory conditions could have limited my life activity (i.e. breathing).

Because of these past hardships, I am requesting a transfer to other DCPS accomodations. I believed you when you said that you would transfer me to a more suitable workplace. This transfer to an alternative location should not cause me any undue hardship and should be accessible to disabled individuals such as myself.

On an ongoing basis I have been denied reasonable accommodations. I have been denied such things as an elevator key so that I can go to functions above the first floor. I have also been denied other accommodations including and not limited to student assistance for various tasks, as well as, a key that will open the back door to my classroom for emergency exits.

A reassignment to another school will terminate any potential conflicts or retaliations that may arise from this complaint.   A reassignment will avoid our future conflict over future events such as potential retaliation.

I am confident that the officials in the District of Columbia Public Schools Human Resouces  department will be able to relocate me to a reasonable, available, accommodation so that I will be free from potential workplace stress and hazards.

Any requested paperwork and/or documents can be mailed to me through certified mail.  You and DCPS Human Resources will be receiving the doctors' certification under separate cover (certified mail)

Sincerely,

*Murielene E. Gordon*

Murielene E. Gordon

cc:

# MEMORANDUM

DATE _8/28/03_

TO: Dr. Art Bridges,
     Principal, Ballou SHS

FROM: Murielene E. Gordon
      Art Teacher

RE: Reasonable Accommodations

This letter is to request a _cooling fan_____
for room 112.   The temperature in this classroom has reached_____
according to my digital thermometer.

_Murielene E. Gordon_

August 29, 2003

To: Dr. Art Bridges, Principal
       Ballou Senior High School

From: Murielene E. Gordon,
           Art Teacher

Re: Reasonable Accommodations 2003-04 for Murielene E. Gordon


<u>Front Door Locks:</u>   There is still a problem with the front door not locking.
At 3:45 p.m. today I notified a maintenance staff member that the door
does not lock and the exit doors are unlocked.  (security problem)

<u>Sink Area:</u> I am unable to use the sink area for clean-up in the classroom
because there is no mat on the floor.  (slip and fall accidents)

<u>Windows:</u>  My digital thermometer registers 85 degrees in this room with
the "cooling" fan on.  Windows in the front of the room that are closed will
to need to be opened.  (heat exhaustion)

I will need a key to the teacher's rest room on the first floor near the
security office.  I was in the library until time to break for room
preparation.  It would have been easier if I had a key.

Attached is an emergency art supply list for my classes.

Thank you for your time and consideration.

                                    Murielene E. Gordon

August 28, 2003

To: Dr. Art Bridges, Principal
    Ballou Senior High School

From: Murielene E. Gordon,
      Art Teacher

Re: Reasonable Accommodations 2003-04 for Murielene E. Gordon

Since an agreement was made, in good faith, between you, EEO counsel, Mrs. Jones, myself and my legal counsel, Mr. Goldman, I find it necessary to call to your attention promises that were not met, conditions and standards that were not implemented. I am sure that we are all concentrating on making this school year the very best for the students at Ballou, however, in order to do this, I must have the necessary tools and materials to work with. I must be able to provide my students with the resources that they need to be successful in my classroom. Safety is also an issue in my classroom. I have sited several safety problems in room 112 that I brought to Ms. Jones' attention. Listed below are reasonable accommodations and provisions that were facilitated:

Supply Rooms: The supply room locks are nonfunctional. There is no place for me to lock up personal belongings or materials (in the past I locked up art materials and personal belongings in room 111's supply room). Additionally, this is a security issue because students can find these unlocked areas to be used as illicit and/illegal ventures.

I briefly checked out the art materials that were left by Mr. Wald in the supply room and the main classroom. I did not have time to give a complete inspection, but some of the materials should be thrown out because they are hazardous to students (i.e. chalk pastels, enamel paint, etc.). Some of these art materials, if they are used can cause lung damage. I was told by you and Mrs. Jones that my students will receive art supplies as soon as possible.

Presently, there is no blackboard for me to write my objectives or lessons. on. I will need a blackboard, two large trashcans, a cooling fan, and a floor mat for the sink area.

**page 2  Reasonable Accommodations 2003-04**

<u>Windows in the art room:</u>  According to the agreement, more windows need to be able to open.  It was 85 degrees in the artroom during our walk-through.  Can we make it possible for more windows in the remaining bays to open for fresh air? (I am also requested a cooling fan)

<u>Bulk Trash and Other Items to be Discarded:</u> Mrs. Jones noted that there were bags of trash that needed to be removed from the classroom.  She requested that Mr. Atkinson assist in the removal of the trash and other unwanted or unhealthy materials left in room 112.

<u>Exit Doors in Art Room:</u> I was told by Mr. Atkinson that there will be no panic bars installed and every morning maintenance will come into the classroom and unlock these doors.

The light tables, locked cabinets, nonfunctioning computer will have <u>Discard</u> on them so that they can be removed from the classroom.

<u>Copy Machine:</u> The copy machine, in the main office, is presently nonfuntioning. The copy machine, in room 115 ( Music Room), is nonfunctioning. In order for me to meet Ballou's standards and timetables before my students arrive on Tuesday, I will need to know the present accommodations for copying my materials.

Thank you for your time and consideration.

                    Murielene E. Gordon

August 29, 2003

To: Dr. Art Bridges, Principal
    Ballou Senior High School

From: Murielene E. Gordon,
      Art Teacher

Re: Reasonable Accommodations 2003-04 for Murielene E. Gordon

<u>Front Door Locks:</u>  There is still a problem with the front door not locking. At 3:45 p.m. today I notified a maintenance staff member that the door does not lock and the exit doors are unlocked. (security problem)

<u>Sink Area:</u> I am unable to use the sink area for clean-up in the classroom because there is no mat on the floor. (slip and fall accidents)

<u>Windows:</u> My digital thermometer registers 85 degrees in this room with the "cooling" fan on. Windows in the front of the room that are closed will to need to be opened. (heat exhaustion)

I will need a key to the teacher's rest room on the first floor near the security office. I was in the library until time to break for room preparation. It would have been easier if I had a key.

Attached is an emergency art supply list for my classes.

Thank you for your time and consideration.

Murielene E. Gordon

August 29, 2003

To: Dr. Art Bridges, Principal
     Ballou Senior High School

From: Murielene E. Gordon,
      Art Teacher

Re: Reasonable Accommodations 2003-04 for Murielene E. Gordon

Today these reasonable accommodations were implemented:

<u>Supply Room:</u> Locks were placed on both supply room doors. Art materials that will most probably be used in the classroom were placed on shelves at the agreed upon reachable height. Slide bolt locks were also placed on these doors.

I have begun the process of discarding all hazardous art materials from the supply room. However, as per our conversation in your office (8/28/03), I will submit to you an emergency art supply list to suppliment necessary supplies needed to begin teaching my classes. In addition to the emergency art list, as you directed, I will submit to Mr. Wald, art chairperson, my supply list for this fiscal school year.

I have the cooling fan and blackboard, but there is no under the sink mat nor large trash cans in the classroom.

<u>Windows in the art room:</u> My desk was moved near the supply rooms as you directed. Mrs. Jones instructed the maintenance staff to move the desk to the back of the art room when the weather turns cooler because these windows are sealed shut. I think this needs to be in writing. I talked with the maintenance staff concerning opening the remaining windows. They stated that several windows can be opened but they need window locks for security purposes (these are located up front near the supply room.)

<u>Bulk Trash and Other Items to be Discarded:</u> Everything that was sited to be removed was removed from the classroom.

page 2  Accommodations

<u>Front Door Locks:</u>  Mr. Wallace, the locksmith and assistant, placed locks on the front and back doors, however, the front door (one closest to the hall double doors) does not lock. Additionally, the bottom mechanism at the base of the door that locks the door in place is not functional. There is no opening in the floor for the mechanism to fit into.

The front, back, and supply room doors are opened and/or locked by the same key. Mr. Price delivered the key to me 8/28/03. Mr. Price noticed that there is no way that I will be able to lock my doors from the inside because there are no locks. (Hall sweeps, invaders, etc.) He said that he would mention it to you.

The tables that were presently in the classroom on Wednesday, August 27, were removed back to Mr. Wald's present classroom and the tables from his room were placed in my classroom. However, there are only thirteen drawing tables for my students to use. I do not have my Student Roll numbers, but, I am sure there will be more than thirteen art students in my classes.
What do I do about this problem?

<u>Exit Doors:</u>  The locksmith was working on these doors, I am not clear what was done. The exit doors were unlocked when I left at 3:30 p.m.

Thank you for your time and consideration.

Murielene E. Gordon

September 26, 2003

MEMORANDUM

TO: Dr. Art Bridges, Principal
      Ballou Senior High School
FROM: Murielene E. Gordon, *MEG*
      Art Teacher
      Ballou Senior High School
RE: Reasonable Accommodations

I have received a copy of the Reading and Mathematics Cluster Group Assignments-SY 2003-2004 and I am with the Reading Cluster (Ms. Blakeney) Room 209. I don't think that I need to review my medical disabilities with you however, the Statement of Accommodations 2003-2004 that was agreed upon, by DCPS and my legal counsel, was that I would not have to go to the second or third floors for meetings or DCPS activities. It also states that I shall not be penalized for not attending any function(s) or meeting(s) held by DCPS beyond the first floor.

A memorandum was sent to you on August 29, 2003 requesting emergency art supplies for my classes. I attached an emergency art supply list to the memo. I have not received any response from you on this matter. So far, all art and copying supplies and materials, that my students have been using, have been purchased by me. I cannot continue to purchase supplies for my classes.

The copy machine in the main office is still nonfunctioning. the one in the library is nonfunctioning, and the machine in room 121 has been moved to another location. Would you please clarify where I am suppose go to copy art material for my classes?

In a memorandum dated August 28, 2003, I stated that there were only thirteen art tables in my classroom. Presently, I have twelve (the leg on one table is broken). Would you please clarify for me if I will be receiving additional tables for my students and, if so, when will I be receiving them.

Thank you for you for your time and consideration.

**Frank W. Ballou High School**
**Reading and Mathematics Cluster**
**Group Assignments - SY 2003--2004**

**Reading Cluster**

Ms. G. Blakeney  (Room 209)
Bean, S.
Biederman, A.
Bowman, E.
Charles, P.
Goodine, J.
Gordon, M.
Leatherman, J.
Harris, V.
Harvey, P.
Holloway, L.
Howard, B.
Saunders, C.
Tyler, J.
Parker, V.

Ms. C. Robinson  Room A114)
Chen, E.
Cole-Brown, L.
Crumb, B.
DiMattio, J.D.
Henry, P.
Johnson, C.
Lovett, P.
Monroe, T.
Rier, R.
Sheppard, C.

Mr. L. Roberts  (Room A202)
Carter, B.
Catlin, E.
Dugbazah, A.
Dukes, D.
Hardison, O.
Silvolella, N.
Villacorta, A.
Wald, T.
Watson, D.
Wells, E.
Whitley, A.
Young, F.
Young, T.

Ms. P. Clark  (Room 309)
Bookhard, P.
Briscoe, D
Cowser, B
Ford, J.
Hubbard, A
Iverson, D.
Jennings, L.
Mayers, B.
Weston, R.

**Mathematics Clusters**

Ms. S. Thompson  (Room A205)
Ajuesyitsi, L.
Amini, M.
Baldwin, S.
Barnes, D.
Brown, M.
Butler, D.
Byrd, S.
French, D.
LaFranque, A.
Moton, C.
Thompson, M.

Ms. D. Carson  (Room A117)
Charway, E.
Corley, W.
Curtis, B.
Cyrus, N.
Dorosti, M.
Edmead, W.
Shannon, S.
Springfield, K.
Williams, B.

Ms. L. Allen-Simmons  (Room 202)
Daniels, R.
Grimm, C.
Hill, C.
Holland, M.
Romer, J.
Tinner, V.
Weaver, V.
Wingfield, K.
Wyche, F.

Ms. I. Matthews  (Room 308)
Bego, C.
Eaton-Lynch
Hill, D.
Nelson, J.
Ogunware, O.
Petersen, M.
Rust, P.
Shittu, R.
Smart, A.
Willis, R.

# MEMORANDUM

DATE 10/2/03

TO: Dr. Art Bridges,
     Principal, Ballou SHS

FROM: Murielene E. Gordon _M. E. Gordon_
       Art Teacher

RE: Reasonable Accommodations

This letter is to request a _Heater_ for room 112.   The temperature in this classroom has reached 63° according to my digital thermometer.

# MEMORANDUM

DATE___1/29/04___

TO:  Dr. Art Bridges,
        Principal, Ballou SHS

FROM:  Murielene E. Gordon
          Art Teacher

RE:  Reasonable Accommodations


This letter is to request a ___*heater*_____ 0
for room 112.   The temperature in this classroom has  reached___*762*°
according to my digital thermometer.

# MEMO

To:          All Teachers

From:        Ms. Smith, Principal

Date:        Monday, November 7, 2005

Subject:     Training and Grade Entry

This serves as a reminder that today and tomorrow, (11/7 and 11/8), teachers will receive training on DC STARS for entering grades. In addition, you will have the opportunity to immediately apply what you have learned by entering your students' first advisory grades.

The training, supervised by Mrs. Vanessa Robinson-Campbell, will take place in room A205 during your planning periods, according to assignment. (Refer to the list that has been posted in the main office for specific details.) The training and actual grade entry will probably take the entire period. Though your grade sheets will be available during these sessions, they must be returned at the end.

TRAINING AND GRADE ENTRY CAN ONLY BE DONE IN THESE GUIDED SESSIONS, so please plan accordingly.

Because your time and patience are appreciated, under an agreement with the WTU, DCPS is compensating teachers for their time spent being trained and entering grades by releasing them from duty on the afternoon of January 3, 2006, which effectively extends the holiday break one day.

Thank you in advance for your cooperation and patience throughout this process.

February 11, 2004

Dr. Art Bridges, Principal
Ballou Senior High School
3401 - 4th Street, S.E.
Washington, D.C.  20032

Dear Dr. Bridges:

On  Monday, February 9th, during my lunch period, the chair in which I was sitting at my desk,  collapsed,  and I fell to the floor.  Usually. during my  lunch hour I am working on students' papers  and do not wish to be disturbed, hence, I lock the doors.  Also, I lock my doors for safety reasons since the horseshoe area is usually occupied by students.  Unfortunately, because of my medical condition, I could not pull myself up  or call for help. Fortunately, after hitting on the window of my classroom with my cane, a teacher, who was outside,  heard the noise and got help.

I am not sure whether you are aware of this incident.  B ecause I have requested reseasonable accommodations for myself and my students in the past, am I requesting it now.  I am requesting a suitable, sturdy, chair for me to sit down in that replaces the chair that collapsed.  Mr. Atkinson and Mr. Price inspected the chair.  It has been removed from my room, however, I do need a suitable chair to sit at my desk.  I spoke with Mr. Atkinson on Tuesday morning when I can in to work about another chair and,  I was told that he could'nt find one for me.  Perhaps, you can.  I don't wish another accident like this one to happen again,  I may not be so fortunate  the next time.

In August of 2003, before the school year began, reseasonable accommodations were discussed concerning the student tables in my classroom.  The desks are falling apart and could cause a safety hazard to myself and my students.  You were aware of this problem and told me that new student desks were on order.   It is now February, 2004,  and I have not received any desks for my students.  This safety issue is still a priority with me.

Sincerely,

*Murielene E Gordon*

CC; *Goldman*

February 12, 2004
**Memorandum**

To:  Dr. Art Bridges, Principal
Ballou Senior High School
From:  Murielene E. Gordon,
Art Teacher
Re:  Reasonable Accommodations for Classroom 112

This memorandum is in response to your classroom visit yesterday ( 2/11/04) in response to the collapsed chair incident.  Since an agreement was made, in good faith, between you, EEO counsel, Mrs. Jones, myself, and my legal counsel, Mr. Goldman, I find it necessary to call to your attention that your solution to the chair incident was to either bring one from home or use the model the students use (plastic) or a chair with coasters (wheels).   When I explained to you that I could not sit in the plastic student chair for an extended period of time  and that the chair with "wheels" is insufficient because it will not be stable when I try to get up, your solution was to take the wheels off of the chair.

Well, the maintenance official  followed your instructions and took the wheels off the chair. However, unless the teacher is a four foot midget, with a short desk , a person,  such as myself,  won't be able to sit in that chair and use my desk . Taking off the wheels lowered the height of the chair and now it is practically on the floor.  If I sat in this chair, I would find it impossible to get up without immediate assistance.  I site this as a safety as well as a health problem.  You also stated that I was to leave my classroom door unlocked.  I mentioned the security issue in my classroom. Whereever there is a "Lockdown" when there is a intruder or security problem in the building, what do I do if you want me to keep my doors unlocked?  You stated that you will lock my doors for me.  I asked, " what if you were not in the building? "  It was my understanding from your EEO counsel that all DCPS administrators and staff received  sensitivity training or workshops regarding "person with disablitiies".  If this is true, then I need to discuss some things with your EEO  counsel, Mrs. Jones.

I am not clear on your "solution" to the students desks problem that was mentioned in my letter.  You stated that "Yes the desks  were on order but, you don't need new desks" You inspected the desks and you saw where the desks were coming apart. Surely, this is a safety issue if one collapse on a

student or myself. The other day a student risk injury in my classroom when the chalkboard collapsed and fell on his head. After checking with the student for possible injuries (he said there were none), I had the maintenance official put the chalkboard in a safer location. The safety of my students and myself is a priority in my classroom.

8-20-06: 9:57AM;BALLOU SHS                                              :202+                    # 3/ 3



FRANK W. BALLOU
SENIOR HIGH SCHOOL

8-20-06; 9:57AM;BALLOU SHS



# FRANK W. BALLOU
# SENIOR HIGH SCHOOL



**JOB ACCOMMODATION NETWORK**

# Fact Sheet Series

# Job Accommodations for People with Arthritis

Job Accommodation Network
PO Box 6080
Morgantown, WV 26506-6080
(800)526-7234 (V/TTY)
jan@jan.wvu.edu
http://www.jan.wvu.edu

A service of the Office of Disability Employment Policy, U.S. Department of Labor

Job Accommodations for People with Arthritis

## JAN'S ACCOMMODATION FACT SHEET SERIES

> ### JOB ACCOMMODATIONS FOR PEOPLE WITH ARTHRITIS

Arthritis includes approximately 100 inflammatory and non-inflammatory diseases that affect the body's joints, connective tissue, and other supporting tissues such as tendons, cartilage, blood vessels, and internal organs. Types of arthritis include osteoarthritis, rheumatoid arthritis, gout, ankylosing spondylitis, a chronic inflammatory disease of the spine, and psoriatic arthritis. Arthritis can also develop as a result of an infection. Symptoms of arthritis may include swelling in one or more joints, early morning stiffness, recurring pain or tenderness in any joint, obvious redness and warmth in a joint, unexplained weight loss, fever, or weakness combined with joint pain that last more than two weeks are typical symptoms of arthritis. Skin, joint, kidney, lung, heart, nervous system, and blood cell infections may accompany fatigue and difficulty in sleeping.

The following is a quick overview of some of the job accommodations that might be useful for people with arthritis. For a more in depth discussion, access our publication titled "Employees with Arthritis" at http://www.jan.wvu.edu/media/arthritis.html and the Searchable Online Accommodation Resource (SOAR) at http://www.jan.wvu.edu/soar/Arthritis.html. To discuss an accommodation situation with a consultant, contact JAN directly at 800-526-7234 (V/TTY) or jan@jan.wvu.edu.

**Activities of Daily Living:**
- Allow use of a personal attendant at work
- Allow use of a service animal at work
- Make sure the facility is accessible
- Move workstation closer to the restroom
- Allow longer breaks
- Refer to appropriate community services
- Allow access to a refrigerator

**Fatigue/Weakness:**
- Reduce or eliminate physical exertion and workplace stress
- Schedule periodic rest breaks away from the workstation
- Allow a flexible work schedule and flexible use of leave time
- Allow work from home
- Implement ergonomic workstation design
- Provide a scooter or other mobility aid if walking cannot be reduced

**Fine Motor Impairment:**
- Implement ergonomic workstation design, including arm supports, page turner, etc.
- Provide alternative computer and telephone access and writing and grip aids



Job Accommodations for People with Arthritis

**Gross Motor Impairment:**
- Modify the work-site and workstation to make them accessible
- Provide parking close to the work-site
- Provide an accessible route of travel to other work areas used by the employee
- Adjust desk height if wheelchair or scooter is used
- Make sure materials and equipment are within reach range
- Move workstation close to other work areas, office equipment, and break rooms

**Stress:**
- Develop strategies to deal with work problems before they arise
- Provide sensitivity training to coworkers
- Allow telephone calls during work hours to doctors and others for support
- Provide information on counseling and employee assistance programs

**Temperature Sensitivity:**
- Modify work-site temperature and dress code
- Use fan/air-conditioner or heater at the workstation
- Allow work from home during extremely hot or cold weather
- Maintain the ventilation system and redirect air conditioning and heating vents
- Provide an office with separate temperature control

**Resources Specifically for People with Arthritis**

**American Autoimmune Related Diseases Association**
22100 Gratiot Ave.
E. Detroit, MI 48021
Direct: (586)776-3900
http://www.aarda.org

**Arthritis Foundation**
1330 West Peachtree Street
Atlanta, GA 30309
Toll Free: (800)283-7800
Direct: (404)872-7100
http://www.arthritis.org

**National Institute of Arthritis and Musculoskeletal and Skin Diseases**
National Institutes of Health
1 AMS Circle
Bethesda, MD 20892-3675
Toll Free: (877)22N-IAMS
Direct: (301)495-4484
TTY: (301)565-2966
Fax: (301)718-6366
http://www.niams.nih.gov



Job Accommodations for People with Arthritis

This document was developed by the Job Accommodation Network, funded by a contract agreement from the U.S. Department of Labor, Office of Disability Employment Policy (Number J-9-M-2-0022). The opinions expressed herein do not necessarily reflect the position or policy of the U.S. Department of Labor.  Nor does mention of trade names, commercial products, or organizations imply the endorsement by the U.S. Department of Labor.





## JOB ACCOMMODATION NETWORK

# Accommodation and Compliance Series

# Employees with Arthritis

Job Accommodation Network
PO Box 6080
Morgantown, WV 26506-6080
(800)526-7234 (V/TTY)
jan@jan.wvu.edu
http://www.jan.wvu.edu

A service of the Office of Disability Employment Policy, U.S. Department of Labor

# JAN'S ACCOMMODATION AND COMPLIANCE SERIES

## Introduction

JAN's Accommodation and Compliance Series is designed to help employers determine effective accommodations and comply with Title I of the Americans with Disabilities Act (ADA). Each publication in the series addresses a specific medical condition and provides information about the condition, ADA information, accommodation ideas, and resources for additional information.

The Accommodation and Compliance Series is a starting point in the accommodation process and may not address every situation. Accommodations should be made on a case by case basis, considering each employee's individual limitations and accommodation needs. Employers are encouraged to contact JAN to discuss specific situations in more detail. JAN can be reached at (800)526-7234 (V/TTY).

For information on assistive technology and other accommodation ideas, visit JAN's Searchable Online Accommodation Resource (SOAR) at http://www.jan.wvu.edu/soar.

## Information about Arthritis

### How prevalent is arthritis?

Arthritis affects 70 million Americans, or one in three people (National Arthritis Foundation, 2003b). Arthritis is second only to heart disease as a cause of work disability (National Arthritis Foundation, 2004a). Arthritis typically affects more women than men, is one of the most prevalent chronic health problems, and is the nation's leading cause of disability among Americans over age 15 (National Arthritis Foundation, 2004a).

### What is arthritis?

Arthritis includes approximately 100 inflammatory and noninflammatory diseases that affect the body's joints, connective tissue, and other supporting tissues such as tendons, cartilage, blood vessels, and internal organs. There are more than 100 different types of arthritis and the cause of most types is unknown (National Arthritis Foundation, 2004a).

### What are the symptoms of arthritis?

Swelling in one or more joints, early morning stiffness, recurring pain or tenderness in any joint, obvious redness and warmth in a joint, unexplained weight loss, fever, or weakness combined with joint pain that last more than two weeks are typical symptoms of arthritis. Skin, joint, kidney, lung, heart, nervous system, and blood cell infections may accompany fatigue and difficulty in sleeping. Evaluating arthritis requires an assessment of past history, current symptoms, blood tests, biopsies, and x-rays (National Arthritis Foundation, 2003a).



# Preface

The Job Accommodation Network (JAN) is a service of the Office of Disability Employment Policy of the U.S. Department of Labor. JAN makes documents available with the understanding that the information be used solely for educational purposes. The information is not intended to be legal or medical advice. If legal or medical advice is needed, appropriate legal or medical services should be contacted.

JAN does not endorse or recommend any products or services mentioned in this publication. Although every effort is made to update resources, JAN encourages contacting product manufacturers/vendors and service providers directly to ensure that they meet the intended purposes. This guarantees that the most up-to-date information is obtained.

The following document is not copyrighted and reproduction is encouraged. Section 105 of the Copyright Law provides that no copyright protection is available for works created by the U.S. Government. Therefore, all works created by JAN fall under this provision. While individuals may use such work with impunity, individuals may not claim copyright in the original government work, only in the original material added. Individuals may access the full text of the law from the U.S. Copyright Office http://www.loc.gov/copyright. Please note that specific information cited by JAN may be copyrighted from other sources. Citing secondary sources from a JAN publication may violate another organization's or individual's copyright. Permission must be obtained from these sources on a case-by-case basis. When using JAN materials, JAN asks that the materials not be reproduced for profit, that the tone and substance of the information are not altered, and that proper credit is given to JAN as the source of the information. For further information regarding this or any other document provided by JAN, please contact JAN at (800)526-7234 (V/TTY).

Authored by Beth Loy, Ph.D. Updated 07/01/05.



# JAN'S ACCOMMODATION AND COMPLIANCE SERIES

## Introduction

JAN's Accommodation and Compliance Series is designed to help employers determine effective accommodations and comply with Title I of the Americans with Disabilities Act (ADA). Each publication in the series addresses a specific medical condition and provides information about the condition, ADA information, accommodation ideas, and resources for additional information.

The Accommodation and Compliance Series is a starting point in the accommodation process and may not address every situation. Accommodations should be made on a case by case basis, considering each employee's individual limitations and accommodation needs. Employers are encouraged to contact JAN to discuss specific situations in more detail. JAN can be reached at (800)526-7234 (V/TTY).

For information on assistive technology and other accommodation ideas, visit JAN's Searchable Online Accommodation Resource (SOAR) at http://www.jan.wvu.edu/soar.

## Information about Arthritis

### How prevalent is arthritis?

Arthritis affects 70 million Americans, or one in three people (National Arthritis Foundation, 2003b). Arthritis is second only to heart disease as a cause of work disability (National Arthritis Foundation, 2004a). Arthritis typically affects more women than men, is one of the most prevalent chronic health problems, and is the nation's leading cause of disability among Americans over age 15 (National Arthritis Foundation, 2004a).

### What is arthritis?

Arthritis includes approximately 100 inflammatory and noninflammatory diseases that affect the body's joints, connective tissue, and other supporting tissues such as tendons, cartilage, blood vessels, and internal organs. There are more than 100 different types of arthritis and the cause of most types is unknown (National Arthritis Foundation, 2004a).

### What are the symptoms of arthritis?

Swelling in one or more joints, early morning stiffness, recurring pain or tenderness in any joint, obvious redness and warmth in a joint, unexplained weight loss, fever, or weakness combined with joint pain that last more than two weeks are typical symptoms of arthritis. Skin, joint, kidney, lung, heart, nervous system, and blood cell infections may accompany fatigue and difficulty in sleeping. Evaluating arthritis requires an assessment of past history, current symptoms, blood tests, biopsies, and x-rays (National Arthritis Foundation, 2003a).



**What causes arthritis?**

Researchers have identified several risk factors for developing arthritis. For example, osteoarthritis is often blamed on genes that cause weakness in the cartilage. However, excessive physical stress and repeated injuries may also play a role. Genetic factors have been implicated in other disorders such as lupus, rheumatoid arthritis and scleroderma. Another factor involved in certain kinds of arthritis is gender. Lupus, rheumatoid arthritis scleroderma, and fibromyalgia are found to be more common in women. This suggests that hormones may have a role in the development of these conditions (Missouri Arthritis Rehabilitation Research and Training Center, n.d.).

**How is arthritis treated?**

Treatments for arthritis vary; exercising, medication, natural remedies, nutrition, and surgery may be helpful. There is no best treatment for everyone who has a particular type of arthritis, as each individual may respond differently to different treatments; emphasis is on improving function of joints and relieving pain (National Arthritis Foundation, 2004b).

## Arthritis and the Americans with Disabilities Act

**Is arthritis a disability under the ADA?**

The ADA does not contain a list of medical conditions that constitute disabilities. Instead, the ADA has a general definition of disability that each person must meet (EEOC, 1992). Therefore, some people with arthritis will have a disability under the ADA and some will not.

A person has a disability if he/she has a physical or mental impairment that substantially limits one or more major life activities, a record of such an impairment, or is regarded as having such an impairment (EEOC, 1992). For more information about how to determine whether a person has a disability under the ADA, visit http://www.jan.wvu.edu/corner/vol02iss04.htm.



# Accommodating Employees with Arthritis

(Note: People with arthritis may develop some of the limitations discussed below, but seldom develop all of them. Also, the degree of limitation will vary among individuals. Be aware that not all people with arthritis will need accommodations to perform their jobs and many others may only need a few accommodations. The following is only a sample of the possibilities available. Numerous other accommodation solutions may exist.)

## Questions to Consider:

1. What limitations is the employee with arthritis experiencing?

2. How do these limitations affect the employee and the employee's job performance?

3. What specific job tasks are problematic as a result of these limitations?

4. What accommodations are available to reduce or eliminate these problems? Are all possible resources being used to determine possible accommodations?

5. Has the employee with arthritis been consulted regarding possible accommodations?

6. Once accommodations are in place, would it be useful to meet with the employee with arthritis to evaluate the effectiveness of the accommodations and to determine whether additional accommodations are needed?

7. Do supervisory personnel and employees need training regarding arthritis?

## Accommodation Ideas:

Activities of Daily Living:

- Allow use of a personal attendant at work
- Allow use of a service animal at work
- Make sure the facility is accessible
- Move workstation closer to the restroom
- Allow longer breaks
- Refer to appropriate community services
- Allow access to a refrigerator

Fatigue/Weakness:

- Reduce or eliminate physical exertion and workplace stress
- Schedule periodic rest breaks away from the workstation
- Allow a flexible work schedule, flexible use of leave time, and work from home
- Implement ergonomic workstation design



- Provide a scooter or other mobility aid if walking cannot be reduced

Fine Motor Impairment:

- Implement ergonomic workstation design
- Provide alternative computer access
- Provide alternative telephone access
- Provide arm supports
- Provide writing and grip aids
- Provide a page turner and a book holder
- Provide a note taker

Gross Motor Impairment:

- Modify the work-site to make it accessible
- Provide parking close to the work-site
- Provide an accessible entrance
- Install automatic door openers
- Provide an accessible restroom and break room
- Provide an accessible route of travel to other work areas used by the employee
- Modify the workstation to make it accessible
- Adjust desk height if wheelchair or scooter is used
- Make sure materials and equipment are within reach range
- Move workstation close to other work areas, office equipment, and break rooms

Photosensitivity:

- Minimize outdoor activities between the peak hours of 10:00 am and 4:00 pm
- Avoid reflective surfaces such as sand, snow, and concrete
- Provide clothing to block UV rays
- Provide "waterproof" sun-protective agents such as sun blocks or sunscreens
- Install low wattage overhead lights
- Provide task lighting
- Replace fluorescent lighting with full spectrum or natural lighting
- Eliminate blinking and flickering lights
- Install adjustable window blinds and light filters

Skin Irritations:

- Avoid infectious agents and chemicals
- Avoid invasive procedures
- Provide protective clothing



Sleep Disorder:

- Allow flexible work hours
- Allow frequent breaks
- Allow work from home

Stress:

- Develop strategies to deal with work problems before they arise
- Provide sensitivity training to coworkers
- Allow telephone calls during work hours to doctors and others for support
- Provide information on counseling and employee assistance programs

Temperature Sensitivity:

- Modify work-site temperature
- Modify dress code
- Use fan/air-conditioner or heater at the workstation
- Allow flexible scheduling and flexible use of leave time
- Allow work from home during extremely hot or cold weather
- Maintain the ventilation system
- Redirect air conditioning and heating vents
- Provide an office with separate temperature control

**Situations and Solutions:**

A machine operator with arthritis had difficulty turning control switches. The small tabs were replaced with larger cushioned knobs and he was given gloves with non-slip dot gripping. These modifications enabled him to grasp and turn the knobs more effectively and with less force.

A plant manager with arthritis was having difficulty moving throughout her plant to monitor assembly line workers. She was accommodated with a motorized scooter.

A drafter with arthritis in his knees was having difficulty accessing his work-site. He was accommodated with a reserved parking space close to the building, a first floor office, and push pad activated power doors.

A social worker with arthritis in her hands was having difficulty reading case summaries, manipulating paperwork, and taking notes. She was accommodated with a page turner, bookholder, writing aids, and the option to dictate reports to her clerical staff.



A receptionist with arthritis in his right hand due to an injury needed to input data into a computer. He was accommodated with a left-handed keyboard, an articulating keyboard tray, speech recognition software, a trackball, and office equipment for a workstation rearrangement.

A laborer in a warehouse was having difficulty standing for long periods due to ankylosing spondylitis. As an accommodation he was transferred to a position within the warehouse that allowed him flexibility to stand, walk, and sit, as he needed. The employer also purchased a heated cushion for his chair, gave him a stand/lean stool, and provided him with a cart.

A vice president with osteoarthritis had difficulty maintaining her stamina during the workday. To accommodate the fatigue, she was given a flexible schedule and allowed to come in later when necessary. Her employer also provided her with a recliner for her office so she could take additional rest breaks throughout the day.

A forklift driver with rheumatoid arthritis had difficulty grasping the steering wheel. The forklift was fitted with a spinner ball to eliminate the need for grasping.

A secretary with rheumatoid arthritis was limited in typing due to pain and stiffness in her hands due to cold temperatures. These symptoms were exacerbated in the winter months but occurred throughout the year due to the below average air temperature in her office. She was accommodated with a space heater, additional window insulation, and speech recognition software.

An insurance clerk with arthritis from systemic lupus erythematosus was experiencing pain in her back, neck, and hands from sitting for long periods of time doing computer work. She was accommodated with speech recognition software, an ergonomic chair, and an adjustable sit/stand workstation.

**Products:**

There are numerous products that can be used to accommodate people with limitations. JAN's Searchable Online Accommodation Resource (SOAR) at http://www.jan.wvu.edu/soar is designed to let users explore various accommodation options. Many product vendor lists are accessible through this system; however, upon request JAN provides these lists and many more that are not available on the Web site. Contact JAN directly if you have specific accommodation situations, are looking for products, need vendor information, or are seeking a referral.



## Resources

**Job Accommodation Network**
West Virginia University
PO Box 6080
Morgantown, WV 26506-6080
Toll Free: (800)526-7234
TTY: (800)526-7234
Fax: (304)293-5407
jan@jan.wvu.edu
http://www.jan.wvu.edu

The Job Accommodation Network (JAN) is a free consulting service that provides information about job accommodations, the Americans with Disabilities Act (ADA), and the employability of people with disabilities.

**Office of Disability Employment Policy**
200 Constitution Avenue, NW, Room S-1303
Washington, DC 20210
Direct: (202)693-7880
TTY: (202)693-7881
Fax: (202)693-7888
infoODEP@dol.gov
http://www.dol.gov/odep/welcome.html

The Office of Disability Employment Policy (ODEP) is an agency within the U. S. Department of Labor. ODEP provides national leadership to increase employment opportunities for adults and youth with disabilities while striving to eliminate barriers to employment.

**American Autoimmune Related Diseases Association**
22100 Gratiot Ave.
E. Detroit, MI 48021
Direct: (586)776-3900
aarda@aol.com
http://www.aarda.org

The American Autoimmune Related Diseases Association is dedicated to the eradication of autoimmune diseases and the alleviation of suffering and the socioeconomic impact of autoimmunity through fostering and facilitating collaboration in the areas of education, research, and patient services in an effective, ethical, and efficient manner.



**Arthritis Foundation**
P.O. Box 7669
Atlanta, GA 30357-0669
Toll Free: (800)283-7800
http://www.arthritis.org

The mission of the Arthritis Foundation is to support research to find the cure for and prevention of arthritis and to improve the quality of life for those with arthritis.

**Missouri Arthritis Rehabilitation Research and Training Center**
130 A P Green, DC330.00
One Hospital Drive
Columbia, MO 65212
Direct: (573)882-8097
MARRTC@missouri.edu
http://www.hsc.missouri.edu/~arthritis

MARRTC is the only federally funded arthritis rehabilitation research and training center in the country.

**National Institute of Arthritis and Musculoskeletal and Skin Diseases**
National Institutes of Health
1 AMS Circle
Bethesda, MD 20892-3675
Toll Free: (877)22N-IAMS
Direct: (301)495-4484
TTY: (301)565-2966
Fax: (301)718-6366
niamsinfo@mail.nih.gov
http://www.niams.nih.gov

The mission of the National Institute of Arthritis and Musculoskeletal and Skin Diseases is to support research into the causes, treatment, and prevention of arthritis and musculoskeletal and skin diseases, the training of basic and clinical scientists to carry out this research, and the dissemination of information on research progress.

**National Osteoporosis Foundation**
1232 22nd Street N.W.
Washington, DC 20037-1292
Direct: (202)223-2226
http://www.nof.org

The National Osteoporosis Foundation (NOF) is the leading nonprofit, voluntary health organization dedicated to promoting lifelong bone health in order to reduce the widespread prevalence of osteoporosis and associated fractures, while working to find a cure for the disease through programs of research, education and advocacy.



# References

Equal Employment Opportunity Commission. (1992). *A technical assistance manual on the employment provisions (title I) of the Americans with Disabilities Act*. Retrieved April 29, 2005, from http://www.jan.wvu.edu/links/ADAtam1.html

Missouri Arthritis Rehabilitation Research and Training Center (n.d.). *General arthritis*. Retrieved July 1, 2005, from http://marrtc.missouri.edu/conditions/general.html

National Arthritis Foundation. (2003a). *Arthritis 101*. Retrieved July 1, 2005, from http://www.arthritis.org.sg/101/101.html

National Arthritis Foundation. (2003b). *Arthritis answers*. Retrieved July 1, 2005, from http://www.arthritis.org/conditions/onlinebrochures/Arthritis_Answers_brochure.pdf

National Arthritis Foundation. (2004a). *The facts about arthritis*. Retrieved July 1, 2005, from http://www.arthritis.org/resources/gettingstarted/default.asp

National Arthritis Foundation. (2004b). *Principles of arthritis management*. Retrieved July 1, 2005, from http://www.arthritis.org/resources/gettingstarted/management.asp

