

**JOB ACCOMMODATION NETWORK**

# Fact Sheet Series

# Job Accommodations for People with Arthritis

Job Accommodation Network
PO Box 6080
Morgantown, WV 26506-6080
(800)526-7234 (V/TTY)
jan@jan.wvu.edu
http://www.jan.wvu.edu

**A service of the Office of Disability Employment Policy, U.S. Department of Labor**

# JAN'S ACCOMMODATION FACT SHEET SERIES

## JOB ACCOMMODATIONS FOR PEOPLE WITH ARTHRITIS

Arthritis includes approximately 100 inflammatory and non-inflammatory diseases that affect the body's joints, connective tissue, and other supporting tissues such as tendons, cartilage, blood vessels, and internal organs. Types of arthritis include osteoarthritis, rheumatoid arthritis, gout, ankylosing spondylitis, a chronic inflammatory disease of the spine, and psoriatic arthritis.  Arthritis can also develop as a result of an infection. Symptoms of arthritis may include swelling in one or more joints, early morning stiffness, recurring pain or tenderness in any joint, obvious redness and warmth in a joint, unexplained weight loss, fever, or weakness combined with joint pain that last more than two weeks are typical symptoms of arthritis. Skin, joint, kidney, lung, heart, nervous system, and blood cell infections may accompany fatigue and difficulty in sleeping.

The following is a quick overview of some of the job accommodations that might be useful for people with arthritis. For a more in depth discussion, access our publication titled "Employees with Arthritis" at http://www.jan.wvu.edu/media/arthritis.html and the Searchable Online Accommodation Resource (SOAR) at http://www.jan.wvu.edu/soar/Arthritis.html.  To discuss an accommodation situation with a consultant, contact JAN directly at 800-526-7234 (V/TTY) or jan@jan.wvu.edu.

**Activities of Daily Living:**
- Allow use of a personal attendant at work
- Allow use of a service animal at work
- Make sure the facility is accessible
- Move workstation closer to the restroom
- Allow longer breaks
- Refer to appropriate community services
- Allow access to a refrigerator

**Fatigue/Weakness:**
- Reduce or eliminate physical exertion and workplace stress
- Schedule periodic rest breaks away from the workstation
- Allow a flexible work schedule and flexible use of leave time
- Allow work from home
- Implement ergonomic workstation design
- Provide a scooter or other mobility aid if walking cannot be reduced

**Fine Motor Impairment:**
- Implement ergonomic workstation design, including arm supports, page turner, etc.
- Provide alternative computer and telephone access and writing and grip aids



**Gross Motor Impairment:**
- Modify the work-site and workstation to make them accessible
- Provide parking close to the work-site
- Provide an accessible route of travel to other work areas used by the employee
- Adjust desk height if wheelchair or scooter is used
- Make sure materials and equipment are within reach range
- Move workstation close to other work areas, office equipment, and break rooms

**Stress:**
- Develop strategies to deal with work problems before they arise
- Provide sensitivity training to coworkers
- Allow telephone calls during work hours to doctors and others for support
- Provide information on counseling and employee assistance programs

**Temperature Sensitivity:**
- Modify work-site temperature and dress code
- Use fan/air-conditioner or heater at the workstation
- Allow work from home during extremely hot or cold weather
- Maintain the ventilation system and redirect air conditioning and heating vents
- Provide an office with separate temperature control

**Resources Specifically for People with Arthritis**

**American Autoimmune Related Diseases Association**
22100 Gratiot Ave.
E. Detroit, MI 48021
Direct: (586)776-3900
http://www.aarda.org

**Arthritis Foundation**
1330 West Peachtree Street
Atlanta, GA 30309
Toll Free: (800)283-7800
Direct: (404)872-7100
http://www.arthritis.org

**National Institute of Arthritis and Musculoskeletal and Skin Diseases**
National Institutes of Health
1 AMS Circle
Bethesda, MD 20892-3675
Toll Free: (877)22N-IAMS
Direct: (301)495-4484
TTY: (301)565-2966
Fax: (301)718-6366
http://www.niams.nih.gov



This document was developed by the Job Accommodation Network, funded by a contract agreement from the U.S. Department of Labor, Office of Disability Employment Policy (Number J-9-M-2-0022). The opinions expressed herein do not necessarily reflect the position or policy of the U.S. Department of Labor.  Nor does mention of trade names, commercial products, or organizations imply the endorsement by the U.S. Department of Labor.

