**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURIELENE GORDON, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 05-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : |
|     Defendant. | : |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

All parties, through their undersigned counsel, hereby respectfully move the Court, pursuant to Fed. P. Civ. R. 26(c), to enter an agreed upon Protective Order governing use of any confidential information, including personnel records, that will be disclosed in this litigation. Plaintiff has filed a complaint alleging that the District of Columbia failed to accommodate her alleged disabilities in violation of the American with Disabilities Act, 42 U.S.C. § 12101, et seq. Plaintiff has sought and the Court has ordered the release of the personnel files for Dr. Art Bridges, David Atkinson, Ernest Hamlin and Donna Ellis. The release and/or exchange of the requested information without a protective order in place would compromise the privacy of individuals who are or were employees of the District of Columbia, who are not parties to this litigation, and would violate District law. For privacy reasons and in the interest of complying with local law, the parties agree that the personnel records, and any other confidential information sought and identified as CONFIDENTIAL will remain privileged and confidential,

and will only be used in connection with this litigation. A copy of the parties' Proposed

Protective Order is attached hereto as Exhibit A.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        __/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        __/s/_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6649; (202) 727-6295
        E-mail: Michael.bruckheim@dc.gov
        Attorneys for the District of Columbia

        ___/s/_____
        CHARLES GOLDMAN, ESQ. [201509]
        1155 15th Street, NW, Suite 1004
        Washington, DC 20005
        (202)-466-7550
        E-mail: cdg.gsquared@att.net
        Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MURIELENE GORDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-1907 (EGS) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO ENTER PROTECTIVE ORDER**

In support of the parties' joint motion to enter protective order, they cite and rely upon the following list of authorities:

1. The inherent power of the Court.

2. The record herein.

3. Fed. P. Civ. R. 26(c)

4. The parties' consent.

5. The reasons set forth in the motion.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        __/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

\_\_/s/_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
E-mail:  Michael.bruckheim@dc.gov
Attorneys for the District of Columbia

\_\_\_/s/_____
CHARLES GOLDMAN, ESQ. [201509]
1155 15th Street, NW, Suite 1004
Washington, DC 20005
(202)-466-7550
E-mail:  cdg.gsquared@att.net
Counsel for Plaintiff