UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MURIELENE GORDON                    : Civil No. 05-1907(EGS)
Plaintiff                           :
                                    : Next Event: Status Hearing June 20,2007
DISTRICT OF COLUMBIA                :
Defendant

## JOINT MOTION TO EXTEND DISCOVERY

The parties, through their undersigned counsel hereby respectfully move the Court, pursuant to Fed. P.Civ. Rules 16,26 to extend discovery in this matter for a period of sixty (60) days until August 14, 2007. The proposed extension will enable the parties to complete discovery by taking of depositions, including of experts, to provide documents and to attempt to resolve discovery disputes without involving the Court. The parties are otherwise in compliance with the Order of March 26,2007. A proposed Order is attached.

STATEMENT OF FACTS

1. The Court on March 26,2007 ordered that discovery end on June 15,2007.

2. Pursuant to the Order of the Court of March 26,2007, Plaintiff filed her Rule 26(a)(2) statement on May 12, 2007.

3. Pursuant to the Order of the Court of March 26,2007, the parties have sought to take and/or complete depositions. Plaintiff has sought to complete depositions of Dr. Bridges, Mssrs. Hamlin and Atkinson, and Ms. Ellis. Defendant wishes to take the depositions of three of Plaintiff's experts, specifically Drs. Mayer and Collins and Keith Miller. The depositions have not yet been taken due to reasons including scheduling.

4. Defendant has provided some but not all of the outstanding documents that are outstanding in discovery.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO EXTEND DISCOVERY FOR SIXTY (60) DAYS**

In support of the parties' joint motion to extend discovery, they cite

And rely on:
1. The inherent power of the Court;
2. The record herein;
3. Fed. P.Civ. Rules 16, 26
4. The parties' consent
5. The reasons set forth in the Motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
 /s/
_____
PATRICIA A. JONES (428132)
Chief, General Litigation, Sec. IV
 /s/
_____
MICHAEL P. BRUCKHEIM(455192)
Assistant Attorney General
441- 4th Street, NW., 6th Floor South
Washington, DC 20001
(202)724-6649, (202) 727-6295
Michael.Bruckheim@dc.gov
Attorneys for the District of Columbia

 /s/
_____
CHARLES GOLDMAN, ESQ.(201509)
1155 –15th Street NW. Suite 1004
Washington, DC 20005
(202) 466 –7550
cdg.gsquared@att.net
Attorney for Plaintiff

June 13, 2007

Certificate of Service

I certify that a copy of the foregoing Joint Motion to Extend Discovery was sent to Michael Bruckheim, Office of the Attorney General by email at Michael.Bruckheim@dc.gov this 12th day of June, 2007.
/s/
Charles Goldman