UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON | : Civil No. 05-1907 |
| Plaintiff | : |
| | : Judge Emmett G. Sullivan |
| DISTRICT OF COLUMBIA | : |
| Defendant | : |

## **ORDER**

Upon review of the record in this matter, the representations and Arguments of the parties, and the applicable law, the JOINT MOTION TO EXTEND DISCOVERY is hereby GRANTED.

It is hereby ORDERED that discovery in this matter shall be extended until August 14, 2007;

Further Ordered that a Status Hearing on this matter shall be held on _____, 2007 at _____.

                                            EMMETT G. SULLIVAN
                                            United States District Judge
                                            June  , 2007