UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MURIELENE GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1907 (EGS) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in the conference call held today with the parties, it is by the Court hereby

**ORDERED** that plaintiff shall be permitted to further depose the four witnesses in question. The additional deposition time <u>for each witness</u> shall not exceed two hours; and it is

**FURTHER ORDERED** that if witness Donna Ellis opposes further deposition by plaintiff on grounds of medical necessity, she shall submit her opposition to the Court along with documentation regarding her medical needs; and it is

**FURTHER ORDERED** that defendant shall produce the additional documents in question by no later than August 1, 2007; and it is

**FURTHER ORDERED** that the period for discovery shall be extended until October 10, 2007; and it is

**FURTHER ORDERED** that the status hearing set for August 17 is vacated and rescheduled to October 11, 2007, at 11:00 am.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**July 18, 2007**

**Notice to:**
Donna Ellis
534 Powell Drive
Annapolis, Maryland, 21401