UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURIELENE GORDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV-05-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**CONSENT MOTION TO EXTEND DEADLINE FOR DISCOVERY**

Defendant District of Columbia, by and through undersigned counsel, with the consent of the plaintiff, hereby moves this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until December 19, 2007, to complete discovery. As reasons therefore the District represents as follows:

1. Under the current Scheduling Order, discovery closes on October 10, 2007. See Court Docket Entry # 40.

2. Undersigned counsel for the District was recently assigned as lead counsel in the matter of *Motley v. District of Columbia*, CA 2004 007650 B, as former counsel of record is no longer employed with the Office of the Attorney General, but resigned to take other employment. This matter is scheduled to go to trial on October 15, 2007. Due to undersigned counsel's new assignment, undersigned counsel will be largely unavailable for any discovery depositions before the close of discovery. Moreover, counsel for plaintiff wishes to depose four witnesses, and the extra time would therefore benefit both parties. The parties have tentatively agreed to deposition dates for these witnesses, pending this Court's approval. The parties therefore request an

extension of discovery until December 19, 2007.  The parties further request that the October 11, 2007, status hearing be vacated.

3. Fed. P. Civ. R. 6(b)(1) provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.

4. This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the close of discovery, and is for cause shown.

5. Plaintiff consents to the relief requested in this motion, and no party will be prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, and pursuant to F.R.C.P. 6(b), Defendant District of Columbia requests an extension of discovery until December 19, 2007, and that the October 11, 2007, hearing be vacated.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                /s/ Patricia A. Jones
                PATRICIA A. JONES [428132]
                Chief, General Litigation Sec. IV

   /s/ Michael P. Bruckheim
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURIELENE GORDON, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-05-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## MEMORANDUM OF LAW IN SUPPORT OF CONSENT MOTION TO EXTEND DEADLINE FOR DISCOVERY

In support of its Motion to Extend Deadline for Discovery, this defendant submits its memorandum of points and authorities, as follows:

1. Federal Rules of Civil Procedure, Rule 6(b)(1).

2. The consent of all parties.

3. The record herein.

4. The Court's equitable powers.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

 /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

   /s/ Michael P. Bruckheim  
MICHAEL P. BRUCKHEIM [455192]  
Assistant Attorney General  
441 4TH Street, NW, 6th Floor-South  
Washington, D.C. 20001  
202-724-6649; 202-727-6295  
E-mail: Michael.bruckheim@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURIELENE GORDON, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-05-1907 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## **ORDER**

This matter, having come before the Court on Defendant District of Columbia's Consent Motion to Extend Deadline for Discovery, its supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 2007,

ORDERED, that the said motion be, and hereby is, GRANTED, and that the discovery deadline is extended to December 19, 2007, and it is further,

ORDERED, that the October 11, 2007, hearing is VACATED, and hereby re-scheduled for _____.

So ORDERED this _____ day of _____, 2007.

_____
The Honorable Emmet Sullivan
United States District Court
for the District of Columbia