UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON | : |
| Plaintiff | : Civil No. 05-1907 |
| v. | : Judge Emmet G. Sullivan |
| DISTRICT OF COLUMBIA | : |
| Defendant | : |

**Plaintiff's Response to Proposed Consent Motion and Order**

Comes Plaintiff through her undersigned attorney and submits the following brief response to the proposed Consent Motion and Order. The proposed Order is incomplete, lacking direction on an issue previously before the Court.. A proposed Order is attached.

## I.     Statement of Facts

1. The Court held a conference call with the parties on July 18, 2007 to resolve discovery disputes, following which the Court issued its Order.  Docket No. 40 herein. The Court considered numerous issues. The issues at that time included, inter alia, the production of various documents and, as recited by Defendant the, undocumented, as of then  medical unavailability of deponent Donna  Ellis, a former employee of Defendant.

2. The Court Order of July 18,2007, provides that Ms. Ellis, to whom a copy of  the Order was mailed, is to file her objections to being deposed  in Court along with documentation of her medical needs. The Court also ordered documents be produced.

3. Ms. Ellis did not  file any objections or other documentation in Court.

4. Since Ms. Ellis had not filed any objections to her deposition in Court, Plaintiff duly served  her with a subpoena for her  deposition on September 19,2007. A week after Ms. Ellis was served, Plaintiff was faxed medical documentation of her unavailability.

5. In connection with agreeing to the instant proposed discovery extension the parties had

also agreed that Ms. Ellis provide medical documentation or other objections to her deposition by November 16, 2007.

6. Counsel for Plaintiff requested Defendant's Counsel include provisions relating to Ms. Ellis filing her objections in Court be included in the motion and that Ms. Ellis receive a copy of the motion. The provisions Plaintiff requested were not included in the Motion. Nor was Ms. Ellis was sent a copy of the Motion.

7. Plaintiff did not receive a copy of the pending motion before it was filed .

**Argument: Clarification Needed to Avoid Further Confusion, Prejudice**

Most importantly, to bring clarity and avoid confusion to Ms. Ellis and the parties (as well as avoid a potential discovery dispute) Plaintiff requests that the Court make clear in its Order that the same requirements relating to her opposition to being further deposed because of medical necessity and her medical needs remain in effect, though with a new deadline. Plaintiff requests that the Court order Ms. Ellis file any objection to being deposed and statement of her medical needs on or before November 16, 2007, the date previously agreed to by the parties. Having an expressed Court order deadline for Ms. Ellis to file objections to being deposed and medical information brings certainty to this process.

In serving Ms. Ellis with a subpoena on September 19, 2007, for her deposition, Plaintiff proceeded in the absence of anything being filed by Ms. Ellis within a reasonable time after the Court Order and within a reasonable time after Defendant (with an agreed upon extension) produced documents.[1]

---

[1] Defendant claims the documents provided are in compliance with the Court order. Until the outstanding depositions are completed, Plaintiff cannot take a position on that issue since inquiry will be made about such documents.

Plaintiff was prejudiced by her incurring unnecessary costs and spending time due to Ms. Ellis' not filing anything with the Court and otherwise not providing documentation of her unavailability and medical needs..

Defendant will not be prejudiced by the inclusion of the provision relating to Ms. Ellis in Plaintiff's proposed order. The proposed provision is consistent with the Court's Order of July 18, 2007. Moreover, Defendant does not represent Ms. Ellis.

    Respectfully submitted,
    /s/
    CHARLES GOLDMAN, No. 201509
    Attorney for Plaintiff
    1155 –15th Street N.W. #1004
    Washington, DC 20005
    2024667550, cdg.gsquared@att.net
    2024675085 fax

October 3, 2007

### Certificate of Service

I hereby certify that a copy of the foregoing was sent electronically to Michael Bruckheim, Counsel for Defendant at Michael.Bruckheim@dc.gov and was mailed First class mail, postage prepaid to Donna Ellis 415 Riggs Avenue, Severna Park, MD 21146 this 3rd day of October, 2007.

    /s/
    Charles Goldman