UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MURIELENE GORDON                          : Civil No. 05-1907
Plaintiff                                 :
v.                                        :
DISTRICT OF COLUMBIA                       :
Defendant                                 :

ORDER

This matter having come before Court in connection with the Defendant's

Consent Motion to Extend Deadline for Discovery and related materials, Plaintiff's

Response to said Motion, and the entire record, it is, this____day of_____,2007

ORDERED that said motion be, and hereby is GRANTED, and that the discovery

deadline is extended  to December 19, 2007; and it is

FURTHER ORDERED that if witness  Donna Ellis opposes further deposition by

Plaintiff on grounds of medical  necessity, she  shall submit her opposition to the Court

along with documentation of her medical needs. on or before November 16, 2007, and it

is

FURTHER ORDERED  that the October 11, 2007 hearing is VACATED and

hereby scheduled for _____ at _____..

_____
The Honorable Emmet G. Sullivan
United States District Court
For the District of Columbia

Certificate of Service

I hereby certify that a copy of the foregoing was sent electronically to Michael Bruckheim, Esq. at Michael.Bruckheim@dc.gov and mailed first class mail postage Prepaid to Donna Ellis 415 Riggs Avenue, Severna Park, MD 21146  this 3rd day of October 2007.

/s/
CHARLES GOLDMAN