**Exhibit 1**

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
#                              |
#==============================|
MURIELENE GORDON,              |
                              |
            Plaintiff,         |
                              |   CA No.
v.                             |   05-1907 (EGS)
                              |
DISTRICT OF COLUMBIA,          |
                              |
            Defendant.         |
#==============================|
#                              |
```

June 29, 2006

DEPOSITION OF:

MURIELENE GORDON

called for examination by counsel for the
Defendant, pursuant to notice, at the law
offices of Charles D. Goldman, Suite 1004,
1155 15th Street, Northwest, Washington, D.C.,
at 10:13 a.m., when were present on behalf of
the respective parties:

229

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

IN THE MATTER OF:

MURIELENE GORDON,

          Plaintiff,

v.

Magistrate
John M. Facciola
DISTRICT OF COLUMBIA
PUBLIC SCHOOLS,

          Defendant.

Civil No. 05-1907-EGS
Judge Emmett G. Sullivan

Monday,
July 17, 2006

Washington, D.C.

DEPOSITION OF:

MURIELENE GORDON

called for examination by Counsel for the Defendant,
District of Columbia Public Schools, pursuant to
agreement, in the office of Charles Goldman, located
at 1155 15th Street, Northwest, Suite 1004, when were
present on behalf of the respective parties:

1    your employment history --

2        A    Okay.

3        Q    -- it says you were appointed; and

4    correct me if I'm wrong, as a full-time

5    teacher at Spingard High School for 1986 to

6    '89? Do you see that notation?

7        A    No, I wasn't a full-time teacher.

8    As -- I was probationary, I think.

9        Q    Okay.

10       A    Yes.  I wasn't given full-time

11   status or tenure until what ' 90?  1990, I

12   believe.

13       Q    Until 1990?

14       A    Yes.

15       Q    Okay.  And at that time when you

16   received the full-time status, were you still

17   teaching at Spingard?

18           MR. GOLDMAN:  As best you recall.

19           THE WITNESS:  Best I recall, I

20   think, I was, yes, in '90.

21           BY MR. BRUCKHEIM:

22       Q    Okay.  And on the third page you

1    mention that you began your art teacher

2    position at Ballou in 1990 and continued there

3    until 2006.

4        A    I was transferred, yes.

5        Q    Okay.

6            MR. GOLDMAN:  Counsel, we'll note

7    for the record that in response to one of your

8    interrogatories, we gave you access to her

9    official personnel file.

10           MR. BRUCKHEIM:  I understand.

11           MR. GOLDMAN:  Okay.  And we did

12   that on condition that we'd get a copy of

13   that.  I mean, I know you've given me some

14   documents recently, but I don't know that

15   you've gotten it to turn over to OPF.

16           MR. BRUCKHEIM:  I don't have the

17   entire file in my possession.  I'm asking

18   questions based on information that I have.

19           MR. GOLDMAN:  I'm not saying that.

20   I'm just saying the information you want was

21   already made available to you.

22           MR. BRUCKHEIM:  I understand, but

1  of personnel for D.C. Pubic Schools contact

2  you tell you that Dr. Bridges was fired?

3          A    Why would they do that anyway?

4          Q    That's my point, but I'm asking if

5  they had any contact with you.

6              MR. GOLDMAN:  Just answer his

7  question.

8              THE WITNESS:  No.

9              BY MR. BRUCKHEIM:

10         Q    They did not?  Okay.  Now at this

11  time you're no longer employed with D.C.

12  Public Schools, is that correct?

13         A    I'm retired.

14         Q    Okay.  You retired in January of

15  2006?

16         A    Correct.

17         Q    Okay.  Are you currently

18  collecting retirement benefits?

19         A    Correct.

20         Q    Okay.  Can you tell me how much

21  you're collecting in those retirement

22  benefits?

1      Q      From --

2      A      Still talking about 2001?

3      Q      Yes, from here on out, the time

4   periods I'll be talking about, unless I say

5   otherwise, will be 2000/2001 school year.

6      A      Would you excuse me?  My legs are

7   bothering me.

8           MR. GOLDMAN:  Can we go off the

9   record for about five minutes?

10           MR. BRUCKHEIM:  Sure.  Of course.

11   You want to take a quick break?

12           MR. GOLDMAN:  Yes.

13           THE WITNESS:  It's getting kind of

14   chilly in here.

15           (Whereupon, at 11:43 a.m. off the

16   record until 11:58 a.m.)

17           BY MR. BRUCKHEIM:

18      Q      Okay.  Ms. Gordon, my next

19   question to you is you've never been arrested

20   before, is that correct?

21      A      No.

22      Q      Okay.  I am now going to show you

1  what has been marked as Exhibit 9.

2                          (Whereupon, the document

3                          was marked as Gordon

4                          Exhibit 9 for

5                          identification.)

6              MR. GOLDMAN:  Excuse me.  Did you

7  skip 8 for a reason?  What was 8, Michael?

8              MR. BRUCKHEIM:  Eight was the

9  letter from Dr. Bridges.

10             MR. GOLDMAN:  Okay.  Okay.  I'm

11 sorry.

12             MR. BRUCKHEIM:  That's okay.

13             MR. GOLDMAN:  My error.

14             MR. BRUCKHEIM:  Not a problem.

15             MR. GOLDMAN:  Okay.

16             MR. BRUCKHEIM:  All right.  She's

17 got No. 9.

18             MR. GOLDMAN:  Okay.  Apologize for

19 any inconvenience.

20             MR. BRUCKHEIM:  Sure.

21             MR. GOLDMAN:  No, I just thought

22 --

1              BY MR. BRUCKHEIM:

2         Q     Okay.  And I'd ask, Ms. Gordon, if

3    you could take a look at this.  And when

4    you're doing, just tell what this document is.

5         A     I believe this is the EEOC

6    document.

7              MR. GOLDMAN:  Let me take a look.

8              BY MR. BRUCKHEIM:

9         Q     Well, you can tell me if you

10   recognize --

11        A     The Office of Human Rights.  Okay.

12        Q     Okay.  This is the complaint that

13   you filed with the EEOC, the Equal Employment

14   Opportunity Commission, is that correct?

15        A     Yes.

16        Q     Okay.  And at the bottom of the

17   first page --

18             MR. GOLDMAN:  Okay.  Go ahead.

19             MR. BRUCKHEIM:  Oh, are you

20   looking at it?

21             MR. GOLDMAN:  No, I'm just looking

22   at -- no sweat.  No problem.

                    BY MR. BRUCKHEIM:

1          Q     Okay.  At the bottom of the first

2   page, Ms. Gordon, is that your signature?

3          A     Yes.

4          Q     Okay.  And that's dated April

5   18th, 2003?

6          A     Yes.

7          Q     Okay.  And that's the signature

8   that you signed declaring under penalty of

9   perjury that the forgoing is true and correct.

10  Is that what that says?

11         A     Yes.

12         Q     Okay.  So that represents that the

13  charges that are listed and the allegations

14  that are listed in this complaint that you

15  filed, you swore under penalty of perjury that

16  it is true and correct, is that right?

17         A     Yes.

18         Q     Okay.  Would you say that this was

19  a thorough complaint that listed your

20  grievances against D.C. Public Schools?

21         A     Whether it was a what, thorough?

1        Q        Was it thorough?  Did it list all

2    the problems that you had?

3             MR. GOLDMAN:  I'm going to object

4    because there is limited jurisdiction in the

5    complaint she filed.  You can only file a

6    certain type of complaint in that

7    jurisdiction.

8             So if you want to rephrase your

9    question to reflect that --

10            MR. BRUCKHEIM:  Okay.  I'll --

11            MR. GOLDMAN:  I mean, there may be

12   other issues --

13            MR. BRUCKHEIM:  I'll rephrase it.

14            MR. GOLDMAN:  -- that are

15   extraneous to this proceeding.

16            BY MR. BRUCKHEIM:

17       Q        Okay.  Under Roman numeral I, you

18   stated that during the period extending from

19   1999 to 2002, you requested and you were

20   denied various reasonable accommodations.  Is

21   that correct?

22       A        Yes.

1      Q      And then in parentheses you listed

2   those accommodations that you claim you were

3   denied.

4      A      I said for example.

5      Q      Okay.

6      A      I didn't list all of them.

7      Q      Okay.  So you listed elimination

8   of cold temperature problems in your

9   classroom, denial of a key to an emergency

10  exit classroom door and the relocation of

11  staff development and other administrative

12  meetings.  Is that correct?

13     A      Yes, I said an example.

14     Q      For example.  Okay.

15     A      Yes.

16     Q      So you're saying that there may

17  have been others, but you didn't list them.

18  Is that right?

19     A      That's correct.

20     Q      Okay.  So whatever those other

21  accommodations that you claim you were denied

22  may have been, they do not appear in this

1    complaint in writing, is that correct?

2        A    That's correct.

3        Q    Okay.  And you never filed an

4    amendment to this complaint, is that correct?

5        A    Oh, I'm sorry.  No.

6        Q    You did not?

7        A    No.

8        Q    Okay.  And it's your testimony

9    that this complaint is a true and accurate

10   description of the problems that you had with

11   Ballou High School with respect to the denial

12   of these reasonable accommodations that you

13   requested?

14       A    As a -- again, I said these were a

15   few of the accommodations.

16       Q    Okay.  Well, I understand that you

17   listed --

18       A    I didn't list everything.

19       Q    Okay.  But as to the ones that you

20   listed, this is a complete and accurate

21   description?

22       A    Correct.

1    for being absent and will not be on the

2    payroll.

3        Q    If you have leave, would you still

4    get paid?

5        A    If I have leave, would I --

6        Q    I'll rephrase.  If you were out on

7    leave, be it sick leave or annual leave, you

8    would still receive a pay check, correct?

9        A    Right.

10       Q    Okay.  So is it fair to say that

11   when you are absent without leave, it means

12   you are absent from work and you no longer

13   have any leave?

14       A    Well, at that time I was -- I had

15   a Sick Leave Bank -- I was on the Sick -- Sick

16   Leave Bank for that time.

17       Q    Okay.  And did that run out?

18       A    It ran out.

19       Q    And once it ran out, you were

20   absent without leave, is that correct?

21       A    Yes, you might say that.  Yes.

22       Q    And when you are on absent without

1    leave status, you do not receive a pay check

2    because you have no more leave left to use?

3              MR. GOLDMAN:  I'm going to object

4    to one thing.  I want clarification, counsel.

5    Is this a general question or is this time-

6    specific?

7              THE WITNESS:  Yes.

8              MR. GOLDMAN:  Are you asking a

9    general question about if you don't -- in

10   general, or are you asking about a particular

11   year?

12             MR. BRUCKHEIM:  It's a general

13   question.

14             MR. GOLDMAN:  It's a general

15   question?  Okay.  You can answer it generally.

16             MR. BRUCKHEIM:  In general.

17             MR. GOLDMAN:  There may be a

18   difference here.

19             You want to repeat the question?

20             THE WITNESS:  Wait a minute.  I

21   have something in my mouth.

22             MR. GOLDMAN:  Okay.  Do you

1       A    I know it is.

2       Q    I'm asking you to confirm what's

3  in your complaint.

4       A    Okay.  In the -- this complaint?

5  Okay.  Let me confirm.  That's correct.

6       Q    Okay.  And then your next sentence

7  you state, "Moreover, from late October 2002

8  to the present time, Respondent continuously

9  denied me a reasonable accommodation by

10  refusing to permit me to return to work since

11  late 10/02 even though I am fully qualified to

12  perform my essential job functions."  Is that

13  correct?

14       A    That's correct.

15       Q    And that is a true statement?

16       A    Yes, sir.

17       Q    Okay.  And you had testified that

18  you'd never received anything in writing

19  notifying you that you were not permitted to

20  return to work at Ballou for that time period,

21  correct?

22       A    Not in writing, but I --

1      Q      I understand.

2      A      Not in writing.

3      Q      Okay.  And you've also testified

4   that you don't have any documents that you

5   wrote to Dr. Bridges or anybody above him

6   claiming that you were being barred from

7   returning to work at Ballou during that time

8   period?

9      A      Dr. Bridges said he did not want

10  me at Ballou.  So why would he send me

11  memorandums or letters telling me to come back

12  to Ballou?

13     Q      I'm asking, after hearing this, if

14  you wrote a letter to Dr. Bridges or to his

15  superiors saying I want to come back to work

16  at Ballou.  I've been medically clear to

17  return to work, but Dr. Bridges won't let me.

18  Please help me.  Did you ever send a memo like

19  that to anyone during this time period in the

20  fall of 2002?

21     A      No.  In fact, I said the very same

22  words to Dr. Bridges about coming back and why

1    was I excluded from coming back to Ballou.

2        Q    Okay.  Over the phone?

3        A    Yes.

4        Q    Okay.  So did you attempt to come

5    back to work after your sick leave concluded

6    in October of 2002?

7        A    No.

8        Q    Did you --

9        A    You said did I attempt to come

10   back?

11       Q    Yes.  Why not just show up for

12   work?

13       A    He had someone else there.  He had

14   hired someone else.

15       Q    He hired somebody else?

16       A    Someone else was there in my room

17   teaching art.

18       Q    Do you know who?

19       A    I had no -- I -- I have -- don't

20   have a clue.  But I was told -- I was told --

21       Q    You were told?

22       A    -- from the office, yes, that

1    someone is there and he told me he didn't want

2    me there.

3         Q    You were told that there was a

4    substitute there?

5         A    I didn't say substitute.

6         Q    Would you have expected that

7    during the time while you were out on sick

8    leave that another teacher would have been

9    obtained in order to fill your spot while you

10   were out?

11        A    At that time or from the time

12   period you're talking about, yes.  Since I

13   told him I would be back in August -- I told

14   him I would be back in September, yes, he

15   would need a substitute for a short period of

16   time.  But during the time that I was

17   contacting him, he had -- he -- he said he

18   didn't want me there, that he was going to

19   transfer me, he was going downtown to get --

20   to fill out the transfer papers and feeling

21   that he didn't want me there and he had more

22   power than I did, I did not know.  I didn't

1    write any memos.

2        Q    Okay.

3        A    No.  That's what he wanted.

4        Q    And you never just showed up for

5    work when you were done with your sick leave,

6    just walk in through the door and say I'm here

7    for work?

8        A    When he said I don't want you

9    there, don't come in?

10       Q    Yes.

11       A    That I'm -- no.

12       Q    You never did that?

13       A    No, I did not.

14       Q    Okay.  In your request for your

15   sick leave you had stated that you were going

16   to undergo extensive physical therapy in

17   August and September of 2002?  Is that right?

18   And again, I'm basing this on what you allege

19   in your complaint in Exhibit 9.

20       A    Okay.  September I contacted Dr.

21   Bridges by phone to request what was my

22   teacher status.  This was after he had said

1     Q     For the time period in 2002,

2   beginning of 2002/2003 school year up until

3   the point that you were placed on leave

4   without pay status, you were on sick leave, is

5   that correct?

6         A     When I was not at Ballou?

7         Q     Yes.

8         A     Is that what you're saying?

9         Q     In 2002 to 2003, prior to the time

10  that you were placed on leave without pay

11  status you were on sick leave, is that

12  correct?

13        A     Sick Leave Bank, yes.

14        Q     Okay.

15        A     Yes.

16        Q     Okay.  And when your therapy

17  concluded in October of 2002, you sought to

18  return to work, is that correct?

19        A     (No audible response.)

20        Q     Ms. Gordon, can I ask what you're

21  looking at?

22        A     My -- it's my time line.

1      Q     Okay.

2      A     That's your -- that's the answer.

3      Q     So you were receiving pay checks

4  during that time between October 2002 up until

5  the time you were placed on leave without pay

6  status?  You were still getting paid, correct?

7      A     Correct.

8      Q     Okay.  Now, I'm going to show you

9  what's been marked as Exhibit 14.

10         MR. BRUCKHEIM:

11                 (Whereupon, the document

12                 was marked as Gordon

13                 Exhibit 14 for

14                 identification.)

15         BY MR. BRUCKHEIM:

16      Q     I'd ask you to take a look at that

17  and tell me if you recognize that letter?

18      A     Okay.

19      Q     Do you recognize this letter?

20      A     Sure.

21      Q     Okay.

22      A     Yes.

1          Q     This is a letter dated February

2     26th, 2003 addressed to you, signed from

3     principal Dr. Bridges.  Is this the letter

4     that you were talking about before that

5     informed you that you were on leave without

6     pay since February 3rd, 2003?

7          A     Yes.

8          Q     Okay.  And this letter informed

9     you that being absent without leave is grounds

10    for disciplinary proceedings, is that correct?

11         A     Yes.

12         Q     Okay.  And in the third paragraph

13    of this letter you were directed to report for

14    duty by 8:30 a.m. on Monday March 10th, 2003,

15    is that correct?

16         A     That's correct.

17         Q     Okay.  And you were told to notify

18    him if you couldn't report due to your being

19    physically incapacitated, is that correct?

20         A     That's right.

21         Q     Okay.  And you did not show up for

22    work by March 10th, 2003, is that correct?

1          A     (No audible response.)

2          Q     Okay.  So this letter directed you

3     to report to work and you did not do so,

4     correct?

5          A     Excuse me?

6          Q     That's correct?

7          A     Oh, excuse me.  That's correct.

8          Q     Okay.  And you have testified that

9     after finishing your physical therapy in

10    October of 2002 you wanted to come back to

11    work but Dr. Bridges told you not to, is that

12    correct?

13         A     That's it.

14         Q     And now we have a letter from Dr.

15    Bridges, Exhibit 14, in which he told you to

16    come back to work by March 10th, but you did

17    not do so, correct?

18         A     Yes.

19         Q     Okay. Now I'm going to show you

20    Exhibit 15.

21                         (Whereupon, the document

22                         was marked as Gordon

1          MR. BRUCKHEIM:  Madam court

2     reporter, for the record, his last name is

3     spelled M-B-U-A-L-U-N-G-U.

4          BY MR. BRUCKHEIM:

5          Q     And, Ms. Gordon, this is a letter

6     that's dated March 7th, 2003, is that correct?

7          A     Yes.

8          Q     And in this letter Dr. Emmanuel

9     states that you have been released to return

10    to work with certain limitations, correct?

11         A     Yes.

12         Q     And specifically those limitations

13    are decreased standing and walking time,

14    correct?

15         A     That's correct.

16         Q     Okay.  So as of March 7th, 2003,

17    you were medically cleared by your doctor to

18    return to work, correct?

19         A     He -- okay.  He --

20         MR. GOLDMAN:  Just --

21         THE WITNESS:  Yes.  Okay.  Okay.

22         BY MR. BRUCKHEIM:

1    to work.  And if I cover some questions that we may

2    have asked before, please forgive me.  I have an idea

3    where we left off, but I may need to ask a few

4    questions just to get us rolling again.

5                      DIRECT EXAMINATION

6              BY MR. BRUCKHEIM:

7         Q    Do you recall receiving that letter,

8    that's Exhibit 19?

9         A    Yes.

10        Q    Okay.  When you received that letter, did

11   you return to work in the 2002-2003 school year, after

12   you received that letter from Ms. Jones?

13        A    2003 school year?

14        Q    It would be 2002-2003 school year, which

15   means you would have returned to work either in April,

16   or May, or June of 2003.

17        A    No.

18        Q    You did not.

19        A    No.

20        Q    Why didn't you return to work after

21   receiving that letter telling you that you were

22   cleared to return to work?

272

1    exit doors in my classroom to get out, but I went out

2    - the kids helped me out, and we went out through the

3    front door.

4         Q    Okay.  Do you recall when this was?

5         A    No, but I put the clipping in my files.

6         Q    It was in the newspaper?

7         A    Right.

8         Q    Okay.  Do you recall if it was before or

9    after 2000?

10         A    I can't recall right now.

11         Q    Okay.  Ms. Gordon, I think I asked you

12    this.  I'm going to ask you a bunch of questions about

13    your condition, so I'll start just by asking what,

14    again as a base question, what is your alleged

15    disability?

16         A    Alleged?

17         Q    Yes.

18         A    I have degenerative arthritis in both

19    knees, both hips, in my back.  I have high blood

20    pressure.  I have a thyroid condition.

21         Q    Okay.  And that condition makes it

22    difficult for you to walk.  Correct?