# Exhibit 2

**CHARGE OF DISCRIMINATION**

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 100A300339 |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

__D.C. Office Of Human Rights__ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Murielene E. Gordon | (202) 636-8606 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1022 Bryant St., N.E., Washington, DC 20018 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| DC Public Schools | Cat D (501 +) | (202) 442-7866 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 825 N. Capitol St., N.E., 9th Floor, Washington, DC 20002-4232 | | 001 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST — LATEST  04/08/2003
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. In 1979, I commenced working for Respondent as a Teacher. From 1990 until the present time, I have been employed as a Teacher at Respondent's Ballou Sr. High School. I have a disability under the Americans with Disabilities Act of 1990 which substantially limits major life activities. During the period extending from 1999 to 2002, I requested and was denied various reasonable accommodations (e.g., elimination of cold temperature problems in my classroom, denial of a key to an emergency exit classroom door and the relocation of staff development and other administrative meetings). Additionally, in 7/02, I made a request to Dr. Art Bridges, Principal, for a reasonable accommodation (i.e., approved sick leave from work from early 9/02 until late 10/02 to obtain extensive physical therapy coupled with the opportunity to return to work in late 10/02) with respect to my disability. Subsequently, in 8/02, Dr. Art Bridges told me he felt that Ballou was not the place for me, that I was a "liability at Ballou" and that he was going to fill out paperwork for my transfer. Moroever, from late 10/02 to the present time, Respondent has continuously denied me a reasonable accommodation by refusing to permit me to return to work since late 10/02 even though I am fully qualified to perform my essential job functions. Also, on approximately 2/27/03, in connection with this denial of reasonable accommodation,

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*Murielene E. Gordon*

Date 4/18/03  Charging Party (Signature)

SIGNATURE OF COMPLAINANT
*Murielene E. Gordon*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

EEOC FORM 5 (Rev. 07/99)

Exh. 9

Apr 17 16:51 2003   CP Initials _____   Chg # 100A300339, Attachment Page 1

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

Respondent placed me on a "leave without pay/AWOL" status. From 1999 until 10/02, I was harassed in various ways including being subjected to verbal abuse (i.e., condescending and demeaning remarks) and being denied a replacement key to my classroom. All of this adverse treatment created a very hostile work environment for me. In 3/03, I filed an internal EEO complaint against Respondent alleging disability and age discrimination. On 4/2/03, written notification was mailed to Respondent indicating that I filed a charge of discrimination (#100A300339) against it under the ADA and the ADEA. Thereafter, in retaliation for filing the EEOC charge, Respondent never contacted me to discuss or investigate the internal EEO complaint and dismissed it as unsubstantiated on 4/8/03.

II. I was given no reason for the adverse treatment.

III. I believe that I have been discriminated against in violation of the Americans with Disabilities Act of 1990 (ADA). Furthermore, I believe that I have been discriminated against based upon my age, 59, in violation of the Age Discrimination in Employment Act of 1967, as amended (ADEA). Finally, I was retaliated against in violation of the ADA and the ADEA.

RECEIVED APR 2 8 2003