## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURIELENE GORDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1907 (EGS) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter, having come before the Court on defendant District of Columbia's Renewed Motion for Summary Judgment, its supporting Memorandum of Points and Authorities, and the entire record herein, including plaintiff's opposition, it is, this ____ day of _____, 200_,

ORDERED; that the said motion be, and hereby is, GRANTED for the reasons set forth in the motion; and it is,

FURTHER ORDERED; that the judgment be entered on behalf of the defendant District of Columbia.

_____
The Honorable Judge Sullivan
United States District Court
for the District of Columbia