# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON, ) | |
| ) | CA No.: 05-1907 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Emmet G. Sullivan |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of the arguments, submissions, representations of the parties, it is hereby ORDERED that the Defendant's Renewed Motion for Summary Judgment is hereby DENIED;

FURTHER ORDERED that Plaintiff's attorney shall submit an itemized petition for fees under 42 U.S.C. Sec.1988 within 30 calendar days of the date of this Order, utilizing the Laffey Matrix and providing supporting documentation, that Defendant shall respond to said petition within 15 days of Plaintiff's filing;

FURTHER ORDERED that a status conference will be held in this matter on the __day of_____, 2008 at _____.

Dated:                                                    _____

                                                         HONORABLE EMMET G. SULLIVAN

                                                         United States District Court

                                                         for the District of Columbia