Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 1



Ballou Senior High #452 — first floor