Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 6

**06/19/06: Gordon v D.C.: Depo: David Atkinson**

PAGE 1 TO PAGE 135

**NEAL R. GROSS & CO., INC.**

(202) 234-4433

**CONDENSED TRANSCRIPT AND CONCORDANCE**
PREPARED BY:

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE., NW*
*WASHINGTON, DC   20005*
*Phone:   (202) 234-4433*

was done –
(7) **A Handicap, yes, were done in the student** (8) **restrooms.**
(9) Q In the student restrooms?
(10) **A Yes.**
(11) Q Okay. And that was the work that was (12) done in 2001?
(13) **A Yes.**
(14) Q Okay. I'm asking you, Mr. Atkinson, (15) were the faulty bathrooms handicapped accessible prior (16) to 2001?
(17) **A No.**
(18) Q They were not. And how do you know (19) that, sir? Because you saw them?
(20) **A I was part of the process when they did** (21) **the remodeling of the restrooms.**
(22) Q Okay. Now, the remodeling that was done

Page 46

(1) in 2001, that was not done – was that done on faculty (2) restrooms?
(3) **A It was done on faculty also, like, you** (4) **know, partitions.**
(5) Q But not to make it handicapped –
(6) **A No. No. The main objective was for the** (7) **student restrooms, handicap accessibility.**
(8) Q Okay. Is there – in 2001, or 2000 – (9) school year 2001 to start – I know counsel's got (10) objections in terms of year, and it's on the record. (11) Was there a handicapped accessible bathroom for (12) faculty?
(13) **A No.**
(14) Q How about 2002?
(15) **A No.**
(16) Q 2003?
(17) **A No.**
(18) Q 2004?
(19) **A No.**
(20) Q Now? Five?
(21) **A No.**
(22) Q Okay. Now, the nurse's bathroom, work

(7) **A Yes.**
(8) Q When I say nurse's bathroom, I'm bathroom in the health suite. Is (10) that h sir?
(11) **A Yes.**
(12) Q Okay. So we're talking about the (1 nurse's – when you say, "privately (14) mai tell me what you mean by that?
(15) **A That facility was maintained by** l Community Hospital.
(17) Q Because?
(18) **A They had a program set up in the dents that are having – instead of havir different situations, it would be in ho wasn't real serious.**
(22) Q Okay. So that part was owned and

Page 48

(1) operated – that was operated by Far Sou
(2) **A Yes. Far Southeast, and then DC** over.
(4) Q When did DC General take over?
(5) **A I think that was –**
(6) Q Approximately?
(7) **A I think it may be in 2003, when DC over, 2002, 2003. I don't remember** (9) ex:
(10) Q Okay. And is it correct to say that i course of your day, you wouldn't go into it (1: because it was under a contract? (13) Well let In the normal course of (14) doing your inspec ing that you've (15) described, would you ins suite, the (16) health suite?
(17) **A Yes.**
(18) Q Would you go into the bathroom?
(19) **A Yes.**
(20) Q Okay. So you would?
(21) **A Yes.**
(22) Q Okay. And you would go into all the

Page 133

(1) that -- what you talked to Ms. Gordon about, the stuff (2) on the --
(3) **A Univent, yes.**
(4) Q Approximately what month and what year (5) was that, sir?
(6) **A It was on the heating part of the (7) season, so I couldn't tell you exactly what month it (8) was. It was during the heating part of the season. (9) That's all I can tell you. I don't know which month.**
(10) Q Does that mean winter?
(11) **A Yes.**
(12) Q Okay. What year, approximately? What (13) school year?
(14) **A I don't know when she started (15) complaining about the condition. Well, it didn't (16) start until she was -- she was out for a period of (17) time. When she came back.**
(18) Q So it was after she came back?
(19) **A Yes.**
(20) Q Thank you very much. That's all
(21) MR. BRUCKHEIM: Let me just ask two more (22) questions, just to clean up, clean up your mess,

Page 134

(1) counsel.
(2) MR. GOLDMAN: My Mess?
(3) MR. BRUCKHEIM: I know. I'm just (4) teasing you. (5) RECROSS EXAMINATION
(6) BY MR. BRUCKHEIM:
(7) Q Mr. Atkinson, after the new health suite (8) was constructed, you have testified that Ms. Gordon (9) did not have a key to the health suite?
(10) **A Correct.**
(11) Q However, during school hours, could Ms. (12) Gordon access the bathroom that was inside the health (13) suite?
(14) **A Yes.**
(15) Q Okay. Thank you. (16) REREDIRECT EXAMINATION
(17) BY MR. GOLDMAN:
(18) Q Because she had a -- she could access it (19) with a separate key? She had a separate key?
(20) **A The nurse would be in there. That's the (21) only way she would access to --**
(22) Q And if the nurse was not there, she

Page 135

(1) couldn't.
(2) **A She would not have access to it.**
(3) Q Thank you.
(4) MR. GOLDMAN: I think we have -- we've (5) probably done --
(6) MR. BRUCKHEIM: Now it's clear.
(7) MR. GOLDMAN: Crystal. Oka. Mr. (8) Atkinson, you have the opportunity to review your (9) statement, or you can waive signature. We said we may (10) recall you. I don't think it's going to be likely, (11) but, I mean, in the event it happens, don't be shocked (12) totally.
(13) WITNESS: Okay.
(14) MR. GOLDMAN: It's up to you. You can (15) review it, or you are free to waive the signature on (16) the document, in which it'll stand as is.
(17) WITNESS: I'll waive mine.
(18) MR. GOLDMAN: Okay.
(19) MR. BRUCKHEIM: Okay.
(20) (Whereupon, at 12:14 p.m., the taking of (21) deposition in the above-entitled matter was concluded, (22) signature having been waived.)