Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 8



**Ballou Senior High School**
3401 Fourth Street, S.E.
Washington, D.C. 20032

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

(202) 645-3400
(202) 645-3397 (FAX)

Received keys to Sendll Suite on Aug. 27, 2003 at 10:50 am.

Murielene E. Gordon