Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 9

FROM :Y  FAX NO. :6368606  Sep. 08 2007 12:15PM P1



**District of Columbia Public Schools**

**Frank W. Ballou Senior High School**
3401 4th Street S.E.
Washington, D.C. 20032

(202) 645-3400
(202) 645-3397 (Fax)

## MEMORANDUM

**TO:**   Ms. Valarie Jones
         Labor Relations

**FROM:** Dr. Richard Gross
         Assistant Principal
         Ballou Senior High School

**REF:**  Evacuation Plan

**DATE:** July 20, 2004

Pursuant to our meeting with Mrs. Murilene Gordon and her attorney, I am forwarding the Emergency Evacuation Plan. This plan will identify the teachers responsible for the horseshoe area where Mrs. Gordon's room is located. Also, the key to the top lock of the nurse's suite is a master key. The master key can open practically all locks in the building with a very few exceptions. Because Mrs. Gordon has had a history of losing several keys issued to her and because of the importance and vital purpose of this key, it would be extremely unwise to issue a master key to her.

However, I would like to suggest that the nurses in the health suite have made the availability of this rest room accessible to her. I will personally facilitate this availability.

If there are further questions, please contact me at (202) 546-3400.