Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 10

## EMMANUEL T. MBUALUNGU, M.D.

106 Irving Street N.W., Suite 403
Washington, DC 20010-2927
Telephone: (202) 291-1645
Fax: (202) 723-8160

July 2, 2002

Re: Murielene Gordon

To whom it may concern,

Msr Gordon has severe osteoarthritis, hypertension, hypothyroidism and hypoparathyroidism. She suffers a great deal of pain from her arthritis, which significantly limits her standing or walking. Sitting for a long time also bothers her. She's seeing a podiatrist for a right Achilles tendinitis, which compounds on her problems.

Sincerely,

Emmanuel Mbualungu, MD



# Washington Hospital Center

Department of Orthopaedic Surgery

July 23, 2002

TO WHOM IT MAY CONCERN:

Ms. Murilene Gordon was seen in this office on June 13, 2002. At that time, she was examined, x-rayed, and diagnosed with tricompartmental osteoarthritis of both of her knees. This means that she has difficulty going up and down stairs. If she could avoid such activities it would be helpful and less painful for her. If there are further questions please call us at 202-877-6664.

Sincerely,

Doreen DiPasquale, MD
Department of Orthopaedic Surgery

Stephen F. Gunther, MD
Chairman

Doreen DiPasquale, MD
Orthopaedic Surgery

*MedStar Health*

110 Irving Street, NW, Washington, DC 20010-2975