Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 12

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058
JOB 1:     MAA S01   15 12
Social Security Number:    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
Taxable Marital Status:    SINGLE
Exemptions/Allowances:
   Federal: 1
   State: 1

Check/Advice No:   8365
SALARY:   49,399.00
NAME: GORDON, MURIELENE E

Period Ending:   11/02/2002
Pay Date:   11/15/2002

2002 FEHB & DCEHB OPEN SEASON ENROLLMENT: 11/11-12/09/02,
CONTACT PERSONNEL TO SUBMIT NEW AND ENROLLMENT CHANGES.
ENROLL NOW AT UDC FOR SPRING 2003 COURSEWORK.

| Accrued Benefits | this period | year to date | Taxable Wages | this period | year to d |
|---|---|---|---|---|---|
| VACATION | .00 | 4.00 | FEDERAL | 1,629.56 | 37,887. |
| SICK | .00 | 294.00- | STATE | 1,629.56 | 37,887. |
| DC COMP TIME | .00 | .00 | MEDICARE | 1,729.56 | 40,187. |
| FLSA COMP TIME | .00 | .00 | RETIREMENT | 1,900.00 | 44,152. |

| Earnings | Rate | Hours | this period | year to date | Statutory Deductions | this period | year to da |
|---|---|---|---|---|---|---|---|
| SICK PAY | 23.75 | 80.00 | 1,900.00 | 12,549.03 | MEDICARE | 25.07 | 582. |
| | | | | | FEDERAL TX | 245.35 | 5,753. |
| | | | | | STATE T-DC | 112.42 | 2,533. |

| Other Deductions | this period | year to d |
|---|---|---|
| TAX SHELT | 100.00 | 2,300. |
| PRETAX HLT | 37.44 | 873. |
| RETR EE PR | 133.00 | 3,090. |
| DC B LIFE | 4.08 | 91. |
| UNION DUES | 23.20 | 646. |

| Gross Pay | 1,900.00 | | Net Pay | 1,219.44 |
|---|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058
JOB 1:        MAA S01   15 12
Social Security Number:        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
Taxable Marital Status:        SINGLE
Exemptions/Allowances:
  Federal:        1
  State:          1

Check/Advice No:   8375
SALARY:            49,399.00
NAME: GORDON, MURIELENE E

Period Ending: 11/16/2002
Pay Date:      11/29/2002

ENERGY EXPO 12/5, GALLAUDET UNIV, FOR INFO CALL 727-3071.
THE MAYOR'S ARTS AWARDS 12/9, 7:30 PM, AT THE LINCOLN
THEATRE. CALL 724-1400 TO RSVP.

| Accrued Benefits | | | this period | year to date | Taxable Wages | this period | year to date |
|---|---|---|---|---|---|---|---|
| VACATION | | | .00 | 4.00 | FEDERAL | 1,629.56 | 39,517.46 |
| SICK | | | .00 | 366.00- | STATE | 1,629.56 | 39,517.46 |
| DC COMP TIME | | | .00 | .00 | MEDICARE | 1,729.56 | 41,917.46 |
| FLSA COMP TIME | | | .00 | .00 | RETIREMENT | 1,900.00 | 46,052.34 |

| Earnings | Rate | Hours | this period | year to date | Statutory Deductions | this period | year to date |
|---|---|---|---|---|---|---|---|
| SICK PAY | 23.75 | 72.00 | 1,710.00 | 14,259.03 | MEDICARE | 25.08 | 607.80 |
| HOLIDAY | 23.75 | 8.00 | 190.00 | 1,673.80 | FEDERAL TX | 245.35 | 5,998.50 |
| | | | | | STATE T-DC | 112.42 | 2,645.91 |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 2,400.00 |
| PRETAX HLT | 37.44 | 911.18 |
| RETR EE PR | 133.00 | 3,223.70 |
| DC B LIFE | 4.08 | 95.99 |
| UNION DUES | 21.04 | 667.12 |

| Gross Pay | 1,900.00 | | Net Pay | 1,221.59 |
|---|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058  
JOB 1:        MAA S01   15 12  
Social Security Number:        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  
Taxable Marital Status:        SINGLE  
Exemptions/Allowances:  
  Federal:        1  
  State:          1  

Check/Advice No:   8553  
SALARY:            49,399.00  
NAME: GORDON,MURIELENE E  

Period Ending:  11/30/2002  
Pay Date:       12/13/2002  

PLEASE JOIN MAYOR WILLIAMS AS HE HOSTS A FORUM, CRIME & PREVENTION, 12/12/02, DUNBAR HIGH SCHOOL, 1301 NJ AVE., N.W., 6-9 PM.  FOR MORE INFO, CALL (202) 442-8150.

| Accrued Benefits | this period | year to date | Taxable Wages | this period | year to date |
|---|---|---|---|---|---|
| VACATION | .00 | 4.00 | FEDERAL | 1,629.56 | 41,147.02 |
| SICK | .00 | 438.00- | STATE | 1,629.56 | 41,147.02 |
| DC COMP TIME | .00 | .00 | MEDICARE | 1,729.56 | 43,647.02 |
| FLSA COMP TIME | .00 | .00 | RETIREMENT | 1,900.00 | 47,952.34 |

| Earnings | Rate | Hours | this period | year to date | Statutory Deductions | this period | year to date |
|---|---|---|---|---|---|---|---|
| SICK PAY | 23.75 | 72.00 | 1,710.00 | 15,969.03 | MEDICARE | 25.08 | 632.88 |
| HOLIDAY | 23.75 | 8.00 | 190.00 | 1,863.80 | FEDERAL TX | 245.35 | 6,243.85 |
|  |  |  |  |  | STATE T-DC | 112.42 | 2,758.33 |

| Other Deductions | this period | year to date |
|---|---|---|
| TAX SHELT | 100.00 | 2,500.00 |
| PRETAX HLT | 37.44 | 948.62 |
| RETR EE PR | 133.00 | 3,356.70 |
| DC B LIFE | 4.08 | 100.07 |
| UNION DUES | 16.72 | 683.84 |

| Gross Pay | 1,900.00 | Net Pay | 1,225.91 |
|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058
JOB 1:        MAA S01   15  12
Social Security Number:    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
Taxable Marital Status:    SINGLE
Exemptions/Allowances:
  Federal:    1
  State:      1

Check/Advice No:   8504
SALARY:    49,399.00
NAME: GORDON,MURIELENE E

DISCOVER THE NEW DC INTRANET AT WWW.IN.DC.GOV
WE ARE ONE CITY, ONE GOVERNMENT.

Period Ending: 12/14/2002
Pay Date:      12/27/2002

| Accrued Benefits | this period | year to date | Taxable Wages | this period | year to d |
|---|---|---|---|---|---|
| VACATION | .00 | 4.00 | FEDERAL | 1,629.56 | 42,776. |
| SICK | .00 | 494.00- | STATE | 1,629.56 | 42,776. |
| DC COMP TIME | .00 | .00 | MEDICARE | 1,729.56 | 45,376. |
| FLSA COMP TIME | .00 | .00 | RETIREMENT | 1,900.00 | 49,852. |

| Earnings | Rate | Hours | this period | year to date | Statutory Deductions | this period | year to da |
|---|---|---|---|---|---|---|---|
| SICK PAY | 23.75 | 56.00 | 1,330.00 | 17,299.03 | MEDICARE | 25.08 | 657. |
| PAID LEAV | 23.75 | 24.00 | 570.00 | 9,445.71 | FEDERAL TX | 245.35 | 6,489. |
|  |  |  |  |  | STATE T-DC | 112.42 | 2,870. |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 2,600.( |
| PRETAX HLT | 37.44 | 986.( |
| RETR EE PR | 133.00 | 3,489. |
| DC B LIFE | 4.08 | 104. |
| UNION DUES | 21.04 | 704.8 |

| Gross Pay | 1,900.00 | | Net Pay | 1,221.59 |
|---|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058  
JOB 1:    MAA S01  15 12  
Social Security Number:    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  
Taxable Marital Status:    SINGLE  
Exemptions/Allowances:  
  Federal:    1  
  State:      1  

Check/Advice No:   8481  
SALARY:   49,399.00  
NAME: GORDON, MURIELENE E  

Period Ending: 12/28/2002  
Pay Date:      01/10/2003  

| Accrued Benefits | this period | year to date |
|---|---|---|
| VACATION | .00 | 4.00 |
| SICK | .00 | 566.00- |
| DC COMP TIME | .00 | .00 |
| FLSA COMP TIME | .00 | .00 |

| Taxable Wages | this period | year to date |
|---|---|---|
| FEDERAL | 1,629.56 | 1,629.56 |
| STATE | 1,629.56 | 1,629.56 |
| MEDICARE | 1,729.56 | 1,729.56 |
| RETIREMENT | 1,900.00 | 1,900.00 |

| Earnings | Rate | Hours | this period | year to date |
|---|---|---|---|---|
| SICK PAY | 23.75 | 72.00 | 1,710.00 | 1,710.00 |
| HOLIDAY | 23.75 | 8.00 | 190.00 | 190.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| MEDICARE | 25.08 | 25.08 |
| FEDERAL TX | 242.75 | 242.75 |
| STATE T-DC | 112.42 | 112.42 |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 100.00 |
| PRETAX HLT | 37.44 | 37.44 |
| RETR EE PR | 133.00 | 133.00 |
| DC B LIFE | 4.08 | 4.08 |
| UNION DUES | 21.04 | 21.04 |

| Gross Pay | 1,900.00 | Net Pay | 1,224.19 |
|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058  
JOB 1:     MAA S01   15 12  
Social Security Number:      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  
Taxable Marital Status:      SINGLE  
Exemptions/Allowances:  
  Federal:      1  
  State:        1  

Check/Advice No:   8508  
SALARY:      49,399.00  
NAME: GORDON, MURIELENE E  

Period Ending:  01/11/2003  
Pay Date:       01/24/2003  

| Accrued Benefits | this period | year to date |
|---|---|---|
| VACATION | .00 | 4.00 |
| SICK | .00 | 638.00- |
| DC COMP TIME | .00 | .00 |
| FLSA COMP TIME | .00 | .00 |

| Taxable Wages | this period | year to date |
|---|---|---|
| FEDERAL | 1,629.56 | 3,259.12 |
| STATE | 1,629.56 | 3,259.12 |
| MEDICARE | 1,729.56 | 3,459.12 |
| RETIREMENT | 1,900.00 | 3,800.00 |

| Earnings | Rate | Hours | this period | year to date |
|---|---|---|---|---|
| SICK PAY | 23.75 | 72.00 | 1,710.00 | 3,420.00 |
| HOLIDAY | 23.75 | 8.00 | 190.00 | 380.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| MEDICARE | 25.08 | 50.16 |
| FEDERAL TX | 242.75 | 485.50 |
| STATE T-DC | 112.42 | 224.84 |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 200.00 |
| PRETAX HLT | 37.44 | 74.88 |
| RETR EE PR | 133.00 | 266.00 |
| DC B LIFE | 4.08 | 8.16 |
| UNION DUES | 21.04 | 42.08 |

| Gross Pay | 1,900.00 |
|---|---|

| Net Pay | 1,224.19 |
|---|---|

### GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058  
JOB 1:    MAA S01   15 12  
Social Security Number:    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  
Taxable Marital Status:    SINGLE  
Exemptions/Allowances:  
   Federal:    1  
   State:    1  

Check/Advice No:   8541  
SALARY:    49,399.00  
NAME: GORDON, MURIELENE E  

Period Ending: 01/25/2003  
Pay Date:      02/07/2003  

FOR FAST RETURNS, FILE ONLINE FREE WITH ELECTRONIC TAXPAYER SERVICE CTR, WWW.CFO.DC.GOV AND CLICK TAXPAYER SERVICES" OR FILE VIA EFILE OR TELEFILE.

| Accrued Benefits | this period | year to date |
|---|---|---|
| VACATION | .00 | 4.00 |
| SICK | .00 | 710.00- |
| DC COMP TIME | .00 | .00 |
| FLSA COMP TIME | .00 | .00 |

| Taxable Wages | this period | year to date |
|---|---|---|
| FEDERAL | 1,629.56 | 4,888.6 |
| STATE | 1,629.56 | 4,888.6 |
| MEDICARE | 1,729.56 | 5,188.6 |
| RETIREMENT | 1,900.00 | 5,700.0 |

| Earnings | Rate | Hours | this period | year to date |
|---|---|---|---|---|
| SICK PAY | 23.75 | 72.00 | 1,710.00 | 5,130.00 |
| HOLIDAY | 23.75 | 8.00 | 190.00 | 570.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| MEDICARE | 25.08 | 75.2 |
| FEDERAL TX | 242.75 | 728.2! |
| STATE T-DC | 112.42 | 337.2( |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 300.00 |
| PRETAX HLT | 37.44 | 112.32 |
| RETR EE PR | 133.00 | 399.00 |
| DC B LIFE | 4.08 | 12.24 |
| UNION DUES | 21.04 | 63.12 |

| Gross Pay | 1,900.00 | | Net Pay | 1,224.19 |
|---|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058  
JOB 1:    MAA S01  15 12  
Social Security Number:    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  
Taxable Marital Status:    SINGLE  
Exemptions/Allowances:  
 Federal:    1  
 State:    1  

Check/Advice No:    9015  
SALARY:    49,399.00  
NAME: GORDON,MURIELENE E  

Period Ending:    02/22/2003  
Pay Date:    03/07/2003  

JOIN US, SAT., 3/15/03, 8:30 AM FOR ANNUAL DC PUBLIC SCHOOLS PARENTS & COMMUNITY CONFERENCE AT UDC 4200 CONN. AVE., NW, WORKSHOPS, CHILDCARE & INFO.

| Accrued Benefits | this period | year to date | Taxable Wages | this period | year to date |
|---|---|---|---|---|---|
| VACATION | .00 | 4.00 | FEDERAL | 79.26 | 4,967.9 |
| SICK | .00 | 710.00- | STATE | 79.26 | 4,967.9 |
| DC COMP TIME | .00 | .00 | MEDICARE | 179.26 | 5,367.9 |
| FLSA COMP TIME | .00 | .00 | RETIREMENT | 190.00 | 5,890.0 |

| Earnings | Rate | Hours | this period | year to date | Statutory Deductions | this period | year to date |
|---|---|---|---|---|---|---|---|
| ADMIN PAY | | | 40.00 | | MEDICARE | 2.60 | 77.84 |
| HOLIDAY | 23.75 | 8.00 | 190.00 | 760.00 | FEDERAL TX | | 728.25 |
| | | | | | STATE T-DC | | 337.26 |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 400.00 |
| PRETAX HLT | 37.44 | 149.76 |
| RETR EE PR | 13.30 | 412.30 |
| DC B LIFE | 4.08 | 16.32 |
| UNION DUES | 21.04 | 84.16 |

| Gross Pay | 230.00 | Net Pay | 51.54 |
|---|---|---|---|

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

Organization ID: 02-72-108-058  
JOB 1:     MAA S01  15 12  
Social Security Number:     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  
Taxable Marital Status:     SINGLE  
Exemptions/Allowances:  
   Federal:     1  
   State:     1  

Check/Advice No:   8695  
SALARY:    51,869.00  
NAME: GORDON,MURIELENE E  

Period Ending: 04/19/2003  
Pay Date:      05/02/2003  

HAVE YOU FILLED OUT A BENEFICIARY FORM WITH ING FOR DEFERRED COMP? CALL 1-800-584-6001.  EMPLOYEES IN 403(B) PLANS CAN PARTICIPATE IN DEFERRED COMP, 202-442-9749.

| Accrued Benefits | this period | year to date |
|---|---|---|
| VACATION | .00 | 4.00 |
| SICK | .00 | 710.00- |
| DC COMP TIME | .00 | .00 |
| FLSA COMP TIME | .00 | .00 |

| Taxable Wages | this period | year to date |
|---|---|---|
| FEDERAL | 778.85 | 5,746.7! |
| STATE | 778.85 | 5,746.7! |
| MEDICARE | 878.85 | 6,246.7! |
| RETIREMENT | 997.48 | 6,887.4! |

| Earnings | Rate | Hours | this period | year to date |
|---|---|---|---|---|
| PAID LEAV | 24.94 | 40.00 | 997.48 | 997.48 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| MEDICARE | 12.74 | 90.58 |
| FEDERAL TX | 72.60 | 800.85 |
| STATE T-DC | 41.00 | 378.26 |

| Other Deductions | | |
|---|---|---|
| TAX SHELT | 100.00 | 500.00 |
| PRETAX HLT | 48.81 | 198.57 |
| RETR EE PR | 69.82 | 482.12 |
| DC B LIFE | 4.24 | 20.56 |
| UNION DUES | 21.04 | 105.20 |

| Gross Pay | 997.48 |
|---|---|

| Net Pay | 627.23 |
|---|---|