Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 15

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
*Equal Employment Opportunity Office*
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002-4232
202/442-4080, fax: 202/442-5315
www.k12.dc.us**

## Pre-Complaint Questionnaire
(For information only. This information does not constitute a basis for filing a formal complaint)

Name: Gordon, Murielene    E
   Last    First    Middle Initial

Address: 1022 Bryant Street N.E    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
   Street    Social Security

Washington    D.C.    20018
   City    State    Zip Code

Telephone: (   )    202-636-8606
   Work    Home

Present Position: Teacher (Art)    Location: Ballou

I prefer to be contacted by phone: [ ] at work  [X] at home
Time: 9:30am - 5:00pm    Day(s) of the week: Mon - Fri

### Person to contact if you cannot be reached

Name: Mrs. Michelle Rennie

Address: 1022 Bryant St. NE Wash. D.C. 20018
   Street    City    State    Zip

### I wish to file a complaint against

Name/Title: Dr. Art Bridges (DCPS)    Telephone: (202) 645-3400

Address: 825 North Capitol St. NW
   Street    City    State    Zip
Washington D.C.

MAR 6 2003

1. Were you discriminated against because of your:   (check boxes)

   [ ] Race             [ ] National Origin        [ ] Marital Status
   [ ] Color            [ ] Sexual Orientation     [ ] Personal Appearance
   [ ] Sex              [ ] Matriculation          [ ] Political Affiliation
   [ ] Religion         [X] Physical Handicap      [ ] Family Responsibilities
   [ ] Creed            [X] Age                    [ ] Preference
   [ ] Source of Income [ ] Citizen Status         [ ] Place of Residence or business
   [ ] Membership or Non-Membership in an Employee Organization

2. How do you feel you were discriminated against?

   [ ] Sexual Harassment   [ ] Termination    [ ] Denied Promotion
   [ ] Denied Employment   [ ] Retaliation    [X] Differential Treatment

3. Date(s) of alleged discrimination against: _School year 9/2002 - 2003_

4. List the reason(s) given by your employer for the action taken against you. What information do you have to indicate that you were treated differently because of discrimination. (Attach additional pages, if necessary.)

   _See attached copies_

5. What remedy are you seeking through DCPS? _I wish to be transferred from Ballou and minus sick leave deleted_

6. Did you file a Union grievance? [ ] Yes    [X] No    If so, what happen?

7. List "witnesses" who you feel can provide evidence in your support:

| Name | Title | Telephone |
|------|-------|-----------|
|      |       |           |

8. Have you attempted to resolve your problem by discussing the matter with a representative of management?
   [X] Yes   [ ] No   If yes, list name of the person(s) contacted. *Mrs. Aileen Baker, Dept of Human Resources DCPS*

9. Give the name of your Union _____

10. Did you file a complaint with the Equal Employment Opportunity Commission (EEOC)? *Yes*

11. Did you file a complaint with the D.C. Office of Human Rights? [ ] Yes  [X] No

12. Do you have an attorney? If so, please give name.

| Name | Title | Telephone |
|------|-------|-----------|
| Charles D. Goldman, Atty at Law | | 466-7530 |

Signature: *Murielene E. Gordon*　　　　Date: 3/3/03

For official use only.

|  |
|--|
|  |
|  |
|  |
|  |
|  |

*Equal Employment Opportunity Office, January 2001*