Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 17

 **DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of Human Resources*
*Office of Employee Services*
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002-4232
202/442-5424, fax: 202/442-5315
www.k12.dc.us

April 8, 2003

Ms. Murielene Gordon
1022 Bryant Street, NE
Washington, DC 20018

Re: Pre-Complaint Questionnaire

Dear Ms. Gordon:

I have reviewed the above referenced matter in accordance with 4 DCMR Section 105, entitled "Pre-Complaint Processing." Having made an inquiry and review of the matter, I am of the belief that the District of Columbia acted properly. Hence, your allegation of discrimination is unsubstantiated.

Accordingly, at this juncture, I consider the matter closed. However, you may file a formal complaint within fifteen (15) calendar days of the date of this letter with the:

> DC Office of Human Rights
> 441 4TH Street, NW, Suite 570N
> Washington, DC 20001
> Telephone: 202-727-4559

Additionally, you may contact:

> US Equal Employment Opportunity Commission
> 1400 L Street, NW, Suite 300
> Washington, DC 20005
> Telephone: 202-275-7377

Sincerely,

Valarie A. Jones
EEO Counsel

cc: Gerrie McCottry