Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 21

June 27, 2003

Dr. Art Bridges
Ballou Senior High School
3401- 4th Street S.E.
Washington, D.C.  20032

Dear Dr. Bridges:

I was disappointed that you did not attend the June 19th meeting scheduled at Ballou Senior High School. However, while attending the meeting, I was informed by your EEO Counsel, Ms. Valarie Jones, that I will be relocated to Mr. Wald's room (artroom 112).

I am writing this letter to inform you that my personal belongings, supplies, etc., that was in room 111, can be boxed and I will delegate someone to come to Ballou and pick them up.  Contact me as to the time and date this can be done.

Thank you for your time and consideration.

                                  Sincerely,

                                  Murielene E. Gordon

July 31, 2003

Dr. Art Bridges
Ballou Senior High School
3401 - 4th Street, S. E.
Washington, D.C. 20032

Dear Dr. Bridges;

I am writing this letter as a follow-up to the June 27th letter to you. I was informed by your EEO Counsel, Ms. Valarie Jones, that art supplies and materials from art room 111, were thrown in the trash. I need some clarification from you, concerning the present status of DCPS art supplies and materials and art / educational materials that I purchased or created.

During the June 19th meeting at Ballou, we were invited into my old classroom, room 111, and I noticed that my art posters (I purchased them), teacher-made art visuals and educational posters (I created them) were still on the walls. I did not go into the storage rooms, therefore, I can not comment on what was left that I purchased or created in those rooms.

My questions to you are: were the art tools and materials that I purchased and brought to Ballou thrown in the trash or transferred to room 112? Secondly, will the DCPS art tools, text books, and educational materials, that were in the storage rooms in room 111, during my tenure, be transferred to room 112 or will they stay in room 111? Lastly, If the art supplies from room 111 will not be transferred, will art supplies be supplied to me to teach my students?

Thank you for your time and consideration.

                                        Sincerely,

                                        Murielene E. Gordon