Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 22

# District of Columbia Public Schools

## Service Order Browse Report
Sorted by Service Order #

### Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-200330575 | 05/22/2003 | | Ballou          !! EMERGENCY !! | 452-X | | 0.00 | 0.00 |
| | | | First Floor - Classroom # 112 | | | | |
| FM-200330730 | 05/27/2003 | | Ballou     Boiler Room<br>Sub Basement<br>Remove and dispose of 150 gallons of unwanted refrigerant oil.<br>Note: This oil has been used. | 452-K141 | | 0.00 | 0.00 |
| FM-200331524 | 06/09/2003 | | 1. Replace broken window in classroom .   A.S.A.P. (Ballou) | 452-X | | 0.00 | 0.00 |
| FM-200331537 | 06/10/2003 | | Sub-B/A:<br>Stop leak in the event of a hard rain; the water gets through structure, lands on book cases, and univents.<br>Ballou      Boiler Room<br>Install ADT Security Keypad in the Boiler Room.<br>NOTE: Existing key pad thats located in the auto-shop was suppose to be placed in the Boiler Room.<br>Ballou Stay | 452-K141 | | 0.00 | 0.00 |
| FM-200331572 | 06/11/2003 | | Sub B A-4 counselor | 452-007 | | 0.00 | 0.00 |
| FM-200331885 | 06/16/2003 | | In the event of a hard rain, water come into from the ceiling over the window.<br>Ballou        Room #313 and #315<br>Replace (2) two 40 AMP. circuit breakers that supplies the air conditioning window units to rooms #313 and #315.<br>Info: #9+11 Breaker-40 AMP #25+27 Breaker- 40 AMP | 452-X | | 0.00 | 0.00 |
| FM-200331887 | 06/16/2003 | | Ballou     Outside of Boiler Room<br>Replace broken fan belt on the emergency generator.<br>Note: Unit is over heating<br>Info: Model #80DGDAL30929A<br>Ser. #A900295843 Diesel<br>Ballou | 452-X | | 0.00 | 0.00 |
| FM-200332714 | 06/30/2003 | | Perform Asbestos Assessment and Design for selected locations in :<br>Basement , First , Second and Third Floors .<br>A CONDITIONAL WORK AUTHORIZATION MAY BE ISSUED TO GOEL ABATEMENT COMPANY TO PROCEED | 452-X | | 0.00 | 0.00 |

Date 03/22/2006

# District of Columbia Public Schools

## Service Order Browse Report
Sorted by Service Order #

Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours Total |
|---|---|---|---|---|---|---|
| FM-200505160 | 05/05/2005 | | (Ballou) Sub-Basement - Male Restroom | 452-X | | 0.00 |
| FM-200506081 | 05/27/2005 | | 1) Unclog the drains, the first two urinals drain out slow. ( tried to unclog the drains, but failed) Ballou ( Track) | 452-X | | 0.00 |
| | | | 1) Resurface track surfaces, replace and/or repair bleachers and lights. | | | |
| | | | Poc - Marshella Wallace - 576-7451 | | | |
| FM-200506283 | 05/31/2005 | | Asbestos Code A - Clear for repairs on 05/27/05. DCPS Safety - Richard Gibson (RG) (BALLOU) | 452-GROUNDS | | 0.00 |
| | | | Front entrance | | | |
| FM-200506390 | 06/06/2005 | | 1) Resurface walkways (safety factor fourth request) Mr. Willie Hill has knowledge of the situation. EMERGENCY!!! ( BALLOU ) | 452-X | | 0.00 |
| | | | First Floor - Room 112, Front Entrance of the Building | | | |
| FM-200506764 | 06/14/2005 | | 1) Replace broken windows. (BALLOU) | 452-X | | 6.00  107.86 |
| | | | Repair or Replace water coolers throughout (water cooler project summer school) | | | |
| FM-200506798 | 06/15/2005 | | Ballou    A106 Science Lab Replace (1) one univent motor (split system). Information: Motor GE;  Serial # 5KCP39PG-5824; HP 1/4;  PH 1;  A 3.10;  HZ 60;  RPM 1075. Note: Not cooling or heating due to motor, also entire unit 2 years old. | 452-X | | 0.00 |
| FM-200506964 | 06/20/2005 | | Ballou    Boiler Room Boiler #2 Replace (4) four fire-tubes. Information: Pacific Steel Hot Water Boiler | 452-K141 | | 0.00 |
| FM-200506965 | 06/20/2005 | | Ballou    Boiler Room Boiler #1, #2 and #3 Repair refractory work on boiler explosion doors. Information: Pacific Steel Hot Water Boiler | 452-K141 | | 0.00 |

District of Columbia Public Schools

# Service Order Browse Report
Sorted by Service Order #

Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-20051184I | 09/06/2005 | 09/15/2005 | Ballou  Fire Code Violation  First Floor-Broken lock on exit door near rm. 111 | 452-X | | 0.00 | 0.00 |
| FM-20051I843 | 09/06/2005 | 10/26/2005 | Ballou  Fire Code Violation  First Floor-Broken door closer near rm. 111 | 452-X | | 0.00 | 0.00 |
| FM-200511844 | 09/06/2005 | 11/14/2005 | Asbestos Code A - Clear for repairs on 09/07/05.  Tidewater - Tony Marcolin (RG 09/07/05) | 452-X | | 2.00 | 148.10 |
| FM-200511845 | 09/06/2005 | 10/26/2005 | Ballou  Fire Code Violation  First Floor-Exit light not illuminated near rm. 115 | 452-X | | 0.00 | 0.00 |
| FM-200511846 | 09/06/2005 | 10/26/2005 | Ballou  Fire Code Violation  First Floor-Broken door closer band storage rm. | 452-X | | 0.00 | 0.00 |
| FM-200511847 | 09/06/2005 | 12/01/2005 | Asbestos Code A - Clear for repairs on 09/07/05.  Tidewater - Tony Marcolin (RG 09/07/05)  Ballou  Fire Code Violation  First Floor-Broken door closer in hallway outside of auditorium | 452-X | | 1.00 | 129.55 |
| FM-200511848 | 09/06/2005 | 10/26/2005 | Ballou  Fire Code Violation  First Floor-Broken door closer near music office | 452-X | | 0.00 | 0.00 |
| FM-200511849 | 09/06/2005 | 10/26/2005 | Asbestos Code A - Clear for repairs on 09/07/05.  Tidewater - Tony Marcolin (RG 09/07/05)  Ballou  Fire Code Violation  First Floor-Broken door closer near wrestling rm | 452-X | | 0.00 | 0.00 |
| FM-200511850 | 09/06/2005 | 10/26/2005 | Asbestos Code A - Clear for repairs on 09/07/05.  Tidewater - Tony Marcolin (RG 09/07/05)  Ballou  Fire Code Violation  First Floor-Broken door closer in gym | 452-X | | 0.00 | 0.00 |
| FM-200511851 | 09/06/2005 | 12/01/2005 | Ballou  Fire Code Violation  First Floor-Broken exit sign in gym | 452-X | | 1.00 | 129.55 |
| FM-200511852 | 09/06/2005 | 11/28/2005 | Ballou  Fire Code Violation  First Floor-Exit light not illuminated in gym | 452-X | | 1.00 | 129.55 |

Date 03/22/2006

District of Columbia Public Schools

# Service Order Browse Report
Sorted by Service Order #

Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-200458734 | 11/29/2004 | 11/15/2004 | Ballou  Sub-B main office | 452-X | | 0.30 | 5.31 |
| FM-200458768 | 11/29/2004 | 12/01/2004 | Ballou  The master key has broken (both pieces of key are in Millers office), also he would like an additional key. Room #111 and #112 | 452-X | | 12.00 | 467.09 |
| FM-200458988 | 12/02/2004 | 12/13/2004 | Ballou  Trouble shoot electric problem to univents in the following rooms. No electric service is going to univents in room #111 and #112. The rooms are very cold.  Emergency | 452-X | | 1.00 | 17.69 |
| FM-200459275 | 12/07/2004 | 12/07/2004 | Ballou  Need the entry door change and need keys. | 452-X | | 0.00 | 0.00 |
| FM-200459437 | 12/06/2004 | 02/04/2005 | ballou 12-1 1`.55 pm (Ballou) | 452-007 | | 52.00 | 1,927.81 |
| FM-200459727 | 12/16/2004 | 05/23/2005 | Ballou  Asbestos Assessment Required. replace egress doors to court yard in cafeteria damage from wear over the years. Asbestos Code A - Clear for repairs on 01/19/05. DCPS Safety - Leroy Minter Jr. (RG 01/19/05) | 452-X | | 0.00 | 0.00 |
| FM-200500281 | 01/10/2005 | 01/11/2005 | Ballou  Window was kicked out, have no tools. Basement stairwell | 452-X | | 2.00 | 34.09 |
| FM-200500320 | 01/11/2005 | 01/12/2005 | Ballou  Replacement of exterior glass. Auto shop | 452-X | | 4.00 | 85.38 |

Date 03/22/2006

unstop sink.
Art room

# Service Order Browse Report
Sorted by Service Order #

**District of Columbia Public Schools**   **Facilities Management**

Date 03/22/2006

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-200458304 | 11/16/2004 | 10/04/2005 | Ballou Furnish and install 12 ballasts in room 111. | 452-X | | 0.00 | 0.00 |
| FM-200458326 | 11/16/2004 | 11/16/2004 | Asbestos Code A - Clear for repairs on 11/18/04. DCPS Safety - Leroy Minton Jr. (RG 11/18/04) Ballou High School | 452-002 | | 8.00 | 136.54 |
| FM-200458393 | 11/17/2004 | 10/03/2005 | Remove trees frofm school ground that have been cut down Ballou School | 452-003 | | 0.00 | 0.00 |
| FM-200458397 | 11/17/2004 | 10/03/2005 | Mark football field for championship game November 20th @ 11:00 Hart vs. PR Harris and 1:30 Hine vs, Johnson marking changed from Cardozo to Ballou Ballou School | 452-003 | | 0.00 | 0.00 |
| FM-200458418 | 11/17/2004 | 11/18/2004 | Mark football field for game Oct 26 @ 2:30 HD Woodson vs. Ballou Ballou | 452-X | | 8.00 | 338.50 |
| | | | Room 111 Replace ballasts in the above room. | | | | |
| FM-200458420 | 11/17/2004 | 11/18/2004 | Asbestos Code A - Clear for repairs on 11/18/04. DCPS Safety - Leroy Minton Jr. (RG 11/18/04) Ballou    URGENT | 452-X | | 6.00 | 111.60 |
| | | | Gym Area Need a 70amp breaker, there is no power. | | | | |
| FM-200458428 | 11/17/2004 | 05/23/2005 | 1st, 2nd, & 3rd Floor Library, Room #115, 207, &304 Survey, and replace glass broken by accident while opening, also, fire doors on center stairwell, and fire doors by A-110. (Ballou) | 452-X | | 0.00 | 0.00 |
| | | | Code A-clear for repair by DCPS Charles Buchanan on 11/29/04 | | | | |

# Service Order Browse Report
Sorted by Service Order #

District of Columbia Public Schools     Facilities Management

Date 03/22/2006

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | following reflects list of the equipment to be removed and/or installed. | | | | |
| FM-200333382 | 07/16/2003 | 12/07/2005 | 1) Install 7x7 Freezer, Convection Oven, Tilt Skillet, Combination Oven, 60" Oven/Stove, Slicer, three Warmers, 2-door Refrigerator and Ice Machine. | 452-X | | 0.00 | 0.0 |
| | | | Lead & Asbestos Code A - Clear for repairs on 07/22/03. Home Engineering - Bipin Nanavaty (RG 07/23/03) (Ballou) | | | | |
| FM-200333383 | 07/16/2003 | 10/04/2005 | ART ROOM #112 □Provide an ADA compliant safety mat for placement below the in-classroom sink. (Ballou) | 452-X | | 0.00 | 0.0 |
| | | | Asbestos Assessment Require □Caulk first bay of 3&#8217;x7&#8217;, windows adjacent to the teachers desk in the front of the room· and paper towel dispensers to ADA compliant height (Control levers to be mounted at a maximum of 40&#8221; from the finished floor) in the women&#8217;s rest room located off of the main corridor past the gym. | | | | |
| FM-200333404 | 07/18/2003 | 07/22/2003 | Ballou Boiler Room Check A/C unit for refrigerant, low in refrigerant, need approximate. 100-Lbs. | 452-K141 | | 16.00 | 311.5 |
| FM-200333591 | 07/22/2003 | 12/01/2003 | (Ballou) FIRE CODE VIOLATION: | 452-X | | 0.00 | 0.0 |
| | | | 1st Floor: No address on building. | | | | |
| FM-200333592 | 07/22/2003 | 08/22/2003 | (Ballou) FIRE CODE VIOLATION: | 452-X | | 0.00 | 34.0 |
| | | | 1st Floor/Stairwell #2: Safety glass in Center stairwell #2. | | | | |
| FM-200333593 | 07/22/2003 | 03/22/2004 | (Ballou) FIRE CODE VIOLATION: | 452-X | | 0.00 | 0. |
| | | | 2nd Floor: Safety glass in center stairwell #2. | | | | |

**District of Columbia Public Schools**

# Service Order Browse Report
Sorted by Service Order #

Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-200225993 | 01/29/2003 | 03/14/2003 | Repair leaking pipe under three compartment sink Mr. Atkinson said that repairs was completed work order being close out by charles Buchanan on 3/14/03 | 452-K276 | | 0.00 | 0.00 |
| FM-200225994 | 01/29/2003 | 03/14/2003 | Provide light covers for lights as needed Mr. Atkinson said that repairs was completed work order being close out by charles Buchanan on 3/14/03 | 452-K276 | | 0.00 | 0.00 |
| FM-200225995 | 01/29/2003 | 10/04/2005 | Freezer does not maintain proper temperture, Please mark this request urgent!! | 452-K276 | | 0.00 | 0.00 |
| FM-200226236 | 02/26/2003 | 03/28/2003 | Ballou    Room #A120, #A112, #A129 Furnish engineer with (3) three univent motors. Information: Motor Century; Part.7-101546-03;HP-1/4; Frame-G48; RPM-1725/1140; V-115; PH-1; AMP-4.4/2.6 | 452-X | | 1.00 | 18.60 |
| FM-200226377 | 02/27/2003 | 02/27/2003 | Classrooms are cold. ballou 2/26 3 pm | 452-X | | 0.00 | 0.00 |
| FM-200226443 | 03/03/2003 | 02/23/2004 | BALLOU    AUTOMOTIVE SHOP 1. REMOVE EXITING FIRE RATED DOOR  TOOL ROOM DOOR / FROM THE PHELPS SHS TECH  SHOP . INSTALL THIS DOOR  AT  AUTO TECH TOOL ROOM LOCATED AT BALLOU SHS. | 452-X | | 36.00 | 693.24 |
| FM-200226484 | 03/04/2003 | 06/06/2003 | Ballou    Cafeteria Service exiting outlets for power and install addition outlets. | 452-X | | 16.00 | 283.44 |
| FM-200226509 | 03/04/2003 | 03/07/2003 | BALLOU    OUTSIDE BOILER ROOM AREA EMERGENCY GENERATOR: Replace battery to generator on 2/28/03, right terminal post battery broken new setscrew, also gages not working. | 452-X | | 1.00 | 28.27 |
| FM-200226700 | 03/07/2003 | 03/07/2003 | Ballou    Outside of the Boiler Room Repair non-working emergency generator electrical current-(circuits) gauges, hour meter and wall annuciator. Note: Since contractor work has been done to the science | 452-002 | | 1.00 | 28.27 |

Date 03/22/2006

Page 9(?)

# District of Columbia Public Schools

## Service Order Browse Report
Sorted by Service Order #

Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-200222599 | 12/16/2002 | 01/07/2003 | Ballou — Asbestos Code A - Clear for repairs on 12/20/02. Home Engineering - Philp Connolly (RG 12/24/02) | 452-002 | | 2.00 | 49.00 |
| FM-200222884 | 12/04/2002 | 03/17/2003 | Greenhouse — Due to break-in emergency team need to replace windows (Ballou) | 452-K276 | | 0.00 | 0.00 |
| FM-200222885 | 12/04/2002 | 03/17/2003 | REPAIR TILT FRY PAN. HEALTH CODE VIOLATION. (Ballou) | 452-K276 | | 0.00 | 0.00 |
| FM-200223112 | 12/24/2002 | 12/24/2002 | REPAIR DEEP FAT FRYER. HEALTH CODE VIOLATION. ballou 12-20 3pm | 452-X | | 0.00 | 0.0 |
| FM-200223113 | 12/24/2002 | 12/24/2002 | ballou 12-19 2.50 | 452-X | | 0.00 | 0.0 |
| FM-200223221 | 12/26/2002 | 03/24/2003 | BALLOU WEEKEND HEATING Operate boilers and auxiliary equipment, due to low outside air temperatures and/or mechanical problems. | 452-K141 | | 0.00 | 0.0 |
| FM-200223579 | 01/07/2003 | 01/07/2003 | ballou 12-19 3.19 Ballou Music Room | 452-X | | 0.00 | 0.0 |
| FM-200223724 | 01/11/2003 | 01/10/2003 | Furnish materials to replace deteriorated bleeder vent valve on unventilator. Re: No heat. | 452-R116 | | 8.00 | 159.5 |
| FM-200223796 | 01/13/2003 | 04/09/2003 | Ballou First Floor - North End 1) Change locks on entry door to Kitchen from Cafeteria. Items are missing.... | 452-X | | 1.00 | 17.6 |
| FM-200224613 | 01/27/2003 | 02/12/2003 | Ballou Health Suite No heat due to burnt up electric fuse holder. | 452-X | | 2.00 | 40.7 |
| FM-200224623 | 01/27/2003 | 04/02/2003 | (Ballou) 1st Floor/Kitchen: Grease trap stopped up, and over-flowing. | 452-X | | 3.00 | 53.0 |
| FM-200224679 | 01/28/2003 | 02/11/2003 | (Ballou) 1st Floor water coolers: 1. Fountain near boys restroom - Replace push plate. 2. Water fountain outside maint. office - Re-anchor to | 452-X | | 54.00 | 1,071.0 |

Date 03/22/2006

**District of Columbia Public Schools**

## Service Order Browse Report
Sorted by Service Order #

**Facilities Management**

| SO # | Requested | Completed | Action Requested | Location Tag # | Hours | Total |
|---|---|---|---|---|---|---|
| FM-20224740 | 01/28/2003 | 02/14/2003 | Asbestos Code A - Clear for repairs on 02/10/03. Horne Engineering - Bipin Nanavaty (RG 02/11/03) replace. 6. Water cooler near library - water line outside jacket no filter, (Wall hung) stoppage, 5. Water cooler near gym - replace 2nd cooler, remove Replace Bubbler. 4. Water cooler near room #115 - re-anchor, (No filter) 3. Water cooler near room #111 - replace. (No filter) wall, replace filter, and cooler. (Wall hung) | 452-X | 12.00 | 320.82 |
| FM-20224743 | 01/28/2003 | 02/12/2003 | Asbestos Code A - Clear for repairs on 02/10/03. Horne Engineering - Bipin Nanavaty (RG 02/11/03) (Ballou) 3rd Floor - water coolers: 1. Water cooler by 307 has improper anchor support for bracket. ( no filter) 2. Water cooler near 315 ( no filter) reanchor bracket. | 452-X | 16.00 | 402.88 |
| | | | 2nd Floor - water coolers: 1. Water cooler near elevator reanchor to wall ( no filter). 2. Water cooler near 209 ( no filter) reanchor bracket. 3. Water cooler near 215 ( no filter) reanchor bracket. | | | |
| FM-20224813 | 01/29/2003 | 11/08/2005 | Lead assessment of the floor in the auto technology shop. Poc - Rafael Marinez - 202-329-8352 Lead Code A - clear for repairs by Horne Engineer Ed Rodriguez as of 1/29/03, Sylvia Grimes | 452-K94 | 0.00 | 0.00 |

Date 03/22/2006

# Service Order Browse Report
Sorted by Service Order #

**District of Columbia Public Schools**     Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-20201815 | 01/25/2002 | 03/26/2003 | BALLOU BOILER ROOM 1. ASBESTOS ASSESSMENT REQUIRED. 2. RE-INSULATE AND RESET FIRE DOORS ON BOILERS #1, #2 & #3. INFO: BOILERS HOT WATER PACIFIC STEEL. ASBESTOS CODE A-CLEAR FOR REPAIR ON 1/29/02 BY HORNE ENGINEER: EDWARD RODRIGUEZ | 452-K141 | | 0.00 | 0.00 |
| FM-20202146 | 01/30/2002 | 03/17/2003 | BALLOU REPAIR CONVECTION OVEN IN KITCHEN. Requester Phone: 202-576-7400 Web Form Location ID: 0452 | 452-X | | 0.00 | 0.00 |
| FM-20202215 | 01/31/2002 | 10/22/2003 | BALLOU (ELECTRICAL) ***URGENT*** ASBESTOS ASSESSMENT REQUIRED 1ST FLOOR ROOM 112 INSTALL TWO (2) KNOB LOCK KEYS (KEYED TO BUILDING MASTER) | 452-X | | 1.00 | 17.66 |
| FM-20202248 | 01/31/2002 | 03/17/2003 | CODE A - CLEAR FOR REPAIRS ON 01/31/02 HORNE ENGINEERING - SHARON VOSS (RE) (BALLOU) | 452-K276 | | 0.00 | 0.00 |
| FM-20202283 | 02/05/2002 | 02/04/2002 | CONVECTION OVEN.BLOWER NOT WORKING. Requester Phone: Office 576-5006 pager 539-6359 (BALLOU) !!URGENT!! | 452-X | | 2.00 | 31.3 |
| FM-20202758 | 02/11/2002 | 03/17/2003 | BASEMENT LEVEL: REPAIR OR REPLACE CYLINDER DEAD BOLT LOCK ON EXTERIOR ARMORY DOOR. BALLOU GYMNASIUM 1. ASBESTOS ASSESSMENT REQUIRED. 2. DRILL FOR HOLE FOR BOX. ID BY RED LABEL ON BACK WALL BY DOOR ABOVE OUTLET. VERIZON, INC/ AARON HARRIS CODE A - CLEAR FOR REPAIR BY HORN | 452-K3 | | 0.00 | 0.0 |

Date 03/22/2006

District of Columbia Public Schools — Service Order Browse Report
Sorted by Service Order #

Facilities Management

| SO # | Requested | Completed | Action Requested | Location | Tag # | Hours | Total |
|---|---|---|---|---|---|---|---|
| FM-200118959 | 08/31/2001 | 11/28/2001 | BALLOU OUTSIDE - GROUNDS SOUTH SIDE BULK TRASH PICK UP (BALLOU) | 452-X | | 0.00 | 0.00 |
| FM-200119046 | 08/23/2001 | 10/30/2001 | 1. ASBESTOS ASSESSMENT REQUIRED. ALLOU 1ST FL. NORTH HALLWAY PANEL H1 REPLACE (1) BROKEN 20 AMP. CIRCUIT BREAKER AND INCREASE THE REPLACMENT BREAKER WITH (1) ONE 40 AMP. NOTE: THIS BREAKER CONTROLS THE BOILER ROOM LIGHTING #12. INFO: PANEL H-1 FEDERAL PACIFIC MOD. 881185, VOL. 265/460, TYPE-NHDP PH. 3. Requester Phone: 645-3385 Requestor Phone: 645-3385 ASBESTOS CODE A - CLEAR FOR REPAIRS ON 10/01/01. | 452-X | | 2.00 | 37.20 |
| FM-200119123 | 09/05/2001 | 09/13/2001 | HORNE ENGINEERING - ROGER KAGER (RG) BALLOU REPAIR FENCE ON FOOTBALL STADIUM | 452-003 | | 144.00 | 2,505.12 |
| FM-200119385 | 09/07/2001 | 09/12/2001 | BALLOU REMOVE GRAFFITI FROM STADIUM | 452-003 | | 8.00 | 134.64 |
| FM-200119392 | 09/07/2001 | 09/28/2001 | BALLOU 1ST & 2ND FL. A-34, 1-41, A-111, A-125, A-208 PROVIDE ENGINEER WITH FIVE (5) 1/4 UNIVENT MOTORS (FOR HEATING & COOLING). INFO: CENTURY PART #7-101546-03, HP 1/4, PH 1 RPM 1725/1140, V 115, FRAME G48, AMP. 4.4/2.6, SERIAL #L4. WP-200108521 | 452-X | | 6.00 | 138.18 |
| FM-200119730 | 09/13/2001 | 09/17/2001 | BALLOU REMOVE SOCCER POLE | 452-X | | 2.00 | 36.21 |
| FM-200119770 | 09/07/2001 | 02/03/2006 | BALLOU 1. ASBESTOS ASSESSMENT REQUIRED. 1ST FL. ATTENDANCE OFFICE ROOM 109 INCREASE ELECTRICAL AMPERE FROM 20 AMPS TO 40 AMPS CIRCUIT BREAKER. INFO: PANEL BOX - QOC420L NOTE: 20 AMP. CIRCUIT BREAKER DOES NOT | 452-R109 | | 0.00 | 0.00 |