Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 24

# MEMORANDUM

DATE  10/2/03

TO: Dr. Art Bridges,
 Principal, Ballou SHS

FROM: Murielene E. Gordon  *M.E. Gordon*
 Art Teacher

RE: Reasonable Accommodations

This letter is to request a ___Heater_____
for room 112. The temperature in this classroom has reached __63°__
according to my digital thermometer.

# MEMORANDUM

DATE **1/29/04**

TO: Dr. Art Bridges,
     Principal, Ballou SHS

FROM: Murielene E. Gordon
      Art Teacher

RE: Reasonable Accommodations

This letter is to request a __*heater*__ for room 112. The temperature in this classroom has reached __*62*__° according to my digital thermometer.