Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 25

# MEMO

To:         All Teachers

From:       Ms. Smith, Principal

Date:       Monday, November 7, 2005

Subject:    Training and Grade Entry

This serves as a reminder that today and tomorrow, (11/7 and 11/8), teachers will receive training on DC STARS for entering grades. In addition, you will have the opportunity to immediately apply what you have learned by entering your students' first advisory grades.

The training, supervised by Mrs. Vanessa Robinson-Campbell, will take place in room A205 during your planning periods, according to assignment. (Refer to the list that has been posted in the main office for specific details.) The training and actual grade entry will probably take the entire period. Though your grade sheets will be available during these sessions, they must be returned at the end.

TRAINING AND GRADE ENTRY CAN ONLY BE DONE IN THESE GUIDED SESSIONS, so please plan accordingly.

Because your time and patience are appreciated, under an agreement with the WTU, DCPS is compensating teachers for their time spent being trained and entering grades by releasing them from duty on the afternoon of January 3, 2006, which effectively extends the holiday break one day.

Thank you in advance for your cooperation and patience throughout this process.