Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 30

1

UNITED STATES DISTRICT COURT

+ + + + +

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF: | |
| MURIELENE GORDON, | |
| Plaintiff, | Civil No. 05-1907-EGS |
| | Judge Emmett G. Sullivan |
| v. | Magistrate John M. Facciola |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

Wednesday,
June 21, 2006

Washington, D.C.

DEPOSITION OF:

**PATRICIA WISEMAN**

called for examination by Counsel for the Plaintiff, Murielene Gordon, pursuant to agreement, in the Office of the Attorney General, located at 441 4th Street, Northwest, 6th Floor, Conference Room 2, when were present on behalf of the respective parties:

69

1      really hot.

2         Q    Right.

3         A    Everyone comes to me to ask for an air
4      conditioner.

5         Q    Okay.

6         A    Because I do most of the purchasing for
7      the building, everyone just assumes that I can
8      purchase that. But because of guidelines set forth by
9      D.C. Public Schools, we don't have the funds. We have
10     mostly federal funds. Local funds were not available
11     to accommodate air conditioners.

12        Q    Okay. So can you tell me, if in school
13     year 2002, you recall that you requested -- you took
14     someone else's request for Ms. Gordon and processed it
15     to purchase one? Or, did you turn that one down like
16     you turned down all the others that you were
17     describing. Do you definitely remember approving one
18     for her?

19             MR. BRUCKHEIM: Let her answer the
20     question.

21        Q    Okay.

22        A    I don't recall approving one for her.

1   Q   Okay.

2   A   No, not at all.

3   Q   Okay, do -- okay. Now did -- what about
4   in 2003 or 2004? Did you -- do you recall approving
5   one for her in either of those two years?

6   A   No.

7   Q   Okay. Or any other time?

8   A   No.

9   Q   Or a heating unit for her at any time?

10  A   No.

11  Q   Okay. We are nearing the end of this.
12  Let me see what else we have. We'll just take one
13  minute to check something.

14  A   Okay.

15  Q   I know what I wanted to ask you. In the
16  course of your duties related to time and attendance,
17  would you maintain personnel files of teachers? Would
18  that be part of your job?

19  A   It is a -- I don't maintain. I can add.

20  Q   Okay. Who maintains the personnel files?

21  A   The front office staff.

22  Q   The front office staff?

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
(202) 234-4433          WASHINGTON, D.C. 20005          (202) 234-4433