Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 32

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

+ + + + +

---

In the Matter of:

MURIELENE GORDON,

        Plaintiff,    Civil No. 05-1907-EGS
                          Judge Emmett G. Sullivan
   v.                 Magistrate John M. Facciola

DISTRICT OF COLUMBIA,

        Defendant.

---

                  Thursday,
                  June 26, 2006

                  Washington, D.C.

DEPOSITION OF

           ERNEST HAMLIN

called for examination by Counsel for the Plaintiff, Murielene Gordon, pursuant to agreement, in the Office of the Attorney General, located at 441 4th Street, N.W., 6th Floor, Conference Room 2, when were present on behalf of the respective parties:

ORIGINAL

1  Q    On the minimum and maximum
2  temperatures in a classroom, what the training
3  was you've had since January 1st, 2000 on that
4  subject.
5       MR. BRUCKHEIM:  Objection as to
6  relevance.  You can answer.
7       THE WITNESS:  Heating and cooling.
8       BY MR. GOLDMAN:
9  Q    Okay.  In the -
10 A    Heating and cooling -
11 Q    -- training that you've had since
12 January 1st, 2000, did anybody ever instruct
13 you, yes or no, as to what the maximum
14 acceptable temperature -
15 A    Yes.
16 Q    Yes?  Okay.  What was the maximum
17 acceptable temperature in a classroom that you
18 were trained on, that you learned in a
19 training session since January 2000?
20 A    72 degrees.
21 Q    72.  Okay.  And -
22 A    It depends, heating and cooling.

1    A    Oh, yes.

2    Q    Okay.  Did you learn it again
3    -- did you hear that again in the training
4    that you've had?

5    A    Yes, I have.

6    Q    Okay.  And this was training put
7    on by DCPS after January 1st, 2000.  Is that
8    correct?

9    A    DCPS, also, I have to put also, in
10   my file, these certificates that I have from
11   years back, in here, too.

12   Q    Okay.  Thank you.  Did you learn
13   in the training that you've had since January
14   of 2000 what the minimum temperature in a
15   classroom should be?

16   A    Yes.

17   Q    What -- you did.  Okay.  What is
18   that minimum temperature?

19        MR. BRUCKHEIM:  Objection as to
20   relevance.  You can answer.

21        THE WITNESS:  66.

22        BY MR. GOLDMAN:

1   MR. BRUCKHEIM: -- if you walk in
2   and the temperature is 37, how long does it
3   take to warm up to 66?
4   THE WITNESS: It's 37 degrees
5   outside, that's outside temperature.
6   MR. GOLDMAN: Well, I thought you
7   took the temperature inside.
8   THE WITNESS: No, no. That 37
9   degrees that you see on top is 37 degrees
10  outside. We have to know the temperature
11  outside the building, like right now outside
12  of this building, we have to get the
13  temperature outside of this building.
14  BY MR. GOLDMAN:
15  Q   So the temperature in your log
16  book is -
17  A   It says 37 degrees on my log book.
18  Q   Is always the outside temperature?
19  A   That's the outside temperature
20  that I have to record first when I get there.
21  Q   I thought you said earlier this
22  morning that you took it in the boiler room.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS