Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 4

October 30, 20002

# MEMORANDUM

TO: Dr. Art Bridges, Principal
      Ballou Senior High School
FROM: Murielene E. Gordon,
       Art Teacher
RE: Information Requested On Room 111

    In our telephone conversation on Friday, October 25, 20002, you requested copies of correspondence that were sent to your office and maintenance staff relating to the lack of heat in my classroom (room 111). Enclosed are copies of correspondence and photographs relating to the conditions of my classroom.

    I have additional information if requested. Thank you for your time and consideration.

September 10, 1999

# MEMORANDUM

TO: Dr. Art Bridges
    Dr. Wima Durham
    Co:Principals, Ballou SHS

FROM: Murielene E. Gordon,
      Art Teacher

RE: Hazardous and Health
    Threatening Conditions in
    Classroom 111

I am writing this memorandum in reference to the situation in my classroom. I have orally made Dr. Bridges, Dr. Gross, and Mr. Atkinson of the situation, however nothing has been done about it.

April of last year, students trying to climb through my front classroom window, broke the window. A substitute was covering my class at the time and she reported the window broken. The window was boarded up from the inside but the broken glass was never taken out of the window. A short time later, during that same month, a student attending gym classses, who happened to be going to the football field with his class, threw a basketball at

my storage window and broke the window. The window was reported to Mr. Atkinson immediately. The window has not been boarded up or repaired. Both situations concerning the windows are dangerous because, students can possibly injure themselves or others with these broken jagged pieces of glass that is still in the window. The window that is not boarded (the storage room window), is an accident waiting to happen. Strong winds and rain can possibly blow the remaining glass into the storage room on me or outwards on someon passing by. I inform this information to Mr. Atkinson, Dr. Gross and Dr. Bridges. I don't want to take chances with my health and well being.

The other situation that is imperative for your immediate attention is related also to the windows. Every year the condition steadily gets worse. The windows are drafty and energy deficient. It is extremely cold in my room when the weather turns cold. My students and I have to wear coats and heavy outerwear in order to teach and learn in this classroom. I have brought this to the attention of the administration many times but nothing has been done. The radiator blows out moderate heat but because of the cracks and leaks in the windows, very little heat is going into the classroom. Last year was so unbearable, I went to Hechningers' Hardware Store and purchased plastic and duct tape and paid three students to cover the windows to stop some of the air from

coming into the room. (I took pictures if you want proof that this was done). Class time was altered or missed because we had to seek shelter in the library or in room 124.

This year will be worse if the windows aren't repaired. I suffer from arthritis in my legs and hands due to an accident several years ago, thus, this situation concerning the windows, seriously jeopardizes my health, and the health and welfare of my students, every year the situation is not taken care of. I have had student who suffered from asthma and other respiratory illnesses who missed time out of class because of the condition of these windows.

I am confident that something will be done before the frost comes. On behalf of my students and myself, I thank you in advance on your immediate attention to this matter.

February 14, 2000

## MEMORANDUM

TO: Ms. Patricia Wiseman
      Ballou Senior High School
      Business Manager
From: Ms. Murielene E. Gordon
      Art Teacher
Re: Electrical Heaters for Room 111

    Ms. Wiseman, Dr. Bridges has informed me that he requested two heaters for my room. Can you tell me when these heaters were ordered and when I will receive them to heat my room?

    Thank you.

10/2000

# ROOM IMPROVEMENTS AND ADJUSTMENTS FOR ROOM 111

1. ART SUPPLIES -
IT IS IMPOSSIBLE TO TEACH
ART WITHOUT SUPPLIES. I HAVE NO SUPPLIES.

2. UNDER THE SINK FLOOR MAT -
THE MAT WAS REMOVED AND WAS NOT RETURNED. SOMEONE COULD SLIP AND FALL.

3. ART DEPARTMENT XEROX MACHINE-
THE MACHINE WAS REMOVED WITHOUT ANY EXPLANATION. IT SHOULD BE RETURNED TO THE ART DEPARTMENT.

4. TEACHER'S DESK IS IN NEED OF REPAIR -
THE SCREWS NEED TO BE TIGHTEN OR ELSE THE DESK WILL COLLAPSE ON SOMEONE.

5. WINDOW PROTECTION FROM THE COLD AIR. -
FOR FOUR YEARS I HAVE ASKED FOR WEATHERIZATION OF THE WINDOWS IN MY ROOM, ALSO, TO FIX THE RADIATORS. THIS IS THE FIFTH YEAR I AM REQUESTING THAT SOMEONE GIVE US SOME HEAT.

MURIELENE E. GORDON
ART TEACHER
ROOM 111

JANUARY 24, 2000

DEAR CO-PRINCIPALS:

ROOM 111 IS EXTREMELY COLD AND WE THE UNDERSIGNED IS UNABLE TO TEACH OR LEARN IN THIS ENVIRONMENT. THE RADIATORS ARE BLOWING OUT COLD AIR AND WE HAVE TO KEEP OUR COATS/HEAVY OUTERWEAR ON IN THE CLASSROOM.

1) Julius Allen  7276428
2) Theodore Baldi  9066944
3.) Tony Brown  7295090
4. Lashonda Johnson - 9070714
5. Mark Brown  9064264
6. ArVale Prather  7495751
7) Lakishia Osborne  7190252
8) Carl Brown  9066920
9.) Eyuette Threadgill - 9014128
10.) Eric Barberun (7087450)
11.) Yolanda Corbett - 12th  5451629
12.) Michael Watkins - 12th  5445710
13) Kirk Carter
  Mario Shirley
  Julius Weaver  7080317

Patrice Jenkins  5458970
7074697
(17) Kenisha Armstrong  745-2024
Alvin Barnes 12th
(18) Niyetta Diggs  7559475
19) Jerome Wilson 11th  7050776
(20) Jomaile Holland 11th  7319280
(21) Angel Graham  8363154
(22) Sameka Monroe  7016653

Exh 10E

23) Anthony Clark 7118980
24) Beyunka Willis 7440272
25) Lakea Chandler 7514630
26. MONTEZ Steele 1528971
27. Curtis Kelly # 7130951
28. D'Lovite HART
29) Tiffany Parker  5621703
30) Rhonda Pompey  9058333
31) George Williams  5489253
32) Montae Newman  5255261
33) Ebony Graham  8363136
34) KIANNA HOLLAND  7929636
35) Marsha Young  9054736
36) Katrina Mallory  7032127
37) Keith Williams  7735792
38) Randolph Jacobs  7727241

JANUARY 28, 2000

DEAR CO-PRINCIPALS:

ROOM 111 IS EXTREMELY COLD AND WE THE UNDERSIGNED ARE UNABLE TO TEACH OR LEARN IN THIS ENVIRONMENT. THE RADIATORS ARE BLOWING OUT COLD AIR AND WE HAVE TO KEEP OUR COATS AND HEAVY OUTERWEAR ON IN THE CLASSROOM.

Chris Davis 535303
Katara Hunuesly — 707469
Ebony Alston — 7910232
Eric Barbour — 7083458
Alvin Barnes
Equette Threadgill — 7014128
[signature illegible]
[signature illegible]
706-7006
Dion Harris
Mario Shields
Jamaile Holland
7319280
[signature] Diggs
7229475

Uhuru Copper
7105087