Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 5

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

-----------------------------+
                              |
MURIELENE GORDON,             |
                              |
        Plaintiff,            |
                              |
    v.                        | Civil Action No.
                              | 05-1907 (EMS)
DISTRICT OF COLUMBIA,         | Judge Emmett G.
                              | Sullivan
        Defendants.           | Magistrate
                              | John M. Facciola
-----------------------------+

November 19, 2007

DEPOSITION OF:

DR. ART BRIDGES

  Called for examination by counsel for the Plaintiff, pursuant to notice, in the conference room of Suite 1004, 1155 15th Street NW, Washington, DC, at 9:30 a.m., where were present on behalf of the respective parties:

1   conversations with her in August '02?
2       A    I recall a conversation.  I don't
3   know the month.  And the conversation
4   revolved around was she going to return,
5   because she had already been out for so
6   long.
7       Q    Okay.
8       A    And, you know, we were getting
9   medicals from -- from her doctor.
10      Q    Okay.  You say you were getting
11  medicals from her doctor?  Medicals along
12  the lines of --
13      A    They came through -- they came
14  either through the mail --
15      Q    Okay.
16      A    -- or she dropped them off.  I
17  don't know.  They were -- they were on my
18  desk.
19      Q    Okay.  What is your best
20  recollection of what the substance of
21  medicals said about Ms. Gordon.
22      A    That basically she was non-

1   ambulatory.

2   Q   Okay. But she didn't walk at
3   all?

4   A   She could barely walk and she --
5   she wasn't -- she was not ambulatory. I
6   mean, she -- her gait -- she didn't have a
7   normal gait.

8   Q   She didn't walk like typical or
9   average person in society, is that correct?

10   MR. BRUCKHEIM: Objection.

11   MR. GOLDMAN: Pardon me? Pardon
12   me?

13   WITNESS: She required a crutch
14   to walk. She -- she wasn't able to walk.
15   You know, I don't know the medical terms for
16   it.

17   MR. GOLDMAN: Fair enough.

18   WITNESS: And I wasn't seeing her
19   at that time.

20   MR. GOLDMAN: Right.

21   WITNESS: It -- as I recall, she
22   did not have a normal gait and she was

1   Q   Okay. That's fine. And did you
2   get any materials from Ms. Gordon in
3   September, as best you recall?
4   A   Materials from her or --
5   Q   Yes.
6   A   No, I didn't. As -- as I recall,
7   I didn't.
8   Q   Nothing?
9   A   We expected Ms. Gordon to return.
10  Her class was sitting there.
11  Q   Okay.
12  A   And we had to get a substitute
13  for her. We expected her to return and she
14  didn't.
15  Q   Okay. Let's jump ahead into
16  October 2002. At that time, you were the
17  principal of Ballou. And can you tell me
18  what a standard temperature should have been
19  in her classroom? In Ballou, standard
20  minimums temperature should have been --
21  should have been at least x degrees.
22      MR. BRUCKHEIM: Objection as to

1  relevance since it's undisputed as Ms.
2  Gordon never appeared for the entire school
3  year.  So it doesn't really matter what the
4  temperature was, but all that aside, you can
5  answer if you know.
6          WITNESS:  No I -- I don't -- we -
7  - to my knowledge, we don't have a specific
8  temperatures.  Just the -- the room should
9  be comfortable.
10         MR. GOLDMAN:  Okay.
11         WITNESS:  What's comfortable for
12 some is not comfortable for others.
13         BY MR. GOLDMAN:
14    Q    Okay.  There's no specific
15 minimum temperature and no specific maximum
16 temperature, is that correct, sir?
17    A    I don't know --
18    Q    I don't want  words in your
19 mouth.
20    A    No.  I don't know if there's -- I
21 don't know if there's specific temperatures.
22    Q    Did you know at the time?

83

1   female bathroom was otherwise a student bathroom?

2       A    No.  The bathroom --

3       Q    Was it a -- it would have been a student

4   bathroom, but you had closed it?

5       A    No.

6       Q    Okay.  Then help me out here.

7       A    There are a number of bathrooms on that

8   floor.  The students' bathrooms we locked.

9       Q    Okay.

10      A    Okay?  All right.  There were two other

11  bathrooms.  There was a male's bathroom and a female's

12  bathroom.

13      Q    Right.

14      A    Okay?  Those bathrooms were only used when

15  we had guests in the building.  Okay?  Ms. Gordon had

16  a key.

17      Q    Okay.

18      A    For the female bathroom.

19      Q    She had a key to that, too.

20      A    But, however, her key would also fit the

21  male bathroom.  Whether male or female, had the same

22  key for male or female classroom would fit the male or