Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 13

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| MURIELENE GORDON, | : Civil No. |
| | : 05-1907-EGS |
| Plaintiff, | : |
| | : Judge Emmett G. |
| v. | : Sullivan |
| | : Magistrate John M. |
| | : Facciola |
| DISTRICT OF COLUMBIA | : |
| PUBLIC SCHOOLS, | : |
| | : |
| Defendant. | : |
| | : |

Tuesday
July 31, 2007

DEPOSITION OF:

KEITH MILLER

called for examination by counsel for the Defendant, pursuant to agreement, in the Office of the Attorney General, at 441 4th Street, N.W., Washington, D.C., when were present on behalf of the respective parties:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.

1   the fact that during a particular school that
2   she was placed on absence without leave or
3   AWOL?
4         A    Yes.
5         Q    Okay.  What do you recall about
6   what she may have told you about that?
7         A    Not very much honestly.  Just that
8   it happened.
9         Q    Did you talk about how she felt
10  when that happened?
11        A    As best as I can recall that was
12  not something that she was pleased with.
13  Again, going back to what I've said that the
14  impression that I have after this time passed
15  recalling this is that she wanted to be
16  working.  For her, this was a setback.  She
17  needed to be working financially.
18        Q    So did she say that when she was
19  on absence without leave that she wanted to
20  return to work?
21        A    I'm not sure.  That is unclear.  I
22  don't recall.

1   Q   Okay. But you said what was clear
2   to you in your meetings that she wanted to be
3   working?
4   A   She wanted to be working. Yes, I
5   think I should maybe specify what I remember
6   about this, that she wanted to be working but
7   found that it was difficult to make that
8   happen even with the relationship she had with
9   the principal or the administration and to me
10  that's running together the people that she
11  was dealing with sort of run together.
12  Because it sounds like there was more than one
13  person from my meetings with her.
14  Q   Now was she specific in the sense
15  that, did she say that she wanted to be
16  working back in 2002, 2003, 2004 or was she
17  saying that she wanted to be working now on
18  this date, March 8, 2006 after retirement?
19  A   I don't recall specifically.
20  Q   Okay. Your impression of your
21  conversations with her, though, based on what
22  she told you and what you observed, what could

1   you believe from what her desires were with
2   respect to work?
3        A    That she wanted it to be going
4   better than it had gone at Ballou. That she
5   was very sad about how the circumstances had
6   unfolded there, which had caused a great deal
7   of interference in her ability to work and to
8   feel comfortable and safe working. And that's
9   a big deal. I mean, that's a factor as I
10  remember contributed her not being able to
11  work as far as I know.
12       Q    Okay.
13       A    She didn't feel safe there.
14       Q    When she said she didn't feel safe
15  there and I understand that if you didn't
16  discuss all of these things. You may not have
17  discussed all of these things at the initial
18  meeting, but generally speaking, I'm
19  interested in the conversations she had with
20  you. So if she may not have said something on
21  March 8, that you don't recall, March 15 or 29
22  either, you know, whatever, please feel free

1    to characterize but I'm not holding you to
2    what she said on this date until I
3    specifically say so in the question. What
4    things did she tell you that made you think
5    that safety was an issue for her at work?
6        A    The one thing that I recall is her
7    description several times and with great
8    emphasis I say several because this is a
9    recurring issue with her that she really had
10   a hard time talking about other things at time
11   because this was very present for her. Even
12   though it had happened some time ago. The
13   issue of her stating that she couldn't get out
14   of her classroom if there was a fire and that
15   her attempts to rectify that with, from what
16   she described as appropriate people, in
17   appropriate attempts to rectify that, talking
18   to people to try to get a key. Apparently
19   there is a door that was locked in her
20   classroom or near her classroom. I'm not
21   certain of the location but apparently this
22   was the place she would go if she had to get

1    out and her being mobility impaired raised a
2    great deal of concern for her because
3    obviously unlike you or I she has to think her
4    exactly where she is going to go ahead of time
5    because she is very slow at walking. At least
6    she is presently. I can't speak to what it
7    was like then. But she describes that was a
8    concern of hers. And apparently there were
9    locks on these doors. Her attempts to get
10   them removed or get access to them were either
11   ignored or invalidated.
12        Q    Okay. Did she say anything else
13   with respect to the safety issues?
14        A    That's what I remember, just that.
15        Q    Did she discuss any issues
16   regarding the temperature of the classroom
17   with you?
18        A    Yes.
19        Q    What do you recall about those
20   conversations?
21        A    Specifically that is something I
22   recall from our first meeting because my

1  can be very vocal. That's sort of her
2  instinct and so as she described it she was,
3  she did all the things she could do. She made
4  quite a bit of fuss from what it sounds like
5  complaining about this and trying to make
6  things happen. You know, I, what I gathered
7  from her, her personality and how her
8  depression relates to this is that -- as I
9  said her instinct is to be very vocal and very
10 assertive with herself but she's going to do
11 that only a certain amount of time and if she
12 doesn't see a reasonable response to her
13 efforts then she doesn't keep doing it and
14 that is sort of a depressed response where she
15 begins to shut down and then she is not
16 responding the way she might normally to fix
17 things because she's learned that it doesn't
18 work.
19      Q   Did she ever discuss with you
20 problems that she had using the bathrooms at
21 the school?
22      A   I think so. I think I am