Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 16

March 3, 20003

Dr. Art Bridges,
Principal
Ballou Senior High School
3401 4th Street, S.E.
Washington, D. C. 20032

Dear Sir:

My records indicate that I have not been properly notified, in writing, prior t February 3, 20003, that my absence from Ballou Senior High School will be designated as Absent Without Leave (AWOL).

As stated in my complaint (dated 2/4/003), all documentation that you requested from me was sent, as well as a follow-up telephone call to confirm receiving the requested materials. You did not periodically report (in writing or orally) on my teacher status, reassignment, or ask about my present medical condition.

Since you have labeled me a "liability" during our August telephone conversation, I have since come to the conclusion that Ballou is a "liability" to me. I feel that a place of employment should be free of any recognized hazards or potential conditions that are most likely to cause serious physical harm or death. I am totally and permanently disabled which meets the requirements of the ADA. You have known about my disabilities for a long time. This medical condition has been aggravated and exacerbated from unhealthy and unsafe workplace conditions for some time now. In addition to the hardships of lack of heat, drafty windows and doors, there was no fan or air conditioning for me or my students when the weather turned hot. I suffered every winter from colds or influenza-like infections. These respiratory conditions could have limited my life activity (i.e. breathing).

Because of these past hardships, I am requesting a transfer to other DCPS accomodations. I believed you when you said that you would transfer me to a more suitable workplace. This transfer to an alternative location should not cause me any undue hardship and should be accessible to disabled individuals such as myself.

On an ongoing basis I have been denied reasonable accommodations. I have been denied such things as an elevator key so that I can go to functions above the first floor. I have also been denied other accommodations including and not limited to student assistance for various tasks, as well as, a key that will open the back door to my classroom for emergency exits.

  A reassignment to another school will terminate any potential conflicts or retaliations that may arise from this complaint. A reassignment will avoid our future conflict over future events such as potential retaliation.

  I am confident that the officials in the District of Columbia Public Schools Human Resouces department will be able to relocate me to a reasonable, available, accommodation so that I will be free from potential workplace stress and hazards.

  Any requested paperwork and/or documents can be mailed to me through certified mail. You and DCPS Human Resources will be receiving the doctors' certification under separate cover (certified mail)

Sincerely,

*Murielene E. Gordon*

Murielene E. Gordon

cc: