Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 23

**Frank W. Ballou High School**
**Reading and Mathematics Cluster**
**Group Assignments - SY 2003--2004**

## Reading Cluster

### Ms. G. Blakeney (Room 209)
Bean, S.
Biederman, A.
Bowman, E.
Charles, P.
Goodine, J.
Gordon, M.
Leatherman, J.
Harris, V.
Harvey, P.
Holloway, L.
Howard, B.
Saunders, C.
Tyler, J.
Parker, V.

### Ms. C. Robinson Room A114)
Chen, E.
Cole-Brown, L.
Crumb, B.
DiMattio, J.D.
Henry, P.
Johnson, C.
Lovett, P.
Monroe, T.
Rier, R.
Sheppard, C.

### Mr. L. Roberts (Room A202)
Carter, B.
Catlin, E.
Dugbazah, A.
Dukes, D.
Hardison, O.
Silvolella, N.
Villacorta, A.
Wald, T.
Watson, D.
Wells, E.
Whitley, A.
Young, F.
Young, T.

### Ms. P. Clark (Room 309)
Bookhard, P.
Briscoe, D
Cowser, B
Ford, J.
Hubbard, A
Iverson, D.
Jennings, L.
Mayers, B.
Weston, R.

## Mathematics Clusters

### Ms. S. Thompson (Room A205)
Ajuesyitsi, L.
Amini, M.
Baldwin, S.
Barnes, D.
Brown, M.
Butler, D.
Byrd, S.
French, D.
LaFranque, A.
Moton, C.
Thompson, M.

### Ms. D. Carson (Room A117)
Charway, E.
Corley, W.
Curtis, B.
Cyrus, N.
Dorosti, M.
Edmead, W.
Shannon, S.
Springfield, K.
Williams, B.

### Ms. L. Allen-Simmons (Room 202)
Daniels, R.
Grimm, C.
Hill, C.
Holland, M.
Romer, J.
Tinner, V.
Weaver, V.
Wingfield, K.
Wyche, F.

### Ms. I. Matthews (Room 308)
Bego, C.
Eaton-Lynch
Hill, D.
Nelson, J.
Ogunware, O.
Petersen, M.
Rust, P.
Shittu, R.
Smart, A.
Willis, R.