Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 26



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

## Ballou Senior High School

3401 Fourth Street, S.E.
Washington, D.C. 20032

February 26, 2003

(202) 645-3400
(202) 645-3397 (FAX)

Mrs. Murielene Gordan
1022 Bryant Street, NE
Washington, DC 20018

Dear Ms. Gordon:

Our records indicate that you have been on Leave Without Pay from your official duties since February 3, 2003.

Absent with Leave (AWOL) is grounds for disciplinary action. Under the existing DC Board of Education Rules and the Division of Human Resources procedures, leave is requested by the employee from their immediate supervisor and not taken at the employee's discretion. You have not applied for leave, nor have we received documentation from the Washington Teachers union.

Therefore, I am directing that you report for duty by 8:30 a.m. on Monday, March 10, 2003. You are directed to sign in by this required time and be at your post of duty.

If you are unable to do so and are physically incapacitated, you are to notify me personally at Frank W. Ballou High School via (the telephone at (202) 645-3400) prior to 8:30 a.m. on Friday, March 7, 2003.

You are further directed to provide me with the original certificate document from a medical doctor or doctor of dentistry covering the specific period of time for which you initially claimed illness. This certificate should clearly indicate that you were incapacitated for duty and state your diagnosis and prognosis.

Additional or continued misuse or violations will be grounds for disciplinary action, suspension and/or termination.

Sincerely,

Dr. Art Bridges
Principal

Exh 14