Gordon v. District of Columbia, No.05-1907 (EGS)

# Exhibit 27

EMMANUEL T. MBUALUNGU, M.D.

106 Irving Street N.W., Suite 403
Washington, DC 20010-2927
Telephone: (202) 291-1645
Fax: (202) 723-8160

Re: Ms Murielene Gordon
March 7, 2003

To whom it may concern,

Ms Gordon has multiple medical problems, i.e. severe arthritis, hypertension, hyperthyroidism, and has been followed in our office for the past few years. Despite her problems, she's being released to return to work with certain limitations: decreased standing and walking time. Please contact my office for further inquiries.

Sincerely,

Dr Emmanuel Mbualungu, MD