**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MURIELENE GORDON, | ) | CA No.: 05-1907 (EGS) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Judge Emmet G. Sullivan |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

Comes Plaintiff, through her undersigned authority and submits this Notice. Plaintiff seeks to draw the Court's attention to the most recent decision in Schuler v. PriceWaterhouseCooper, LLP, No. 06-7207, (C.A.D.C.Cir. 2/12/08). In that case the Court of Appeals held that Plaintiff could seek damages from his first charge of age discrimination, filed under the Age Discrimination in Employment Act, 29 U.S.C.Sec.626(e), and that in light of the work-sharing arrangements between EEOC and state agencies in issue (including District of Columbia Office of Human Rights, as is present in this case), Plaintiff need not have filed added charges, that EEOC had jurisdiction over subsequent acts. The EEOC process is in place "to ease charges through the remedial system…a simple claim's making procedure." Id at p.16. This authority supplements Plaintiff's submission in the first paragraph of section IIId at p. 23 of Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment. It is submitted herewith in the interest of justice. Defendant is not prejudiced by this submission as Plaintiff's deadline for filing her Opposition is February 13, 2008.

> Respectfully submitted,
> /s/
> Charles D. Goldman, No.20150
> Attorney for Plaintiff
> 1155-15th Street N.W. #1004
> Washington, DC 20005
> 202 466 7550; 202 467 5085 (fax)
> cdg.gsquared@att.net

February 12, 2008