UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MURIELENE GORDON,                )<br>                                  )<br>           Plaintiff,            )<br>                                  ) Civil Action No. 05-1907 (EGS)<br>           v.                    )<br>                                  )<br>DISTRICT OF COLUMBIA,             )<br>                                  )<br>           Defendant.            )<br>                                  ) | |

### ORDER

Pending before the Court is [43] Defendant's Motion for Summary Judgment.  Upon careful consideration of the Motion, the Response and Reply thereto, the applicable law and the entire record, it is hereby **ORDERED** that defendant's motion is **DENIED** without prejudice.

The Court finds that this case is currently not in a posture for adjudication because neither of the parties has focused on the split among District Judges in this jurisdiction as to whether the Rehabilitation Act, 29 U.S.C. § 794, is subject to the same statutory time limitations as the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq*, or the District of Columbia's three-year statute of limitations for filing a lawsuit alleging personal injury claims, D.C. Code § 12-301(8).  *See Gupta v. Northrop Grumman Corp.*, 462 F. Supp. 2d 56, 58 (D.D.C. 2006) (recognizing disagreement over the

applicable statute of limitations for Rehabilitation Act claims); *Stewart v. Dist. of Columbia*, No. 04-CV-1444, 2006 WL 626921, at *9 (D.D.C. Mar. 12, 2006) (Although "[c]laims and defenses under [the ADA and the Rehabilitation Act] are virtually identical, courts within this jurisdiction have spilt over what limitations period to apply to Rehabilitation Act claims.").

**SO ORDERED.**

**Signed by:    Emmet G. Sullivan
              United States District Judge
              July 16, 2008**