UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIELENE GORDON | : Civil No. 05-1907-EGS |
| PLAINTIFF | : Judge Emmet G. Sullivan |
| v. | : |
| District of Columbia | : |
| Defendant | : |
| _____ | : |

CONSENT MOTION TO ENLARGE PLAINTIFF"S TIME TO FILE IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Introduction

Comes Plaintiff through her undersigned attorney and respectfully requests the Court enlarge her time to file her Opposition to Defendant's Motion for Summary Judgment until September 10,2008 and to request that Defendant's time to file a Reply be extended until September 25, 2008. Defendant consents to this Motion. A proposed Order is attached.

Statement of Facts

1.Defendant filed a Renewed Motion for Summary Judgment the evening of August14, 2008.

1. On information and belief, resources and individuals who will or may be needed to provide affidavits and/or information/documents necessary to oppose the Defendant's Motion for Summary Judgment are out of the area for part of the time and/or available on a limited basis to Plaintiff's counsel during this time.

2. Counsel for Plaintiff will be out of his office during parts of August and September.

3. Defendant was contacted and consented to this Motion on August 15,2008.

Memorandum of Points and Authorities

Under LCvR 7(b) Plaintiff would have to file her Opposing Points and Authorities on or about August 26,2008.

Plaintiff submits there is good cause for this enlargement of time. Plaintiff and other witnesses (all of whom have been previously disclosed in discovery to Defendant) who may offer affidavits or provide information/ documents that are part of the Plaintiff's Opposition to Summary Judgment are or may be out of the area for parts of August, 2008 and/or available to Counsel for Plaintiff on a limited, erratic basis. In addition Counsel for Plaintiff will be unavailable for parts of August and September. There is good cause for the requested enlargement. Fed.R.Civ.P.6(b).

Counsel for Defendant was contacted and gave consent to this Motion on August 15, 2008. At that time Plaintiff consented to the extension to file a Reply.
.
There will be no prejudice to Defendant. LCv. R7(m).

Conclusion

Plaintiff submits there is good cause for the requested enlargement of time in which to file her Opposition to Summary Judgment.

Respectfully submitted,
/s/
Charles D. Goldman(201509)
Attorney for Plaintiff
1155 –15th Street N.W.#1004
Washington, DC 20005
202/4667550/2024675085 fax

Certificate of Service

I hereby certify that a copy of the foregoing was emailed to Michael Bruckheim, Esq., Assistant Attorney General at michael.bruckheim@dc.gov this 19th day of August, 2008.
/s/
Charles Goldman