UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Murielene Gordon | : Civil No.05-1907 (EGS) |
| Plaintiff | : Judge Emmet G. Sullivan |
| v. | : |
| District of Columbia | : |
| Defendant | : |

ORDER

Upon consideration of the pleadings and arguments of the parties, and the entire record herein it is hereby

ORDERED that Defendant's Renewed Motion for Summary Judgment is hereby denied; and

FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment is hereby granted.

Dated  _____

JUDGE EMMET G.SULLIVAN
UNITED STATTES DISTRICT COURT