GORDON v. DISTRICT OF COLUMBIA

CIVIL No. 05-1907 (EGS)

EXHIBIT 1

United States District Court
For the District of Columbia

Murielene Gordon : Civil No. 05-1907 (EGS)
Plaintiff :
v. : Judge Emmett G. Sullivan
District of Columbia :Magistrate John M. Facciola
Defendant :

Index of Exhibits

1. Affidavit of Plaintiff, with deposition excerpt attached
2. Affidavit of Michelle Rennie
3. Affidavit of Keon Gordon
4. Affidavit of Derrick Glenn
5. Affidavit of Larry Owens
6. Memos from Plaintiff to Ballou Principal re reasonable accommodation, temperature
7. Plaintiff's EEOC Charge
8. Fitness for Duty Examination 2003(Dr. Scott) materials (2 items)
9. June 19, 2003 DCPS letter re accommodations
10. July 2, 2003 DCPS Donna Ellis email re ADA complaint
11. DCPS ADA Site Visit July14,2003
12. DCPS Donna Ellis Email Sept. 05, 2003
13. Defendant's Response to Plaintiff's Request for Production (Excerpt)
13a. Service Order Browse Report (re mat for Plaintiff's classroom)
14. Defendant's Revised Responses to Plaintiff's Interrogatories (Excerpt)
15. Deposition of Ms. Wiseman, pp. 69-70
16. Job Accommodation Network (JAN) publication on accommodations for persons with arthritis (including control of temperature)
17. Job Accommodation Network (JAN) publication on accommodations for persons with arthritis (including control of temperature)
18. Ballou Group Assignments SY 2003-2004 assigning Plaintiff to Reading Cluster in Room 209
19. Memo November 7, 2005 directing Plaintiff to training in room 205

INDEX TO EXHIBITS

Gordon v. District of Columbia, Civil 05-1907,EGS
1. Schematic Numbered Map of Frank Ballou Senior High School
2. Affidavit of Plaintiff Murielene Gordon
3. Deposition of Dr. Samuel Mayer (excerpts)
4. Letters sent to Ballou High School officials (including Dr. Bridges)regarding conditions in Room 111, including cold.
5. Deposition of Dr. Arthur Bridges, Ballou Principal (excerpts)
6. Deposition of David Atkinson, Ballou Facilities Foreman (excerpts)
7. Deposition of Plaintiff Murielene Gordon (excerpts)
8. Plaintiff's Receipt of a bathroom key to health suite
9. Memorandum from Ballou Assistant Principal Gross regarding denying Plaintiff key to the top lock of the nurse's suite (health suite)
10. Letters sent in summer 2002 to Ballou regarding Plaintiff's health
11. Affidavit of Michelle Rennie
12. Plaintiff pay slip documentation, including pay status and leave balances, 11/02-2/07/ and 2/22/07-3/07/03,4/19/03-5/02/03
13. Deposition of Keith Miller (excerpts)
14. Plaintiff's Letter to EEOC and Charge Questionnaire
15. Plaintiff's Pre-Complaint Questionnaire (Internal Complaint) DCPS
16. Plaintiff's Letter to Defendant (Dr. Bridges) 3/3/20003(sic. 2003)
17. Letter to Plaintiff from Defendant 4/8/03
18. Letter to Superintendent Vance, 4/03
19. Letter to District of Columbia Office of Human Rights, 4/03
20. Defendant letter to Ballou Principal Bridges, 6/03
21. Plaintiff's Letter to Defendant (Ballou Principal Bridges) 6/03,7/03
22. Service Order Browser Report
23. Ballou Reading and Mathematics Cluster Group Assignments SY2003-2004
24. Memoranda from Plaintiff to Defendant (Ballou Principal Bridges) 10/2/03 and 1/29/04
25. Training and Grade Entry from Defendant (Principal Smith) 11/7/05
26. Letter from Defendant (Ballou Principal Bridges) to Plaintiff 2/26/03
27. Letter from Plaintiff's Doctor provided Defendant 3/07
28. Fitness for Duty Correspondence 4/7/03, 4/12/03
29. Defendant's Answers to Plaintiff's First Set of Interrogatories (excerpts)
30. Deposition of Patricia Wiseman, Ballou Business Manager (excepts
31. Defendant's Revised Answers to Plaintiff's First Request for Production (excerpts)
32. Deposition of Ernest Hamlin, Ballou Engineer (excerpts)

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Murilene Gordon<br>Plaintiff | :Civil No. 05-1907 (EGS)<br>:<br>Judge Emmet G. Sullivan<br>: |
| District of Columbia<br>Defendant | :<br>: |

<u>Exhibit 1 to Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment and Plaintiff's Cross – Motion for Partial Summary Judgment</u>

List of Exhibits previously submitted which relate to Plaintiff's disability and/or Defendant's knowledge of her disability.

Exhibits at Docket Nos. 25-26-27 Plaintiff's Opposition to Summary Judgment
1. Affidavit of Plaintiff
2. Affidavit of Michelle Rennie (Plaintiff's daughter)
3. Affidavit of Keon Gordon (Plaintiff's grandson)
4. Affidavit of Derrick Glenn (former student of Plaintiff)
5. Affidavit of Larry Owen (former colleague of Plaintiff)
7. Plaintiff's EEOC Charge (also Defendant's Exhibit 2 in current Renewed Motion)
8. Fitness for duty documents of Defendant, including Dr. Scott. (Two documents also at Docket No.44-45,Exhibit 28) noting Plaintiff's arthritis and limitations
9. Letter DC Human Resources EEO Counsel to Principal Bridges (Also at Docket Nos. 44-45, Exhibit 20) referencing Plaintiff's arthritis
12 Email DCPS referencing Plaintiff's arthritis
13a Service Browser p.6 (Also at Docket No. 44-45,Exhibit 22) ADA mat

Exhibits at Docket Nos. 44-45 Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment
2. Affidavit of Plaintiff
4. Correspondence to Ballou Principal Dr. Bridges, see memo of 9/10/99 page 3 first full paragraph mentioning Plaintiff has arthritis
6. Deposition of Defendant's Ballou Principal Dr. Bridges p.31 l.8-p.32-14
9. Deposition of Plaintiff p. 191 l.4-10
10. Medical documentation provided by Plaintiff to Defendant per Exhibit 2,p.2
11. Affidavit of Michelle Rennie (Plaintiff's daughter)
16. Plaintiff's letter to Defendant (Ballou Principal Bridges) 3/3/20003(sic.2003)
27. Medical document provided Defendant in connection with Plaintiff returning to work. See Plaintiff's Statement of Facts No. 8.