GORDON v. DISTRICT OF COLUMBIA

CIVIL No.05-1907

EXHIBIT 2

# CHARLES D. GOLDMAN, ESQ.
1155 15th Street, N.W.
Suite 1004
Washington, D.C. 20005
(202) 466-7550 • Fax: (202) 467-5085
E-mail: cdg.gsquared@att.net

April 3, 2003

Honorable Anthony Williams, Mayor
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Dear Mayor Williams:

MURIELENE E. GORDON, through her undersigned attorney, hereby gives Notice of Claim to the District of Columbia Government, DC Code 12-309. Ms. Gordon's basic information follows: She resides at 1022 Bryant Street, NE., Washington, DC 20018 Other necessary information is:

Telephone No. 202-636-8606
Date of Birth: July 10, 1943
Social Security No. 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

This is notice of claim of ongoing denial of equal employment opportunity and failure to provide safe working conditions. Ms. Gordon is employed by the District of Columbia Public Schools, most recently at Ballou Senior High School. She has worked successfully for DCPS since 1979. She has various medical conditions, including arthritis which leave her substantially mobility impaired. in major life activities such as walking as well as impaired standing and climbing stairs. On an ongoing basis Ms. Gordon, an older worker, is being denied reasonable accommodation by DCPS. Since September 1999 (and even before that as she said in her Memorandum to her Co-Principals) she has been (and is being) denied a safe workplace. She engaged in legally protected equal employment opportunity activity–but DCPS has not processed her papers.

The deleterious, unsafe and discriminatory work environment has had adverse consequences on Ms. Gordon's health-both physical and mental. The harm is significant and ongoing.

A more detailed statement of the events in this claim is contained in the letter to Superintendent Paul L. Vance, which letter is incorporated herein. Ms. Gordon's basic rights under federal and state civil rights and occupational health laws to a nondiscriminatory safe workplace, are being violated on an ongoing basis, causing her significant, growing harm.

The amount of the claim is ten million dollars, $10,000,000.

Sincerely,

Charles D. Goldman, Esq.
cc: Murielene E. Gordon
    Corporation Counsel, 441 -4th Street NW., # 1060N, Washington, DC 20001 Att:Ms. A. Teal
    Honorable Paul L. Vance, Superintendent, DCPS