GORDON v. DISTRICT OF COLUMBIA

CIVIL No.05-1907 (EGS)

EXHIBIT 3

Affidavit of Murielene Gordon

I, Murielene Gordon, make this Affidavit under penalty of perjury pursuant to Title 28, United States Code and the applicable laws of the District of Columbia.

I am the Plaintiff in Gordon v. District of Columbia, Civil No.05-1907, United States District Court, District of Columbia.

Attached hereto are evaluation forms and various certificates I received from the District of Columbia Public Schools. Included are two certificates that state that I am qualified to teach and several documents related to awards I received during my last few years at Ballou. I was not evaluated for School Year 2002-03 because I was not physically present at Ballou. In my affidavit of 2/4/08 I have set forth circumstances surrounding my absence and my efforts to return. See pp.2-4. I attach the 2/4/08 affidavit and the 1/31/08 affidavit of my daughter, Michelle Rennie. These documents, previously submitted to the Court, attest to my efforts and efforts on my behalf to contact Dr. Bridges about returning to Ballou and/or being transferred.

I was not rated for School Year 2004-2005 for reasons unknown to me. However, I received my full salary and benefits during that year. Also during that time period no adverse action was proposed, initiated or taken against me. I successfully performed my duties.

I also did not receive an evaluation for School Year 2005-06. I retired from DCPS in January, 2006 and later received the Certificate of Appreciation that is also attached. During the period of School Year 2005-06 in which I was employed I received my full salary and benefits. During this period no adverse action was proposed, initiated or taken against me.

When I state here that I received my full salary and benefits I am referring strictly to financial matters. I am in no way stating that I was reasonably accommodated or that the workplace was not hostile to me because of my disability during the period of the evaluations that are enclosed.

Respectfully submitted,

*Murielene E. Gordon*

MURIELENE GORDON
August 25, 2008

Attestation

I, Murielene Gordon, have made the foregoing Affidavit this 25th day of August, 2008, Under penalty of perjury pursuant to Title 28, United States Code and the applicable laws of the District of Columbia.

MURIELENE GORDON

# District Of Columbia Public Schools
## Office of Human Resources
### Educational Credentialing and Standards Branch

This is to certify that

# MURIELENE E. GORDON

## PROFESSIONAL

having met the regulations as required by the Board of Education, is qualified to teach the subject(s) and/or provide services as indicated below:

**ART / GRADES K - 12**

Date Issued: 09/11/2000

Expiration Date: 08/31/2005

License Number: 18419

_Director_

*It is the responsibility of the holder of this document to know the current requirements
And to renew this license prior to its expiration date.*

# District Of Columbia Public Schools

## State Education Agency
## Office of Academic Credentials and Standards

10/31/2005
Date Issued

10/30/2010
Expiration Date

This is to certify that

**MURLENE GORDON**

having met the regulations required by the Board of Education, is qualified to teach the subject(s) and/or grade level(s) as indicated below:

ART / K-12 GRADE LEVELS
PROFESSIONAL



Director

It is the responsibility of the holder of this document to know the current requirements
And to renew this license prior to its expiration date.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## PROFESSIONAL PERFORMANCE EVALUATION PROCESS
### Annual Evaluation Form

Name: Gordon, Murielene  
Social Security Number: 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  
Position: Art Teacher  
Subject/Grade: Art/9  
School: Ballou Senior High School  
School Year: 2000/2001

Directions: Educators will be rated on the degree to which targets and standards were met. Indicate the rating by placing and (x) on the line next to each item.

**Performance Categories**

**3 – Exceeds Expectations**
The educator performs duties and responsibilities above the expected level, which exceeds expectations in standards and targets.

**2 – Meets Performance Expectations**
The educator performs duties and responsibilities at the expected level within the parameters set.

**1 – Needs Improvement**
The educator performs minimal duties and responsibilities within the parameters set and is considered a marginal teacher.

**0 – Performance is Ineffective**
The educator fails to perform duties and responsibilities within parameters set

| Part I — PERFORMANCE TARGETS | 3 | 2 | 1 | 0 |
|---|---|---|---|---|
| **Systemwide** | | | | |
| 1. Student Achievement (based on improving test data) | | 2 | | |
| 2. Professional Development (select –1)  (18) | | 2 | | |
| 3. Implementation of systemwide initiatives (select –1) | 3 | | | |
| **Local school targets** | | | | |
| 1. Instructional target (can be documented in the classroom) | 3 | | | |
| 2. School initiative(s) | 3 | | | |
| **Part II — STANDARDS** | | | | |
| Demonstrates commitment to students and their learning | 3 | | | |
| Demonstrates knowledge of subject matter and how to teach it to students | 3 | | | |
| Demonstrates the ability to manage and monitor student learning | 3 | | | |
| Makes effective contributions to the total school program | | 3 | | |
| Fulfills professional duties and responsibilities | | 3 | | |
| Totals | | | | |
| GRAND TOTAL | | 28 | | |

**FINAL RATING:** Place a check on the line next to the total rating for the school year

* __X__ EXCEEDS EXPECTATIONS   ____ MEETS EXPECTATIONS   ____ NEEDS IMPROVEMENT   ____ INEFFECTIVE

Final Rating Scale:    27-30 Exceeds Expectations    20-26 Meets Expectations  
                       10-19 Needs Improvement       0-9 Ineffective

* Supporting documents must be attached to the annual evaluation form for anyone who exceeds expectations.

**SIGNATURES**

The educator's signature does not indicate his/her agreement with this rating.

Educator's Signature: _Murielene E. Gordon_  Date: 6/12/01  
Administrator's Signature: _[signed]_  Date: 6/12/01  
Assistant Superintendent's Signature: ____  Date: ____

Copy one-Personnel    Copy two-Educator    Copy three-[illegible]

**Ballou Senior High School**

3401 Fourth Street, S.E.
Washington, D.C. 20032

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

(202) 645-3400
(202) 645-3397 (FAX)

June 25, 2001

Dr. Wilma Bonner
Assistant Superintendent
Senior High School Division
Union Square
825 North Capitol Street, NE
Washington, DC 20003

Dear Dr. Bonner:

This letter is written in support of the outstanding rating for the school year 2000/2001 recommended for:
**Ms. Murielene Gordon--Art teacher at Ballou SHS.**

**Ms. Gordon** consistently exemplifies a high level of commitment, dedication, and competence in meeting objectives and target goals set by the local and the Secondary School Division.

The highest degree of professionalism and integrity is evidenced by **Ms. Gordon** in the discharge of **her** assigned duties and responsibilities on a daily basis.

Therefore, it is without hesitation that this recommendation is made.

Yours truly,

Dr. Art Bridges
Principal

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
PROFESSIONAL PERFORMANCE EVALUATION PROCESS

# Explanation of Final Evaluation

Name _MS Gordon_ School _Ballou_

Position _Art Teacher_ Grade/Subject _Art Teacher_

Administrator's Signature _____ Date _____

Educator's Signature _____ Date _____

| COMMENTS ||
| SYSTEMWIDE TARGETS | SCHOOLWIDE TARGETS |
|---|---|
| 8 - BB - B<br>1% B - Prof<br>1% - Proficient to Advanced | G.P.A. is no longer a factor in the annual evaluation.<br><br>*example*<br>a.) grade point average for your case load.<br><br>b) grade point average of 2.5 or better for your case load. |
| Lesson Plan - good must be dated. | Major Projects - Great!!<br><br>Communication Log Great!! |

I am in receipt of: Ballou Senior High School Administration and Faculty Collaborative Development of suggestions and/or Guidelines for Professional performance 00/01. It has been explained, and I understand the explanation.

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## PERFORMANCE EVALUATION PROCESS
## STRUCTURED OBSERVATION FORM

Educator's Name _Ms. Gordon_ Date _5/15/01_

Lesson Observed _ART_ Grade/Subject _9-12_ Time To _2:30_ From _3:15_

This observation tool is designed to provide both administrators and teachers with a guide to the ingredients expected to be observed. A check (√) will be placed in the box next to each indicator observed. (EE-Exceeds Expectations, ME-Meet Expectations, NI-Needs Improvement, U-Ineffective)

| Demonstrates a commitment to students and their learning | | | | |
|---|---|---|---|---|
| **Indicators:** | EE | ME | NI | U |
| • Apply principles of learning such as active participation, motivation and reinforcement. | ✓ | | | |
| • Uses a variety of teaching methods and varied instructional activities to accommodate various student learning styles. | | ✓ | | |
| • Lesson is standards-based and follows the prescribed elements of a lesson design. | ✓ | | | |
| • Uses a variety of questioning techniques to ensure transfer of knowledge. | | ✓ | | |

| Demonstrates knowledge of the subject matter and how to teach it to students | | | | |
|---|---|---|---|---|
| **Indicators:** | EE | ME | NI | U |
| • Applies knowledge of current research and theory to the instructional program. | ✓ | | | |
| • Points out the relationship between the standards-based lesson content and what the students already know. | ✓ | | | |
| • Involves students in discovering the relationships between concepts, theories and the outside interests of students. | | ✓ | | |
| • Lesson reflects the standards-based curriculum. | | ✓ | | |
| • Information presented in the lesson is accurate and appropriate for the grade level. | ✓ | | | |
| • States clearly standards for lesson - what the students will know and be able to do when the lesson is over; monitors students activities; provides feedback. | ✓ | | | |

| Demonstrates the ability to manage and monitor student learning | | | | |
|---|---|---|---|---|
| **Indicators:** | EE | ME | NI | U |
| • Demonstrates organizational skills and classroom management. | ✓ | | | |
| • Keeps students on tasks. | ✓ | | | |
| • Encourage participation of all students. | ✓ | | | |
| • Monitors students' understanding and makes re-explanations accordingly. | | ✓ | | |
| • Communicates clearly and effectively. | ✓ | | | |
| • Shares appropriate expectations for learning and behavior. | | | | |
| • Monitors progress; and makes appropriate teaching adjustments. | | ✓ | | |

*Professional Performance Evaluation Process*

Page 2 (PPEP Structured Observation Form)

**COMMENTS/RECOMMENDATIONS**

OBJECTIVE: Students will construct a landscape painting using watercolor paint.

WARM UP - Student must stretch the watercolor paper onto the watercolor board.

* Ms. Gordon reviewed the lesson for the day and clearly stated what was required.
** Students gathered supplies and began to complete warm up assignment.
** Ms. Gordon demonstrated in front of the class the procedures and techniques used that students were to use to complete the assignment.

Students were seated at art table and were able to help each other or ask for individual assistance from the instructor.

Assessment - Students work was reviewed for contrast in colors, neatness, and mixture of pigments.
- Called on students to answer questions on shapes, principles of art.
** Students work, progress charts, rules and projects were displayed.
** Content/Performance standard were displayed.

Grade Book, Attendance/Phone Log were accurate and up to date.

*Educator's Signature _Muriel E. Gordon_ Date _5/15/01_

Administrator's Signature _R. Johnson_ Date _5/15/01_

*Does not mean agreement.

*Professional Performance Evaluation Process*

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## PROFESSIONAL PERFORMANCE EVALUATION PROCESS
### Annual Evaluation Form

Name: **Gordon, Murtelene**　　　　Social Security Number: **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**
Position: **ET-15 Teacher**　　　　　Subject/Grade: **Art/9-12**
School: **Ballou SHS**　　　　　　　　School Year: **2001-2002**

Directions: Educators will be rated on the degree to which targets and standards were met. Indicate the rating by placing and (x) on the line next to each item.

**Performance Categories**

**3 – Exceeds Expectations**
The educator performs duties and responsibilities above the expected level, which exceeds expectations in standards and targets.

**2 – Meets Performance Expectations**
The educator performs duties and responsibilities at the expected level within the parameters set.

**1 – Needs Improvement**
The educator performs minimal duties and responsibilities within the parameters set and is considered a marginal teacher.

**0 – Performance is Ineffective**
The educator fails to perform duties and responsibilities within parameters set

| | | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|
| **Part I** | ***PERFORMANCE TARGETS*** | | | | |
| **Systemwide** | | | | | |
| 1. | Student Achievement (based on improving test data) | | 2 | | |
| 2. | Professional Development (select –1) | | | | 0 |
| 3. | Implementation of systemwide initiatives (select –1) | | 2 | | |
| **Local school targets** | | | | | |
| 1. | Instructional target (can be documented in the classroom) | | 2 | | |
| 2. | School initiative(s) | 3 | | | |
| **Part II** | ***STANDARDS*** | | | | |
| Demonstrates commitment to students and their learning | | X | | | |
| Demonstrates knowledge of subject matter and how to teach it to students | | X | | | |
| Demonstrates the ability to manage and monitor student learning | | X | | | |
| Makes effective contributions to the total school program | | | 2 | | |
| Fulfills professional duties and responsibilities | | | 2 | | |
| | Totals | 12 | 10 | | |
| | **GRAND TOTAL** | | 22 | | |

**FINAL RATING:** Place a check on the line next to the total rating for the school year

\_\_\_ EXCEEDS EXPECTATIONS   **X** MEETS EXPECTATIONS   \_\_\_ NEEDS IMPROVEMENT   \_\_\_ INEFFECTIVE

Final Rating Scale:　　27-30 Exceeds Expectations　　20-26 Meets Expectations
　　　　　　　　　　　　10-19 Needs Improvement　　　0-9 Ineffective

\* Supporting documents must be attached to the annual evaluation form for anyone who exceeds expectations.

**SIGNATURES**

The educator's signature does not indicate his/her agreement with this rating.
**\*\* Employee on medical leave at time of signing.**

Educator's Signature _____ Date _____
Administrator's Signature _[signature]_ Date 7/11/02
Assistant Superintendent's Signature _[signature]_ Date 7/25/02

Copy one-Personnel　　Copy two-Educator　　Copy three-Division　　Copy four-Local School
*Professional Performance Evaluation Process*



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

# Ballou Senior High School

3401 Fourth Street, S.E.
Washington, D.C. 20032

(202) 645-3400
(202) 645-3397 (FAX)

July 1, 2004

Mrs. Vera M. White
Associate Superintendent
Ballou Senior High School
3401 4th Street, SE
Washington, DC 20032

Dear Teachers:

Please, find a copy of your 2003/2004 Professional Performance Evaluation Form. The originals have been forwarded to Dr. Juan Baughn, Assistant Superintendent, Senior High Schools. They will be mailed to you upon their return.

Have a Great Summer!

Sincerely,

*Vera M. White*

Vera M. White
Associate Superintendent

/sdk

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**PROFESSIONAL PERFORMANCE EVALUATION PROCESS**
**Annual Evaluation Form**

Name **Gordon, Murielene**      Social Security Number **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**
Position **ET-15/Teacher**      Subject/Grade **Art 9-12**
School **Ballou SHS**      School Year **2003-04**

Directions: Educators will be rated on the degree to which targets and standards were met. Indicate the rating by placing and (x) on the line next to each item.

Performance Categories

**3 – Exceeds Expectations**
The educator performs duties and responsibilities above the expected level, which exceeds expectations in standards and targets.

**2 – Meets Performance Expectations**
The educator performs duties and responsibilities at the expected level within the parameters set.

**1 – Needs Improvement**
The educator performs minimal duties and responsibilities within the parameters set and is considered a marginal teacher.

**0 – Performance is Ineffective**
The educator fails to perform duties and responsibilities within parameters set

| | 3 | 2 | 1 | 0 |
|---|---|---|---|---|
| **Part I   PERFORMANCE TARGETS** | | | | |
| **Systemwide** | | | | |
| 1. Student Achievement (based on improving test data) | | 2 | | |
| 2. Professional Development (select –1) | | 2 | | |
| 3. Implementation of systemwide initiatives (select –1) | 3 | | | |
| **Local school targets** | | | | |
| 1. Instructional target (can be documented in the classroom) | 3 | | | |
| 2. School initiative(s) | 3 | | | |
| **Part II   STANDARDS** | | | | |
| Demonstrates commitment to students and their learning | | 2 | | |
| Demonstrates knowledge of subject matter and how to teach it to students | 3 | | | |
| Demonstrates the ability to manage and monitor student learning | | 2 | | |
| Makes effective contributions to the total school program | | 2 | | |
| Fulfills professional duties and responsibilities | | 2 | | |
| Totals | 12 | 12 | | |

GRAND TOTAL **24**

FINAL RATING: Place a check on the line next to the total rating for the school year

*___ EXCEES EXPECTATIONS   **X** MEETS EXPECTATIONS   ___ NEEDS IMPROVEMENT   ___ INEFFECTIVE

Final Rating Scale:   27-30 Exceeds Expectations   20-26 Meets Expectations
10-19 Needs Improvement   0-9 Ineffective

* Supporting documents must be attached to the annual evaluation form for anyone who exceeds expectations.

**SIGNATURES**

The educator's signature does not indicate his/her agreement with this rating.
Educator's Signature _M. E. Gordon_ Date _6/28/04_
Administrator's Signature _____ Date _6/22/04_
Assistant Superintendent's Signature _____ Date _____

*Professional Performance Evaluation Process*

# Certificate of Teacher Appreciation

## Awarded to

### Ms. Marvielene Gordon

**In Recognition For**
Your Hard Work and Contribution In Making
The District of Columbia Public Schools
A World Class System


(District of Columbia Public Schools seal)



_____
Principal

_____
Paul L. Vance, Superintendent
May 12, 2001



# TEAMWORK

**Frank W. Ballou High School**
*Washington, D.C.*

## Certificate of Merit

*Presented To*

**Murielene Gordon**

*A Bold, Courageous and Outstanding Member of the Ballou Knight Team for your Valuable Contributions in Educating our Youth*

May 11, 2001

_____
Dr. Art Bridges, Principal

# District of Columbia Public Schools

## Certificate of Appreciation

Presented To

### Murielene Gordon

In recognition of your outstanding dedication, encouragement and support to the students, parents and community.

June 18, 2004

Dr. Richard Cross, Assistant Principal
Janette Johns-Jackson, Assistant Principal
Samuel Scudder, Assistant Principal
Darryl Price, Assistant Principal
Earnest Johnson
Vera M. White, Associate Superintendent

**Ballou Senior High School**

# Certificate of Appreciation

Frank W. Ballou Senior High School
3401 Fourth Street, SE
Washington, DC 20032

*is presented to*

*Murielene Gordon,*
*Art Teacher*

*for*

Thirty-nine Years of Service to DC Public Schools

*BOLD, COURAGEOUS AND OUTSTANDING — WE HONOR YOU*

13th day of June 2006

_Diane Carson_
Diane Carson
Retirement Committee
Chairman

_Karen A. Smith_
Karen Smith
Principal